KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

ALISON C. JORDAN (SBN 311081)
alison.jordan@wilmerhale.com
RYAN M. CORRIVEAU (SBN 328096)
ryan.corriveau@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants
Activision Blizzard, Inc., Robert A. Kotick
and Dennis Durkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN AND SPENCER NEUMANN,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: The Hon. Percy Anderson<br>Complaint Filed: August 3, 2021 |

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Activision Blizzard, Inc. states that it is a publicly traded company that has no parent company, and that no publicly held company owns 10% or more of Activision Blizzard, Inc.'s stock. Activision Blizzard, Inc. will supplement this statement within a reasonable time of any change in the above information.

Dated: September 28, 2021

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Kevin P. Muck
Kevin P. Muck

*Attorneys for Defendants*
*Activision Blizzard, Inc., Robert A. Kotick and Dennis Durkin*