# EXHIBIT 3

**Activision Blizzard, Inc. Loss Chart**

**Class Period: August 4, 2016 through July 27, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| Ross, Jeff | 2/19/2021 | 697 | ($101.00) | ($70,397.00) | 7/27/2021 | 697 | $83.88 | $58,465.06 | | | ($11,931.94) | $ 80.35 |