| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Laurence M. Rosen, Esq. (SBN 219683) <br> THE ROSEN LAW FIRM, P.A. <br> 355 South Grand Avenue, Suite 2450 <br> Los Angeles, CA 90071 <br> Telephone: (213) 785-2610 <br> Facsimile: (213) 226-4684 <br> Email: lrosen@rosenlegal.com | |
| ATTORNEY(S) FOR: Jeff Ross | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GARY CHENG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, and SPENCER NEUMANN, <br><br> Defendant(s) | CASE NUMBER: <br><br> Case No. 2:21-cv-06240-PA-JEM <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Jeff Ross_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Jeff Ross | Movant |

10/4/2021
Date

/s/ Laurence M. Rosen
Signature

Attorney of record for (or name of party appearing in pro per):

Jeff Ross