Name and address:
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GARY CHENG, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-06240-PA-JEM |
| v. | |
| ACTIVISION BLIZZARD, INC., et al., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kim, Phillip    of    The Rosen Law Firm, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*    275 Madison Avenue, 40th Floor
                                                                New York, New York 10016
(212) 686-1060    (212) 202-3827
*Telephone Number*    *Fax Number*

pkim@rosenlegal.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Jeff Ross

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Rosen, Laurence M.    of    The Rosen Law Firm, P.A.
*Designee's Name (Last Name, First Name & Middle Initial)*    355 South Grand Avenue, Suite 2450
                                                               Los Angeles, CA 90071
219683    (213) 785-2610    (213) 226-4684
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

lrosen@rosenlegal.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____    _____
                          U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1