| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Craig Varnen (SBN 170263)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7922<br>Fax: 213.229.6922<br>Email: CVarnen@gibsondunn.com<br><br>ATTORNEY(S) FOR: SPENCER NEUMANN | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, AND SPENCER NEUMANN<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-06240-PA-JEM<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __SPENCER NEUMANN__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| GARY CHENG | Plaintiff |
| | |
| ACTIVISION BLIZZARD, INC. | Defendant |
| ROBERT A. KOTICK | Defendant |
| DENNIS DURKIN | Defendant |
| SPENCER NEUMANN | Defendant |

| | |
|---|---|
| October 12, 2021<br>Date | /s/ Craig Varnen<br>Signature |

Attorney of record for (or name of party appearing in pro per):

SPENCER NEUMANN