Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]
Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, and SPENCER NEUMANN,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**NOTICE OF NON-OPPOSITION TO THE MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Percy Anderson<br>HEARING: November 1, 2021<br>TIME: 1:30 p.m.<br>CTRM: 9A |

1

NOTICE OF NON-OPPOSITION TO THE MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:21-cv-06240-PA-JEM

Movant Jeff Ross ("Movant") respectfully submits this Notice of Non-Opposition to his motion for appointment as Lead Plaintiff and approval of choice of counsel, filed on October 4, 2021. Dkt. No. 21.

The deadline for class members to move this Court for appointment as Lead Plaintiff was October 4, 2021. *See* Dkt. No. 23-1. Movant was the only member of the class to move for appointment as Lead Plaintiff, and the deadline to file any opposition to Movant's motion, October 11, 2021, has passed. Thus, Movant's motion is unopposed, and the Court should: (1) appoint Movant as Lead Plaintiff of the Class; and (2) approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class. The [Proposed] Order, filed as Docket Number 21-1, reflects these requests.

Dated: October 25, 2021                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On October 25, 2021, I electronically filed the following **NOTICE OF NON-OPPOSITION TO THE MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 25, 2021.

　　　　　　　　　　　　　　　　　　/s/ Laurence M. Rosen
　　　　　　　　　　　　　　　　　　Laurence M. Rosen