Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, and SPENCER NEUMANN, <br><br> Defendants. | Case No. 2:21-cv-06240-PA-JEM <br><br> **NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Percy Anderson <br> HEARING: November 1, 2021 <br> TIME: 1:30 p.m. <br> CTRM: 9A |

1

NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:21-cv-06240-PA-JEM

Pursuant to Local Civil Rule 7-15, Movant Jeff Ross ("Movant") hereby advises the Court that he waives oral argument on his motion for appointment as Lead Plaintiff and approval of choice of counsel, noticed for hearing on November 1, 2021.

On October 25, 2021, Movant filed a Notice of Non-Opposition to his motion. Dkt. No. 31. Accordingly, Movant's motion is unopposed and should be granted without a hearing.

Dated: October 25, 2021                    Respectfully submitted,

                                                      **THE ROSEN LAW FIRM, P.A.**

                                                      /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

2

NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:21-cv-06240-PA-JEM

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 25, 2021, I electronically filed the following **NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 25, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF JEFF ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:21-cv-06240-PA-JEM