1  Laurence M. Rosen, Esq. (SBN 219683)
2  **THE ROSEN LAW FIRM, P.A.**
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6  *Lead Counsel for Lead Plaintiff and the
7  Class*

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN AND SPENCER NEUMANN, <br><br> Defendants. | Case No. 2:21-cv-06240-PA-JEM <br><br> **STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE AND RESPOND TO AMENDED COMPLAINT** |

Pursuant to Rule 7-1 of the Central District of California Civil Local Rules and this Court's Standing Order, Lead Plaintiff Jeff Ross and Defendants Activision Blizzard, Inc. ("Activision Blizzard" or the Company), Robert A. Kotick, Dennis Durkin, and Spencer Neumann (collectively, "Defendants" and together with Plaintiff, the "Parties"), hereby stipulate and agree to request an order from the Court extending the time for the Parties to file and respond to an amended complaint, based on the showing of good cause set forth in the attached Declaration of Laurence Rosen ("Rosen Decl.").

WHEREAS, on August 3, 2021, Plaintiff Gary Cheng filed this putative class action against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act") and Rule 10b-5 promulgated thereunder;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court was required to appoint lead plaintiff and approve lead counsel to pursue the alleged class claims asserted in this action;

WHEREAS, on September 29, 2021, Plaintiff Cheng and Defendants submitted a "Stipulation to Extend Time to Respond to Complaint Pending Statutory Appointment of Lead Plaintiff" (Dkt. 18), which requested that Defendants not be required to respond to the Initial Complaint and that the Court permit the Parties to submit a stipulation with a proposed schedule no later than ten (10) court days following the Court's appointment of lead plaintiff and lead counsel;

WHEREAS, on September 29, 2021, the Court ordered (the "September 29, 2021 Order") (Dkt. 20) that (1) Defendants were not required to respond to the Initial Complaint; (2) within 14 days of entry of an Order appointing lead plaintiff and lead counsel, lead plaintiff shall file a consolidated or amended complaint, or notify Defendants and the Court in writing that lead plaintiff intends to rely on the

1 current complaint; and (3) that Defendants shall have 21 days in which to move,
2 answer or otherwise respond to the filing of an amended complaint;
3       WHEREAS, on November 2, 2021, the Court entered an order appointing
4 Jeff Ross as Lead Plaintiff and The Rosen Law Firm, P.A. as Lead Counsel (Dkt.
5 34);
6       WHEREAS, Lead Plaintiff currently has until November 16, 2021 to amend
7 the complaint and Defendants would have until December 7, 2021 to move, answer,
8 or otherwise respond to the filing of an amended complaint;
9       WHEREAS, Lead Plaintiff believes that this is a highly complex putative
10 securities class action because, *inter alia*, (1) the Initial Complaint alleges a Class
11 Period of nearly five years, and relates to statements made by Activision Blizzard
12 over that period of time; (2) the action concerns allegations relating to actions filed
13 in state and federal court, respectively, by the California Department of Fair
14 Housing and Employment and the United States Equal Employment Opportunity
15 Commission against Activision Blizzard, relating to employment matters and
16 allegations of sexual harassment and discrimination, that were the result of
17 investigations by each agency that lasted more than two years; and (3) Activision
18 Blizzard has approximately 9,500 employees (Rosen Decl. ¶ 7);
19       WHEREAS, given Lead Plaintiff's view of the complexity of this case, as
20 described above, Lead Plaintiff submits that he has good cause to request additional
21 time to investigate and draft his amended complaint in this action (*id.* ¶¶ 7-8);
22       WHEREAS, Lead Plaintiff respectfully requests that the deadline for Lead
23 Plaintiff to file his Amended Complaint be extended by a period of 17 days that
24 includes the Thanksgiving holiday, or until December 3, 2021 (*id.* ¶ 9);
25       WHEREAS, Defendants do not oppose Lead Plaintiff's request provided that
26 the Court also grants Defendants an extension of 18 days, or until January 11, 2021,
27 to move, answer or otherwise respond to the filing of an amended complaint due to
28

the Christmas and New Year holidays, and Activision Blizzard's closure during a portion of that time (*id.* ¶ 10), and Lead Plaintiff is agreeable to that extension;

WHEREAS, in light of the complexity of the case and Lead Plaintiff's anticipated claims, the Parties respectfully request 28 days, or until February 8, 2022, for Lead Plaintiff to file an opposition to any motion to dismiss, and 15 days, or until February 23, 2022, for Defendants to file any reply in support of any motion to dismiss (*id.* ¶ 11);

WHEREAS, the Parties respectfully request that the Court authorize Defendants to notice the hearing on any motion to dismiss for March 14, 2022, unless there is a more convenient date for the Court, since that is the first Monday more than 14 days after February 23, 2022.

WHEREAS, the Parties have not sought any other extensions of time from the Court's September 29, 2021 Order and do not seek an extension for the purpose of delay; and

WHEREAS, because no dates have yet been set by the Court, and the PSLRA imposes a mandatory stay of discovery and other proceedings until and unless a motion to dismiss is denied, the proposed extension will have no effect on any pre-trial or trial dates in this action;

IT IS THEREFORE STIPULATED by the Parties, subject to approval by the Court, as follows:

1. Lead Plaintiff's deadline to file an Amended Complaint will be extended 17 days, or until December 3, 2021.

2. Defendants' deadline to move, answer, or otherwise respond to the filing of an amended complaint will be extended 18 days, or until January 11, 2022.

3. Lead Plaintiff will have 28 days to file his opposition to any motion to dismiss, or until February 8, 2022, and Defendants will have 15 days, or until February 23, 2022, to file any reply in support of any motion to dismiss.

4. Defendants will notice the hearing on any motion to dismiss for March 14, 2022, unless there is a more convenient date for the Court.

Dated: November 5, 2021                THE ROSEN LAW FIRM

                                       By:  */s/ Laurence M. Rosen*
                                            Laurence M. Rosen

                                       *Attorneys for Lead Plaintiff Jeff Ross and the Class*


Dated: November 5, 2021                WILMER CUTLER PICKERING HALE AND DORR LLP


                                       By:  */s/ Kevin P. Muck*
                                            Kevin P. Muck

                                       *Attorneys for Defendants Activision Blizzard, Inc., Robert A. Kotick and Dennis Durkin*


Dated: November 5, 2021                GIBSON, DUNN & CRUTCHER LLP


                                       By:  */s/ Craig Varnen*
                                            Craig Varnen

                                       *Attorneys for Defendant Spencer Neumann*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: November 5, 2021

THE ROSEN LAW FIRM

By: */s/ Laurence M. Rosen*
     Laurence M. Rosen

*Attorneys for Lead Plaintiff Jeff Ross and the Class*