UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN AND SPENCER NEUMANN,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE AND RESPOND TO AMENDED COMPLAINT** |

     The Court, having considered the Parties' Stipulated Request for Extension of Time to File and Respond to Amended Complaint, and good cause appearing, HEREBY ORDERS THAT:

     1.    Lead Plaintiff's deadline to file an Amended Complaint will be extended 17 days, or until December 3, 2021.

     2.    Defendants' deadline to move, answer, or otherwise respond to the filing of an amended complaint will be extended 18 days, or until January 11, 2022.

     3.    Lead Plaintiff will have 28 days to file his opposition to any motion to dismiss, or until February 8, 2022, and Defendants will have 15 days, or until February 23, 2022 to file a reply in support of any motion to dismiss.

     4.    Defendants are authorized to notice the hearing on any motion to dismiss for March 14, 2022.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Percy Anderson
United States District Judge