UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN AND SPENCER NEUMANN,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**ORDER EXTENDING TIME TO FILE AND RESPOND TO AMENDED COMPLAINT** |

The Court, having considered the Parties' Stipulated Request for Extension of Time to File and Respond to Amended Complaint, and good cause appearing, HEREBY ORDERS THAT:

1. Lead Plaintiff's deadline to file an Amended Complaint will be extended 17 days, or until December 3, 2021.

2. Defendants' deadline to move, answer, or otherwise respond to the filing of an amended complaint will be extended 18 days, or until January 11, 2022.

**IT IS SO ORDERED.**

Dated: November 15, 2021

_____
Percy Anderson
United States District Judge