Lissa M. Percopo
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GARY CHENG, Individually and on behalf of all others similarly situated, Plaintiff(s) v. ACTIVISION BLIZZARD, INC., et al., Defendant(s). | CASE NUMBER 2:21-cv-06240-PA-JEM ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Percopo, Lissa M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.887.3770   202.530.9528
*Telephone Number*   *Fax Number*

LPercopo@gibsondunn.com
*E-Mail Address*

of

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Spencer Neumann

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Carmichael, Chaplin J.
*Designee's Name (Last Name, First Name & Middle Initial)*

327176   213.229.7223   213.229.6223
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

CCarmichael@gibsondunn.com
*E-Mail Address*

of

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded

**Dated:** December 09, 2021

*U.S. District Judge/U.S. Magistrate Judge*

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1