Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>NOTICE OF ERRATA RE: PLAINTIFF GARY CHENG |

    Plaintiff Gary Cheng ("Cheng") respectfully files this Notice of Errata in regard to his Initial Complaint. ECF No. 1 ¶6; *see also* ECF No. 39 ¶41. Due to an inadvertent clerical error, Plaintiff Cheng's PSLRA certification was not electronically filed with his case initiating documents. Therefore, Plaintiff Cheng files this Notice of Errata placing his PSLRA certification on the record.

– 2 –

| | |
|---|---|
| Dated: December 28, 2021 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | /s/ Laurence M. Rosen |
| | Laurence M. Rosen, Esq. (SBN 219683) |
| | 355 S. Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | *Lead Counsel for Plaintiffs* |

– 2 –

NOTICE OF ERRATA RE: PLAINTIFF GARY CHENG

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On December 28, 2021, I electronically filed the following **NOTICE OF ERRATA RE: PLAINTIFF GARY CHENG** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 28, 2021.

>                    /s/ Laurence M. Rosen
>                    Laurence M. Rosen