# EXHIBIT B

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**DECLARATION OF CARSTEN FISCHER AND TANJA KRATZENBERGER IN SUPPORT OF THE MOTION OF UNION INVESTMENT PRIVATFONDS GMBH TO INTERVENE, VACATE THE ORDER APPOINTING JEFF ROSS AS LEAD PLAINTIFF, AND REOPEN LEAD PLAINTIFF PROCESS** |

1    We, Dr. Carsten Fischer and Tanja Kratzenberger, pursuant to 28 U.S.C. § 1746, declare as follows:

2.   1.   We respectfully submit this Declaration in support of the Motion of Union Investment Privatfonds GmbH ("Union") to Intervene, Vacate the Order Appointing Jeff Ross as Lead Plaintiff, and Reopen the Lead Plaintiff Process (the "Motion") in the above-captioned action against Activision Blizzard, Inc. ("Activision.") We have personal knowledge regarding the facts set forth in this Declaration.

2.   We, Dr. Carsten Fischer and Tanja Kratzenberger, are General Counsel and Senior Counsel of Union Asset Management Holding AG and we are authorized to make this Declaration on behalf of Union, a subsidiary of Union Asset Management Holding AG. Headquartered in Germany, Union is an institutional investor that manages over $145 billion in assets and benefits from personnel experienced in prosecuting securities fraud claims under U.S. laws. Union purchased Activision stock through several investment funds, which are UCITS funds established under German law. While the investment funds are considered separate estates, they are not independent legal entities and do not have legal capacity to sue in, or be brought before, courts of law. Instead, Union is vested with authority to sue in its own name for damages suffered by its funds.

3.   As set forth in the Motion and the supporting papers filed with the Court, Union suffered substantial losses as a result of its investment in Activision stock during the class period at issue in the recently filed amended complaint.

4.   We believe that the securities class action filed on behalf of investors in Activision is an important matter arising from serious misconduct that caused substantial losses to investors and raises serious corporate governance concerns. Given the importance of the action, Union believes that the Activision action should be led by a committed institutional investor that has the resources and proven track record to effectively prosecute this action on behalf of the class.

5. Union has authorized its counsel, Bernstein Litowitz Berger & Grossmann LLP, to file a motion seeking to intervene in this action in order to vacate the order appointing Jeff Ross as Lead Plaintiff and to reopen the lead plaintiff process.

6. We have reviewed the Initial Complaint filed on August 3, 2021, by Gary Cheng (the "*Cheng* Complaint") and his counsel, The Rosen Firm, P.A. ("Rosen"). The *Cheng* Complaint alleged that Activision made misrepresentations relating to the ongoing harassment, discrimination, and other unlawful conduct occurring at the Company. The *Cheng* Complaint asserted securities fraud claims on behalf of investors who purchased Activision stock during the period of August 4, 2016, through July 27, 2021 (the "*Cheng* Class Period").

7. Union considered the merits of the *Cheng* Complaint, as well as Union's trading during the *Cheng* Class Period. During the *Cheng* Class Period, Union realized a net gain of $1.8 million when calculated on a first-in, first-out ("FIFO") basis and $ 1.7 million when calculated on a last-in, first-out ("LIFO") basis.

8. Union took this into consideration when choosing whether to move for appointment as Lead Plaintiff in this action, and ultimately chose not to file such a motion. As a result, Jeff Ross ("Mr. Ross") was appointed Lead Plaintiff on November 1, 2021, and Rosen was appointed Lead Counsel.

