# EXHIBIT C

**Union Investment Privatfonds GmbH**
**FIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGlobal Vorsorge** | | | | | | | | | |
| Purchase | 8/24/2018 | 271,000 | 73.3175 | $19,869,042.50 | | | | | |
| Purchase | 5/4/2020 | 424,040 | 66.4056 | $28,158,630.62 | | | | | |
| Purchase | 5/5/2020 | 139,812 | 67.8815 | $9,490,648.28 | | | | | |
| Purchase | 5/5/2020 | 125,905 | 67.5418 | $8,503,850.33 | | | | | |
| Purchase | 5/11/2020 | 132,567 | 74.9866 | $9,940,748.60 | | | | | |
| Purchase | 5/12/2020 | 100,289 | 74.8758 | $7,509,219.11 | | | | | |
| Purchase | 5/12/2020 | 27,699 | 74.8048 | $2,072,018.16 | | | | | |
| Purchase | 5/13/2020 | 131,807 | 73.3101 | $9,662,784.35 | | | | | |
| Purchase | 5/14/2020 | 62,679 | 72.8193 | $4,564,240.90 | | | | | |
| Purchase | 5/19/2020 | 97,572 | 73.4739 | $7,168,995.37 | | | | | |
| Purchase | 6/17/2020 | 148,754 | 75.3771 | $11,212,645.13 | | | | | |
| Purchase | 8/10/2020 | 113,875 | 82.5969 | $9,405,721.99 | | | | | |
| Purchase | 8/17/2020 | 58,855 | 81.1428 | $4,775,659.49 | | | | | |
| Purchase | 8/17/2020 | 24,404 | 81.5577 | $1,990,334.11 | | | | | |
| Purchase | 9/1/2020 | 37,133 | 83.5862 | $3,103,806.36 | Sale | 12/21/2018 | (271,000) | 46.1106 | ($12,495,972.60) |
| Purchase | 9/1/2020 | 29,285 | 84.0326 | $2,460,894.69 | Sale | 10/30/2020 | (41,000) | 75.7300 | ($3,104,930.00) |
| Purchase | 11/5/2020 | 38,171 | 80.9190 | $3,088,759.15 | Sale | 1/5/2021 | (143,311) | 90.1380 | ($12,917,766.92) |
| Purchase | 11/5/2020 | 65,465 | 81.1358 | $5,311,555.15 | Sale | 1/6/2021 | (155,375) | 88.6809 | ($13,778,794.84) |
| Purchase | 11/10/2020 | 50,830 | 74.2131 | $3,772,251.87 | Sale | 3/29/2021 | (96,586) | 93.8813 | ($9,067,619.24) |
| Purchase | 11/10/2020 | 47,762 | 73.8123 | $3,525,423.07 | Sale | 3/30/2021 | (48,692) | 91.1048 | ($4,436,074.92) |
| Purchase | 11/18/2020 | 91,117 | 75.9030 | $6,916,053.65 | Sale | 3/30/2021 | (156,387) | 92.4081 | ($14,451,425.53) |
| Purchase | 1/25/2021 | 53,989 | 95.1727 | $5,138,278.90 | Sale | 3/30/2021 | (130,426) | 91.5477 | ($11,940,200.32) |
| Purchase | 1/25/2021 | 93,913 | 95.2202 | $8,942,414.64 | Sale | 4/5/2021 | (136,855) | 93.4582 | ($12,790,221.96) |
| Purchase | 3/2/2021 | 49,094 | 96.7500 | $4,749,844.50 | Sale* | 7/27/2021 | (317,237) | 84.0500 | ($26,663,769.85) |
| Purchase | 4/9/2021 | 23,354 | 96.8400 | $2,261,601.36 | Sale* | 7/27/2021 | (52,636) | 84.0500 | ($4,424,055.80) |
| Purchase | 4/15/2021 | 86,677 | 97.6080 | $8,460,368.62 | Sale* | 8/3/2021 | (664,896) | 83.1083 | ($55,258,398.40) |
| Purchase | 4/19/2021 | 151,205 | 97.3529 | $14,720,245.24 | Sale* | 8/3/2021 | (196,614) | 83.1083 | ($16,340,261.85) |
| Purchase | 5/7/2021 | 256,504 | 92.1878 | $23,646,539.45 | Sale* | 8/4/2021 | (125,847) | 82.8814 | ($10,430,379.14) |
| Purchase | 5/10/2021 | 153,187 | 92.6982 | $14,200,159.16 | Sale* | 8/4/2021 | (247,109) | 82.8814 | ($20,480,746.93) |
| Purchase | 5/13/2021 | 35,029 | 95.3400 | $3,339,664.86 | Sale* | 8/5/2021 | (177,514) | 82.5613 | ($14,655,777.73) |
| Purchase | 5/20/2021 | 102,379 | 94.7148 | $9,696,806.51 | Sale* | 8/5/2021 | (72,847) | 82.5613 | ($6,014,339.38) |
| Purchase | 5/21/2021 | 48,176 | 93.9524 | $4,526,250.82 | Sale* | 8/25/2021 | (90,422) | 82.8186 | ($7,488,626.74) |
| Purchase | 5/28/2021 | 224,923 | 97.6098 | $21,954,689.05 | Sale* | 8/30/2021 | (141,314) | 82.6724 | ($11,682,767.53) |
| Purchase | 6/17/2021 | 150,005 | 93.7780 | $14,067,168.89 | Sale* | 8/30/2021 | (186,608) | 82.6724 | ($15,427,331.22) |
| Purchase | 6/24/2021 | 24,438 | 92.4772 | $2,259,957.81 | Sale* | 8/31/2021 | (219,218) | 82.6608 | ($18,120,728.51) |
| | | 3,671,894 | | $300,467,272.71 | | | (3,671,894) | | ($301,970,189.42) |

**UniGlobal Vorsorge Gain/(Loss)**     **$1,502,916.71**

**Union Investment Privatfonds GmbH**
**FIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniFavorit: Aktien** | | | | | | | | | |
| | | | | | Sale* | 9/2/2021 | (121,143) | 82.5996 | ($10,006,368.53) |
| | | | | | Sale* | 9/2/2021 | (13,434) | 82.5996 | ($1,109,643.60) |
| | | | | | Sale* | 9/2/2021 | (435,501) | 82.5996 | ($35,972,227.06) |
| Purchase | 4/22/2020 | 559,128 | 66.5451 | $37,207,228.67 | Sale* | 9/2/2021 | (289,830) | 82.5996 | ($23,939,854.49) |
| Purchase | 4/23/2020 | 252,919 | 66.8795 | $16,915,096.26 | Sale* | 9/3/2021 | (11,240) | 82.5507 | ($927,869.75) |
| Purchase | 12/4/2020 | 182,552 | 80.4921 | $14,693,993.84 | Sale* | 9/3/2021 | (421,742) | 82.5507 | ($34,815,092.96) |
| Purchase | 2/5/2021 | 726,183 | 101.9390 | $74,026,368.84 | Sale* | 9/7/2021 | (427,892) | 82.4147 | ($35,264,576.55) |
| | | 1,720,782 | | $142,842,687.61 | | | (1,720,782) | | ($142,035,632.95) |

