# EXHIBIT D

# Activision Blizzard, Inc. Common Stock (ATVI)

 nasdaq.com/market-activity/stocks/atvi/institutional-holdings

## ATVI Institutional Holdings

## Ownership Summary

| Label | Value |
| --- | --- |
| Institutional Ownership | 84.78 % |
| Total Shares Outstanding (millions) | 779 |
| Total Value of Holdings (millions) | $43,933 |

## Active Positions

| ACTIVE POSITIONS | HOLDERS | SHARES |
| --- | --- | --- |
| Increased Positions | 592 | 77,098,409 |
| Decreased Positions | 634 | 79,863,815 |
| Held Positions | 145 | 503,386,010 |
| Total Institutional Shares | 1,371 | 660,348,234 |

## New and Sold Out Positions

| ACTIVE POSITIONS | HOLDERS | SHARES |
| --- | --- | --- |
| New Positions | 115 | 17,937,904 |
| Sold Out Positions | 188 | 15,417,888 |

1,371 Institutional Holders

660,348,234 Total Shares Held

| VANGUARD GROUP INC | 09/30/2021 | 64,780,411 | 524,114 | 0.816% | $4,309,841 |

| | | | | | |
|---|---|---|---|---|---|
| BLACKROCK INC. | 09/30/2021 | 58,141,430 | 267,407 | 0.462% | $3,868,149 |
| PUBLIC INVESTMENT FUND | 09/30/2021 | 37,870,000 | 0 | 0% | $2,519,491 |
| STATE STREET CORP | 09/30/2021 | 36,322,848 | 1,775,902 | 5.141% | $2,416,559 |
| CAPITAL WORLD INVESTORS | 09/30/2021 | 25,698,586 | 605,277 | 2.412% | $1,709,727 |
| CAPITAL INTERNATIONAL INVESTORS | 09/30/2021 | 24,894,781 | 916,275 | 3.821% | $1,656,250 |
| FMR LLC | 09/30/2021 | 24,575,354 | -10,886,683 | -30.7% | $1,634,998 |
| GEODE CAPITAL MANAGEMENT, LLC | 09/30/2021 | 14,165,064 | 1,079,708 | 8.251% | $942,402 |
| D. E. SHAW & CO., INC. | 09/30/2021 | 9,888,235 | 9,052,709 | 1083.474% | $657,864 |
| NORTHERN TRUST CORP | 09/30/2021 | 9,380,596 | 193,920 | 2.111% | $624,091 |
| ARTISAN PARTNERS LIMITED PARTNERSHIP | 09/30/2021 | 9,206,496 | -206,961 | -2.199% | $612,508 |
| AMERIPRISE FINANCIAL INC | 09/30/2021 | 9,130,587 | -833,890 | -8.369% | $607,458 |
| DEUTSCHE BANK AG\ | 09/30/2021 | 7,393,088 | 2,010,651 | 37.356% | $491,862 |
| MORGAN STANLEY | 09/30/2021 | 7,198,431 | -2,899,052 | -28.711% | $478,912 |
| BANK OF NEW YORK MELLON CORP | 09/30/2021 | 6,873,029 | -24,750 | -0.359% | $457,263 |

...

Back to ATVI Overview

Institutional Holdings information is filed by major institutions on form 13-F with the Securities and Exchange Commission. Major institutions are defined as firms or individuals that exercise investment discretion, over the assets of others, in excess of $100 Million. Major institutions include financial holdings companies, banks, insurance companies,

mutual fund managers, portfolio managers, self managed pension and endowment funds. The report is limited to equity securities, including common and equivalents, convertible preferred and convertible bonds. The report does not include fixed income, real estate, or cash equivalents. Reports are filed within 45 days after calendar quarter end with the vast majority of updates occurring near the 45th day of the quarter.

## About Institutional Holdings

Nasdaq provides the ownership stake information in a company, including the number of shares held by those institutions in a firm, along with recent purchases and sales information.

Institutional Holdings information can be used to gauge the volatility and value on the company's stock.

## Trending Stocks

TSLA
Tesla, Inc. Common Stock

$1175.36 +118.58 11.22%

AAPL
Apple Inc. Common Stock

$181.995 +4.425 2.49%

GME
GameStop Corporation Common Stock

$154.485 +6.095 4.11%

MSFT
Microsoft Corporation Common Stock

$332.58 -3.74 1.11%