# EXHIBIT F



*Wochos v. Tesla, Inc.*, No. 17-cv-05828 (C.D. Cal. filed Oct. 10, 2017)



*Ngian v. Facebook, Inc.*, No. 21-cv-05976 (E.D.N.Y. filed Oct. 27, 2021)



*Collins v. DocuSign, Inc.*, No. 21-cv-07071 (E.D.N.Y. filed Dec. 22, 2021)