# EXHIBIT J

**Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces The Reopening Of Lead Plaintiff Appointment Process In Securities Class Action Lawsuit Filed Against Activision Blizzard, Inc.**

New York, NY – ([INSERT WIRE SERVICE]) – [INSERT DATE].

By order of the Honorable Percy Anderson of the United States District Court for the Central District of California, Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") announces the reopening of the Lead Plaintiff process in the securities class action against Activision Blizzard, Inc. ("Activision") and certain of its senior officers (collectively, "Defendants"), captioned *Cheng v. Activision Blizzard, Inc.*, No. 2:21-cv-06240-PA-JEM (C.D. Cal.), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5. Investors that purchased Activision stock between February 28, 2017 and November 16, 2021, inclusive (the "Class Period"), may seek appointment as Lead Plaintiff no later than [INSERT DATE- 30 days from notice].

The lawsuit, first filed on August 3, 2021, alleges that Defendants misled investors by concealing a rampant "frat boy" culture that accommodated widespread sexual harassment and discrimination while falsely touting Activision's purported commitment to equality.

On December 3, 2021, the Court-appointed Lead Plaintiff filed an Amended Complaint that changed the scope of the allegations against Defendants, and which asserts a new Class period on behalf of investors that purchased Activision stock between February 28, 2017 and November 16, 2021, inclusive (the "Class").

In order to protect the interests of the Class, Union Investment Privatfonds GmbH intervened for the purpose of ensuring that Class members receive notice of the new Class Period asserted in the Amended Complaint, and reopening the Lead Plaintiff process. As a result, on [DATE], the Court issued an order requiring republication of notice alerting investors to the allegations contained in the Amended Complaint and setting a deadline to seek appointment as Lead Plaintiff.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than [DATE], which is the first business day on which the U.S. District Court for the Central District of California is open that is 30 days after the publication date of [DATE]. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

**Contact**

Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1903
scott.foglietta@blbglaw.com