# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**[PROPOSED] ORDER VACATING THE ORDER APPOINTING JEFF ROSS AS LEAD PLAINTIFF, AUTHORIZING REPUBLICATION OF NOTICE, AND REOPENING LEAD PLAINTIFF PROCESS**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A, 9th Floor<br>Date: January 31, 2022<br>Time: 1:30 p.m. |

Upon consideration of (1) the motion of Union Investment Privatfonds GmbH ("Union") to intervene in this case for purposes of vacating the November 1, 2021 Order appointing Jeff Ross ("Mr. Ross") as Lead Plaintiff (ECF No. 34), republishing notice and establishing a new deadline for investors to seek to serve as Lead Plaintiff, and for any such further relief as the Court may deem just and proper; (2) the Memorandum of Points and Authorities in support of thereof; (3) the Declaration of Jonathan D. Uslaner; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Union's Motion is **GRANTED**.
2. The Order appointing Mr. Ross as Lead Plaintiff is **VACATED**.
3. Within __ days from the entry of this Order, counsel for Union, Bernstein Litowitz Berger & Grossmann LLP, shall publish notice informing investors of the pendency of the Amended Complaint, the claims asserted therein, and the purported class period, and alerting them to a deadline of not more than 30 days after publication of such notice of their right to move for appointment as Lead Plaintiff.

**IT IS SO ORDERED**.

Dated: _____

                                _____
                                HON. PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE