| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 2 | Jonathan D. Uslaner (Bar No. 256898) |
| | jonathanu@blbglaw.com |
| 3 | 2121 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 819-3470 |
| 5 | Gerald H. Silk (*pro hac vice forthcoming*) |
| | jerry@blbglaw.com |
| 6 | Avi Josefson (*pro hac vice forthcoming*) |
| | avi@blbglaw.com |
| 7 | Scott R. Foglietta (*pro hac vice forthcoming*) |
| | scott.foglietta@blbglaw.com |
| 8 | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| 9 | Telephone: (212) 554-1400 |
| 10 | *Counsel for Proposed Intervenor Union Investment Privatfonds GmbH* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all other similarly situated, | Case No. 2:21-cv-06240-PA-JEM |
| Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| v. | Judge:      Hon. Percy Anderson |
| ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY, | Courtroom: 9A, 9th Floor |
| | Date:        January 31, 2022 |
| | Time:       1:30 p.m. |
| Defendants. | |

The undersigned, counsel of record for Proposed Intervenor Union Investment Privatfonds GmbH, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Union Investment Privatfonds GmbH, Proposed Intervenor;

Union Asset Management Holding AG, 100% owner of Union Investment Privatfonds GmbH;

DZ Bank AG, with a stake of 72.32% in Union Asset Management Holding AG; and

VR GbR, with a stake of 24.25% in Union Asset Management Holding AG.

Dated: January 3, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

 /s/ Jonathan D. Uslaner
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

-and-

Gerald H. Silk (*pro hac vice* forthcoming)
jerry@blbglaw.com
Avi Josefson (*pro hac vice* forthcoming)
avi@blbglaw.com
Scott R. Foglietta (*pro hac vice* forthcoming)
scott.foglietta@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Proposed Intervenor Union Investment Privatfonds GmbH*