UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**ORDER ON STIPULATED REQUEST TO SET HEARING DATE AND SCHEDULE FOR OPPOSITION AND REPLY BRIEFS FOR DEFENDANTS' MOTIONS TO DISMISS** |

Good cause appearing, the stipulation of the Parties setting briefing and hearing dates for Defendants' forthcoming motions to dismiss the Amended Class Action Complaint is accepted, and it IS HEREBY ORDERED that

1. The hearing on Defendants' motions to dismiss will be set for **February 28, 2022**;

2. Plaintiffs will file papers in opposition to the motions to dismiss on or before **February 2, 2022**; and

3. Defendants will file reply papers in further support of their motions to dismiss on or before **February 14, 2022**.

IT IS SO ORDERED.

Dated: January 4, 2022         By: _____
                                    Percy Anderson
                                    United States District Judge