Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>          Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF OPPOSITION TO MOTION OF UNION INVESTMENT PRIVATFONDS GMBH TO INTERVENE, VACATE THE ORDER APPOINTING JEFF ROSS AS LEAD PLAINTIFF, AND REOPEN LEAD PLAINTIFF PROCESS**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Percy Anderson<br>HEARING: January 31, 2022<br>TIME: 1:30 p.m.<br>CTRM: 9A |

1

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Lead Plaintiff Jeff Ross and named plaintiffs Gary Cheng, Micah Ernst, Michael Noon, Nick Baldwin, Chris Martin, and Alejandro Toiber (collectively "Plaintiffs"). I make this declaration in support of the Opposition to Motion of Union Investment Privatfonds GmbH ("Union") to Intervene, Vacate the Order Appointing Jeff Ross as Lead Plaintiff, and Reopen Lead Plaintiff Process. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following documents:

**Exhibit 1:**   Loss Chart showing Union's losses in Activision stock for an assumed class period of February 28, 2017 through July 27, 2021;

**Exhibit 2:**   Loss Chart showing Union's losses in Activision stock for the Amended Class Period of February 28, 2017 through September 20, 2021;

**Exhibit 3:**   Copies of investigative press releases issued by law firms prior to the lead plaintiff motion filing date on October 4, 2021, in this matter.

**Exhibit 4:**   Table of recent cases where Union and/or its counsel Bernstein Litowitz Berger& Grossman LLP have filed amended complaints changing the class period from the initial complaint and where no new PSLRA notices were issued.

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF OPPOSITION TO MOTION OF UNION INVESTMENT PRIVATFONDS GMBH TO INTERVENE, VACATE THE ORDER APPOINTING JEFF ROSS AS LEAD PLAINTIFF, AND REOPEN LEAD PLAINTIFF PROCESS – 2:21-cv-06240-PA-JEM

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 10th day of January 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 10, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF OPPOSITION TO MOTION OF UNION INVESTMENT PRIVATFONDS GMBH TO INTERVENE, VACATE THE ORDER APPOINTING JEFF ROSS AS LEAD PLAINTIFF, AND REOPEN LEAD PLAINTIFF PROCESS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 10, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF OPPOSITION TO MOTION OF UNION INVESTMENT PRIVATFONDS GMBH TO INTERVENE, VACATE THE ORDER APPOINTING JEFF ROSS AS LEAD PLAINTIFF, AND REOPEN LEAD PLAINTIFF PROCESS – 2:21-cv-06240-PA-JEM