# EXHIBIT 1

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
UniGlobal Vorsorge

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 271,000 | $73.32 | $19,869,042.50 | | | | | |
| Purchase | 5/4/2020 | 424,040 | $66.41 | $28,158,630.62 | | | | | |
| Purchase | 5/5/2020 | 139,812 | $67.88 | $9,490,648.28 | | | | | |
| Purchase | 5/5/2020 | 125,905 | $67.54 | $8,503,850.33 | | | | | |
| Purchase | 5/11/2020 | 132,567 | $74.99 | $9,940,748.60 | | | | | |
| Purchase | 5/12/2020 | 100,289 | $74.88 | $7,509,219.11 | | | | | |
| Purchase | 5/12/2020 | 27,699 | $74.80 | $2,072,018.16 | | | | | |
| Purchase | 5/13/2020 | 131,807 | $73.31 | $9,662,784.35 | | | | | |
| Purchase | 5/14/2020 | 62,679 | $72.82 | $4,564,240.90 | | | | | |
| Purchase | 5/19/2020 | 97,572 | $73.47 | $7,168,995.37 | | | | | |
| Purchase | 6/17/2020 | 148,754 | $75.38 | $11,212,645.13 | | | | | |
| Purchase | 8/10/2020 | 113,875 | $82.60 | $9,405,721.99 | | | | | |
| Purchase | 8/17/2020 | 58,855 | $81.14 | $4,775,659.49 | | | | | |
| Purchase | 8/17/2020 | 24,404 | $81.56 | $1,990,334.11 | | | | | |
| Purchase | 9/1/2020 | 37,133 | $83.59 | $3,103,806.36 | Sale | 12/21/2018 | -271,000 | $46.11 | ($12,495,972.60) |
| Purchase | 9/1/2020 | 29,285 | $84.03 | $2,460,894.69 | Sale | 10/30/2020 | -41,000 | $75.73 | ($3,104,930.00) |
| Purchase | 11/5/2020 | 38,171 | $80.92 | $3,088,759.15 | Sale | 1/5/2021 | -143,311 | $90.14 | ($12,917,766.92) |
| Purchase | 11/5/2020 | 65,465 | $81.14 | $5,311,555.15 | Sale | 1/6/2021 | -155,375 | $88.68 | ($13,778,794.84) |
| Purchase | 11/10/2020 | 50,830 | $74.21 | $3,772,251.87 | Sale | 3/29/2021 | -96,586 | $93.88 | ($9,067,619.24) |
| Purchase | 11/10/2020 | 47,762 | $73.81 | $3,525,423.07 | Sale | 3/30/2021 | -48,692 | $91.10 | ($4,436,074.92) |
| Purchase | 11/18/2020 | 91,117 | $75.90 | $6,916,053.65 | Sale | 3/30/2021 | -156,387 | $92.41 | ($14,451,425.53) |
| Purchase | 1/25/2021 | 53,989 | $95.17 | $5,138,278.90 | Sale | 3/30/2021 | -130,426 | $91.55 | ($11,940,200.32) |
| Purchase | 1/25/2021 | 93,913 | $95.22 | $8,942,414.64 | Sale | 4/5/2021 | -136,855 | $93.46 | ($12,790,221.96) |
| Purchase | 3/2/2021 | 49,094 | $96.75 | $4,749,844.50 | Sale* | 7/27/2021 | -317,237 | $84.05 | ($26,663,769.85) |
| Purchase | 4/9/2021 | 23,354 | $96.84 | $2,261,601.36 | Sale* | 7/27/2021 | -52,636 | $84.05 | ($4,424,055.80) |
| Purchase | 4/15/2021 | 86,677 | $97.61 | $8,460,368.62 | Sale* | 8/3/2021 | -664,896 | $83.11 | ($55,258,398.40) |
| Purchase | 4/19/2021 | 151,205 | $97.35 | $14,720,245.24 | Sale* | 8/3/2021 | -196,614 | $83.11 | ($16,340,261.85) |
| Purchase | 5/7/2021 | 256,504 | $92.19 | $23,646,539.45 | Sale* | 8/4/2021 | -125,847 | $82.88 | ($10,430,379.14) |
| Purchase | 5/10/2021 | 153,187 | $92.70 | $14,200,159.16 | Sale* | 8/4/2021 | -247,109 | $82.88 | ($20,480,746.93) |
| Purchase | 5/13/2021 | 35,029 | $95.34 | $3,339,664.86 | Sale* | 8/5/2021 | -177,514 | $82.56 | ($14,655,777.73) |
| Purchase | 5/20/2021 | 102,379 | $94.71 | $9,696,806.51 | Sale* | 8/5/2021 | -72,847 | $82.56 | ($6,014,339.38) |
| Purchase | 5/21/2021 | 48,176 | $93.95 | $4,526,250.82 | Sale* | 8/25/2021 | -90,422 | $82.82 | ($7,488,626.74) |
| Purchase | 5/28/2021 | 224,923 | $97.61 | $21,954,689.05 | Sale* | 8/30/2021 | -141,314 | $82.67 | ($11,682,767.53) |
| Purchase | 6/17/2021 | 150,005 | $93.78 | $14,067,168.89 | Sale* | 8/30/2021 | -186,608 | $82.67 | ($15,427,331.22) |
| Purchase | 6/24/2021 | 24,438 | $92.48 | $2,259,957.81 | Sale* | 8/31/2021 | -219,218 | $82.66 | ($18,120,728.51) |
| | | 3,671,894 | | 300,467,273 | | | -3,671,894 | | ($301,970,189.41) |

