# EXHIBIT 2

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniGlobal Vorsorge

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 271,000 | $73.32 | $19,869,042.50 | | | | | |
| Purchase | 5/4/2020 | 424,040 | $66.41 | $28,158,630.62 | | | | | |
| Purchase | 5/5/2020 | 139,812 | $67.88 | $9,490,648.28 | | | | | |
| Purchase | 5/5/2020 | 125,905 | $67.54 | $8,503,850.33 | | | | | |
| Purchase | 5/11/2020 | 132,567 | $74.99 | $9,940,748.60 | | | | | |
| Purchase | 5/12/2020 | 100,289 | $74.88 | $7,509,219.11 | | | | | |
| Purchase | 5/12/2020 | 27,699 | $74.80 | $2,072,018.16 | | | | | |
| Purchase | 5/13/2020 | 131,807 | $73.31 | $9,662,784.35 | | | | | |
| Purchase | 5/14/2020 | 62,679 | $72.82 | $4,564,240.90 | Sale | 12/21/2018 | -271,000 | $46.11 | ($12,495,972.60) |
| Purchase | 5/19/2020 | 97,572 | $73.47 | $7,168,995.37 | Sale | 10/30/2020 | -41,000 | $75.73 | ($3,104,930.00) |
| Purchase | 6/17/2020 | 148,754 | $75.38 | $11,212,645.13 | Sale | 1/5/2021 | -143,311 | $90.14 | ($12,917,766.92) |
| Purchase | 8/10/2020 | 113,875 | $82.60 | $9,405,721.99 | Sale | 1/6/2021 | -155,375 | $88.68 | ($13,778,794.84) |
| Purchase | 8/17/2020 | 58,855 | $81.14 | $4,775,659.49 | Sale | 3/29/2021 | -96,586 | $93.88 | ($9,067,619.24) |
| Purchase | 8/17/2020 | 24,404 | $81.56 | $1,990,334.11 | Sale | 3/30/2021 | -48,692 | $91.10 | ($4,436,074.92) |
| Purchase | 9/1/2020 | 37,133 | $83.59 | $3,103,806.36 | Sale | 3/30/2021 | -156,387 | $92.41 | ($14,451,425.53) |
| Purchase | 9/1/2020 | 29,285 | $84.03 | $2,460,894.69 | Sale | 3/30/2021 | -130,426 | $91.55 | ($11,940,200.32) |
| Purchase | 11/5/2020 | 38,171 | $80.92 | $3,088,759.15 | Sale | 4/5/2021 | -136,855 | $93.46 | ($12,790,221.96) |
| Purchase | 11/5/2020 | 65,465 | $81.14 | $5,311,555.15 | Sale | 7/27/2021 | -317,237 | $83.94 | ($26,629,381.36) |
| Purchase | 11/10/2020 | 50,830 | $74.21 | $3,772,251.87 | Sale | 7/27/2021 | -52,636 | $83.54 | ($4,397,253.55) |
| Purchase | 11/10/2020 | 47,762 | $73.81 | $3,525,423.07 | Sale | 8/3/2021 | -664,896 | $79.28 | ($52,713,952.22) |
| Purchase | 11/18/2020 | 91,117 | $75.90 | $6,916,053.65 | Sale | 8/3/2021 | -196,614 | $78.70 | ($15,472,892.64) |
| Purchase | 1/25/2021 | 53,989 | $95.17 | $5,138,278.90 | Sale | 8/4/2021 | -125,847 | $81.32 | ($10,233,991.30) |
| Purchase | 1/25/2021 | 93,913 | $95.22 | $8,942,414.64 | Sale | 8/4/2021 | -247,109 | $81.35 | ($20,103,404.43) |
| Purchase | 3/2/2021 | 49,094 | $96.75 | $4,749,844.50 | Sale | 8/5/2021 | -177,514 | $80.33 | ($14,259,451.10) |
| Purchase | 4/9/2021 | 23,354 | $96.84 | $2,261,601.36 | Sale | 8/5/2021 | -72,847 | $80.91 | ($5,893,795.81) |
| Purchase | 4/15/2021 | 86,677 | $97.61 | $8,460,368.62 | Sale | 8/25/2021 | -90,422 | $80.64 | ($7,292,064.11) |
| Purchase | 4/19/2021 | 151,205 | $97.35 | $14,720,245.24 | Sale | 8/30/2021 | -141,314 | $80.89 | ($11,430,182.89) |
| Purchase | 5/7/2021 | 256,504 | $92.19 | $23,646,539.45 | Sale | 8/30/2021 | -186,608 | $80.91 | ($15,098,322.65) |
| Purchase | 5/10/2021 | 153,187 | $92.70 | $14,200,159.16 | Sale | 8/31/2021 | -299,086 | $82.63 | ($24,714,283.71) |
| Purchase | 5/13/2021 | 35,029 | $95.34 | $3,339,664.86 | Sale | 9/1/2021 | -46,593 | $82.85 | ($3,860,271.98) |
| Purchase | 5/20/2021 | 102,379 | $94.71 | $9,696,806.51 | Sale | 9/1/2021 | -96,912 | $82.92 | ($8,035,952.73) |
| Purchase | 5/21/2021 | 48,176 | $93.95 | $4,526,250.82 | Sale | 9/1/2021 | -19,513 | $82.12 | ($1,602,483.66) |
| Purchase | 5/28/2021 | 224,923 | $97.61 | $21,954,689.05 | Sale | 9/1/2021 | -85,279 | $82.39 | ($7,025,718.94) |
| Purchase | 6/17/2021 | 150,005 | $93.78 | $14,067,168.89 | Sale | 9/2/2021 | -11,051 | $82.09 | ($907,133.49) |
| Purchase | 6/24/2021 | 24,438 | $92.48 | $2,259,957.81 | Sale | 9/2/2021 | -1,226 | $81.96 | ($100,476.83) |
| Purchase | 8/6/2021 | 229,338 | $81.99 | $18,803,743.69 | Sale | 9/2/2021 | -39,728 | $81.68 | ($3,244,911.53) |
| Purchase | 8/9/2021 | 190,581 | $81.62 | $15,555,449.92 | Sale | 9/2/2021 | -26,440 | $81.37 | ($2,151,406.94) |
| Purchase | 8/10/2021 | 282,726 | $82.86 | $23,425,460.64 | Sale | 9/3/2021 | -548,121 | $81.13 | ($44,468,892.29) |
| Purchase | 8/11/2021 | 253,111 | $84.73 | $21,444,880.10 | Sale | 9/3/2021 | -1,025 | $80.96 | ($82,983.90) |
| | | 4,627,650 | | $379,696,807.04 | | | -4,627,650 | | ($374,702,214.39) |

