# EXHIBIT 3



COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   **SIGN IN**   **REGISTER**



# SHAREHOLDER ALERT: Lowey Dannenberg, P.C., Investigates Claims on Behalf of Investors of Activision Blizzard, Inc. and Encourages Investors Who Lost More than $100,000 to Contact the Firm

July 27, 2021 18:12 ET | Source: Lowey Dannenberg, P.C.

NEW YORK, July 27, 2021 (GLOBE NEWSWIRE) -- Lowey Dannenberg P.C., a preeminent law firm in obtaining redress for consumers and investors, is investigating claims of violations of federal securities laws on behalf of investors of Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") (NASDAQ: ATVI). If you are a shareholder of Activision Blizzard with more than $100,000 in losses, you should contact the Firm.

Activision Blizzard is a video game holding company based in Santa Monica, California. The Company was formed by a merger between Activision, Inc. and Vivendi Games. The Company is a developer and publisher of interactive entertainment content and services. It develops and distributes content and services across various gaming platforms. Activision Blizzard has popular games like Call of Duty, World of Warcraft and Diablo under its umbrella.

On July 20, 2021, California's Department of Fair Employment and Housing (DFEH) filed a lawsuit against the Company alleging rampant sexual harassment and gender discrimination.

Following this news, Activision Blizzard's stock price dropped precipitously.



investigations@lowey.com.

**About Lowey Dannenberg**

Lowey Dannenberg is a national firm representing institutional and individual investors, who suffered financial losses resulting from corporate fraud and malfeasance in violation of federal securities and antitrust laws. The firm has significant experience in prosecuting multi-million-dollar lawsuits and has previously recovered billions of dollars on behalf of investors.

**Contact**

Lowey Dannenberg P.C.

44 South Broadway, Suite 1100

White Plains, NY 10601

Tel: (914) 733-7256

Email: investigations@lowey.com

---

**Tags**

| Activision Blizzard | Securities Fraud Class Action | lowey dannenberg |

| Shareholder Alert | Class Action |

# Recommended Reading

January 06, 2022 10:07 ET

Source:  Lowey Dannenberg, P.C.

**SHAREHOLDER ALERT: Lowey Dannenberg, P.C., Investigates Claims on Behalf of Investors of Discover Financial Services (DFS) and Encourages...**

NEW YORK, Jan. 06, 2022 (GLOBE NEWSWIRE) -- Lowey Dannenberg P.C., a preeminent law firm in obtaining redress for consumers and investors, is investigating claims of



January 05, 2022 14:01 ET

Source:  Lowey Dannenberg, P.C.

**SHAREHOLDER ALERT: Lowey Dannenberg, P.C., Investigates Claims on Behalf of Investors of Discover Financial Services (DFS) and Encourages...**

NEW YORK, Jan. 05, 2022 (GLOBE NEWSWIRE) -- Lowey Dannenberg P.C., a preeminent law firm in obtaining redress for consumers and investors, is investigating claims of



COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

## Explore





### WishBone and SpineGuard Sign National Distribution...

January 06, 2022 16:15 ET

### Blue Note Therapeutics Receives Breakthrough Devic...

January 06, 2022 16:02 ET

### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· Home

· RSS Feeds

· Newsroom

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.





# INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Activision Blizzard, Inc. and Encourages Investors with Losses to Contact the Firm

July 27, 2021 02:58 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--The Schall Law Firm, a national shareholder rights litigation firm, announces that it is investigating claims on behalf of investors of Activision Blizzard, Inc. ("Activision Blizzard" or "the Company") (NASDAQ: ATVI) for violations of the securities laws.

The investigation focuses on whether the Company issued false and/or misleading statements and/or failed to disclose information pertinent to investors. Activision Blizzard is the target of a lawsuit filed by California's Department of Fair Employment and Housing on July 20, 2021. The lawsuit claims that women working at the Company were subjected to "constant sexual harassment," which executives were aware of. The lawsuit alleges that the Company violated the Equal Pay Act and the Fair Employment and Housing Act. Based on this news, shares of Activision Blizzard suffered considerable losses over the next several trading sessions.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at brian@schallfirm.com.

The class in this case has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

Contacts

The Schall Law Firm
Brian Schall, Esq.
310-301-3335

info@schallfirm.com

www.schallfirm.com

#Hashtags

#ATVI

$Cashtags

$ATVI





# ACTIVISION BLIZZARD ALERT: Bragar Eagel & Squire, P.C. Is Investigating Activision Blizzard, Inc. on Behalf of Activision Blizzard Stockholders and Encourages Investors to Contact the Firm

July 30, 2021 09:23 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Bragar Eagel & Squire, P.C., a nationally recognized stockholder rights law firm, is investigating potential claims against Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") (NASDAQ: ATVI) on behalf of Activision Blizzard stockholders. Our investigation concerns whether Activision Blizzard has violated the federal securities laws and/or engaged in other unlawful business practices.

