# EXHIBIT 4

| Case Name | Initial Noticed Class Period | Initial Complaint Pages | Class Period of (First) Amended Complaint | (First) Amended Complaint Pages | Class Period of Second Amended Complaint | Second Amended Complaint Pages | Class Period of Third Amended Complaint | Third Amended Complaint Pages | Re-noticed and re-opened lead plaintiff process? |
|---|---|---|---|---|---|---|---|---|---|
| *In re Splunk Inc. Sec. Litig .*, 4:20-cv-08600-JST (N.D. Cal.) | 10/21/20 to 12/2/20 | 17 | 3/26/20 to 12/2/20 | 62 | | | | | No |
| *In re BioMarin Pharmaceutical Inc. Sec. Litig .*, 3:20-cv-06719-WHO (N.D. Cal.) | 2/28/20 to 8/18/20 | 29 | 3/3/20 to 8/18/20 | 61 | | | | | No |
| *In re Intel Corp. Sec. Litig .*, 5:20-cv-05194-EJD (N.D. Cal.) | 4/23/20 to 7/23/20 | 20 | 10/25/19 to 10/23/20 | 53 | | | | | No |
| *In re Plantronics, Inc. Sec. Litig .*, 4:19-cv-07481-JST (N.D. Cal.) | 7/2/18 to 11/5/19 | 25 | 8/7/18 to 11/5/19 | 55 | 8/7/2018 to 11/5/19 | 94 | | | No |
| *In re NVIDIA Corp. Sec. Litig .*, 4:18-cv-07669-HSG (N.D. Cal.) | 8/10/17 to 11/15/18 | 20 | 5/10/17 to 11/14/ 18 | 74 | 5/10/17 to 11/14/18 | 87 | | | No |
| *In re Oracle Corp. Sec. Litig .*, 5:18-cv-04844-BLF (N.D. Cal.) (Union Lead Plaintiff) | 5/10 17 to 3/19/18 | 19 | 3/15/17 to 6/19/18 | 107 | 3/15/17 to 6/19/18 | 164 | | | No |
| *In re Facebook, Inc. Sec. Litig .*, 5:18-cv-01725-EJD (N.D. Cal.) | 2/3/17 to 3/19/18 | 26 | 2/3/17 to 7/25/18 | 164 | 2/3/17 to 7/25/18 | 197 | 2/3/17 to  7/25/18 | 341 | No |
| *SEB Investment Management AB v. Symantec Corp. and Clark* , 3:18-cv-02902-WHA (N.D. Cal.) | 5/20/17 to 5/10/18 | 13 | 5/11/17 to 8/2/18 | 119 | 5/11/17 to 8/2/18 | 166 | | | No |
| *In re Intel Corp. Sec. Litig .*, 4:18-cv-00507-YGR (N.D. Cal.) | 7/27/17 to 1/4/18 | 20 | 10/27/17 to 1/9/18 | 81 | | | | | No |
| *In re Qualcomm Inc. Sec. Litig .*, 3:17-cv-00121-JAH-WVG (S.D. Cal.) | 2/1/12  to 1/17/17 | 41 | 2/1/12 to 1/20/17 | 123 | | | | | No |
| *Yoshikawa v. Exxon Mobil Corp .*, 3:21-cv-00194-N (N.D. Tex.) | 11/6/19 to 1/14/21 | 18 | 3/7/18 to 1/15/21 | 149 | | | | | No |
| *Hedick v. Kraft Heinz Company, et al .*, 1:19-cv-01339 (N.D. Ill.) (Union Co-Lead Plaintiff) | 5/4/17 to 2/21/19 | 28 | 11/5/15 to 8/7/19 | 211 | 11/5/15 to 8/7/19 | 233 | | | No |
| *In re Evoqua Water Technologies Corp. Sec. Litig .*,  1:18-cv-10320-AJN (S.D.N.Y.) | 11/6/17 to 10/30/18 | 23 | 11/1/17 to 10/30/18* | 170 | | | | | No |
| *In re Micro Focus International PLC Sec. Litig .*, 1:18-cv-06763-ALC (S.D.N.Y.) | Securities Act Claims | 114 | 9/1/17 to 3/19/18** | 114 | 9/1/17 to 8/28/19** | 162 | | | No |
| | | | | | | | | | |
| *Added claims under the Securities Act of 1933 | | | | | | | | | |
| **Also included the noticed Securities Act claims | | | | | | | | | |