KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

RYAN CORRIVEAU (SBN 328096)
ryan.corriveau@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants*
*Activision Blizzard, Inc., Robert A. Kotick,*
*Dennis Durkin, Armin Zerza and Brian Kelly*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA and BRIAN KELLY,<br><br>Defendants. | No. 2:21-cv-06240-PA-JEM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   February 28, 2022<br>Time:   1:30 p.m.<br>Place:   Courtroom 9A, First Street Courthouse<br>Judge:  The Honorable Percy Anderson |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 28, 2022, at 1:30 p.m. or as soon thereafter as the matter may be heard, in Courtroom 9A of the United States District Court, First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California, Defendants Activision Blizzard, Inc., Robert A. Kotick, Dennis Durkin, Armin Zerza, Brian Kelly and Spencer Neumann (collectively, "Defendants") will and hereby do move the Court for an order dismissing the Amended Class Action Complaint ("Complaint") in this action for failure to state a claim upon which relief can be granted.

Defendants move to dismiss the Complaint, and each count asserted therein, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA").  Defendants move to dismiss on the grounds that the Complaint does not allege facts sufficient to state a claim against any of the Defendants for violation of Section 10(b) of the Securities Exchange Act of 1934 ("1934 Act"), SEC Rule 10b-5 promulgated thereunder, or Section 20(a) of the 1934 Act, inasmuch as Plaintiffs fail to plead particularized facts in accordance with the PSLRA establishing: (1) that any statement made by any of the Defendants was materially false or misleading when made; or (2) a strong inference of scienter on the part of any of the Defendants.

Defendants base their motion to dismiss on: this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Amended Class Action Complaint, filed and served herewith; the Declaration of Kevin P. Muck in Support of Defendants' Motion to Dismiss Amended Class Action Complaint (with Exhibits A-R attached thereto), filed and served herewith; the Request for Judicial Notice in Support of Defendants' Motion to Dismiss Amended Class Action Complaint, filed and served herewith; the pleadings and records on file in this action; and such further evidence and argument as may be presented to the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 15, 2021.

Dated: January 11, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By  /s/ Kevin P. Muck
      Kevin P. Muck

*Attorneys for Defendants Activision Blizzard, Inc., Robert A. Kotick, Dennis Durkin, Armin Zerza and Brian Kelly*

Dated: January 11, 2022

GIBSON DUNN & CRUTCHER LLP

By  /s/ Craig Varnen
      Craig Varnen

*Attorneys for Defendant Spencer Neumann*

### **ATTESTATION (L.R. 5-4.3.4(a)(2)(i))**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 11, 2022

  /s/ Kevin P. Muck
      Kevin P. Muck