1 | Laurence M. Rosen (SBN 219683)
2 | **THE ROSEN LAW FIRM, P.A.**
3 | 355 South Grand Avenue, Suite 2450
4 | Los Angeles, CA 90071
5 | Telephone: (213) 785-2610
  | Facsimile: (213) 226-4684
  | Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE REGARDING AMF TJÄNSTEPENSION AB'S JOINDER NOTICE IN SUPPORT, DKT. NO. 57**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Percy Anderson<br>HEARING: January 31, 2022<br>TIME: 1:30 p.m.<br>CTRM: 9A |

Plaintiffs' Request for Judicial Notice Regarding AMF Tjänstepension AB's
Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM

1  Lead Plaintiff Jeff Ross and named plaintiffs Gary Cheng, Micah Ernst, Michael Noon, Nick Baldwin, Chris Martin, and Alejandro Toiber (collectively "Plaintiffs") submit this Request for Judicial Notice Regarding AMF Tjänstepension AB's ("AMF") Joinder Notice in Support of the Motion of Union Investment Privatfonds GmbH to Intervene, Vacate the Order Appointing Jeff Ross as Lead Plaintiff, and Reopen Lead Plaintiff Process.  (Dkt. No. 57).

The following documents, attached as Exhibits 1-4 to the accompanying Declaration of Laurence M. Rosen ("Rosen Decl."), are all subject to judicial notice as they are court filings and/or matters of public record.  *See Shetty v. JPMorgan Chase Bank, N.A.*, 2016 WL 7187944, at * 1 (C.D. Cal. Dec. 9. 2016) (Anderson, J.) (citing cases); *see, also, Leonhart v. Nature's Path Foods, Inc.*, 2014 WL 6657808, at * 3 (N.D. Cal. Nov. 21, 2014) (taking judicial notice of table listing certain cases filed around the country):

**EXHIBIT 1:** Exhibits to the complaint filed in *Stichting Depositary APG Developed Markets Equity Pool, et al.*, *v. Activision Blizzard, Inc.*, C.A. No. 2021-0975-KSJM (Del. Ch.) by Bernstein Litowitz Berger & Grossmann LLP and Kessler Topaz Meltzer & Check LLP ("KTMC") (the "220 Case");

**EXHIBIT 2:**  Docket report as of January 18, 2022 from Westlaw.com for the 220 Case;

**EXHIBIT 3:** Stipulation and Order Governing Coordination in the 220 Case entered on December 9, 2021; and

**EXHIBIT 4:** Table of recent cases where KTMC has filed amended complaints changing the class period from the initial complaint and where the lead plaintiff process was not re-opened and where no new Private Securities Litigation Reform Act of 1995 notices were issued.

1

Plaintiffs' Request for Judicial Notice Regarding: AMF Tjänstepension AB's Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM

| | |
|---|---|
| Dated: January 18, 2022 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | /s/ Laurence M. Rosen |
| | Laurence M. Rosen. (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Brian B. Alexander (*pro hac vice*) |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Email: balexander@rosenlegal.com |
| | |
| | *Lead Counsel for Plaintiffs* |

2

Plaintiffs' Request for Judicial Notice Regarding: AMF Tjänstepension AB's
Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 18, 2022, I electronically filed the following **REQUEST FOR JUDICIAL NOTICE REGARDING AMF TJÄNSTEPENSION AB'S JOINDER NOTICE IN SUPPORT, DKT. NO. 57** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 18, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen