Laurence M. Rosen. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY, <br><br> Defendants. | Case No. 2:21-cv-06240-PA-JEM <br><br> **DECLARATION OF LAURENCE M. ROSEN REGARDING AMF TJÄNSTEPENSION AB'S JOINDER NOTICE IN SUPPORT, DKT. NO. 57** <br><br> CLASS ACTION <br><br> JUDGE: Percy Anderson <br> HEARING: January 31, 2022 <br> TIME: 1:30 p.m. <br> CTRM: 9A |

1

Declaration of Laurence M. Rosen Regarding AMF Tjänstepension AB's Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Lead Plaintiff Jeff Ross and named plaintiffs Gary Cheng, Micah Ernst, Michael Noon, Nick Baldwin, Chris Martin, and Alejandro Toiber (collectively "Plaintiffs"). I make this declaration concerning AMF Tjänstepension AB's Joinder Notice in Support of the Motion of Union Investment Privatfonds GmbH to Intervene, Vacate the Order Appointing Jeff Ross as Lead Plaintiff, and Reopen Lead Plaintiff Process (Dkt. No. 57).  I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

**EXHIBIT 1:** Exhibits to the complaint filed in *Stichting Depositary APG Developed Markets Equity Pool, et al., v. Activision Blizzard, Inc*., C.A. No. 2021-0975-KSJM (Del. Ch.) by Bernstein Litowitz Berger & Grossmann LLP and Kessler Topaz Meltzer & Check LLP ("KTMC") (the "220 Case");

**EXHIBIT 2:**  Docket report as of January 18, 2022 from Westlaw.com for the 220 Case;

**EXHIBIT 3:** Stipulation and Order Governing Coordination in the 220 Case entered on December 9, 2021; and

**EXHIBIT 4:** Table of recent cases where KTMC has filed amended complaints changing the class period from the initial complaint and where the lead plaintiff process was not re-opened and where no new Private Securities Litigation Reform Act of 1995 notices were issued.

2

Declaration of Laurence M. Rosen Regarding AMF Tjänstepension AB's Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of January 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

Declaration of Laurence M. Rosen Regarding AMF Tjänstepension AB's Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 18, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN REGARDING AMF TJÄNSTEPENSION AB'S JOINDER NOTICE IN SUPPORT, DKT. NO. 57** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 18, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

4

Declaration of Laurence M. Rosen Regarding AMF Tjänstepension AB's Joinder Notice in Support, Dkt. No. 57 - 2:21-cv-06240-PA-JEM