9. We have reviewed the Amended Complaint filed on December 3, 2021, by Rosen and Mr. Ross. Among other material changes found in the Amended Complaint, Rosen and Mr. Ross vastly changed the alleged class period, moving the start of the class period from August 4, 2016, to February 28, 2017. They also changed the end of the class period from July 27, 2021 to November 16, 2021 and added significant new allegations – including three additional disclosures that allegedly revealed aspects of the alleged fraud and caused the price of Activision

1  stock to fall.  During the class period at issue in the recently filed Amended
2  Complaint, Union incurred a loss of over $10.9 million.
3         10.    Attached as Exhibit 1 is a listing of the trading in Activision stock
4  during both the *Cheng* Class Period and the class period at issue in the Amended
5  Complaint by Union.
6         11.    The significant difference between the gain in the *Cheng* Class Period
7  and loss in the Amended Complaint period is the result of purchases of Activision
8  stock during the first seven months of the *Cheng* Class Period – purchases that could
9  not have given rise to any claim for securities fraud and should not have been
10 included in the *Cheng* Class Period.
11        12.    Critically, Union suffered substantial losses as a result of its
12 investments in Activision during the class period asserted in the Amended
13 Complaint.  Those losses far exceed the losses incurred by Mr. Ross.  Due to the
14 apparent manipulation of the lead plaintiff process through the filing of the
15 improperly broad class period in *Cheng*, Union did not have an opportunity to seek
16 a leadership role in this action.
17        13.    Knowing the nature of the claims and the relevant time period is critical
18 to Union's calculation of its financial interest and determination of whether to seek
19 appointment as lead plaintiff.

**[REMAINDER INTENTIONALLY BLANK]**

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the
2 | laws of the United States of America that the foregoing statements relating to Union
3 | are true to the best of my knowledge. Executed this 22nd day of December 2021.

Dr. Carsten Fischer

*On behalf of Union Investment Privatfonds GmbH*

DECLARATION
2:21-cv-06240-PA-JEM

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Union are true to the best of my knowledge. Executed this 22nd day of December 2021.

*[signature]*

Tanja Kratzenberger

*On behalf of Union* Investment Privatfonds GmbH

# EXHIBIT 1

**Union Investment Privatfonds GmbH**
**Transactions in Activision Blizzard, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniGlobal Vorsorge | Purchase | 8/24/2018 | 271,000 | 73.3175 |
| UniGlobal Vorsorge | Purchase | 5/4/2020 | 424,040 | 66.4056 |
| UniGlobal Vorsorge | Purchase | 5/5/2020 | 139,812 | 67.8815 |
| UniGlobal Vorsorge | Purchase | 5/5/2020 | 125,905 | 67.5418 |
| UniGlobal Vorsorge | Purchase | 5/11/2020 | 132,567 | 74.9866 |
| UniGlobal Vorsorge | Purchase | 5/12/2020 | 100,289 | 74.8758 |
| UniGlobal Vorsorge | Purchase | 5/12/2020 | 27,699 | 74.8048 |
| UniGlobal Vorsorge | Purchase | 5/13/2020 | 131,807 | 73.3101 |
| UniGlobal Vorsorge | Purchase | 5/14/2020 | 62,679 | 72.8193 |
| UniGlobal Vorsorge | Purchase | 5/19/2020 | 97,572 | 73.4739 |
| UniGlobal Vorsorge | Purchase | 6/17/2020 | 148,754 | 75.3771 |
| UniGlobal Vorsorge | Purchase | 8/10/2020 | 113,875 | 82.5969 |
| UniGlobal Vorsorge | Purchase | 8/17/2020 | 58,855 | 81.1428 |
| UniGlobal Vorsorge | Purchase | 8/17/2020 | 24,404 | 81.5577 |
| UniGlobal Vorsorge | Purchase | 9/1/2020 | 37,133 | 83.5862 |
| UniGlobal Vorsorge | Purchase | 9/1/2020 | 29,285 | 84.0326 |
| UniGlobal Vorsorge | Purchase | 11/5/2020 | 38,171 | 80.9190 |
| UniGlobal Vorsorge | Purchase | 11/5/2020 | 65,465 | 81.1358 |
| UniGlobal Vorsorge | Purchase | 11/10/2020 | 50,830 | 74.2131 |
| UniGlobal Vorsorge | Purchase | 11/10/2020 | 47,762 | 73.8123 |
| UniGlobal Vorsorge | Purchase | 11/18/2020 | 91,117 | 75.9030 |
| UniGlobal Vorsorge | Purchase | 1/25/2021 | 53,989 | 95.1727 |
| UniGlobal Vorsorge | Purchase | 1/25/2021 | 93,913 | 95.2202 |
| UniGlobal Vorsorge | Purchase | 3/2/2021 | 49,094 | 96.7500 |
| UniGlobal Vorsorge | Purchase | 4/9/2021 | 23,354 | 96.8400 |
| UniGlobal Vorsorge | Purchase | 4/15/2021 | 86,677 | 97.6080 |
| UniGlobal Vorsorge | Purchase | 4/19/2021 | 151,205 | 97.3529 |
| UniGlobal Vorsorge | Purchase | 5/7/2021 | 256,504 | 92.1878 |
| UniGlobal Vorsorge | Purchase | 5/10/2021 | 153,187 | 92.6982 |
| UniGlobal Vorsorge | Purchase | 5/13/2021 | 35,029 | 95.3400 |
| UniGlobal Vorsorge | Purchase | 5/20/2021 | 102,379 | 94.7148 |
| UniGlobal Vorsorge | Purchase | 5/21/2021 | 48,176 | 93.9524 |
| UniGlobal Vorsorge | Purchase | 5/28/2021 | 224,923 | 97.6098 |
| UniGlobal Vorsorge | Purchase | 6/17/2021 | 150,005 | 93.7780 |
| UniGlobal Vorsorge | Purchase | 6/24/2021 | 24,438 | 92.4772 |
| UniGlobal Vorsorge | Purchase | 8/6/2021 | 229,338 | 81.9914 |
| UniGlobal Vorsorge | Purchase | 8/9/2021 | 190,581 | 81.6212 |
| UniGlobal Vorsorge | Purchase | 8/10/2021 | 282,726 | 82.8557 |
| UniGlobal Vorsorge | Purchase | 8/11/2021 | 253,111 | 84.7252 |
| UniGlobal Vorsorge | Sale | 12/21/2018 | (271,000) | 46.1106 |
| UniGlobal Vorsorge | Sale | 10/30/2020 | (41,000) | 75.7300 |
| UniGlobal Vorsorge | Sale | 1/5/2021 | (143,311) | 90.1380 |