UniFavorit: Aktien Gain/(Loss)  ($807,054.66)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniNachhaltig Aktien Global** | | | | | | | | | |
| Purchase | 5/22/2018 | 50,963 | 72.0467 | $3,671,715.97 | | | | | |
| Purchase | 8/21/2018 | 13,597 | 70.0210 | $952,075.54 | | | | | |
| Purchase | 8/27/2018 | 2,674 | 74.0122 | $197,908.62 | | | | | |
| Purchase | 10/2/2018 | 18,722 | 83.3900 | $1,561,227.58 | | | | | |
| Purchase | 11/20/2018 | 2,032 | 48.4675 | $98,485.96 | | | | | |
| Purchase | 11/30/2018 | 9,839 | 52.5300 | $516,842.67 | | | | | |
| Purchase | 12/11/2018 | 2,448 | 48.5907 | $118,950.03 | | | | | |
| Purchase | 1/17/2019 | 2,474 | 46.9500 | $116,154.30 | | | | | |
| Purchase | 1/14/2020 | 144,777 | 59.5866 | $8,626,769.19 | Sale | 9/17/2018 | (11,939) | 80.9144 | ($966,037.02) |
| Purchase | 3/9/2020 | 21,643 | 57.4206 | $1,242,754.05 | Sale | 10/4/2018 | (6,722) | 82.5000 | ($554,565.00) |
| Purchase | 3/18/2020 | 18,936 | 53.0259 | $1,004,098.44 | Sale | 10/31/2018 | (31,126) | 69.0533 | ($2,149,353.02) |
| Purchase | 6/22/2020 | 12,648 | 76.0108 | $961,384.60 | Sale | 1/23/2019 | (52,962) | 46.2100 | ($2,447,374.02) |
| Purchase | 8/5/2020 | 50,784 | 85.4592 | $4,339,960.01 | Sale | 5/27/2020 | (18,739) | 66.9075 | ($1,253,779.64) |
| Purchase | 8/18/2020 | 44,294 | 81.9265 | $3,628,852.39 | Sale | 6/17/2020 | (59,770) | 73.5730 | ($4,397,458.21) |
| Purchase | 8/31/2020 | 14,799 | 83.0530 | $1,229,101.35 | Sale | 7/16/2020 | (17,100) | 78.5076 | ($1,342,479.96) |
| Purchase | 10/5/2020 | 34,255 | 79.6969 | $2,730,017.31 | Sale* | 9/1/2021 | (16,782) | 82.6474 | ($1,386,988.79) |
| Purchase | 11/4/2020 | 26,968 | 79.4572 | $2,142,801.77 | Sale* | 9/1/2021 | (73,347) | 82.6474 | ($6,061,939.39) |
| Purchase | 11/17/2020 | 21,928 | 78.1972 | $1,714,708.20 | Sale* | 9/2/2021 | (9,505) | 82.5996 | ($785,109.61) |
| Purchase | 3/1/2021 | 28,246 | 98.1632 | $2,772,717.75 | Sale* | 9/2/2021 | (1,054) | 82.5996 | ($87,060.02) |
| Purchase | 3/16/2021 | 34,703 | 94.5454 | $3,281,009.02 | Sale* | 9/2/2021 | (34,169) | 82.5996 | ($2,822,347.20) |
| Purchase | 5/7/2021 | 92,443 | 92.1878 | $8,522,116.80 | Sale* | 9/2/2021 | (22,740) | 82.5996 | ($1,878,315.88) |
| Purchase | 6/28/2021 | 25,535 | 95.2524 | $2,432,270.03 | Sale* | 9/3/2021 | (882) | 82.5507 | ($72,809.71) |

**Union Investment Privatfonds GmbH**
**FIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/16/2021 | 32,555 | 91.2365 | $2,970,204.26 | Sale* | 9/9/2021 | (350,426) | 82.2119 | ($28,809,178.51) |
| | | 707,263 | | $54,832,125.83 | | | (707,263) | | ($55,014,795.97) |

| | | | | | | UniNachhaltig Aktien Global Gain/(Loss) | | | $182,670.14 |
|---|---|---|---|---|---|---|---|---|---|

**UniGlobal-net-**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 38,150 | 73.3175 | $2,797,062.63 | | | | | |
| Purchase | 5/4/2020 | 89,169 | 66.4056 | $5,921,320.95 | | | | | |
| Purchase | 5/5/2020 | 29,400 | 67.8815 | $1,995,716.10 | | | | | |
| Purchase | 5/5/2020 | 26,476 | 67.5418 | $1,788,236.70 | | | | | |
| Purchase | 5/11/2020 | 27,876 | 74.9866 | $2,090,326.46 | | | | | |
| Purchase | 5/12/2020 | 21,088 | 74.8758 | $1,578,980.87 | | | | | |
| Purchase | 5/12/2020 | 5,825 | 74.8048 | $435,737.96 | | | | | |
| Purchase | 5/13/2020 | 27,716 | 73.3101 | $2,031,862.73 | | | | | |
| Purchase | 5/14/2020 | 13,180 | 72.8194 | $959,759.69 | | | | | |
| Purchase | 5/19/2020 | 20,517 | 73.4739 | $1,507,464.01 | | | | | |
| Purchase | 6/17/2020 | 31,280 | 75.3771 | $2,357,795.69 | | | | | |
| Purchase | 7/9/2020 | 16,823 | 80.6400 | $1,356,606.72 | | | | | |
| Purchase | 8/10/2020 | 25,323 | 82.5969 | $2,091,601.30 | Sale | 11/27/2018 | (2,642) | 50.7500 | ($134,081.50) |
| Purchase | 8/17/2020 | 13,088 | 81.1427 | $1,061,995.66 | Sale | 12/21/2018 | (35,508) | 46.1106 | ($1,637,295.18) |
| Purchase | 8/17/2020 | 5,426 | 81.5577 | $442,532.08 | Sale | 1/5/2021 | (35,024) | 90.1380 | ($3,156,993.31) |
| Purchase | 9/1/2020 | 8,257 | 83.5862 | $690,171.25 | Sale | 1/6/2021 | (38,310) | 88.6809 | ($3,397,365.28) |
| Purchase | 9/1/2020 | 6,512 | 84.0326 | $547,220.29 | Sale | 3/29/2021 | (24,309) | 93.8813 | ($2,282,160.52) |
| Purchase | 11/5/2020 | 9,212 | 80.9190 | $745,425.83 | Sale | 3/30/2021 | (9,749) | 91.1048 | ($888,180.70) |
| Purchase | 11/5/2020 | 15,800 | 81.1358 | $1,281,945.64 | Sale | 3/30/2021 | (39,382) | 92.4081 | ($3,639,215.79) |
| Purchase | 11/10/2020 | 12,245 | 74.2131 | $908,739.41 | Sale | 3/30/2021 | (26,114) | 91.5477 | ($2,390,676.64) |
| Purchase | 11/10/2020 | 11,506 | 73.8123 | $849,284.32 | Sale | 4/5/2021 | (34,478) | 93.4582 | ($3,222,251.82) |
| Purchase | 11/18/2020 | 40,551 | 75.9030 | $3,077,942.55 | Sale* | 7/27/2021 | (122,795) | 84.0500 | ($10,320,919.75) |
| Purchase | 11/25/2020 | 22,270 | 76.8963 | $1,712,480.60 | Sale* | 7/27/2021 | (20,375) | 84.0500 | ($1,712,518.75) |
| Purchase | 1/25/2021 | 13,393 | 95.1727 | $1,274,647.97 | Sale* | 8/3/2021 | (97,387) | 83.1083 | ($8,093,671.26) |
| Purchase | 1/25/2021 | 23,299 | 95.2202 | $2,218,535.44 | Sale* | 8/3/2021 | (60,805) | 83.1083 | ($5,053,402.21) |
| Purchase | 4/15/2021 | 21,574 | 97.6080 | $2,105,794.99 | Sale* | 8/4/2021 | (31,827) | 82.8814 | ($2,637,867.23) |
| Purchase | 4/19/2021 | 37,779 | 97.3529 | $3,677,895.21 | Sale* | 8/4/2021 | (62,499) | 82.8814 | ($5,180,006.40) |
| Purchase | 5/7/2021 | 63,516 | 92.1878 | $5,855,400.30 | Sale* | 8/5/2021 | (44,626) | 82.5613 | ($3,684,378.34) |
| Purchase | 5/10/2021 | 37,950 | 92.6982 | $3,517,896.69 | Sale* | 8/5/2021 | (18,312) | 82.5613 | ($1,511,861.61) |
| Purchase | 5/12/2021 | 43,338 | 94.8195 | $4,109,287.49 | Sale* | 8/25/2021 | (67,987) | 82.8186 | ($5,630,590.63) |
| Purchase | 5/20/2021 | 25,441 | 94.7148 | $2,409,639.23 | Sale* | 8/30/2021 | (36,575) | 82.6724 | ($3,023,743.03) |
| Purchase | 5/28/2021 | 31,352 | 97.6098 | $3,060,262.45 | Sale* | 8/30/2021 | (31,914) | 82.6724 | ($2,638,406.97) |