**Total Loss (Gain):**   ($1,502,916.72)

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
UniFavorit  Aktien

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale* | 9/2/2021 | -121,143 | 82.5996 | ($10,006,368.53) |
| | | | | | Sale* | 9/2/2021 | -13,434 | 82.5996 | ($1,109,643.60) |
| | | | | | Sale* | 9/2/2021 | -435,501 | 82.5996 | ($35,972,227.06) |
| Purchase | 4/22/2020 | 559,128 | $66.55 | $37,207,228.67 | Sale* | 9/2/2021 | -289,830 | 82.5996 | ($23,939,854.49) |
| Purchase | 4/23/2020 | 252,919 | $66.88 | $16,915,096.26 | Sale* | 9/3/2021 | -11,240 | 82.5507 | ($927,869.75) |
| Purchase | 12/4/2020 | 182,552 | $80.49 | $14,693,993.84 | Sale* | 9/3/2021 | -421,742 | 82.5507 | ($34,815,092.96) |
| Purchase | 2/5/2021 | 726,183 | $101.94 | $74,026,368.84 | Sale* | 9/7/2021 | -427,892 | 82.4147 | ($35,264,576.55) |
| | | 1,720,782 | | $142,842,687.61 | | | -1,720,782 | | ($142,035,632.94) |

**Total Loss (Gain):**    $807,054.67

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
UniNachhaltig Aktien Global