Total Loss (Gain)  $4,994,592.65

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniFavorit  Aktien

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 9/2/2021 | -121,143 | $82.09 | ($9,944,156.41) |
| | | | | | | Sale | 9/2/2021 | -13,434 | $81.96 | ($1,100,983.47) |
| | | | | | | Sale | 9/2/2021 | -435,501 | $81.68 | ($35,570,937.78) |
| Purchase | 4/22/2020 | 559,128 | $66.55 | $37,207,228.67 | | Sale | 9/2/2021 | -289,830 | $81.37 | ($23,583,293.20) |
| Purchase | 4/23/2020 | 252,919 | $66.88 | $16,915,096.26 | | Sale | 9/3/2021 | -11,240 | $80.96 | ($909,989.28) |
| Purchase | 12/4/2020 | 182,552 | $80.49 | $14,693,993.84 | | Sale | 9/3/2021 | -421,742 | $81.13 | ($34,215,801.94) |
| Purchase | 2/5/2021 | 726,183 | $101.94 | $74,026,368.84 | | Sale | 9/7/2021 | -427,892 | $79.41 | ($33,976,764.26) |
| | | 1,720,782 | | $142,842,687.61 | | | | -1,720,782 | | ($139,301,926.34) |

**Total Loss (Gain)    $3,540,761.27**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniNachhaltig Aktien Global

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/22/2018 | 50,963 | $72.05 | $3,671,715.97 | | | | | | |
| Purchase | 8/21/2018 | 13,597 | $70.02 | $952,075.54 | | | | | | |
| Purchase | 8/27/2018 | 2,674 | $74.01 | $197,908.62 | | | | | | |
| Purchase | 10/2/2018 | 18,722 | $83.39 | $1,561,227.58 | | | | | | |
| Purchase | 11/20/2018 | 2,032 | $48.47 | $98,485.96 | | | | | | |
| Purchase | 11/30/2018 | 9,839 | $52.53 | $516,842.67 | | | | | | |
| Purchase | 12/11/2018 | 2,448 | $48.59 | $118,950.03 | | | | | | |
| Purchase | 1/17/2019 | 2,474 | $46.95 | $116,154.30 | | | | | | |
| Purchase | 1/14/2020 | 144,777 | $59.59 | $8,626,769.19 | | Sale | 9/17/2018 | -11,939 | $80.91 | ($966,037.02) |
| Purchase | 3/9/2020 | 21,643 | $57.42 | $1,242,754.05 | | Sale | 10/4/2018 | -6,722 | $82.50 | ($554,565.00) |
| Purchase | 3/18/2020 | 18,936 | $53.03 | $1,004,098.44 | | Sale | 10/31/2018 | -31,126 | $69.05 | ($2,149,353.02) |
| Purchase | 6/22/2020 | 12,648 | $76.01 | $961,384.60 | | Sale | 1/23/2019 | -52,962 | $46.21 | ($2,447,374.02) |
| Purchase | 8/5/2020 | 50,784 | $85.46 | $4,339,960.01 | | Sale | 5/27/2020 | -18,739 | $66.91 | ($1,253,779.64) |
| Purchase | 8/18/2020 | 44,294 | $81.93 | $3,628,852.39 | | Sale | 6/17/2020 | -59,770 | $73.57 | ($4,397,458.21) |
| Purchase | 8/31/2020 | 14,799 | $83.05 | $1,229,101.35 | | Sale | 7/16/2020 | -17,100 | $78.51 | ($1,342,479.96) |
| Purchase | 10/5/2020 | 34,255 | $79.70 | $2,730,017.31 | | Sale | 9/1/2021 | -16,782 | $82.12 | ($1,378,203.29) |
| Purchase | 11/4/2020 | 26,968 | $79.46 | $2,142,801.77 | | Sale | 9/1/2021 | -73,347 | $82.39 | ($6,042,699.93) |
| Purchase | 11/17/2020 | 21,928 | $78.20 | $1,714,708.20 | | Sale | 9/2/2021 | -9,505 | $82.09 | ($780,228.38) |
| Purchase | 3/1/2021 | 28,246 | $98.16 | $2,772,717.75 | | Sale | 9/2/2021 | -1,054 | $81.96 | ($86,380.57) |
| Purchase | 3/16/2021 | 34,703 | $94.55 | $3,281,009.02 | | Sale | 9/2/2021 | -34,169 | $81.68 | ($2,790,862.42) |
| Purchase | 5/7/2021 | 92,443 | $92.19 | $8,522,116.80 | | Sale | 9/2/2021 | -22,740 | $81.37 | ($1,850,340.16) |
| Purchase | 6/28/2021 | 25,535 | $95.25 | $2,432,270.03 | | Sale | 9/3/2021 | -882 | $80.96 | ($71,406.63) |
| Purchase | 7/16/2021 | 32,555 | $91.24 | $2,970,204.26 | | Sale | 9/9/2021 | -350,426 | $78.15 | ($27,384,670.54) |
| | | 707,263 | | $54,832,125.84 | | | | -707,263 | | ($53,495,838.79) |