Click here to participate in the action.

The investigation is to determine whether certain Activision officers and directors violated the Securities Exchange Act of 1934 and breached their fiduciary duties to the Company. Activision develops and publishes interactive entertainment content and services in the Americas and abroad.

After a two-year investigation, the California Dept. of Fair Employment and Housing filed a lawsuit against the Company alleging a 'pervasive frat boy workplace culture.' The agency found that the Company discriminated against female employees in terms of conditions of employment, including compensation, assignment, promotion, and termination and consistently failed to take steps to prevent discrimination, harassment, and retaliation. In response, nearly 1,000 current and former Activision employees have signed a letter calling the Company's responses to the lawsuit 'abhorrent and insulting,' and dozens of current and former employees have come out on social media to share their own allegations of discrimination. Additionally, several gaming outlets have halted coverage of any games released by the Company.

If you purchased or otherwise acquired Activision Blizzard shares and suffered a loss, are a long-term stockholder, have information, would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Brandon Walker, Melissa Fortunato, or Marion Passmore by email at investigations@bespc.com, telephone at (212) 355-4648, or by filling out this contact form. There is no cost or obligation to you.

**About Bragar Eagel & Squire, P.C.:**

Bragar Eagel & Squire, P.C. is a nationally recognized law firm with offices in New York, California, and South Carolina. The firm represents individual and institutional investors in commercial, securities, derivative, and other complex litigation in state and federal courts across the country. For more information about the firm, please visit www.bespc.com. Attorney advertising. Prior results do not guarantee similar outcomes.

## Contacts

Bragar Eagel & Squire, P.C.

Brandon Walker, Esq.

Melissa Fortunato, Esq.

Marion Passmore, Esq.

(212) 355-4648

investigations@bespc.com

www.bespc.com

 

 Back to Newsroom

Mentioned in this Article

# Bronstein, Gewirtz & Grossman, LLC Reminds Investors of Activision Blizzard, Inc. (ATVI) Investigation

Wednesday, August 4, 2021 11:00 AM

Share this article now

Topic:   Lawsuits



## Bronstein, Gewirtz and Grossman, LLC

NEW YORK, NY / ACCESSWIRE / August 4, 2021 / Bronstein, Gewirtz & Grossman, LLC is investigating potential claims on behalf of purchasers of Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") (NASDAQ:ATVI). Investors who purchased Activision Blizzard sharesare encouraged to obtain additional information and assist the investigation by visiting the firm's site: www.bgandg.com/atvi.



Drop us a line:    888.952.4446     Email:    Sales   Editorial   Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Tell My Story    Login

& GROSSMAN, LLC

The investigation concerns whether Activision Blizzard and certain of its officers and/or directors have violated federal securities laws.

On July 20, 2021, California's Department of Fair Employment and Housing filed a lawsuit against Activision Blizzard, alleging that female employees of Activision Blizzard are subjected to "constant sexual harassment," while Activision Blizzard's top executives and human resources personnel not only knew about the harassment and failed to prevent it, but also retaliated against employees who complained. The lawsuit alleges violations of the Equal Pay Act and the Fair Employment and Housing Act. On this news, Activision Blizzard's stock price fell sharply over the following trading sessions, damaging investors.

If you are aware of any facts relating to this investigation, or purchased Activision Blizzard shares, you can assist this investigation by visiting the firm's site: www.bgandg.com/atvi. You can also contact Peretz Bronstein or his Investor Relations Analyst, Yael Hurwitz of Bronstein, Gewirtz & Grossman, LLC: 212-697-6484.

Bronstein, Gewirtz & Grossman, LLC is a corporate litigation boutique. Our primary expertise is the aggressive pursuit of litigation claims on behalf of our clients. In addition to representing institutions and other investor plaintiffs in class action security litigation, the firm's expertise includes general corporate and commercial litigation, as well as securities arbitration. Attorney advertising. Prior results do not guarantee similar outcomes.

Contact:

Bronstein, Gewirtz & Grossman, LLC



Drop us a line:   888.952.4446    Email:   Sales   Editorial   Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Tell My Story    Login

Back to Newsroom

   
Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions

# SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Activision Blizzard, Inc. - ATVI

New York, New York--(Newsfile Corp. - October 1, 2021) - Pomerantz LLP is investigating claims on behalf of investors of Activision Blizzard, Inc. ("Activision" or the "Company") (NASDAQ: ATVI). Such investors are advised to contact Robert S. Willoughby at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 888-476-6529, ext. 7980.