**Union Investment Privatfonds GmbH**
**Transactions in Activision Blizzard, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniGlobal Vorsorge | Sale | 1/6/2021 | (155,375) | 88.6809 |
| UniGlobal Vorsorge | Sale | 3/29/2021 | (96,586) | 93.8813 |
| UniGlobal Vorsorge | Sale | 3/30/2021 | (48,692) | 91.1048 |
| UniGlobal Vorsorge | Sale | 3/30/2021 | (156,387) | 92.4081 |
| UniGlobal Vorsorge | Sale | 3/30/2021 | (130,426) | 91.5477 |
| UniGlobal Vorsorge | Sale | 4/5/2021 | (136,855) | 93.4582 |
| UniGlobal Vorsorge | Sale | 7/27/2021 | (317,237) | 83.9416 |
| UniGlobal Vorsorge | Sale | 7/27/2021 | (52,636) | 83.5408 |
| UniGlobal Vorsorge | Sale | 8/3/2021 | (664,896) | 79.2815 |
| UniGlobal Vorsorge | Sale | 8/3/2021 | (196,614) | 78.6968 |
| UniGlobal Vorsorge | Sale | 8/4/2021 | (125,847) | 81.3209 |
| UniGlobal Vorsorge | Sale | 8/4/2021 | (247,109) | 81.3544 |
| UniGlobal Vorsorge | Sale | 8/5/2021 | (177,514) | 80.3286 |
| UniGlobal Vorsorge | Sale | 8/5/2021 | (72,847) | 80.9065 |
| UniGlobal Vorsorge | Sale | 8/25/2021 | (90,422) | 80.6448 |
| UniGlobal Vorsorge | Sale | 8/30/2021 | (141,314) | 80.8850 |
| UniGlobal Vorsorge | Sale | 8/30/2021 | (186,608) | 80.9093 |
| UniGlobal Vorsorge | Sale | 8/31/2021 | (299,086) | 82.6327 |
| UniGlobal Vorsorge | Sale | 9/1/2021 | (46,593) | 82.8509 |
| UniGlobal Vorsorge | Sale | 9/1/2021 | (96,912) | 82.9201 |
| UniGlobal Vorsorge | Sale | 9/1/2021 | (19,513) | 82.1239 |
| UniGlobal Vorsorge | Sale | 9/1/2021 | (85,279) | 82.3851 |
| UniGlobal Vorsorge | Sale | 9/2/2021 | (11,051) | 82.0861 |
| UniGlobal Vorsorge | Sale | 9/2/2021 | (1,226) | 81.9550 |
| UniGlobal Vorsorge | Sale | 9/2/2021 | (39,728) | 81.6782 |
| UniGlobal Vorsorge | Sale | 9/2/2021 | (26,440) | 81.3694 |
| UniGlobal Vorsorge | Sale | 9/3/2021 | (548,121) | 81.1297 |
| UniGlobal Vorsorge | Sale | 9/3/2021 | (1,025) | 80.9599 |
| UniFavorit: Aktien | Purchase | 4/22/2020 | 559,128 | 66.5451 |
| UniFavorit: Aktien | Purchase | 4/23/2020 | 252,919 | 66.8795 |
| UniFavorit: Aktien | Purchase | 12/4/2020 | 182,552 | 80.4921 |
| UniFavorit: Aktien | Purchase | 2/5/2021 | 726,183 | 101.9390 |
| UniFavorit: Aktien | Sale | 9/2/2021 | (121,143) | 82.0861 |
| UniFavorit: Aktien | Sale | 9/2/2021 | (13,434) | 81.9550 |
| UniFavorit: Aktien | Sale | 9/2/2021 | (435,501) | 81.6782 |
| UniFavorit: Aktien | Sale | 9/2/2021 | (289,830) | 81.3694 |
| UniFavorit: Aktien | Sale | 9/3/2021 | (11,240) | 80.9599 |
| UniFavorit: Aktien | Sale | 9/3/2021 | (421,742) | 81.1297 |
| UniFavorit: Aktien | Sale | 9/7/2021 | (427,892) | 79.4050 |
| UniNachhaltig Aktien Global | Purchase | 5/22/2018 | 50,963 | 72.0467 |

**Union Investment Privatfonds GmbH**
**Transactions in Activision Blizzard, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniNachhaltig Aktien Global | Purchase | 8/21/2018 | 13,597 | 70.0210 |
| UniNachhaltig Aktien Global | Purchase | 8/27/2018 | 2,674 | 74.0122 |
| UniNachhaltig Aktien Global | Purchase | 10/2/2018 | 18,722 | 83.3900 |
| UniNachhaltig Aktien Global | Purchase | 11/20/2018 | 2,032 | 48.4675 |
| UniNachhaltig Aktien Global | Purchase | 11/30/2018 | 9,839 | 52.5300 |
| UniNachhaltig Aktien Global | Purchase | 12/11/2018 | 2,448 | 48.5907 |
| UniNachhaltig Aktien Global | Purchase | 1/17/2019 | 2,474 | 46.9500 |
| UniNachhaltig Aktien Global | Purchase | 1/14/2020 | 144,777 | 59.5866 |
| UniNachhaltig Aktien Global | Purchase | 3/9/2020 | 21,643 | 57.4206 |
| UniNachhaltig Aktien Global | Purchase | 3/18/2020 | 18,936 | 53.0259 |
| UniNachhaltig Aktien Global | Purchase | 6/22/2020 | 12,648 | 76.0108 |
| UniNachhaltig Aktien Global | Purchase | 8/5/2020 | 50,784 | 85.4592 |
| UniNachhaltig Aktien Global | Purchase | 8/18/2020 | 44,294 | 81.9265 |
| UniNachhaltig Aktien Global | Purchase | 8/31/2020 | 14,799 | 83.0530 |
| UniNachhaltig Aktien Global | Purchase | 10/5/2020 | 34,255 | 79.6969 |
| UniNachhaltig Aktien Global | Purchase | 11/4/2020 | 26,968 | 79.4572 |
| UniNachhaltig Aktien Global | Purchase | 11/17/2020 | 21,928 | 78.1972 |
| UniNachhaltig Aktien Global | Purchase | 3/1/2021 | 28,246 | 98.1632 |
| UniNachhaltig Aktien Global | Purchase | 3/16/2021 | 34,703 | 94.5454 |
| UniNachhaltig Aktien Global | Purchase | 5/7/2021 | 92,443 | 92.1878 |
| UniNachhaltig Aktien Global | Purchase | 6/28/2021 | 25,535 | 95.2524 |
| UniNachhaltig Aktien Global | Purchase | 7/16/2021 | 32,555 | 91.2365 |
| UniNachhaltig Aktien Global | Sale | 9/17/2018 | (11,939) | 80.9144 |
| UniNachhaltig Aktien Global | Sale | 10/4/2018 | (6,722) | 82.5000 |
| UniNachhaltig Aktien Global | Sale | 10/31/2018 | (31,126) | 69.0533 |
| UniNachhaltig Aktien Global | Sale | 1/23/2019 | (52,962) | 46.2100 |
| UniNachhaltig Aktien Global | Sale | 5/27/2020 | (18,739) | 66.9075 |
| UniNachhaltig Aktien Global | Sale | 6/17/2020 | (59,770) | 73.5730 |
| UniNachhaltig Aktien Global | Sale | 7/16/2020 | (17,100) | 78.5076 |
| UniNachhaltig Aktien Global | Sale | 9/1/2021 | (16,782) | 82.1239 |
| UniNachhaltig Aktien Global | Sale | 9/1/2021 | (73,347) | 82.3851 |
| UniNachhaltig Aktien Global | Sale | 9/2/2021 | (9,505) | 82.0861 |
| UniNachhaltig Aktien Global | Sale | 9/2/2021 | (1,054) | 81.9550 |
| UniNachhaltig Aktien Global | Sale | 9/2/2021 | (34,169) | 81.6782 |
| UniNachhaltig Aktien Global | Sale | 9/2/2021 | (22,740) | 81.3694 |
| UniNachhaltig Aktien Global | Sale | 9/3/2021 | (882) | 80.9599 |
| UniNachhaltig Aktien Global | Sale | 9/9/2021 | (350,426) | 78.1468 |
| UniGlobal-net- | Purchase | 8/24/2018 | 38,150 | 73.3175 |
| UniGlobal-net- | Purchase | 5/4/2020 | 89,169 | 66.4056 |
| UniGlobal-net- | Purchase | 5/5/2020 | 29,400 | 67.8815 |
| UniGlobal-net- | Purchase | 5/5/2020 | 26,476 | 67.5418 |

**Union Investment Privatfonds GmbH**
**Transactions in Activision Blizzard, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniGlobal-net- | Purchase | 5/11/2020 | 27,876 | 74.9866 |
| UniGlobal-net- | Purchase | 5/12/2020 | 21,088 | 74.8758 |
| UniGlobal-net- | Purchase | 5/12/2020 | 5,825 | 74.8048 |
| UniGlobal-net- | Purchase | 5/13/2020 | 27,716 | 73.3101 |
| UniGlobal-net- | Purchase | 5/14/2020 | 13,180 | 72.8194 |
| UniGlobal-net- | Purchase | 5/19/2020 | 20,517 | 73.4739 |
| UniGlobal-net- | Purchase | 6/17/2020 | 31,280 | 75.3771 |
| UniGlobal-net- | Purchase | 7/9/2020 | 16,823 | 80.6400 |
| UniGlobal-net- | Purchase | 8/10/2020 | 25,323 | 82.5969 |
| UniGlobal-net- | Purchase | 8/17/2020 | 13,088 | 81.1427 |
| UniGlobal-net- | Purchase | 8/17/2020 | 5,426 | 81.5577 |
| UniGlobal-net- | Purchase | 9/1/2020 | 8,257 | 83.5862 |
| UniGlobal-net- | Purchase | 9/1/2020 | 6,512 | 84.0326 |
| UniGlobal-net- | Purchase | 11/5/2020 | 9,212 | 80.9190 |
| UniGlobal-net- | Purchase | 11/5/2020 | 15,800 | 81.1358 |
| UniGlobal-net- | Purchase | 11/10/2020 | 12,245 | 74.2131 |
| UniGlobal-net- | Purchase | 11/10/2020 | 11,506 | 73.8123 |
| UniGlobal-net- | Purchase | 11/18/2020 | 40,551 | 75.9030 |
| UniGlobal-net- | Purchase | 11/25/2020 | 22,270 | 76.8963 |
| UniGlobal-net- | Purchase | 1/25/2021 | 13,393 | 95.1727 |
| UniGlobal-net- | Purchase | 1/25/2021 | 23,299 | 95.2202 |
| UniGlobal-net- | Purchase | 4/15/2021 | 21,574 | 97.6080 |
| UniGlobal-net- | Purchase | 4/19/2021 | 37,779 | 97.3529 |
| UniGlobal-net- | Purchase | 5/7/2021 | 63,516 | 92.1878 |
| UniGlobal-net- | Purchase | 5/10/2021 | 37,950 | 92.6982 |
| UniGlobal-net- | Purchase | 5/12/2021 | 43,338 | 94.8195 |
| UniGlobal-net- | Purchase | 5/20/2021 | 25,441 | 94.7148 |
| UniGlobal-net- | Purchase | 5/28/2021 | 31,352 | 97.6098 |
| UniGlobal-net- | Purchase | 6/24/2021 | 47,905 | 92.4772 |
| UniGlobal-net- | Purchase | 8/6/2021 | 1,147 | 82.4300 |
| UniGlobal-net- | Purchase | 8/9/2021 | 1,218 | 81.4100 |
| UniGlobal-net- | Purchase | 8/10/2021 | 1,192 | 82.9900 |
| UniGlobal-net- | Purchase | 8/12/2021 | 244,049 | 84.6373 |
| UniGlobal-net- | Sale | 11/27/2018 | (2,642) | 50.7500 |
| UniGlobal-net- | Sale | 12/21/2018 | (35,508) | 46.1106 |
| UniGlobal-net- | Sale | 1/5/2021 | (35,024) | 90.1380 |
| UniGlobal-net- | Sale | 1/6/2021 | (38,310) | 88.6809 |
| UniGlobal-net- | Sale | 3/29/2021 | (24,309) | 93.8813 |
| UniGlobal-net- | Sale | 3/30/2021 | (9,749) | 91.1048 |
| UniGlobal-net- | Sale | 3/30/2021 | (39,382) | 92.4081 |
| UniGlobal-net- | Sale | 3/30/2021 | (26,114) | 91.5477 |
| UniGlobal-net- | Sale | 4/5/2021 | (34,478) | 93.4582 |

**Union Investment Privatfonds GmbH**
**Transactions in Activision Blizzard, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniGlobal-net- | Sale | 7/27/2021 | (122,795) | 83.9416 |
| UniGlobal-net- | Sale | 7/27/2021 | (20,375) | 83.5408 |
| UniGlobal-net- | Sale | 8/3/2021 | (97,387) | 79.2815 |
| UniGlobal-net- | Sale | 8/3/2021 | (60,805) | 78.6968 |
| UniGlobal-net- | Sale | 8/4/2021 | (31,827) | 81.3208 |
| UniGlobal-net- | Sale | 8/4/2021 | (62,499) | 81.3545 |
| UniGlobal-net- | Sale | 8/5/2021 | (44,626) | 80.3286 |
| UniGlobal-net- | Sale | 8/5/2021 | (18,312) | 80.9065 |
| UniGlobal-net- | Sale | 8/25/2021 | (67,987) | 80.6448 |
| UniGlobal-net- | Sale | 8/30/2021 | (36,575) | 80.8850 |
| UniGlobal-net- | Sale | 8/30/2021 | (31,914) | 80.9221 |
| UniGlobal-net- | Sale | 8/30/2021 | (48,299) | 80.9093 |
| UniGlobal-net- | Sale | 9/1/2021 | (12,070) | 82.8509 |
| UniGlobal-net- | Sale | 9/1/2021 | (25,106) | 82.9201 |
| UniGlobal-net- | Sale | 9/1/2021 | (5,055) | 82.1239 |
| UniGlobal-net- | Sale | 9/1/2021 | (22,093) | 82.3851 |
| UniGlobal-net- | Sale | 9/2/2021 | (2,863) | 82.0861 |
| UniGlobal-net- | Sale | 9/2/2021 | (317) | 81.9550 |
| UniGlobal-net- | Sale | 9/2/2021 | (91,303) | 81.6782 |
| UniGlobal-net- | Sale | 9/2/2021 | (60,763) | 81.3694 |
| UniGlobal-net- | Sale | 9/3/2021 | (2,356) | 80.9599 |
| KCD-Union Nachhaltig AKTIEN MinRisk | Purchase | 2/15/2018 | 4,757 | 69.6351 |
| KCD-Union Nachhaltig AKTIEN MinRisk | Purchase | 9/22/2020 | 5,744 | 82.1220 |
| KCD-Union Nachhaltig AKTIEN MinRisk | Sale | 5/8/2019 | (4,757) | 47.0998 |
| KCD-Union Nachhaltig AKTIEN MinRisk | Sale | 11/2/2021 | (5,489) | 77.6112 |
| KCD-Union Nachhaltig AKTIEN MinRisk | Sale | 11/3/2021 | (255) | 66.6563 |
| Pax Substanz Fonds | Purchase | 3/17/2021 | 6,040 | 92.2656 |
| Pax Substanz Fonds | Purchase | 6/1/2021 | 1,250 | 97.5000 |
| Pax Substanz Fonds | Purchase | 6/14/2021 | 1,480 | 98.3900 |
| Pax Substanz Fonds | Sale | 8/3/2021 | (8,770) | 79.2815 |
| VR Westmünsterland Select Nachhaltig | Purchase | 4/30/2021 | 2,714 | 92.2580 |
| VR Westmünsterland Select Nachhaltig | Sale | 10/14/2021 | (2,714) | 76.1625 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 10/2/2020 | 308 | 81.8400 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 10/8/2020 | 310 | 78.7000 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 10/20/2020 | 115 | 80.5000 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 11/2/2020 | 110 | 76.5500 |

**Union Investment Privatfonds GmbH**
**Transactions in Activision Blizzard, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| Werte Fonds Münsterland Nachhaltig | Purchase | 11/5/2020 | 171 | 80.9000 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 11/11/2020 | 149 | 76.1700 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 11/23/2020 | 171 | 76.9600 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 2/2/2021 | 2,294 | 92.0400 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 2/5/2021 | 1,056 | 100.5100 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 3/23/2021 | 184 | 92.5900 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 5/3/2021 | 280 | 91.6700 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 6/28/2021 | 179 | 92.7100 |
| Werte Fonds Münsterland Nachhaltig | Sale | 12/9/2020 | (1,334) | 83.4300 |
| Werte Fonds Münsterland Nachhaltig | Sale | 3/8/2021 | (1,394) | 91.7500 |
| Werte Fonds Münsterland Nachhaltig | Sale | 8/3/2021 | (2,599) | 80.9202 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 6/15/2020 | 3,000 | 73.2062 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 8/11/2020 | 2,000 | 79.7000 |
| VR Westmünsterland Aktiv Nachhaltig | Purchase | 11/5/2020 | 4,000 | 81.0828 |
| VR Westmünsterland Aktiv Nachhaltig | Sale | 10/8/2021 | (9,000) | 77.5895 |