**Union Investment Privatfonds GmbH**
**FIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/24/2021 | 47,905 | 92.4772 | $4,430,120.27 | Sale* | 8/30/2021 | (22,619) | 82.6724 | ($1,869,967.02) |
| | | 863,237 | | $70,889,689.47 | | | (863,237) | | ($72,105,553.94) |
| | | | | | | | UniGlobal-net- Gain/(Loss) | | $1,215,864.47 |

**KCD-Union Nachhaltig AKTIEN MinRisk**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 5/8/2019 | (4,757) | 47.0998 | ($224,053.88) |
| Purchase | 2/15/2018 | 4,757 | 69.6351 | $331,254.04 | | | | | |
| Purchase | 9/22/2020 | 5,744 | 82.1220 | $471,708.77 | Retained | | (5,744) | 79.6097 | ($457,278.02) |
| | | 10,501 | | $802,962.81 | | | (10,501) | | ($681,331.90) |
| | | | | | | KCD-Union Nachhaltig AKTIEN MinRisk Gain/(Loss) | | | ($121,630.91) |

**Pax Substanz Fonds**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/17/2021 | 6,040 | 92.2656 | $557,284.22 | | | | | |
| Purchase | 6/1/2021 | 1,250 | 97.5000 | $121,875.00 | | | | | |
| Purchase | 6/14/2021 | 1,480 | 98.3900 | $145,617.20 | Sale* | 8/3/2021 | (8,770) | 83.1083 | ($728,860.08) |
| | | 8,770 | | $824,776.42 | | | (8,770) | | ($728,860.08) |
| | | | | | | Pax Substanz Fonds Gain/(Loss) | | | ($95,916.34) |

**VR Westmünsterland Select Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/30/2021 | 2,714 | 92.2580 | $250,388.21 | Sale* | 10/14/2021 | (2,714) | 79.8137 | ($216,614.34) |
| | | 2,714 | | $250,388.21 | | | (2,714) | | ($216,614.34) |
| | | | | | | VR Westmünsterland Select Nachhaltig Gain/(Loss) | | | ($33,773.87) |

**Werte Fonds Münsterland Nachhaltig**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 10/2/2020 | 308 | 81.8400 | $25,206.72 |
| Purchase | 10/8/2020 | 310 | 78.7000 | $24,397.00 |
| Purchase | 10/20/2020 | 115 | 80.5000 | $9,257.50 |
| Purchase | 11/2/2020 | 110 | 76.5500 | $8,420.50 |
| Purchase | 11/5/2020 | 171 | 80.9000 | $13,833.90 |
| Purchase | 11/11/2020 | 149 | 76.1700 | $11,349.33 |
| Purchase | 11/23/2020 | 171 | 76.9600 | $13,160.16 |
| Purchase | 2/2/2021 | 2,294 | 92.0400 | $211,139.76 |

**Union Investment Privatfonds GmbH**
**FIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/5/2021 | 1,056 | 100.5100 | $106,138.56 | | | | | |
| Purchase | 3/23/2021 | 184 | 92.5900 | $17,036.56 | Sale | 12/9/2020 | (1,334) | 83.4300 | ($111,295.62) |
| Purchase | 5/3/2021 | 280 | 91.6700 | $25,667.60 | Sale | 3/8/2021 | (1,394) | 91.7500 | ($127,899.50) |
| Purchase | 6/28/2021 | 179 | 92.7100 | $16,595.09 | Sale* | 8/3/2021 | (2,599) | 83.1083 | ($215,998.56) |
| | | 5,327 | | $482,202.68 | | | (5,327) | | ($455,193.68) |

**Werte Fonds Münsterland Nachhaltig Gain/(Loss)**   ($27,009.00)

**VR Westmünsterland Aktiv Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/15/2020 | 3,000 | 73.2062 | $219,618.60 | | | | | |
| Purchase | 8/11/2020 | 2,000 | 79.7000 | $159,400.00 | | | | | |
| Purchase | 11/5/2020 | 4,000 | 81.0828 | $324,331.20 | Sale* | 10/8/2021 | (9,000) | 80.1279 | ($721,151.32) |
| | | 9,000 | | $703,349.80 | | | (9,000) | | ($721,151.32) |

**VR Westmünsterland Aktiv Nachhaltig Gain/(Loss)**   $17,801.52

**FIFO Gain/(Loss) Total**   $1,833,868.05

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGlobal Vorsorge** | | | | | | | | | |
| Purchase | 8/24/2018 | 271,000 | 73.3175 | $19,869,042.50 | | | | | |
| Purchase | 5/4/2020 | 424,040 | 66.4056 | $28,158,630.62 | | | | | |
| Purchase | 5/5/2020 | 139,812 | 67.8815 | $9,490,648.28 | | | | | |
| Purchase | 5/5/2020 | 125,905 | 67.5418 | $8,503,850.33 | | | | | |
| Purchase | 5/11/2020 | 132,567 | 74.9866 | $9,940,748.60 | | | | | |
| Purchase | 5/12/2020 | 100,289 | 74.8758 | $7,509,219.11 | | | | | |
| Purchase | 5/12/2020 | 27,699 | 74.8048 | $2,072,018.16 | | | | | |
| Purchase | 5/13/2020 | 131,807 | 73.3101 | $9,662,784.35 | | | | | |
| Purchase | 5/14/2020 | 62,679 | 72.8193 | $4,564,240.90 | | | | | |
| Purchase | 5/19/2020 | 97,572 | 73.4739 | $7,168,995.37 | | | | | |
| Purchase | 6/17/2020 | 148,754 | 75.3771 | $11,212,645.13 | | | | | |
| Purchase | 8/10/2020 | 113,875 | 82.5969 | $9,405,721.99 | Sale | 12/21/2018 | (271,000) | 46.1106 | ($12,495,972.60) |
| Purchase | 8/17/2020 | 58,855 | 81.1428 | $4,775,659.49 | Sale | 10/30/2020 | (41,000) | 75.7300 | ($3,104,930.00) |
| Purchase | 8/17/2020 | 24,404 | 81.5577 | $1,990,334.11 | Sale | 1/5/2021 | (143,311) | 90.1380 | ($12,917,766.92) |
| Purchase | 9/1/2020 | 37,133 | 83.5862 | $3,103,806.36 | Sale | 1/6/2021 | (155,375) | 88.6809 | ($13,778,794.84) |
| Purchase | 9/1/2020 | 29,285 | 84.0326 | $2,460,894.69 | Sale | 3/29/2021 | (96,586) | 93.8813 | ($9,067,619.24) |
| Purchase | 11/5/2020 | 38,171 | 80.9190 | $3,088,759.15 | Sale | 3/30/2021 | (48,692) | 91.1048 | ($4,436,074.92) |
| Purchase | 11/5/2020 | 65,465 | 81.1358 | $5,311,555.15 | Sale | 3/30/2021 | (156,387) | 92.4081 | ($14,451,425.53) |
| Purchase | 11/10/2020 | 50,830 | 74.2131 | $3,772,251.87 | Sale | 3/30/2021 | (130,426) | 91.5477 | ($11,940,200.32) |
| Purchase | 11/10/2020 | 47,762 | 73.8123 | $3,525,423.07 | Sale | 4/5/2021 | (136,855) | 93.4582 | ($12,790,221.96) |
| Purchase | 11/18/2020 | 91,117 | 75.9030 | $6,916,053.65 | Sale* | 7/27/2021 | (317,237) | 84.0500 | ($26,663,769.85) |
| Purchase | 1/25/2021 | 53,989 | 95.1727 | $5,138,278.90 | Sale* | 7/27/2021 | (52,636) | 84.0500 | ($4,424,055.80) |
| Purchase | 1/25/2021 | 93,913 | 95.2202 | $8,942,414.64 | Sale* | 8/3/2021 | (664,896) | 83.1083 | ($55,258,398.40) |
| Purchase | 3/2/2021 | 49,094 | 96.7500 | $4,749,844.50 | Sale* | 8/3/2021 | (196,614) | 83.1083 | ($16,340,261.85) |
| Purchase | 4/9/2021 | 23,354 | 96.8400 | $2,261,601.36 | Sale* | 8/4/2021 | (125,847) | 82.8814 | ($10,430,379.14) |
| Purchase | 4/15/2021 | 86,677 | 97.6080 | $8,460,368.62 | Sale* | 8/4/2021 | (247,109) | 82.8814 | ($20,480,746.93) |
| Purchase | 4/19/2021 | 151,205 | 97.3529 | $14,720,245.24 | Sale* | 8/5/2021 | (177,514) | 82.5613 | ($14,655,777.73) |
| Purchase | 5/7/2021 | 256,504 | 92.1878 | $23,646,539.45 | Sale* | 8/5/2021 | (72,847) | 82.5613 | ($6,014,339.38) |
| Purchase | 5/10/2021 | 153,187 | 92.6982 | $14,200,159.16 | Sale* | 9/1/2021 | (9,971) | 82.6474 | ($824,077.30) |
| Purchase | 5/13/2021 | 35,029 | 95.3400 | $3,339,664.86 | Sale* | 9/2/2021 | (11,051) | 82.5996 | ($912,808.65) |
| Purchase | 5/20/2021 | 102,379 | 94.7148 | $9,696,806.51 | Sale* | 9/2/2021 | (1,226) | 82.5996 | ($101,267.16) |
| Purchase | 5/21/2021 | 48,176 | 93.9524 | $4,526,250.82 | Sale* | 9/2/2021 | (39,728) | 82.5996 | ($3,281,518.61) |
| Purchase | 5/28/2021 | 224,923 | 97.6098 | $21,954,689.05 | Sale* | 9/2/2021 | (26,440) | 82.5996 | ($2,183,934.56) |
| Purchase | 6/17/2021 | 150,005 | 93.7780 | $14,067,168.89 | Sale* | 9/3/2021 | (548,121) | 82.5507 | ($45,247,766.56) |
| Purchase | 6/24/2021 | 24,438 | 92.4772 | $2,259,957.81 | Sale* | 9/3/2021 | (1,025) | 82.5507 | ($84,614.46) |
| | | 3,671,894 | | $300,467,272.71 | | | (3,671,894) | | ($301,886,722.72) |

**UniGlobal Vorsorge Gain/(Loss)**     **$1,419,450.01**

**Union Investment Privatfonds GmbH**
**LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniFavorit: Aktien** | | | | | | | | | |
| | | | | | Sale* | 9/2/2021 | (121,143) | 82.5996 | ($10,006,368.53) |
| | | | | | Sale* | 9/2/2021 | (13,434) | 82.5996 | ($1,109,643.60) |
| | | | | | Sale* | 9/2/2021 | (435,501) | 82.5996 | ($35,972,227.06) |
| Purchase | 4/22/2020 | 559,128 | 66.5451 | $37,207,228.67 | Sale* | 9/2/2021 | (289,830) | 82.5996 | ($23,939,854.49) |
| Purchase | 4/23/2020 | 252,919 | 66.8795 | $16,915,096.26 | Sale* | 9/3/2021 | (11,240) | 82.5507 | ($927,869.75) |
| Purchase | 12/4/2020 | 182,552 | 80.4921 | $14,693,993.84 | Sale* | 9/3/2021 | (421,742) | 82.5507 | ($34,815,092.96) |
| Purchase | 2/5/2021 | 726,183 | 101.9390 | $74,026,368.84 | Sale* | 9/7/2021 | (427,892) | 82.4147 | ($35,264,576.55) |
| | | 1,720,782 | | $142,842,687.61 | | | (1,720,782) | | ($142,035,632.95) |
| | | | | | | | **UniFavorit: Aktien Gain/(Loss)** | | **($807,054.66)** |
| **UniNachhaltig Aktien Global** | | | | | | | | | |
| Purchase | 5/22/2018 | 50,963 | 72.0467 | $3,671,715.97 | | | | | |
| Purchase | 8/21/2018 | 13,597 | 70.0210 | $952,075.54 | | | | | |
| Purchase | 8/27/2018 | 2,674 | 74.0122 | $197,908.62 | | | | | |
| Purchase | 10/2/2018 | 18,722 | 83.3900 | $1,561,227.58 | | | | | |
| Purchase | 11/20/2018 | 2,032 | 48.4675 | $98,485.96 | | | | | |
| Purchase | 11/30/2018 | 9,839 | 52.5300 | $516,842.67 | | | | | |
| Purchase | 12/11/2018 | 2,448 | 48.5907 | $118,950.03 | | | | | |
| Purchase | 1/17/2019 | 2,474 | 46.9500 | $116,154.30 | | | | | |
| Purchase | 1/14/2020 | 144,777 | 59.5866 | $8,626,769.19 | Sale | 9/17/2018 | (11,939) | 80.9144 | ($966,037.02) |
| Purchase | 3/9/2020 | 21,643 | 57.4206 | $1,242,754.05 | Sale | 10/4/2018 | (6,722) | 82.5000 | ($554,565.00) |
| Purchase | 3/18/2020 | 18,936 | 53.0259 | $1,004,098.44 | Sale | 10/31/2018 | (31,126) | 69.0533 | ($2,149,353.02) |
| Purchase | 6/22/2020 | 12,648 | 76.0108 | $961,384.60 | Sale | 1/23/2019 | (52,962) | 46.2100 | ($2,447,374.02) |
| Purchase | 8/5/2020 | 50,784 | 85.4592 | $4,339,960.01 | Sale | 5/27/2020 | (18,739) | 66.9075 | ($1,253,779.64) |
| Purchase | 8/18/2020 | 44,294 | 81.9265 | $3,628,852.39 | Sale | 6/17/2020 | (59,770) | 73.5730 | ($4,397,458.21) |
| Purchase | 8/31/2020 | 14,799 | 83.0530 | $1,229,101.35 | Sale | 7/16/2020 | (17,100) | 78.5076 | ($1,342,479.96) |
| Purchase | 10/5/2020 | 34,255 | 79.6969 | $2,730,017.31 | Sale* | 9/1/2021 | (16,782) | 82.6474 | ($1,386,988.79) |
| Purchase | 11/4/2020 | 26,968 | 79.4572 | $2,142,801.77 | Sale* | 9/1/2021 | (73,347) | 82.6474 | ($6,061,939.39) |
| Purchase | 11/17/2020 | 21,928 | 78.1972 | $1,714,708.20 | Sale* | 9/2/2021 | (9,505) | 82.5996 | ($785,109.61) |
| Purchase | 3/1/2021 | 28,246 | 98.1632 | $2,772,717.75 | Sale* | 9/2/2021 | (1,054) | 82.5996 | ($87,060.02) |
| Purchase | 3/16/2021 | 34,703 | 94.5454 | $3,281,009.02 | Sale* | 9/2/2021 | (34,169) | 82.5996 | ($2,822,347.20) |
| Purchase | 5/7/2021 | 92,443 | 92.1878 | $8,522,116.80 | Sale* | 9/2/2021 | (22,740) | 82.5996 | ($1,878,315.88) |
| Purchase | 6/28/2021 | 25,535 | 95.2524 | $2,432,270.03 | Sale* | 9/3/2021 | (882) | 82.5507 | ($72,809.71) |

**Union Investment Privatfonds GmbH**
**LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/16/2021 | 32,555 | 91.2365 | $2,970,204.26 | Sale* | 9/9/2021 | (350,426) | 82.2119 | ($28,809,178.51) |
| | | 707,263 | | $54,832,125.83 | | | (707,263) | | ($55,014,795.97) |

|  |  |  |  |  |  | UniNachhaltig Aktien Global Gain/(Loss) |  | $182,670.14 |
|---|---|---|---|---|---|---|---|---|

**UniGlobal-net-**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 38,150 | 73.3175 | $2,797,062.63 | | | | | |
| Purchase | 5/4/2020 | 89,169 | 66.4056 | $5,921,320.95 | | | | | |
| Purchase | 5/5/2020 | 29,400 | 67.8815 | $1,995,716.10 | | | | | |
| Purchase | 5/5/2020 | 26,476 | 67.5418 | $1,788,236.70 | | | | | |
| Purchase | 5/11/2020 | 27,876 | 74.9866 | $2,090,326.46 | | | | | |
| Purchase | 5/12/2020 | 21,088 | 74.8758 | $1,578,980.87 | | | | | |
| Purchase | 5/12/2020 | 5,825 | 74.8048 | $435,737.96 | | | | | |
| Purchase | 5/13/2020 | 27,716 | 73.3101 | $2,031,862.73 | | | | | |
| Purchase | 5/14/2020 | 13,180 | 72.8194 | $959,759.69 | | | | | |
| Purchase | 5/19/2020 | 20,517 | 73.4739 | $1,507,464.01 | | | | | |
| Purchase | 6/17/2020 | 31,280 | 75.3771 | $2,357,795.69 | Sale | 11/27/2018 | (2,642) | 50.7500 | ($134,081.50) |
| Purchase | 7/9/2020 | 16,823 | 80.6400 | $1,356,606.72 | Sale | 12/21/2018 | (35,508) | 46.1106 | ($1,637,295.18) |
| Purchase | 8/10/2020 | 25,323 | 82.5969 | $2,091,601.30 | Sale | 1/5/2021 | (35,024) | 90.1380 | ($3,156,993.31) |
| Purchase | 8/17/2020 | 13,088 | 81.1427 | $1,061,995.66 | Sale | 1/6/2021 | (38,310) | 88.6809 | ($3,397,365.28) |
| Purchase | 8/17/2020 | 5,426 | 81.5577 | $442,532.08 | Sale | 3/29/2021 | (24,309) | 93.8813 | ($2,282,160.52) |
| Purchase | 9/1/2020 | 8,257 | 83.5862 | $690,171.25 | Sale | 3/30/2021 | (9,749) | 91.1048 | ($888,180.70) |
| Purchase | 9/1/2020 | 6,512 | 84.0326 | $547,220.29 | Sale | 3/30/2021 | (39,382) | 92.4081 | ($3,639,215.79) |
| Purchase | 11/5/2020 | 9,212 | 80.9190 | $745,425.83 | Sale | 3/30/2021 | (26,114) | 91.5477 | ($2,390,676.64) |
| Purchase | 11/5/2020 | 15,800 | 81.1358 | $1,281,945.64 | Sale | 4/5/2021 | (34,478) | 93.4582 | ($3,222,251.82) |
| Purchase | 11/10/2020 | 12,245 | 74.2131 | $908,739.41 | Sale* | 7/27/2021 | (122,795) | 84.0500 | ($10,320,919.75) |
| Purchase | 11/10/2020 | 11,506 | 73.8123 | $849,284.32 | Sale* | 7/27/2021 | (20,375) | 84.0500 | ($1,712,518.75) |
| Purchase | 11/18/2020 | 40,551 | 75.9030 | $3,077,942.55 | Sale* | 8/3/2021 | (97,387) | 83.1083 | ($8,093,671.26) |
| Purchase | 11/25/2020 | 22,270 | 76.8963 | $1,712,480.60 | Sale* | 8/3/2021 | (60,805) | 83.1083 | ($5,053,402.21) |
| Purchase | 1/25/2021 | 13,393 | 95.1727 | $1,274,647.97 | Sale* | 8/4/2021 | (31,827) | 82.8814 | ($2,637,867.23) |
| Purchase | 1/25/2021 | 23,299 | 95.2202 | $2,218,535.44 | Sale* | 8/4/2021 | (62,499) | 82.8814 | ($5,180,006.40) |
| Purchase | 4/15/2021 | 21,574 | 97.6080 | $2,105,794.99 | Sale* | 8/5/2021 | (44,626) | 82.5613 | ($3,684,378.34) |
| Purchase | 4/19/2021 | 37,779 | 97.3529 | $3,677,895.21 | Sale* | 8/5/2021 | (18,312) | 82.5613 | ($1,511,861.61) |
| Purchase | 5/7/2021 | 63,516 | 92.1878 | $5,855,400.30 | Sale* | 9/1/2021 | (1,493) | 82.6474 | ($123,392.58) |
| Purchase | 5/10/2021 | 37,950 | 92.6982 | $3,517,896.69 | Sale* | 9/2/2021 | (2,863) | 82.5996 | ($236,482.78) |
| Purchase | 5/12/2021 | 43,338 | 94.8195 | $4,109,287.49 | Sale* | 9/2/2021 | (317) | 82.5996 | ($26,184.09) |
| Purchase | 5/20/2021 | 25,441 | 94.7148 | $2,409,639.23 | Sale* | 9/2/2021 | (91,303) | 82.5996 | ($7,541,595.19) |
| Purchase | 5/28/2021 | 31,352 | 97.6098 | $3,060,262.45 | Sale* | 9/2/2021 | (60,763) | 82.5996 | ($5,019,002.10) |

**Union Investment Privatfonds GmbH**
**LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/24/2021 | 47,905 | 92.4772 | $4,430,120.27 | Sale* | 9/3/2021 | (2,356) | 82.5507 | ($194,489.42) |
| | | 863,237 | | $70,889,689.47 | | | (863,237) | | ($72,083,992.45) |
| | | | | | | UniGlobal-net- Gain/(Loss) | | | $1,194,302.98 |

**KCD-Union Nachhaltig AKTIEN MinRisk**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 5/8/2019 | (4,757) | 47.0998 | ($224,053.88) |
| Purchase | 2/15/2018 | 4,757 | 69.6351 | $331,254.04 | | | | | |
| Purchase | 9/22/2020 | 5,744 | 82.1220 | $471,708.77 | Retained | | (5,744) | 79.6097 | ($457,278.02) |
| | | 10,501 | | $802,962.81 | | | (10,501) | | ($681,331.90) |
| | | | | | KCD-Union Nachhaltig AKTIEN MinRisk Gain/(Loss) | | | | ($121,630.91) |

**Pax Substanz Fonds**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/17/2021 | 6,040 | 92.2656 | $557,284.22 | | | | | |
| Purchase | 6/1/2021 | 1,250 | 97.5000 | $121,875.00 | | | | | |
| Purchase | 6/14/2021 | 1,480 | 98.3900 | $145,617.20 | Sale* | 8/3/2021 | (8,770) | 83.1083 | ($728,860.08) |
| | | 8,770 | | $824,776.42 | | | (8,770) | | ($728,860.08) |
| | | | | | Pax Substanz Fonds Gain/(Loss) | | | | ($95,916.34) |

**VR Westmünsterland Select Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/30/2021 | 2,714 | 92.2580 | $250,388.21 | Sale* | 10/14/2021 | (2,714) | 79.8137 | ($216,614.34) |
| | | 2,714 | | $250,388.21 | | | (2,714) | | ($216,614.34) |
| | | | | | VR Westmünsterland Select Nachhaltig Gain/(Loss) | | | | ($33,773.87) |

**Werte Fonds Münsterland Nachhaltig**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 10/2/2020 | 308 | 81.8400 | $25,206.72 |
| Purchase | 10/8/2020 | 310 | 78.7000 | $24,397.00 |
| Purchase | 10/20/2020 | 115 | 80.5000 | $9,257.50 |
| Purchase | 11/2/2020 | 110 | 76.5500 | $8,420.50 |
| Purchase | 11/5/2020 | 171 | 80.9000 | $13,833.90 |
| Purchase | 11/11/2020 | 149 | 76.1700 | $11,349.33 |
| Purchase | 11/23/2020 | 171 | 76.9600 | $13,160.16 |
| Purchase | 2/2/2021 | 2,294 | 92.0400 | $211,139.76 |

**Union Investment Privatfonds GmbH**
**LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 08/04/16 - 07/27/21
Cusip: 00507V109
Retained share price: $79.6097 (07/27/21 - 10/22/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/5/2021 | 1,056 | 100.5100 | $106,138.56 | | | | | |
| Purchase | 3/23/2021 | 184 | 92.5900 | $17,036.56 | Sale | 12/9/2020 | (1,334) | 83.4300 | ($111,295.62) |
| Purchase | 5/3/2021 | 280 | 91.6700 | $25,667.60 | Sale | 3/8/2021 | (1,394) | 91.7500 | ($127,899.50) |
| Purchase | 6/28/2021 | 179 | 92.7100 | $16,595.09 | Sale* | 8/3/2021 | (2,599) | 83.1083 | ($215,998.56) |
| | | 5,327 | | $482,202.68 | | | (5,327) | | ($455,193.68) |

**Werte Fonds Münsterland Nachhaltig Gain/(Loss)** **($27,009.00)**

**VR Westmünsterland Aktiv Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/15/2020 | 3,000 | 73.2062 | $219,618.60 | | | | | |
| Purchase | 8/11/2020 | 2,000 | 79.7000 | $159,400.00 | | | | | |
| Purchase | 11/5/2020 | 4,000 | 81.0828 | $324,331.20 | Sale* | 10/8/2021 | (9,000) | 80.1279 | ($721,151.32) |
| | | 9,000 | | $703,349.80 | | | (9,000) | | ($721,151.32) |

**VR Westmünsterland Aktiv Nachhaltig Gain/(Loss)** **$17,801.52**

**LIFO Gain/(Loss) Total** **$1,728,839.86**

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Union Investment Privatfonds GmbH**

**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**

Class Period: 02/28/17 - 11/16/21
Cusip: 00507V109

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGlobal Vorsorge** | | | | | | | | | |
| Purchase | 8/24/2018 | 271,000 | 73.3175 | $19,869,042.50 | | | | | |
| Purchase | 5/4/2020 | 424,040 | 66.4056 | $28,158,630.62 | | | | | |
| Purchase | 5/5/2020 | 139,812 | 67.8815 | $9,490,648.28 | | | | | |
| Purchase | 5/5/2020 | 125,905 | 67.5418 | $8,503,850.33 | | | | | |
| Purchase | 5/11/2020 | 132,567 | 74.9866 | $9,940,748.60 | | | | | |
| Purchase | 5/12/2020 | 100,289 | 74.8758 | $7,509,219.11 | | | | | |
| Purchase | 5/12/2020 | 27,699 | 74.8048 | $2,072,018.16 | | | | | |
| Purchase | 5/13/2020 | 131,807 | 73.3101 | $9,662,784.35 | | | | | |
| Purchase | 5/14/2020 | 62,679 | 72.8193 | $4,564,240.90 | Sale | 12/21/2018 | (271,000) | 46.1106 | ($12,495,972.60) |
| Purchase | 5/19/2020 | 97,572 | 73.4739 | $7,168,995.37 | Sale | 10/30/2020 | (41,000) | 75.7300 | ($3,104,930.00) |
| Purchase | 6/17/2020 | 148,754 | 75.3771 | $11,212,645.13 | Sale | 1/5/2021 | (143,311) | 90.1380 | ($12,917,766.92) |
| Purchase | 8/10/2020 | 113,875 | 82.5969 | $9,405,721.99 | Sale | 1/6/2021 | (155,375) | 88.6809 | ($13,778,794.84) |
| Purchase | 8/17/2020 | 58,855 | 81.1428 | $4,775,659.49 | Sale | 3/29/2021 | (96,586) | 93.8813 | ($9,067,619.24) |
| Purchase | 8/17/2020 | 24,404 | 81.5577 | $1,990,334.11 | Sale | 3/30/2021 | (48,692) | 91.1048 | ($4,436,074.92) |
| Purchase | 9/1/2020 | 37,133 | 83.5862 | $3,103,806.36 | Sale | 3/30/2021 | (156,387) | 92.4081 | ($14,451,425.53) |
| Purchase | 9/1/2020 | 29,285 | 84.0326 | $2,460,894.69 | Sale | 3/30/2021 | (130,426) | 91.5477 | ($11,940,200.32) |
| Purchase | 11/5/2020 | 38,171 | 80.9190 | $3,088,759.15 | Sale | 4/5/2021 | (136,855) | 93.4582 | ($12,790,221.96) |
| Purchase | 11/5/2020 | 65,465 | 81.1358 | $5,311,555.15 | Sale | 7/27/2021 | (317,237) | 83.9416 | ($26,629,381.36) |
| Purchase | 11/10/2020 | 50,830 | 74.2131 | $3,772,251.87 | Sale | 7/27/2021 | (52,636) | 83.5408 | ($4,397,253.55) |
| Purchase | 11/10/2020 | 47,762 | 73.8123 | $3,525,423.07 | Sale | 8/3/2021 | (664,896) | 79.2815 | ($52,713,952.22) |
| Purchase | 11/18/2020 | 91,117 | 75.9030 | $6,916,053.65 | Sale | 8/3/2021 | (196,614) | 78.6968 | ($15,472,892.64) |
| Purchase | 1/25/2021 | 53,989 | 95.1727 | $5,138,278.90 | Sale | 8/4/2021 | (125,847) | 81.3209 | ($10,233,991.30) |
| Purchase | 1/25/2021 | 93,913 | 95.2202 | $8,942,414.64 | Sale | 8/4/2021 | (247,109) | 81.3544 | ($20,103,404.43) |
| Purchase | 3/2/2021 | 49,094 | 96.7500 | $4,749,844.50 | Sale | 8/5/2021 | (177,514) | 80.3286 | ($14,259,451.10) |
| Purchase | 4/9/2021 | 23,354 | 96.8400 | $2,261,601.36 | Sale | 8/5/2021 | (72,847) | 80.9065 | ($5,893,795.81) |
| Purchase | 4/15/2021 | 86,677 | 97.6080 | $8,460,368.62 | Sale | 8/25/2021 | (90,422) | 80.6448 | ($7,292,064.11) |
| Purchase | 4/19/2021 | 151,205 | 97.3529 | $14,720,245.24 | Sale | 8/30/2021 | (141,314) | 80.8850 | ($11,430,182.89) |
| Purchase | 5/7/2021 | 256,504 | 92.1878 | $23,646,539.45 | Sale | 8/30/2021 | (186,608) | 80.9093 | ($15,098,322.65) |
| Purchase | 5/10/2021 | 153,187 | 92.6982 | $14,200,159.16 | Sale | 8/31/2021 | (299,086) | 82.6327 | ($24,714,283.71) |
| Purchase | 5/13/2021 | 35,029 | 95.3400 | $3,339,664.86 | Sale | 9/1/2021 | (46,593) | 82.8509 | ($3,860,271.98) |
| Purchase | 5/20/2021 | 102,379 | 94.7148 | $9,696,806.51 | Sale | 9/1/2021 | (96,912) | 82.9201 | ($8,035,952.73) |
| Purchase | 5/21/2021 | 48,176 | 93.9524 | $4,526,250.82 | Sale | 9/1/2021 | (19,513) | 82.1239 | ($1,602,483.66) |
| Purchase | 5/28/2021 | 224,923 | 97.6098 | $21,954,689.05 | Sale | 9/1/2021 | (85,279) | 82.3851 | ($7,025,718.94) |
| Purchase | 6/17/2021 | 150,005 | 93.7780 | $14,067,168.89 | Sale | 9/2/2021 | (11,051) | 82.0861 | ($907,133.49) |
| Purchase | 6/24/2021 | 24,438 | 92.4772 | $2,259,957.81 | Sale | 9/2/2021 | (1,226) | 81.9550 | ($100,476.83) |
| Purchase | 8/6/2021 | 229,338 | 81.9914 | $18,803,743.69 | Sale | 9/2/2021 | (39,728) | 81.6782 | ($3,244,911.53) |
| Purchase | 8/9/2021 | 190,581 | 81.6212 | $15,555,449.92 | Sale | 9/2/2021 | (26,440) | 81.3694 | ($2,151,406.94) |
| Purchase | 8/10/2021 | 282,726 | 82.8557 | $23,425,460.64 | Sale | 9/3/2021 | (548,121) | 81.1297 | ($44,468,892.29) |

**Union Investment Privatfonds GmbH**

**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**

Class Period: 02/28/17 - 11/16/21

Cusip: 00507V109

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/11/2021 | 253,111 | 84.7252 | $21,444,880.10 | Sale | 9/3/2021 | (1,025) | 80.9599 | ($82,983.90) |
| | | 4,627,650 | | $379,696,807.06 | | | (4,627,650) | | ($374,702,214.40) |
| | | | | | | | **UniGlobal Vorsorge Loss** | | **($4,994,592.66)** |

**UniFavorit: Aktien**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 9/2/2021 | (121,143) | 82.0861 | ($9,944,156.41) |
| | | | | | Sale | 9/2/2021 | (13,434) | 81.9550 | ($1,100,983.47) |
| | | | | | Sale | 9/2/2021 | (435,501) | 81.6782 | ($35,570,937.78) |
| Purchase | 4/22/2020 | 559,128 | 66.5451 | $37,207,228.67 | Sale | 9/2/2021 | (289,830) | 81.3694 | ($23,583,293.20) |
| Purchase | 4/23/2020 | 252,919 | 66.8795 | $16,915,096.26 | Sale | 9/3/2021 | (11,240) | 80.9599 | ($909,989.28) |
| Purchase | 12/4/2020 | 182,552 | 80.4921 | $14,693,993.84 | Sale | 9/3/2021 | (421,742) | 81.1297 | ($34,215,801.94) |
| Purchase | 2/5/2021 | 726,183 | 101.9390 | $74,026,368.84 | Sale | 9/7/2021 | (427,892) | 79.4050 | ($33,976,764.26) |
| | | 1,720,782 | | $142,842,687.61 | | | (1,720,782) | | ($139,301,926.34) |
| | | | | | | | **UniFavorit: Aktien Loss** | | **($3,540,761.27)** |

**UniNachhaltig Aktien Global**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/22/2018 | 50,963 | 72.0467 | $3,671,715.97 | | | | | |
| Purchase | 8/21/2018 | 13,597 | 70.0210 | $952,075.54 | | | | | |
| Purchase | 8/27/2018 | 2,674 | 74.0122 | $197,908.62 | | | | | |
| Purchase | 10/2/2018 | 18,722 | 83.3900 | $1,561,227.58 | | | | | |
| Purchase | 11/20/2018 | 2,032 | 48.4675 | $98,485.96 | | | | | |
| Purchase | 11/30/2018 | 9,839 | 52.5300 | $516,842.67 | | | | | |
| Purchase | 12/11/2018 | 2,448 | 48.5907 | $118,950.03 | | | | | |
| Purchase | 1/17/2019 | 2,474 | 46.9500 | $116,154.30 | | | | | |
| Purchase | 1/14/2020 | 144,777 | 59.5866 | $8,626,769.19 | Sale | 9/17/2018 | (11,939) | 80.9144 | ($966,037.02) |
| Purchase | 3/9/2020 | 21,643 | 57.4206 | $1,242,754.05 | Sale | 10/4/2018 | (6,722) | 82.5000 | ($554,565.00) |
| Purchase | 3/18/2020 | 18,936 | 53.0259 | $1,004,098.44 | Sale | 10/31/2018 | (31,126) | 69.0533 | ($2,149,353.02) |
| Purchase | 6/22/2020 | 12,648 | 76.0108 | $961,384.60 | Sale | 1/23/2019 | (52,962) | 46.2100 | ($2,447,374.02) |
| Purchase | 8/5/2020 | 50,784 | 85.4592 | $4,339,960.01 | Sale | 5/27/2020 | (18,739) | 66.9075 | ($1,253,779.64) |
| Purchase | 8/18/2020 | 44,294 | 81.9265 | $3,628,852.39 | Sale | 6/17/2020 | (59,770) | 73.5730 | ($4,397,458.21) |
| Purchase | 8/31/2020 | 14,799 | 83.0530 | $1,229,101.35 | Sale | 7/16/2020 | (17,100) | 78.5076 | ($1,342,479.96) |
| Purchase | 10/5/2020 | 34,255 | 79.6969 | $2,730,017.31 | Sale | 9/1/2021 | (16,782) | 82.1239 | ($1,378,203.29) |
| Purchase | 11/4/2020 | 26,968 | 79.4572 | $2,142,801.77 | Sale | 9/1/2021 | (73,347) | 82.3851 | ($6,042,699.93) |
| Purchase | 11/17/2020 | 21,928 | 78.1972 | $1,714,708.20 | Sale | 9/2/2021 | (9,505) | 82.0861 | ($780,228.38) |
| Purchase | 3/1/2021 | 28,246 | 98.1632 | $2,772,717.75 | Sale | 9/2/2021 | (1,054) | 81.9550 | ($86,380.57) |
| Purchase | 3/16/2021 | 34,703 | 94.5454 | $3,281,009.02 | Sale | 9/2/2021 | (34,169) | 81.6782 | ($2,790,862.42) |
| Purchase | 5/7/2021 | 92,443 | 92.1878 | $8,522,116.80 | Sale | 9/2/2021 | (22,740) | 81.3694 | ($1,850,340.16) |

**Union Investment Privatfonds GmbH**

**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**

Class Period: 02/28/17 - 11/16/21
Cusip: 00507V109

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/28/2021 | 25,535 | 95.2524 | $2,432,270.03 | Sale | 9/3/2021 | (882) | 80.9599 | ($71,406.63) |
| Purchase | 7/16/2021 | 32,555 | 91.2365 | $2,970,204.26 | Sale | 9/9/2021 | (350,426) | 78.1468 | ($27,384,670.54) |
| | | 707,263 | | $54,832,125.83 | | | (707,263) | | ($53,495,838.78) |
| | | | | | | | **UniNachhaltig Aktien Global Loss** | | **($1,336,287.05)** |

**UniGlobal-net-**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 38,150 | 73.3175 | $2,797,062.63 | | | | | |
| Purchase | 5/4/2020 | 89,169 | 66.4056 | $5,921,320.95 | | | | | |
| Purchase | 5/5/2020 | 29,400 | 67.8815 | $1,995,716.10 | | | | | |
| Purchase | 5/5/2020 | 26,476 | 67.5418 | $1,788,236.70 | | | | | |
| Purchase | 5/11/2020 | 27,876 | 74.9866 | $2,090,326.46 | | | | | |
| Purchase | 5/12/2020 | 21,088 | 74.8758 | $1,578,980.87 | | | | | |
| Purchase | 5/12/2020 | 5,825 | 74.8048 | $435,737.96 | | | | | |
| Purchase | 5/13/2020 | 27,716 | 73.3101 | $2,031,862.73 | Sale | 11/27/2018 | (2,642) | 50.7500 | ($134,081.50) |
| Purchase | 5/14/2020 | 13,180 | 72.8194 | $959,759.69 | Sale | 12/21/2018 | (35,508) | 46.1106 | ($1,637,295.18) |
| Purchase | 5/19/2020 | 20,517 | 73.4739 | $1,507,464.01 | Sale | 1/5/2021 | (35,024) | 90.1380 | ($3,156,993.31) |
| Purchase | 6/17/2020 | 31,280 | 75.3771 | $2,357,795.69 | Sale | 1/6/2021 | (38,310) | 88.6809 | ($3,397,365.28) |
| Purchase | 7/9/2020 | 16,823 | 80.6400 | $1,356,606.72 | Sale | 3/29/2021 | (24,309) | 93.8813 | ($2,282,160.52) |
| Purchase | 8/10/2020 | 25,323 | 82.5969 | $2,091,601.30 | Sale | 3/30/2021 | (9,749) | 91.1048 | ($888,180.70) |
| Purchase | 8/17/2020 | 13,088 | 81.1427 | $1,061,995.66 | Sale | 3/30/2021 | (39,382) | 92.4081 | ($3,639,215.79) |
| Purchase | 8/17/2020 | 5,426 | 81.5577 | $442,532.08 | Sale | 3/30/2021 | (26,114) | 91.5477 | ($2,390,676.64) |
| Purchase | 9/1/2020 | 8,257 | 83.5862 | $690,171.25 | Sale | 4/5/2021 | (34,478) | 93.4582 | ($3,222,251.82) |
| Purchase | 9/1/2020 | 6,512 | 84.0326 | $547,220.29 | Sale | 7/27/2021 | (122,795) | 83.9416 | ($10,307,608.77) |
| Purchase | 11/5/2020 | 9,212 | 80.9190 | $745,425.83 | Sale | 7/27/2021 | (20,375) | 83.5408 | ($1,702,143.80) |
| Purchase | 11/5/2020 | 15,800 | 81.1358 | $1,281,945.64 | Sale | 8/3/2021 | (97,387) | 79.2815 | ($7,720,987.44) |
| Purchase | 11/10/2020 | 12,245 | 74.2131 | $908,739.41 | Sale | 8/3/2021 | (60,805) | 78.6968 | ($4,785,158.92) |
| Purchase | 11/10/2020 | 11,506 | 73.8123 | $849,284.32 | Sale | 8/4/2021 | (31,827) | 81.3208 | ($2,588,197.10) |
| Purchase | 11/18/2020 | 40,551 | 75.9030 | $3,077,942.55 | Sale | 8/4/2021 | (62,499) | 81.3545 | ($5,084,574.90) |
| Purchase | 11/25/2020 | 22,270 | 76.8963 | $1,712,480.60 | Sale | 8/5/2021 | (44,626) | 80.3286 | ($3,584,744.10) |
| Purchase | 1/25/2021 | 13,393 | 95.1727 | $1,274,647.97 | Sale | 8/5/2021 | (18,312) | 80.9065 | ($1,481,559.83) |
| Purchase | 1/25/2021 | 23,299 | 95.2202 | $2,218,535.44 | Sale | 8/25/2021 | (67,987) | 80.6448 | ($5,482,798.02) |
| Purchase | 4/15/2021 | 21,574 | 97.6080 | $2,105,794.99 | Sale | 8/30/2021 | (36,575) | 80.8850 | ($2,958,368.88) |
| Purchase | 4/19/2021 | 37,779 | 97.3529 | $3,677,895.21 | Sale | 8/30/2021 | (31,914) | 80.9221 | ($2,582,547.90) |
| Purchase | 5/7/2021 | 63,516 | 92.1878 | $5,855,400.30 | Sale | 8/30/2021 | (48,299) | 80.9093 | ($3,907,838.28) |
| Purchase | 5/10/2021 | 37,950 | 92.6982 | $3,517,896.69 | Sale | 9/1/2021 | (12,070) | 82.8509 | ($1,000,010.36) |
| Purchase | 5/12/2021 | 43,338 | 94.8195 | $4,109,287.49 | Sale | 9/1/2021 | (25,106) | 82.9201 | ($2,081,792.03) |
| Purchase | 5/20/2021 | 25,441 | 94.7148 | $2,409,639.23 | Sale | 9/1/2021 | (5,055) | 82.1239 | ($415,136.31) |
| Purchase | 5/28/2021 | 31,352 | 97.6098 | $3,060,262.45 | Sale | 9/1/2021 | (22,093) | 82.3851 | ($1,820,134.01) |
| Purchase | 6/24/2021 | 47,905 | 92.4772 | $4,430,120.27 | Sale | 9/2/2021 | (2,863) | 82.0861 | ($235,012.50) |

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 11/16/21
Cusip: 00507V109

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/6/2021 | 1,147 | 82.4300 | $94,547.21 | Sale | 9/2/2021 | (317) | 81.9550 | ($25,979.74) |
| Purchase | 8/9/2021 | 1,218 | 81.4100 | $99,157.38 | Sale | 9/2/2021 | (91,303) | 81.6782 | ($7,457,464.69) |
| Purchase | 8/10/2021 | 1,192 | 82.9900 | $98,924.08 | Sale | 9/2/2021 | (60,763) | 81.3694 | ($4,944,248.85) |
| Purchase | 8/12/2021 | 244,049 | 84.6373 | $20,655,648.43 | Sale | 9/3/2021 | (2,356) | 80.9599 | ($190,741.52) |
| | | 1,110,843 | | $91,837,966.57 | | | (1,110,843) | | ($91,105,268.72) |
| | | | | | | **UniGlobal-net- Loss** | | | **($732,697.86)** |

**KCD-Union Nachhaltig AKTIEN MinRisk**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 5/8/2019 | (4,757) | 47.0998 | ($224,053.88) |
| Purchase | 2/15/2018 | 4,757 | 69.6351 | $331,254.04 | Sale | 11/2/2021 | (5,489) | 77.6112 | ($426,007.83) |
| Purchase | 9/22/2020 | 5,744 | 82.1220 | $471,708.77 | Sale | 11/3/2021 | (255) | 66.6563 | ($16,997.35) |
| | | 10,501 | | $802,962.81 | | | (10,501) | | ($667,059.06) |
| | | | | | | **KCD-Union Nachhaltig AKTIEN MinRisk Loss** | | | **($135,903.75)** |

**Pax Substanz Fonds**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/17/2021 | 6,040 | 92.2656 | $557,284.22 | | | | | |
| Purchase | 6/1/2021 | 1,250 | 97.5000 | $121,875.00 | | | | | |
| Purchase | 6/14/2021 | 1,480 | 98.3900 | $145,617.20 | Sale | 8/3/2021 | (8,770) | 79.2815 | ($695,298.76) |
| | | 8,770 | | $824,776.42 | | | (8,770) | | ($695,298.76) |
| | | | | | | **Pax Substanz Fonds Loss** | | | **($129,477.67)** |

**VR Westmünsterland Select Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/30/2021 | 2,714 | 92.2580 | $250,388.21 | Sale | 10/14/2021 | (2,714) | 76.1625 | ($206,705.03) |
| | | 2,714 | | $250,388.21 | | | (2,714) | | ($206,705.03) |
| | | | | | | **VR Westmünsterland Select Nachhaltig Loss** | | | **($43,683.19)** |

**Werte Fonds Münsterland Nachhaltig**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 10/2/2020 | 308 | 81.8400 | $25,206.72 |
| Purchase | 10/8/2020 | 310 | 78.7000 | $24,397.00 |
| Purchase | 10/20/2020 | 115 | 80.5000 | $9,257.50 |
| Purchase | 11/2/2020 | 110 | 76.5500 | $8,420.50 |
| Purchase | 11/5/2020 | 171 | 80.9000 | $13,833.90 |
| Purchase | 11/11/2020 | 149 | 76.1700 | $11,349.33 |

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 11/16/21
Cusip: 00507V109

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/23/2020 | 171 | 76.9600 | $13,160.16 | | | | | |
| Purchase | 2/2/2021 | 2,294 | 92.0400 | $211,139.76 | | | | | |
| Purchase | 2/5/2021 | 1,056 | 100.5100 | $106,138.56 | | | | | |
| Purchase | 3/23/2021 | 184 | 92.5900 | $17,036.56 | Sale | 12/9/2020 | (1,334) | 83.4300 | ($111,295.62) |
| Purchase | 5/3/2021 | 280 | 91.6700 | $25,667.60 | Sale | 3/8/2021 | (1,394) | 91.7500 | ($127,899.50) |
| Purchase | 6/28/2021 | 179 | 92.7100 | $16,595.09 | Sale | 8/3/2021 | (2,599) | 80.9202 | ($210,311.60) |
| | | 5,327 | | $482,202.68 | | | (5,327) | | ($449,506.72) |

**Werte Fonds Münsterland Nachhaltig Loss** ($32,695.96)

**VR Westmünsterland Aktiv Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/15/2020 | 3,000 | 73.2062 | $219,618.60 | | | | | |
| Purchase | 8/11/2020 | 2,000 | 79.7000 | $159,400.00 | | | | | |
| Purchase | 11/5/2020 | 4,000 | 81.0828 | $324,331.20 | Sale | 10/8/2021 | (9,000) | 77.5895 | ($698,305.50) |
| | | 9,000 | | $703,349.80 | | | (9,000) | | ($698,305.50) |

**VR Westmünsterland Aktiv Nachhaltig Loss** ($5,044.30)

**TOTAL LOSS** ($10,951,143.71)