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/22/2018 | 50,963 | $72.05 | $3,671,715.97 | | | | | |
| Purchase | 8/21/2018 | 13,597 | $70.02 | $952,075.54 | | | | | |
| Purchase | 8/27/2018 | 2,674 | $74.01 | $197,908.62 | | | | | |
| Purchase | 10/2/2018 | 18,722 | $83.39 | $1,561,227.58 | | | | | |
| Purchase | 11/20/2018 | 2,032 | $48.47 | $98,485.96 | | | | | |
| Purchase | 11/30/2018 | 9,839 | $52.53 | $516,842.67 | | | | | |
| Purchase | 12/11/2018 | 2,448 | $48.59 | $118,950.03 | | | | | |
| Purchase | 1/17/2019 | 2,474 | $46.95 | $116,154.30 | | | | | |
| Purchase | 1/14/2020 | 144,777 | $59.59 | $8,626,769.19 | Sale | 9/17/2018 | -11,939 | $80.91 | ($966,037.02) |
| Purchase | 3/9/2020 | 21,643 | $57.42 | $1,242,754.05 | Sale | 10/4/2018 | -6,722 | $82.50 | ($554,565.00) |
| Purchase | 3/18/2020 | 18,936 | $53.03 | $1,004,098.44 | Sale | 10/31/2018 | -31,126 | $69.05 | ($2,149,353.02) |
| Purchase | 6/22/2020 | 12,648 | $76.01 | $961,384.60 | Sale | 1/23/2019 | -52,962 | $46.21 | ($2,447,374.02) |
| Purchase | 8/5/2020 | 50,784 | $85.46 | $4,339,960.01 | Sale | 5/27/2020 | -18,739 | $66.91 | ($1,253,779.64) |
| Purchase | 8/18/2020 | 44,294 | $81.93 | $3,628,852.39 | Sale | 6/17/2020 | -59,770 | $73.57 | ($4,397,458.21) |
| Purchase | 8/31/2020 | 14,799 | $83.05 | $1,229,101.35 | Sale | 7/16/2020 | -17,100 | $78.51 | ($1,342,479.96) |
| Purchase | 10/5/2020 | 34,255 | $79.70 | $2,730,017.31 | Sale* | 9/1/2021 | -16,782 | $82.65 | ($1,386,988.79) |
| Purchase | 11/4/2020 | 26,968 | $79.46 | $2,142,801.77 | Sale* | 9/1/2021 | -73,347 | $82.65 | ($6,061,939.39) |
| Purchase | 11/17/2020 | 21,928 | $78.20 | $1,714,708.20 | Sale* | 9/2/2021 | -9,505 | $82.60 | ($785,109.61) |
| Purchase | 3/1/2021 | 28,246 | $98.16 | $2,772,717.75 | Sale* | 9/2/2021 | -1,054 | $82.60 | ($87,060.02) |
| Purchase | 3/16/2021 | 34,703 | $94.55 | $3,281,009.02 | Sale* | 9/2/2021 | -34,169 | $82.60 | ($2,822,347.20) |
| Purchase | 5/7/2021 | 92,443 | $92.19 | $8,522,116.80 | Sale* | 9/2/2021 | -22,740 | $82.60 | ($1,878,315.88) |
| Purchase | 6/28/2021 | 25,535 | $95.25 | $2,432,270.03 | Sale* | 9/3/2021 | -882 | $82.55 | ($72,809.71) |
| Purchase | 7/16/2021 | 32,555 | $91.24 | $2,970,204.26 | Sale* | 9/9/2021 | -350,426 | $82.21 | ($28,809,178.51) |
| | | 707,263 | | $54,832,125.84 | | | -707,263 | | ($55,014,795.98) |

**Total Loss (Gain):**   ($182,670.14)

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
UniGlobal-net-

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 38,150 | $73.32 | $2,797,062.63 | | | | | | |
| Purchase | 5/4/2020 | 89,169 | $66.41 | $5,921,320.95 | | | | | | |
| Purchase | 5/5/2020 | 29,400 | $67.88 | $1,995,716.10 | | | | | | |
| Purchase | 5/5/2020 | 26,476 | $67.54 | $1,788,236.70 | | | | | | |
| Purchase | 5/11/2020 | 27,876 | $74.99 | $2,090,326.46 | | | | | | |
| Purchase | 5/12/2020 | 21,088 | $74.88 | $1,578,980.87 | | | | | | |
| Purchase | 5/12/2020 | 5,825 | $74.80 | $435,737.96 | | | | | | |
| Purchase | 5/13/2020 | 27,716 | $73.31 | $2,031,862.73 | | | | | | |
| Purchase | 5/14/2020 | 13,180 | $72.82 | $959,759.69 | | | | | | |
| Purchase | 5/19/2020 | 20,517 | $73.47 | $1,507,464.01 | | | | | | |
| Purchase | 6/17/2020 | 31,280 | $75.38 | $2,357,795.69 | | | | | | |
| Purchase | 7/9/2020 | 16,823 | $80.64 | $1,356,606.72 | | | | | | |
| Purchase | 8/10/2020 | 25,323 | $82.60 | $2,091,601.30 | | Sale | 11/27/2018 | -2,642 | $50.75 | ($134,081.50) |
| Purchase | 8/17/2020 | 13,088 | $81.14 | $1,061,995.66 | | Sale | 12/21/2018 | -35,508 | $46.11 | ($1,637,295.18) |
| Purchase | 8/17/2020 | 5,426 | $81.56 | $442,532.08 | | Sale | 1/5/2021 | -35,024 | $90.14 | ($3,156,993.31) |
| Purchase | 9/1/2020 | 8,257 | $83.59 | $690,171.25 | | Sale | 1/6/2021 | -38,310 | $88.68 | ($3,397,365.28) |
| Purchase | 9/1/2020 | 6,512 | $84.03 | $547,220.29 | | Sale | 3/29/2021 | -24,309 | $93.88 | ($2,282,160.52) |
| Purchase | 11/5/2020 | 9,212 | $80.92 | $745,425.83 | | Sale | 3/30/2021 | -9,749 | $91.10 | ($888,180.70) |
| Purchase | 11/5/2020 | 15,800 | $81.14 | $1,281,945.64 | | Sale | 3/30/2021 | -39,382 | $92.41 | ($3,639,215.79) |
| Purchase | 11/10/2020 | 12,245 | $74.21 | $908,739.41 | | Sale | 3/30/2021 | -26,114 | $91.55 | ($2,390,676.64) |
| Purchase | 11/10/2020 | 11,506 | $73.81 | $849,284.32 | | Sale | 4/5/2021 | -34,478 | $93.46 | ($3,222,251.82) |
| Purchase | 11/18/2020 | 40,551 | $75.90 | $3,077,942.55 | | Sale* | 7/27/2021 | -122,795 | $84.05 | ($10,320,919.75) |
| Purchase | 11/25/2020 | 22,270 | $76.90 | $1,712,480.60 | | Sale* | 7/27/2021 | -20,375 | $84.05 | ($1,712,518.75) |
| Purchase | 1/25/2021 | 13,393 | $95.17 | $1,274,647.97 | | Sale* | 8/3/2021 | -97,387 | $83.11 | ($8,093,671.26) |
| Purchase | 1/25/2021 | 23,299 | $95.22 | $2,218,535.44 | | Sale* | 8/3/2021 | -60,805 | $83.11 | ($5,053,402.21) |
| Purchase | 4/15/2021 | 21,574 | $97.61 | $2,105,794.99 | | Sale* | 8/4/2021 | -31,827 | $82.88 | ($2,637,867.23) |
| Purchase | 4/19/2021 | 37,779 | $97.35 | $3,677,895.21 | | Sale* | 8/4/2021 | -62,499 | $82.88 | ($5,180,006.40) |
| Purchase | 5/7/2021 | 63,516 | $92.19 | $5,855,400.30 | | Sale* | 8/5/2021 | -44,626 | $82.56 | ($3,684,378.34) |
| Purchase | 5/10/2021 | 37,950 | $92.70 | $3,517,896.69 | | Sale* | 8/5/2021 | -18,312 | $82.56 | ($1,511,861.61) |
| Purchase | 5/12/2021 | 43,338 | $94.82 | $4,109,287.49 | | Sale* | 8/25/2021 | -67,987 | $82.82 | ($5,630,590.63) |
| Purchase | 5/20/2021 | 25,441 | $94.71 | $2,409,639.23 | | Sale* | 8/30/2021 | -36,575 | $82.67 | ($3,023,743.03) |
| Purchase | 5/28/2021 | 31,352 | $97.61 | $3,060,262.45 | | Sale* | 8/30/2021 | -31,914 | $82.67 | ($2,638,406.97) |
| Purchase | 6/24/2021 | 47,905 | $92.48 | $4,430,120.27 | | Sale* | 8/30/2021 | -22,619 | $82.67 | ($1,869,967.02) |
| | | 863,237 | | $70,889,689.48 | | | | -863,237 | | ($72,105,553.94) |

**Total Loss (Gain):**  ($1,215,864.46)

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
KCD-Union Nachhaltig AKTIEN Min

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/15/2018 | 4,757 | $69.64 | $331,254.04 | | Sale | 5/8/2019 | -4,757 | $47.10 | ($224,053.88) |
| Purchase | 9/22/2020 | 5,744 | $82.12 | $471,708.77 | | Retained | | -5744 | $79.61 | ($457,278.02) |
| | | 10,501 | | $802,962.81 | | | | -10,501 | | ($681,331.90) |

**Total Loss (Gain):**  $121,630.91

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
Pax Substanz Fonds

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/17/2021 | 6,040 | $92.27 | $557,284.22 | | | | | | |
| Purchase | 6/1/2021 | 1,250 | $97.50 | $121,875.00 | | | | | | |
| Purchase | 6/14/2021 | 1,480 | $98.39 | $145,617.20 | | Sale* | 8/3/2021 | -8,770 | $83.11 | ($728,860.08) |
| | | 8,770 | | $824,776.42 | | | | -8,770 | | ($728,860.08) |

**Total Loss (Gain):**  $95,916.34

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
VR Westmünsterland Select Nachh

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/30/2021 | 2,714 | $92.26 | $250,388.21 | | Sale* | 10/14/2021 | -2,714 | $79.81 | ($216,614.34) |
| | | 2,714 | | $250,388.21 | | | | -2,714 | | ($216,614.34) |

**Total Loss (Gain):**  $33,773.87

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
Werte Fonds Münsterland Nachhal

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/2/2020 | 308 | $81.84 | $25,206.72 | | | | | |
| Purchase | 10/8/2020 | 310 | $78.70 | $24,397.00 | | | | | |
| Purchase | 10/20/2020 | 115 | $80.50 | $9,257.50 | | | | | |
| Purchase | 11/2/2020 | 110 | $76.55 | $8,420.50 | | | | | |
| Purchase | 11/5/2020 | 171 | $80.90 | $13,833.90 | | | | | |
| Purchase | 11/11/2020 | 149 | $76.17 | $11,349.33 | | | | | |
| Purchase | 11/23/2020 | 171 | $76.96 | $13,160.16 | | | | | |
| Purchase | 2/2/2021 | 2,294 | $92.04 | $211,139.76 | | | | | |
| Purchase | 2/5/2021 | 1,056 | $100.51 | $106,138.56 | | | | | |
| Purchase | 3/23/2021 | 184 | $92.59 | $17,036.56 | Sale | 12/9/2020 | -1,334 | $83.43 | ($111,295.62) |
| Purchase | 5/3/2021 | 280 | $91.67 | $25,667.60 | Sale | 3/8/2021 | -1,394 | $91.75 | ($127,899.50) |
| Purchase | 6/28/2021 | 179 | $92.71 | $16,595.09 | Sale* | 8/3/2021 | -2,599 | $83.11 | ($215,998.56) |
| | | 5,327 | | $482,202.68 | | | (5,327) | | ($455,193.68) |

**Total Loss (Gain):**  $27,009.00

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 07/27/2021
Cusip: 00507V109
VR Westmünsterland Aktiv Nachha

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/15/2020 | 3,000 | $73.21 | $219,618.60 | | | | | | |
| Purchase | 8/11/2020 | 2,000 | $79.70 | $159,400.00 | | | | | | |
| Purchase | 11/5/2020 | 4,000 | $81.08 | $324,331.20 | | Sale* | 10/8/2021 | -9,000 | $80.13 | ($721,151.10) |
| | | 9,000 | | $703,349.80 | | | | -9,000 | | ($721,151.10) |

**Total Loss (Gain):**  ($17,801.30)

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*