**Total Loss (Gain)   $1,336,287.05**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniGlobal-net-

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 38,150 | $73.32 | $2,797,062.63 | | | | | |
| Purchase | 5/4/2020 | 89,169 | $66.41 | $5,921,320.95 | | | | | |
| Purchase | 5/5/2020 | 29,400 | $67.88 | $1,995,716.10 | | | | | |
| Purchase | 5/5/2020 | 26,476 | $67.54 | $1,788,236.70 | | | | | |
| Purchase | 5/11/2020 | 27,876 | $74.99 | $2,090,326.46 | | | | | |
| Purchase | 5/12/2020 | 21,088 | $74.88 | $1,578,980.87 | | | | | |
| Purchase | 5/12/2020 | 5,825 | $74.80 | $435,737.96 | | | | | |
| Purchase | 5/13/2020 | 27,716 | $73.31 | $2,031,862.73 | Sale | 11/27/2018 | -2,642 | $50.75 | ($134,081.50) |
| Purchase | 5/14/2020 | 13,180 | $72.82 | $959,759.69 | Sale | 12/21/2018 | -35,508 | $46.11 | ($1,637,295.18) |
| Purchase | 5/19/2020 | 20,517 | $73.47 | $1,507,464.01 | Sale | 1/5/2021 | -35,024 | $90.14 | ($3,156,993.31) |
| Purchase | 6/17/2020 | 31,280 | $75.38 | $2,357,795.69 | Sale | 1/6/2021 | -38,310 | $88.68 | ($3,397,365.28) |
| Purchase | 7/9/2020 | 16,823 | $80.64 | $1,356,606.72 | Sale | 3/29/2021 | -24,309 | $93.88 | ($2,282,160.52) |
| Purchase | 8/10/2020 | 25,323 | $82.60 | $2,091,601.30 | Sale | 3/30/2021 | -9,749 | $91.10 | ($888,180.70) |
| Purchase | 8/17/2020 | 13,088 | $81.14 | $1,061,995.66 | Sale | 3/30/2021 | -39,382 | $92.41 | ($3,639,215.79) |
| Purchase | 8/17/2020 | 5,426 | $81.56 | $442,532.08 | Sale | 3/30/2021 | -26,114 | $91.55 | ($2,390,676.64) |
| Purchase | 9/1/2020 | 8,257 | $83.59 | $690,171.25 | Sale | 4/5/2021 | -34,478 | $93.46 | ($3,222,251.82) |
| Purchase | 9/1/2020 | 6,512 | $84.03 | $547,220.29 | Sale | 7/27/2021 | -122,795 | $83.94 | ($10,307,608.77) |
| Purchase | 11/5/2020 | 9,212 | $80.92 | $745,425.83 | Sale | 7/27/2021 | -20,375 | $83.54 | ($1,702,143.80) |
| Purchase | 11/5/2020 | 15,800 | $81.14 | $1,281,945.64 | Sale | 8/3/2021 | -97,387 | $79.28 | ($7,720,987.44) |
| Purchase | 11/10/2020 | 12,245 | $74.21 | $908,739.41 | Sale | 8/3/2021 | -60,805 | $78.70 | ($4,785,158.92) |
| Purchase | 11/10/2020 | 11,506 | $73.81 | $849,284.32 | Sale | 8/4/2021 | -31,827 | $81.32 | ($2,588,197.10) |
| Purchase | 11/18/2020 | 40,551 | $75.90 | $3,077,942.55 | Sale | 8/4/2021 | -62,499 | $81.35 | ($5,084,574.90) |
| Purchase | 11/25/2020 | 22,270 | $76.90 | $1,712,480.60 | Sale | 8/5/2021 | -44,626 | $80.33 | ($3,584,744.10) |
| Purchase | 1/25/2021 | 13,393 | $95.17 | $1,274,647.97 | Sale | 8/5/2021 | -18,312 | $80.91 | ($1,481,559.83) |
| Purchase | 1/25/2021 | 23,299 | $95.22 | $2,218,535.44 | Sale | 8/25/2021 | -67,987 | $80.64 | ($5,482,798.02) |
| Purchase | 4/15/2021 | 21,574 | $97.61 | $2,105,794.99 | Sale | 8/30/2021 | -36,575 | $80.89 | ($2,958,368.88) |
| Purchase | 4/19/2021 | 37,779 | $97.35 | $3,677,895.21 | Sale | 8/30/2021 | -31,914 | $80.92 | ($2,582,547.90) |
| Purchase | 5/7/2021 | 63,516 | $92.19 | $5,855,400.30 | Sale | 8/30/2021 | -48,299 | $80.91 | ($3,907,838.28) |
| Purchase | 5/10/2021 | 37,950 | $92.70 | $3,517,896.69 | Sale | 9/1/2021 | -12,070 | $82.85 | ($1,000,010.36) |
| Purchase | 5/12/2021 | 43,338 | $94.82 | $4,109,287.49 | Sale | 9/1/2021 | -25,106 | $82.92 | ($2,081,792.03) |
| Purchase | 5/20/2021 | 25,441 | $94.71 | $2,409,639.23 | Sale | 9/1/2021 | -5,055 | $82.12 | ($415,136.31) |
| Purchase | 5/28/2021 | 31,352 | $97.61 | $3,060,262.45 | Sale | 9/1/2021 | -22,093 | $82.39 | ($1,820,134.01) |
| Purchase | 6/24/2021 | 47,905 | $92.48 | $4,430,120.27 | Sale | 9/2/2021 | -2,863 | $82.09 | ($235,012.50) |
| Purchase | 8/6/2021 | 1,147 | $82.43 | $94,547.21 | Sale | 9/2/2021 | -317 | $81.96 | ($25,979.74) |
| Purchase | 8/9/2021 | 1,218 | $81.41 | $99,157.38 | Sale | 9/2/2021 | -91,303 | $81.68 | ($7,457,464.69) |
| Purchase | 8/10/2021 | 1,192 | $82.99 | $98,924.08 | Sale | 9/2/2021 | -60,763 | $81.37 | ($4,944,248.85) |
| Purchase | 8/12/2021 | 244,049 | $84.64 | $20,655,648.43 | Sale | 9/3/2021 | -2,356 | $80.96 | ($190,741.52) |
| | | 1,110,843 | | $91,837,966.58 | | | -1,110,843 | | ($91,105,268.69) |

**Total Loss (Gain)    $732,697.89**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
KCD-Union Nachhaltig AKTIEN Min

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 5/8/2019 | -4,757 | $47.10 | ($224,053.88) |
| Purchase | 2/15/2018 | 4,757 | $69.64 | $331,254.04 | | Sale* | 11/2/2021 | -5,489 | $77.07 | ($423,033.80) |
| Purchase | 9/22/2020 | 5,744 | $82.12 | $471,708.77 | | Sale* | 11/3/2021 | -255 | $76.76 | ($19,572.95) |
| | | 10,501 | | $802,962.81 | | | | -10,501 | | ($666,660.63) |

**Total Loss (Gain)  $136,302.18**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniGlobal Vorsorge

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 271,000 | $73.32 | $19,869,042.50 | | | | | |
| Purchase | 5/4/2020 | 424,040 | $66.41 | $28,158,630.62 | | | | | |
| Purchase | 5/5/2020 | 139,812 | $67.88 | $9,490,648.28 | | | | | |
| Purchase | 5/5/2020 | 125,905 | $67.54 | $8,503,850.33 | | | | | |
| Purchase | 5/11/2020 | 132,567 | $74.99 | $9,940,748.60 | | | | | |
| Purchase | 5/12/2020 | 100,289 | $74.88 | $7,509,219.11 | | | | | |
| Purchase | 5/12/2020 | 27,699 | $74.80 | $2,072,018.16 | | | | | |
| Purchase | 5/13/2020 | 131,807 | $73.31 | $9,662,784.35 | | | | | |
| Purchase | 5/14/2020 | 62,679 | $72.82 | $4,564,240.90 | Sale | 12/21/2018 | -271,000 | $46.11 | ($12,495,972.60) |
| Purchase | 5/19/2020 | 97,572 | $73.47 | $7,168,995.37 | Sale | 10/30/2020 | -41,000 | $75.73 | ($3,104,930.00) |
| Purchase | 6/17/2020 | 148,754 | $75.38 | $11,212,645.13 | Sale | 1/5/2021 | -143,311 | $90.14 | ($12,917,766.92) |
| Purchase | 8/10/2020 | 113,875 | $82.60 | $9,405,721.99 | Sale | 1/6/2021 | -155,375 | $88.68 | ($13,778,794.84) |
| Purchase | 8/17/2020 | 58,855 | $81.14 | $4,775,659.49 | Sale | 3/29/2021 | -96,586 | $93.88 | ($9,067,619.24) |
| Purchase | 8/17/2020 | 24,404 | $81.56 | $1,990,334.11 | Sale | 3/30/2021 | -48,692 | $91.10 | ($4,436,074.92) |
| Purchase | 9/1/2020 | 37,133 | $83.59 | $3,103,806.36 | Sale | 3/30/2021 | -156,387 | $92.41 | ($14,451,425.53) |
| Purchase | 9/1/2020 | 29,285 | $84.03 | $2,460,894.69 | Sale | 3/30/2021 | -130,426 | $91.55 | ($11,940,200.32) |
| Purchase | 11/5/2020 | 38,171 | $80.92 | $3,088,759.15 | Sale | 4/5/2021 | -136,855 | $93.46 | ($12,790,221.96) |
| Purchase | 11/5/2020 | 65,465 | $81.14 | $5,311,555.15 | Sale | 7/27/2021 | -317,237 | $83.94 | ($26,629,381.36) |
| Purchase | 11/10/2020 | 50,830 | $74.21 | $3,772,251.87 | Sale | 7/27/2021 | -52,636 | $83.54 | ($4,397,253.55) |
| Purchase | 11/10/2020 | 47,762 | $73.81 | $3,525,423.07 | Sale | 8/3/2021 | -664,896 | $79.28 | ($52,713,952.22) |
| Purchase | 11/18/2020 | 91,117 | $75.90 | $6,916,053.65 | Sale | 8/3/2021 | -196,614 | $78.70 | ($15,472,892.64) |
| Purchase | 1/25/2021 | 53,989 | $95.17 | $5,138,278.90 | Sale | 8/4/2021 | -125,847 | $81.32 | ($10,233,991.30) |
| Purchase | 1/25/2021 | 93,913 | $95.22 | $8,942,414.64 | Sale | 8/4/2021 | -247,109 | $81.35 | ($20,103,404.43) |
| Purchase | 3/2/2021 | 49,094 | $96.75 | $4,749,844.50 | Sale | 8/5/2021 | -177,514 | $80.33 | ($14,259,451.10) |
| Purchase | 4/9/2021 | 23,354 | $96.84 | $2,261,601.36 | Sale | 8/5/2021 | -72,847 | $80.91 | ($5,893,795.81) |
| Purchase | 4/15/2021 | 86,677 | $97.61 | $8,460,368.62 | Sale | 8/25/2021 | -90,422 | $80.64 | ($7,292,064.11) |
| Purchase | 4/19/2021 | 151,205 | $97.35 | $14,720,245.24 | Sale | 8/30/2021 | -141,314 | $80.89 | ($11,430,182.89) |
| Purchase | 5/7/2021 | 256,504 | $92.19 | $23,646,539.45 | Sale | 8/30/2021 | -186,608 | $80.91 | ($15,098,322.65) |
| Purchase | 5/10/2021 | 153,187 | $92.70 | $14,200,159.16 | Sale | 8/31/2021 | -299,086 | $82.63 | ($24,714,283.71) |
| Purchase | 5/13/2021 | 35,029 | $95.34 | $3,339,664.86 | Sale | 9/1/2021 | -46,593 | $82.85 | ($3,860,271.98) |
| Purchase | 5/20/2021 | 102,379 | $94.71 | $9,696,806.51 | Sale | 9/1/2021 | -96,912 | $82.92 | ($8,035,952.73) |
| Purchase | 5/21/2021 | 48,176 | $93.95 | $4,526,250.82 | Sale | 9/1/2021 | -19,513 | $82.12 | ($1,602,483.66) |
| Purchase | 5/28/2021 | 224,923 | $97.61 | $21,954,689.05 | Sale | 9/1/2021 | -85,279 | $82.39 | ($7,025,718.94) |
| Purchase | 6/17/2021 | 150,005 | $93.78 | $14,067,168.89 | Sale | 9/2/2021 | -11,051 | $82.09 | ($907,133.49) |
| Purchase | 6/24/2021 | 24,438 | $92.48 | $2,259,957.81 | Sale | 9/2/2021 | -1,226 | $81.96 | ($100,476.83) |
| Purchase | 8/6/2021 | 229,338 | $81.99 | $18,803,743.69 | Sale | 9/2/2021 | -39,728 | $81.68 | ($3,244,911.53) |
| Purchase | 8/9/2021 | 190,581 | $81.62 | $15,555,449.92 | Sale | 9/2/2021 | -26,440 | $81.37 | ($2,151,406.94) |
| Purchase | 8/10/2021 | 282,726 | $82.86 | $23,425,460.64 | Sale | 9/3/2021 | -548,121 | $81.13 | ($44,468,892.29) |
| Purchase | 8/11/2021 | 253,111 | $84.73 | $21,444,880.10 | Sale | 9/3/2021 | -1,025 | $80.96 | ($82,983.90) |
| | | 4,627,650 | | $379,696,807.04 | | | -4,627,650 | | ($374,702,214.39) |

**Total Loss (Gain)   $4,994,592.65**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniFavorit  Aktien

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 9/2/2021 | -121,143 | $82.09 | ($9,944,156.41) |
| | | | | | | Sale | 9/2/2021 | -13,434 | $81.96 | ($1,100,983.47) |
| | | | | | | Sale | 9/2/2021 | -435,501 | $81.68 | ($35,570,937.78) |
| Purchase | 4/22/2020 | 559,128 | $66.55 | $37,207,228.67 | | Sale | 9/2/2021 | -289,830 | $81.37 | ($23,583,293.20) |
| Purchase | 4/23/2020 | 252,919 | $66.88 | $16,915,096.26 | | Sale | 9/3/2021 | -11,240 | $80.96 | ($909,989.28) |
| Purchase | 12/4/2020 | 182,552 | $80.49 | $14,693,993.84 | | Sale | 9/3/2021 | -421,742 | $81.13 | ($34,215,801.94) |
| Purchase | 2/5/2021 | 726,183 | $101.94 | $74,026,368.84 | | Sale | 9/7/2021 | -427,892 | $79.41 | ($33,976,764.26) |
| | | 1,720,782 | | $142,842,687.61 | | | | -1,720,782 | | ($139,301,926.34) |

**Total Loss (Gain)   $3,540,761.27**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniNachhaltig Aktien Global

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/22/2018 | 50,963 | $72.05 | $3,671,715.97 | | | | | | |
| Purchase | 8/21/2018 | 13,597 | $70.02 | $952,075.54 | | | | | | |
| Purchase | 8/27/2018 | 2,674 | $74.01 | $197,908.62 | | | | | | |
| Purchase | 10/2/2018 | 18,722 | $83.39 | $1,561,227.58 | | | | | | |
| Purchase | 11/20/2018 | 2,032 | $48.47 | $98,485.96 | | | | | | |
| Purchase | 11/30/2018 | 9,839 | $52.53 | $516,842.67 | | | | | | |
| Purchase | 12/11/2018 | 2,448 | $48.59 | $118,950.03 | | | | | | |
| Purchase | 1/17/2019 | 2,474 | $46.95 | $116,154.30 | | | | | | |
| Purchase | 1/14/2020 | 144,777 | $59.59 | $8,626,769.19 | | Sale | 9/17/2018 | -11,939 | $80.91 | ($966,037.02) |
| Purchase | 3/9/2020 | 21,643 | $57.42 | $1,242,754.05 | | Sale | 10/4/2018 | -6,722 | $82.50 | ($554,565.00) |
| Purchase | 3/18/2020 | 18,936 | $53.03 | $1,004,098.44 | | Sale | 10/31/2018 | -31,126 | $69.05 | ($2,149,353.02) |
| Purchase | 6/22/2020 | 12,648 | $76.01 | $961,384.60 | | Sale | 1/23/2019 | -52,962 | $46.21 | ($2,447,374.02) |
| Purchase | 8/5/2020 | 50,784 | $85.46 | $4,339,960.01 | | Sale | 5/27/2020 | -18,739 | $66.91 | ($1,253,779.64) |
| Purchase | 8/18/2020 | 44,294 | $81.93 | $3,628,852.39 | | Sale | 6/17/2020 | -59,770 | $73.57 | ($4,397,458.21) |
| Purchase | 8/31/2020 | 14,799 | $83.05 | $1,229,101.35 | | Sale | 7/16/2020 | -17,100 | $78.51 | ($1,342,479.96) |
| Purchase | 10/5/2020 | 34,255 | $79.70 | $2,730,017.31 | | Sale | 9/1/2021 | -16,782 | $82.12 | ($1,378,203.29) |
| Purchase | 11/4/2020 | 26,968 | $79.46 | $2,142,801.77 | | Sale | 9/1/2021 | -73,347 | $82.39 | ($6,042,699.93) |
| Purchase | 11/17/2020 | 21,928 | $78.20 | $1,714,708.20 | | Sale | 9/2/2021 | -9,505 | $82.09 | ($780,228.38) |
| Purchase | 3/1/2021 | 28,246 | $98.16 | $2,772,717.75 | | Sale | 9/2/2021 | -1,054 | $81.96 | ($86,380.57) |
| Purchase | 3/16/2021 | 34,703 | $94.55 | $3,281,009.02 | | Sale | 9/2/2021 | -34,169 | $81.68 | ($2,790,862.42) |
| Purchase | 5/7/2021 | 92,443 | $92.19 | $8,522,116.80 | | Sale | 9/2/2021 | -22,740 | $81.37 | ($1,850,340.16) |
| Purchase | 6/28/2021 | 25,535 | $95.25 | $2,432,270.03 | | Sale | 9/3/2021 | -882 | $80.96 | ($71,406.63) |
| Purchase | 7/16/2021 | 32,555 | $91.24 | $2,970,204.26 | | Sale | 9/9/2021 | -350,426 | $78.15 | ($27,384,670.54) |
| | | 707,263 | | $54,832,125.84 | | | | -707,263 | | ($53,495,838.79) |

**Total Loss (Gain)   $1,336,287.05**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
UniGlobal-net-

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/24/2018 | 38,150 | $73.32 | $2,797,062.63 | | | | | |
| Purchase | 5/4/2020 | 89,169 | $66.41 | $5,921,320.95 | | | | | |
| Purchase | 5/5/2020 | 29,400 | $67.88 | $1,995,716.10 | | | | | |
| Purchase | 5/5/2020 | 26,476 | $67.54 | $1,788,236.70 | | | | | |
| Purchase | 5/11/2020 | 27,876 | $74.99 | $2,090,326.46 | | | | | |
| Purchase | 5/12/2020 | 21,088 | $74.88 | $1,578,980.87 | | | | | |
| Purchase | 5/12/2020 | 5,825 | $74.80 | $435,737.96 | | | | | |
| Purchase | 5/13/2020 | 27,716 | $73.31 | $2,031,862.73 | Sale | 11/27/2018 | -2,642 | $50.75 | ($134,081.50) |
| Purchase | 5/14/2020 | 13,180 | $72.82 | $959,759.69 | Sale | 12/21/2018 | -35,508 | $46.11 | ($1,637,295.18) |
| Purchase | 5/19/2020 | 20,517 | $73.47 | $1,507,464.01 | Sale | 1/5/2021 | -35,024 | $90.14 | ($3,156,993.31) |
| Purchase | 6/17/2020 | 31,280 | $75.38 | $2,357,795.69 | Sale | 1/6/2021 | -38,310 | $88.68 | ($3,397,365.28) |
| Purchase | 7/9/2020 | 16,823 | $80.64 | $1,356,606.72 | Sale | 3/29/2021 | -24,309 | $93.88 | ($2,282,160.52) |
| Purchase | 8/10/2020 | 25,323 | $82.60 | $2,091,601.30 | Sale | 3/30/2021 | -9,749 | $91.10 | ($888,180.70) |
| Purchase | 8/17/2020 | 13,088 | $81.14 | $1,061,995.66 | Sale | 3/30/2021 | -39,382 | $92.41 | ($3,639,215.79) |
| Purchase | 8/17/2020 | 5,426 | $81.56 | $442,532.08 | Sale | 3/30/2021 | -26,114 | $91.55 | ($2,390,676.64) |
| Purchase | 9/1/2020 | 8,257 | $83.59 | $690,171.25 | Sale | 4/5/2021 | -34,478 | $93.46 | ($3,222,251.82) |
| Purchase | 9/1/2020 | 6,512 | $84.03 | $547,220.29 | Sale | 7/27/2021 | -122,795 | $83.94 | ($10,307,608.77) |
| Purchase | 11/5/2020 | 9,212 | $80.92 | $745,425.83 | Sale | 7/27/2021 | -20,375 | $83.54 | ($1,702,143.80) |
| Purchase | 11/5/2020 | 15,800 | $81.14 | $1,281,945.64 | Sale | 8/3/2021 | -97,387 | $79.28 | ($7,720,987.44) |
| Purchase | 11/10/2020 | 12,245 | $74.21 | $908,739.41 | Sale | 8/3/2021 | -60,805 | $78.70 | ($4,785,158.92) |
| Purchase | 11/10/2020 | 11,506 | $73.81 | $849,284.32 | Sale | 8/4/2021 | -31,827 | $81.32 | ($2,588,197.10) |
| Purchase | 11/18/2020 | 40,551 | $75.90 | $3,077,942.55 | Sale | 8/4/2021 | -62,499 | $81.35 | ($5,084,574.90) |
| Purchase | 11/25/2020 | 22,270 | $76.90 | $1,712,480.60 | Sale | 8/5/2021 | -44,626 | $80.33 | ($3,584,744.10) |
| Purchase | 1/25/2021 | 13,393 | $95.17 | $1,274,647.97 | Sale | 8/5/2021 | -18,312 | $80.91 | ($1,481,559.83) |
| Purchase | 1/25/2021 | 23,299 | $95.22 | $2,218,535.44 | Sale | 8/25/2021 | -67,987 | $80.64 | ($5,482,798.02) |
| Purchase | 4/15/2021 | 21,574 | $97.61 | $2,105,794.99 | Sale | 8/30/2021 | -36,575 | $80.89 | ($2,958,368.88) |
| Purchase | 4/19/2021 | 37,779 | $97.35 | $3,677,895.21 | Sale | 8/30/2021 | -31,914 | $80.92 | ($2,582,547.90) |
| Purchase | 5/7/2021 | 63,516 | $92.19 | $5,855,400.30 | Sale | 8/30/2021 | -48,299 | $80.91 | ($3,907,838.28) |
| Purchase | 5/10/2021 | 37,950 | $92.70 | $3,517,896.69 | Sale | 9/1/2021 | -12,070 | $82.85 | ($1,000,010.36) |
| Purchase | 5/12/2021 | 43,338 | $94.82 | $4,109,287.49 | Sale | 9/1/2021 | -25,106 | $82.92 | ($2,081,792.03) |
| Purchase | 5/20/2021 | 25,441 | $94.71 | $2,409,639.23 | Sale | 9/1/2021 | -5,055 | $82.12 | ($415,136.31) |
| Purchase | 5/28/2021 | 31,352 | $97.61 | $3,060,262.45 | Sale | 9/1/2021 | -22,093 | $82.39 | ($1,820,134.01) |
| Purchase | 6/24/2021 | 47,905 | $92.48 | $4,430,120.27 | Sale | 9/2/2021 | -2,863 | $82.09 | ($235,012.50) |
| Purchase | 8/6/2021 | 1,147 | $82.43 | $94,547.21 | Sale | 9/2/2021 | -317 | $81.96 | ($25,979.74) |
| Purchase | 8/9/2021 | 1,218 | $81.41 | $99,157.38 | Sale | 9/2/2021 | -91,303 | $81.68 | ($7,457,464.69) |
| Purchase | 8/10/2021 | 1,192 | $82.99 | $98,924.08 | Sale | 9/2/2021 | -60,763 | $81.37 | ($4,944,248.85) |
| Purchase | 8/12/2021 | 244,049 | $84.64 | $20,655,648.43 | Sale | 9/3/2021 | -2,356 | $80.96 | ($190,741.52) |
| | | 1,110,843 | | $91,837,966.58 | | | -1,110,843 | | ($91,105,268.69) |

**Total Loss (Gain)    $732,697.89**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
KCD-Union Nachhaltig AKTIEN Min

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 5/8/2019 | -4,757 | $47.10 | ($224,053.88) |
| Purchase | 2/15/2018 | 4,757 | $69.64 | $331,254.04 | | Sale* | 11/2/2021 | -5,489 | $77.07 | ($423,033.80) |
| Purchase | 9/22/2020 | 5,744 | $82.12 | $471,708.77 | | Sale* | 11/3/2021 | -255 | $76.76 | ($19,572.95) |
| | | 10,501 | | $802,962.81 | | | | -10,501 | | ($666,660.63) |

**Total Loss (Gain)  $136,302.18**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
Pax Substanz Fonds

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/17/2021 | 6,040 | $92.27 | $557,284.22 | | | | | | |
| Purchase | 6/1/2021 | 1,250 | $97.50 | $121,875.00 | | | | | | |
| Purchase | 6/14/2021 | 1,480 | $98.39 | $145,617.20 | | Sale | 8/3/2021 | -8,770 | $79.28 | ($695,298.76) |
| | | 8,770 | | $824,776.42 | | | | -8,770 | | -$695,298.76 |

**Total Loss (Gain) $129,477.66**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
VR Westmünsterland Select Nachh

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/30/2021 | 2,714 | $92.26 | $250,388.21 | | Sale* | 10/14/2021 | -2,714 | $76.08 | ($206,478.26) |
| | | 2,714 | | $250,388.21 | | | | -2,714 | | -$206,478.26 |

**Total Loss (Gain)**   **$43,909.95**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
Werte Fonds Münsterland Nachhal

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/2/2020 | 308 | $81.84 | $25,206.72 | | | | | | |
| Purchase | 10/8/2020 | 310 | $78.70 | $24,397.00 | | | | | | |
| Purchase | 10/20/2020 | 115 | $80.50 | $9,257.50 | | | | | | |
| Purchase | 11/2/2020 | 110 | $76.55 | $8,420.50 | | | | | | |
| Purchase | 11/5/2020 | 171 | $80.90 | $13,833.90 | | | | | | |
| Purchase | 11/11/2020 | 149 | $76.17 | $11,349.33 | | | | | | |
| Purchase | 11/23/2020 | 171 | $76.96 | $13,160.16 | | | | | | |
| Purchase | 2/2/2021 | 2,294 | $92.04 | $211,139.76 | | | | | | |
| Purchase | 2/5/2021 | 1,056 | $100.51 | $106,138.56 | | | | | | |
| Purchase | 3/23/2021 | 184 | $92.59 | $17,036.56 | | Sale | 12/9/2020 | -1,334 | $83.43 | ($111,295.62) |
| Purchase | 5/3/2021 | 280 | $91.67 | $25,667.60 | | Sale | 3/8/2021 | -1,394 | $91.75 | ($127,899.50) |
| Purchase | 6/28/2021 | 179 | $92.71 | $16,595.09 | | Sale | 8/3/2021 | -2,599 | $80.92 | ($210,311.60) |
| | | 5,327 | | $482,202.68 | | | | (5,327) | | -$449,506.72 |

**Total Loss (Gain)  $32,695.96**

**Union Investment Privatfonds GmbH**
**FIFO or LIFO Loss in Activision Blizzard Inc. (ATVI)**
Class Period: 02/28/17 - 9/20/2021
Cusip: 00507V109
VR Westmünsterland Aktiv Nachha

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/15/2020 | 3,000 | $73.21 | $219,618.60 | | | | | | |
| Purchase | 8/11/2020 | 2,000 | $79.70 | $159,400.00 | | | | | | |
| Purchase | 11/5/2020 | 4,000 | $81.08 | $324,331.20 | | Sale* | 10/8/2021 | -9,000 | $76.19 | -$685,740.00 |
| | | 9000 | | $703,349.80 | | | | -9000 | | -$685,740.00 |

**Total Loss (Gain)    $17,609.80**