The investigation concerns whether Activision and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

[**Click here for information about joining the class action**] (https://www.newsfilecorp.com/redirect/L7RvacbaWN)

On July 20, 2021, California's Department of Fair Employment and Housing filed a lawsuit against Activision Blizzard, alleging that female employees of Activision Blizzard are subjected to "constant sexual harassment," while Activision Blizzard's top executives and human resources personnel not only knew about the harassment and failed to prevent it, but also retaliated against employees who complained. The lawsuit alleges violations of the Equal Pay Act and the Fair Employment and Housing Act.

On this news, Activision Blizzard's stock price fell sharply over the following trading sessions, damaging investors.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com (https://www.newsfilecorp.com/redirect/oJOG4urMJe).

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com (mailto:rswilloughby@pomlaw.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/98286 (https://www.newsfilecorp.com/redirect/OLEQafm7OK)





# The Law Offices of Frank R. Cruz Continues Investigation of Activision Blizzard, Inc. (ATVI) on Behalf of Investors

September 02, 2021 12:05 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz continues investigating potential claims against Activision Blizzard, Inc. ("Activision" or the "Company") (NASDAQ: ATVI).

If you are a shareholder, click here to participate.

On July 21, 2021, Bloomberg Law reported that the California Department of Fair Employment and Housing ("DFEH") had filed a lawsuit against Activision Blizzard, following a two-year investigation that "found the company discriminated against female employees in terms and conditions of employment, including compensation, assignment, promotion, and termination." Moreover, Activision Blizzard's female employees, who "make up around 20% of the . . . workforce," "are subjected to a 'pervasive frat boy workplace culture.'"

Follow us for updates on Twitter: twitter.com/FRC_LAW.

If you still hold Activision shares purchased **before January 2021** and wish to discuss this matter with us, or have any questions concerning your rights and interests with regards to this matter, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

Tweets by @FRC_LAW

# #Hashtags

#shareholders    #investors    #stocks

# $Cashtags

$ATVI

# Social Media Profiles

@FRC_LAW



Tell My Story    Login

 Back to Newsroom

**Mentioned in this Article**

# ATVI ALERT - Nationally Ranked Shareholder Rights Firm Labaton Sucharow is Investigating Activision Blizzard, Inc. (NASDAQ:ATVI) for Potential Securities Violations and Breach of Fiduciary Duty

Tuesday, September 28, 2021 8:00 PM

Share this article now

Topic:   Lawsuits

### Labaton Sucharow LLP

**NEW YORK, NY / ACCESSWIRE / September 28, 2021 /** Labaton Sucharow, a nationally ranked and award-winning shareholder rights law firm, is investigating potential securities violations and breach of fiduciary duty claims against Activision Blizzard, Inc. (NASDAQ:ATVI).



Drop us a line:   888.952.4446    Email:   Sales   Editorial   Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



**Sucharow**

The investigation is to determine whether certain Activision officers and directors violated the Securities Exchange Act of 1934 and breached their fiduciary duties to the Company. Activision develops and publishes interactive entertainment content and services in the Americas and abroad.

After a two-year investigation, the California Dept. of Fair Employment and Housing filed a lawsuit against the Company alleging a 'pervasive frat boy workplace culture.' The agency found that the Company discriminated against female employees in terms of conditions of employment, including compensation, assignment, promotion, and termination and consistently failed to take steps to prevent discrimination, harassment, and retaliation. In response, nearly 1,000 current and former Activision employees have signed a letter calling the Company's responses to the lawsuit 'abhorrent and insulting,' and dozens of current

and former employees have come out on social media to share their own allegations of discrimination. Additionally, several gaming outlets have halted coverage of any games released by the Company.

**Investors who purchased the Company's securities between August 4, 2016 and July 27, 2021, inclusive (the ''Class Period''), are encouraged to contact the firm before October 4, 2021.**

If you currently own stock or options in Activision Blizzard, Inc. and suffered a loss, click here to participate.

If you want to receive additional information and protect your investments free of charge, please contact David J. Schwartz using the toll-free number (800) 321-0476 or via email at

Drop us a line:    888.952.4446    Email:    Sales  Editorial  Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



cybersecurity and data privacy litigation. Labaton Sucharow has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, NY, Wilmington, DE, and Washington, D.C. More information about Labaton Sucharow is available at Labaton.com.

CONTACT:

David J. Schwartz

(800) 321-0476

david@labaton.com

SOURCE: Labaton Sucharow LLP

 Back to Newsroom

Drop us a line:    888.952.4446    Email:    Sales    Editorial    Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions