# EXHIBIT 1

EFiled:  Nov 12 2021 05:48PM EST
Transaction ID 67079072
Case No. 2021-0975-

# Exhibit A

## to

## Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

NEW YORK ● CALIFORNIA ● ILLINOIS ● LOUISIANA ● DELAWARE

Mark Lebovitch
(212) 554-1519
MarkL@blbglaw.com

July 28, 2021

**VIA FEDERAL EXPRESS**

Mr. Grant Dixton and the Board of Directors
Activision Blizzard, Inc.
3100 Ocean Park Boulevard
Santa Monica, CA 90405

**VIA REGISTERED AGENT**

Activision Blizzard, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Attn:  Mr. Dixton and Board of Directors

    Re:    <u>Demand for Inspection of Books and Records of Activision Blizzard, Inc.</u>

To the Board of Directors and Chief Legal Officer:

We represent the Asbestos Workers Philadelphia Welfare and Pension Fund (the "Stockholder"), the beneficial owner of 4,900 shares of Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") common stock.  Stockholder has held Activision Blizzard common stock consistently since at least June 25, 2019.  This letter is the Stockholder's demand to inspect certain books and records of Activision Blizzard (the "Demand") pursuant to 8 *Del. C.* § 220 ("Section 220").  Verified documentary evidence of Stockholder's beneficial ownership of the Activision Blizzard common stock is attached hereto as **Exhibit 1**, and such documentary evidence is a true and correct copy of what it purports to be.  A notarized and sworn power of attorney appointing Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") to act on behalf of Stockholder is attached hereto as **Exhibit 2**.

The purpose of the Demand is to investigate and assess: (i) potential breaches of fiduciary duty related to the failure by Activision Blizzard's board of directors (the "Board") and senior management ("Management") to remedy allegedly sustained and systematic discriminatory practices on the basis of race and sex; (ii) potential breaches of fiduciary duty for failing to address reports of widespread sexual harassment, including by members of Management; (iii) potential breaches of fiduciary duty for failing to create and maintain an adequate system to monitor such violations; (iv) the independence and disinterestedness of the members of the Board with regard to the above issues; and (v) whether to bring a lawsuit or take other action to seek relief.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
July 28, 2021
Page 2 of 7

### Factual Background Giving Rise to the Stockholder's Concerns

Activision Blizzard is a developer and publisher of interactive entertainment content and services. The Company develops and distributes these products on video game consoles, computers, and cell phones. Activision Blizzard delivers its products through three segments; (i) Activision Publishing, Inc. ("Activision") whose primary product franchise is Call of Duty; (ii) Blizzard Entertainment, Inc. ("Blizzard") whose primary product franchises include World of Warcraft, Hearthstone, Diablo, and Overwatch; and (iii) King Digital Entertainment, which delivers free-to-play offerings including Candy Crush. Activision Blizzard is incorporated under the laws of Delaware and has its headquarters in Santa Monica, California.

On July 22, 2021, the California Department of Fair Employment and Housing ("California DFEH"), filed a lawsuit against Activision Blizzard (the "Complaint") that reflects more than 2 years of its own proprietary investigation. The allegations in the Complaint are deeply troubling, detailing a company with a culture and practices similar to those that inspired the #MeToo movement. These practices include (i) discrimination on the basis of sex, (ii) sexual harassment, and (iii) retaliation against those who make complaints. Additionally, the Complaint notes the Company's failures to protect employees from these practices, even when such practices were known at the highest levels. The Complaint names as defendants Activision and Blizzard [1], as well as 10 yet-to-be-named defendants.

***First***, the complaint highlights a pattern of discrimination on the basis of race and sex. According to the Complaint, women were paid less, received less lucrative assignments, and obtained fewer development opportunities than their male counterparts. Women were also reportedly terminated more quickly than men exhibiting similar performance. These issues occurred for women at the time they were hired by Activision Blizzard, as well as afterwards.

Additionally, the Complaint highlights how women were limited in their opportunities for promotion. The Complaint highlights several examples, from both Activision and Blizzard. These examples show how female employees were passed over for promotions in favor of male colleagues with objectively weaker performance. Additionally, male employees were given more mentorship and access to their superiors than female employees.

Perhaps most disturbing, Activision Blizzard allegedly treated women negatively due to pregnancies, ignoring medical restrictions and giving female employees on maternity leave negative reviews. Indeed, one female employee reportedly assumed the responsibilities of a manager and asked to be promoted. The Complaint states her superior's response was, "that they could not risk promoting her as she might get pregnant and like being a mom too much."

Several accounts from women of color indicate race also played a significant and disturbing role in this mistreatment. Two African American employees complained of being micromanaged,

---

[1] For the avoidance of doubt, Activision and Blizzard are two subsidiaries of the entity referred to as Activision Blizzard.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
July 28, 2021
Page 3 of 7

in stark contrast to the laissez-faire management style their male counterparts experienced. One of those employees reported that her supervisor would check in if she so much as took a walk, while male colleagues were allowed to play video games without question or consequences.

The Board and Management would have reason to know of these issues. The Company retained Paul Hastings LLP between 2015 and 2017, and Miller Law Group in 2018 to provide analysis related to compensation data. Despite this, the Company did not take adequate steps to remedy these systemic issues.

*Second*, the Complaint indicates sexual harassment made working at Activision Blizzard "akin to working at a frat house." According to the Complaint, while male employees "would play video games during work, engage in banter about their sexual encounters, talk openly about female bodies, and make numerous jokes about rape," female employees "were subjected to numerous sexual comments and advances, groping and unwanted physical touching, and other forms of harassment." Adding insult to injury, female employees were reportedly forced to cover the responsibilities of male coworkers shirking their duties. Supervisors appear to have known about this conduct, and at times participated in and encouraged it.

In one egregious case, Alex Afrasiabi ("Afrasiabi"), a one-time Senior Creative Director of World of Warcraft at Blizzard, appeared to engage in sexual harassment on an ongoing basis. The California DFEH Complaint lists several examples of misconduct, including hitting on female employees, saying he wanted to marry them, and touching them inappropriately. The conduct was apparently so bad that Afrasiabi had to be physically pulled off of female employees and his suite became known internally as the "Cosby Suite."[2]

According to the Complaint, J. Allen Brack ("Brack"), President of Blizzard, specifically knew of and discussed these instances of misconduct with Afrasiabi. Afrasiabi appears to have received only verbal counseling from Brack. Afrasiabi quietly left the Company in June of 2020 according to various reports.

While the allegations of what happened to female employees are deplorable, one incident has a tragic ending. According to the Complaint, due to a destructive relationship with a male supervisor, a female employee committed suicide on a company trip. Police reportedly found the male supervisor brought a butt plug and lubricant on that trip. Another employee reported the deceased suffered other sexual harassment at work. Specifically, male co-workers passing around a picture of her vagina at a holiday party.

*Finally*, the Complaint alleges female employees faced retaliation for reporting sexual harassment and discrimination. This retaliation reportedly included selection for layoffs, involuntary transfers, and denial of highly coveted projects and other growth opportunities.

---

[2] In reference to alleged rapist Bill Cosby.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
July 28, 2021
Page 4 of 7

Based on the allegations in the Complaint, it appears the Board and Management knew or had reason to know of issues related to sexual harassment and discrimination. An employee reportedly told Brack that female employees were leaving due to sexual harassment and discrimination. Additionally, a former (unnamed) Chief Technology Officer (either for the Company or one of its segments) is reported to have groped female employees at company events and hired female applicants based on their looks. The Company appears to have hardly attempted to improve the situation. Indeed, an internal investigation reportedly done by the Company found employees neither respected nor trusted the Company's Human Resources Department.

It is no secret that sexual harassment and discrimination, in addition to being untenable, can be devastating to a company's finances. In addition to potential civil suits and settlements relating to employees (including one who died), these accusations could lead to economic ramifications from socially conscious consumers, as well as lower valuations when ESG-conscious investors choose not to invest in companies engaged in morally deplorable conduct. The economic ramifications are even more material because nearly half of all gamers are female, and the loss of the Company's reputation amongst half of its potential consumer base would damage earnings.

Even now, some of these consequences are beginning to appear. Over 2,000 current and former employees have signed a petition, slamming the Company's dismissive response to the Complaint. News reports indicate some employees are furious, viewing these reported grievances as valid. World of Warcraft Senior System Designer Jeff Hamilton tweeted "almost no work is being done on World of Warcraft right now while this obscenity plays out. And that benefits nobody - not the players, not the developers, not the shareholders." These issues have caused the stock price to fall from $91.17 when markets closed the night before the Complaint was announced, to $84.05 when markets closed July 27, 2021. This drop of 7.81% reflects more than $5.5 billion in lost value for stockholders.

Further, the liability related to the California DFEH lawsuit could be devastating. When the much smaller Riot Games settled a class action involving similar allegations for $10 million, the California DFEH claimed the liability should be $400 million or more. In light of the foregoing, the Stockholder has a credible basis to investigate potential breaches of fiduciary duty by the Board and Management.

**<u>Stockholder's Demand for Books and Records</u>**

In light of the above, Stockholder makes this Demand to investigate and assess: (i) potential breaches of fiduciary duty related to the failure the Board and Management to remedy allegedly sustained and systematic discriminatory practices on the basis of race and sex; (ii) potential breaches of fiduciary duty for failing to address reports of widespread sexual harassment, including by members of Management; (iii) potential breaches of fiduciary duty for failing to create and maintain an adequate system to monitor such violations; (iv) the independence and

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
July 28, 2021
Page 5 of 7

disinterestedness of the members of the Board with regard to the above issues; and (v) whether to bring a lawsuit or take other action to seek relief.

The investigation of breaches of fiduciary duty and/or corporate wrongdoing is a proper purpose under DCGL Section 220. *See Amalgamated Bank v. Yahoo! Inc.*, 132 A.3d 752, 777 (Del. Ch. 2016) (citing *Seinfeld v. Verizon Commc'ns, Inc.*, 909 A.2d 117, 121 (Del. 2006)); *Elow v. Express Scripts Holding Co.*, 2017 WL 2352151, at *5 (Del. Ch. May 31, 2017) ("A proper purpose… 'shall mean a purpose reasonably related to [a] person's interest as a stockholder.'"); *Melzer v. CNET Networks, Inc.*, 934 A.2d 912, 917 (Del. Ch. 2007) ("There is no shortage of proper purposes under Delaware law, but perhaps the most common proper purpose is the desire to investigate potential corporate mismanagement, wrongdoing or waste.") (internal quotation marks and citations omitted). Delaware law requires only a showing of a "credible basis from which the Court of Chancery can infer" possible mismanagement when seeking books and records. *Yahoo!*, 132 A.3d at 777. "Section 220 entitles a stockholder to inspect all books and records that are necessary to accomplish that stockholder's proper purpose." *KT4 Partners LLC v. Palantir Techs. Inc.*, 2019 WL 347934, at *2 (Del. Jan. 29, 2019).

Stockholder makes this demand for books and records directed to the Company under oath and penalty of perjury of the laws of the United States and of the State of Delaware. Except as otherwise indicated, Stockholder asks to inspect and to make copies or extracts from, to the extent they exist, the following records and documents of the Company for the period beginning January 1, 2015 and continuing until the date of production:

1. Board Materials[3] and Senior Management Materials[4] (which for the avoidance of doubt shall be defined to include materials provided to or generated by the Chief People Officer) relating to or reflecting:

    (i)     Any internal investigation relating to discrimination on the basis of race or gender.

---

[3]     The term "Board Materials" means all documents, regardless of whether they are in hard copy or electronic form, that were prepared, provided, disseminated, or discussed in connection with, in anticipation of, or as a result of any meeting of the Board or any regular or specially created committee thereof (including, without limitation, all meeting minutes, agendas, transcripts, notes, summaries, presentations, Board packages, recordings, memoranda, charts, drafts of meeting minutes where final forms do not exist, exhibits distributed at meetings, or Board resolutions). This term also includes electronic communications—including, without limitation, emails, text messages, or other digital communications—sent to, received by, or copied to any member of the Board in connection with the subjects discussed in this letter.

[4]     The term "Senior Management Materials" means all documents and communications, regardless of whether they were ever provided to any member of the Board, provided to, considered by, discussed by, created by, and/or sent to or by any named executive officer of the Company—including via emails, text messages, or other digital communications methods such as instant messaging platforms.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
July 28, 2021
Page 6 of 7

    (ii)    Any reports of discrimination on the basis of race or gender.

    (iii)    Any internal investigation relating to sexual harassment.

    (iv)    Any reports of sexual harassment.

    (v)    Any incidents regarding retaliation against an employee for reporting discrimination or sexual harassment.

    (vi)    All internal reporting systems related to sexual harassment or discrimination as well as assessments of those systems.

    (vii)    Settlements paid to employees or their beneficiaries based on sexual harassment or discrimination.

    (viii)    Any analysis of compensation data relating to discrimination on the basis of gender, including but not limited to the reports prepared by Paul Hastings LLP and Miller Law Group.

    (ix)    Any investigation related to sexual harassment or discrimination, including but not limited to the investigation by the California DFEH.

    (x)    Any disciplinary action taken by the Company against an employee related to sexual harassment or discrimination on the basis of race or gender, including but not limited to the firing of Afrasiabi.

    (xi)    Any severance paid to any employee involved in any complaint or otherwise accused of sexual harassment, discrimination, or similar misconduct.

2. Documents concerning actual, potential, historical, or perceived loyalties, ties, or social or business relationships among any members of the Board and the Company's senior management or executives (and their respective families), including, but not limited to documents reflecting any joint investments, co-investments, shared business ventures, jointly-owned assets, profit sharing agreements, joint participation in non-profit organizations, vacations, meetings, favors, and any other financial, business, or personal relationships.

3. Director questionnaires and personnel files for each Board member since 2015, and for special committee members, all available director questionnaires.

4. All documents produced to any other stockholder in response to a demand under Section 220 (or any analogous statute) that relates to the above requests or the matters discussed in this Demand, and the associated demand letter(s).

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
July 28, 2021
Page 7 of 7

5.  A copy of any Section 220 demand served by any other Activision Blizzard stockholder regarding the matters discussed in this Demand.

For purposes of the foregoing demand, Stockholder requests that the Company provide or otherwise make available all such information up to the most recent practicable date. The Stockholder further requests that the Company provide all additions, changes, and corrections to any of the requested information from the time of this Demand to the time of any inspection.

Stockholder agrees to bear all reasonable costs required by Section 220 incurred by the Company in connection with obtaining and furnishing the requested information and other materials. In addition, BLB&G will confer with counsel for the Company on the most efficient means to satisfy this Demand. We believe that this demand letter complies with the provisions of Section 220 in all material respects. If the Company believes this letter is deficient in any respect, we request that you inform the undersigned (Mark Lebovitch; Telephone: 212-554-1519) immediately.

Section 220 requires the Company to respond to this Demand within five (5) business days of the date hereof. To avoid unnecessary delay, we attach to this letter as **Exhibit 3** a standard form of confidentiality agreement. This form of agreement is substantively similar to dozens of forms this firm has entered into in connection with past productions under Section 220, and there should be no basis for further negotiation other than to cause unreasonable delay.

We are prepared to promptly meet and confer and to negotiate in good faith to resolve any areas of disagreement. We agree to treat any documents produced as attorneys' eyes only until the execution of a confidentiality agreement or the entry by the Court of an order setting forth terms of confidentiality with respect to the documents provided pursuant to this demand. We ask that a person with authority to reach binding agreements must be involved in any meet and confer, and we will reciprocate.

We look forward to your prompt response.

Very truly yours,

Mark Lebovitch

Encl.

# EXHIBIT 1

**Unsworn Declaration Under 10 Del C. § 3927**

I, the undersigned, hereby state that:

(a) I have read the demand letter made pursuant to 8 *Del. C.* § 220 addressed to Activision Blizzard, Inc., and the statement of purpose and any other statements contained therein are true and correct under penalty of perjury.

(b) Asbestos Workers Philadelphia Welfare and Pension Fund is a beneficial owner of Activision Blizzard, Inc. common stock. Asbestos Workers Philadelphia Welfare and Pension Fund's beneficial ownership of these shares is demonstrated by documentary evidence set forth in the exhibit to this Statement. This documentary evidence is true and correct, to the best of our knowledge based on the information provided to me.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 27 day of July, 2021

By _Michael Burns_

Michael Burns
Asbestos Workers Philadelphia Welfare and Pension Fund



# Account Holdings
## 26-Jul-2021

**5981 - ASBESTOS WKR PHL PEN COOK-BIELER**

Base CCY: USD
Basis: Standard Inquiry Basis

| Asset Number | Issue Desc | Units | Unit Price | Fed Tax Cost | Mkt. Value | % of Portfolio | Curr. Yield | Est Ann. Inc | P/I |
|---|---|---|---|---|---|---|---|---|---|
| 00507V109 | ACTIVISION BLIZZARD INC | 4,900.000 | 90.140 | 348,259.37 | 441,686.00 | 2.505% | 0.52 | 2,303.00 | P |



## Account Holdings

**350024725981 - ASBESTOS WKR PHL PEN COOK-BIELER**

**26-Jul-2021**

**Base CCY: USD**
**Basis: Standard Inquiry Basis**

| Asset Number | Issue Desc | Units | Unit Price | Fed Tax Cost | Mkt. Value | % of Portfolio | Curr. Yield | Est Ann. Inc P/I |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

*Grand Total:*

# EXHIBIT 2

## Power of Attorney Pursuant to 10 Del C. § 3927

KNOW ALL PERSONS BY THESE PRESENTS, that the Asbestos Workers Philadelphia Welfare and Pension Fund being the owner and holder of shares of Activision Blizzard, Inc. (the "Company") does hereby make, constitute and appoint Mark Lebovitch of Bernstein Litowitz Berger & Grossmann LLP and any person designated by them to act as true and lawful attorney in fact for them, in their name, place and stead, jointly and severally, in all matters regarding the examination of the books and records of the Company, including, but not limited to: (i) demanding inspection of books and records of the Company on their behalf as a stockholder of the Company as said attorneys deem appropriate, (ii) reviewing and/or copying any documents received in connection with any such books and records demand made on their behalf as a stockholder of the Company, and (iii) giving and granting unto said attorneys full power and attorney to perform all and every act and thing whatsoever requisite, necessary, and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that their  attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers, and authority of said attorneys shall remain in full force and effect until I tender a written notice of termination.  I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 27 day of July, 2021

By _Michael C. Burns_

Michael Burns
Asbestos Workers Philadelphia Welfare and Pension Fund

# EXHIBIT 3

## CONFIDENTIALITY AGREEMENT

**WHEREAS**, by letter dated July 28, 2021, the Asbestos Workers Philadelphia Welfare and Pension Fund (the "Fund") made a demand pursuant to 8 *Del. C.* § 220 (the "Demand") to inspect certain documents of Activision Blizzard, Inc. (the "Company");

**WHEREAS**, the Fund appointed Bernstein Litowitz Berger & Grossmann LLP ("Fund's Counsel") as its attorneys for purposes of the Demand; and

**WHEREAS**, the documents sought by the Fund include non-public, confidential, proprietary or commercially sensitive information of the Company;

**IT IS AGREED** by and between the undersigned counsel for the parties, this __ day of July 2021, as follows:

1.      The Company shall produce to the Fund and Fund's Counsel copies of certain non-privileged documents called for by the Demand.  All such documents to be produced by the Company are referred to herein as the "Confidential Information."

2.      By producing the Confidential Information to the Fund and Fund's Counsel, the Company does not admit that the Fund has stated a proper purpose for the inspection of such information and expressly reserves the right to assert that: (i) the Demand does not comply with Delaware law; (ii) the Fund has not stated a proper purpose; (iii) the stated purposes are not the Fund's actual purposes; (iv) the stated purposes of the Demand do not have a credible basis; (v) the Demand is overly broad and seeks documents not reasonably related to the Fund's stated purpose; and (vi) that for any other reason, the Fund is not entitled to the inspection demanded.

3.      The Fund is reserving all of its rights to seek to exercise or enforce its legal rights as a Stockholder of the Company, including its rights pursuant to 8 *Del. C.* § 220.

4.      The production of the Confidential Information is not, and will not be construed as, a waiver of any applicable privilege or immunity, including without limitation, the attorney-client privilege, the work product privilege or the bank examination privilege.

5.      The Company expressly reserves the right to withhold documents protected from disclosure by the attorney-client privilege, the work product privilege, the bank examination privilege or any other applicable privilege or doctrine. The Fund does not admit that documents withheld, if any, are properly subject to protection from disclosure by any claimed privilege or doctrine.

6.      If information subject to a claim of attorney-client privilege, attorney work product or any other privilege or protection is inadvertently produced to the Fund or Fund's Counsel, such production shall in no way prejudice or otherwise constitute a waiver of any claim of privilege, work product, or other privilege or protection.  If a claim of inadvertent production is made with respect to information then in the custody of the Fund or Fund's Counsel, the Fund or Fund's Counsel shall promptly return the information and all copies thereof to the Company, and the Fund or Fund's Counsel shall not use such information for any purpose.  Should the Fund or Fund's Counsel thereafter seek to compel production of such material, neither the Fund or Fund's Counsel shall assert the fact or circumstance of the inadvertent production as a ground for compelling production.

7.      Any documents withheld or information redacted from the documents produced pursuant to this Confidentiality Agreement on the grounds of any applicable privilege or doctrine, or on any other grounds, will be logged in accordance with best practices set forth by the Chancery Court. For avoidance of doubt, if and where non-privilege redactions are made in such a way that the subject matter being redacted and the basis for any redaction is not facially obvious, the

Company agrees to produce a log.  A written privilege and redaction log shall be provided within two weeks of the Company's final production.  Fund expressly reserves the right to challenge any redactions.

8.      The Fund, Fund's Counsel, and each of Fund's Counsel's Advisors (defined in Paragraph 9 below) covenant and agree that the Confidential Information shall be used only for the purposes stated in the Demand.

9.      Subject to the provisions of this Agreement, Fund's Counsel may provide Confidential Information to an Advisor only in the event that Fund's Counsel has received from such Advisor a duly executed Undertaking in the form attached hereto as Exhibit A.  For purposes of this Agreement, "Advisor" shall mean only such agents, legal and financial advisors, other legal counsel, consultants, or experts as the Fund or Fund's Counsel has retained for the purpose of fulfilling the purpose(s) stated in the Demand.

10.     The Fund, Fund's Counsel, and each Advisor will keep the Confidential Information confidential and shall not disclose, publish, communicate, or transmit any of the Confidential Information to any person, either directly or indirectly. The Fund, Fund's Counsel, and each Advisor will not maintain or store the Confidential Information in such a way that creates an unreasonable risk of deliberate or inadvertent disclosure of the Confidential Information to others.

11.     If the Fund determines to commence a lawsuit using Confidential Information, the Fund and Fund's Counsel shall comply with Delaware Chancery Court Rule 5.1(e) governing confidential treatment for complaints, or any analogous rule in the relevant jurisdiction.

12.     If the Fund or Fund's Counsel files a complaint asserting a claim relating to the subject matter of the Demand or based in whole or in part on any documents made available for

inspection to the Fund or Fund's Counsel in response to the Demand, the Fund and Fund's Counsel agree that all documents produced within the agreed-upon scope of production in response to the Demand (which the parties shall document via email or other writing) shall be deemed incorporated by reference into any such complaint. Notwithstanding the foregoing, any documents shall only be incorporated in any such complaint if, within five business days of completion of its production, the Company provides written certification that, to the best of its knowledge and following a reasonable investigation, the Company's production is complete with respect to every category of documents that the Company agreed to produce. Documents provided thereafter or outside the agreed-upon or relevant scope of production will not be subject to incorporation by reference.

13.     Fund's Counsel agrees that if the Fund decides that it does not intend to pursue the Demand any further, Fund's Counsel will promptly so inform the Company in writing.

14.     The Fund, Fund's Counsel, and each Advisor will destroy all Confidential Information in its original format and all copies thereof (including any notes or other documents created by the Fund, Fund's Counsel, or any Advisor that refer to such Confidential Information) upon completing the purposes described in the Demand and in no event later than six months after: (i) the entry of final judgment in any legal proceeding relating to the Demand or the enforcement of the Fund's rights as a stockholder of the Company; or (ii) the date on which Fund's Counsel informs the Company in writing that the Fund does not intend to pursue the Demand any further. Notwithstanding this language, Fund's Counsel does not need to destroy Confidential Information contained in its e-mail, word processing, and document management systems, but must maintain their confidentiality.

15.     If the Fund, Fund's Counsel, or any Advisor is requested (whether by interrogatory, subpoena, or any similar process relating to any legal proceeding, investigation, hearing or otherwise) to disclose any Confidential Information, Fund's Counsel and all Advisors shall (i) provide the Company with prompt written notice upon receipt of such request so that the Company may seek a protective order or other appropriate remedy; and (ii) reasonably cooperate with the Company in pursuing any such course of action.  In the event that a protective order or other remedy is not obtained, the Fund, Fund's Counsel, and any such Advisor shall disclose only such Confidential Information as they are legally compelled to disclose and shall exercise their reasonable best efforts to obtain assurances that confidential treatment will be accorded to any Confidential Information that is compelled to be disclosed.

16.     All notices and other communications under this Agreement shall be in writing and shall be given (and shall be deemed to have been duly given upon receipt) by hand-delivery, e-mail, facsimile, or overnight courier, as follows:

| **If to the Company:** | **If to the Fund :** |
|---|---|
| [ADD COUNSEL] | Mark Lebovitch, Esq.<br>Bernstein Litowitz Berger &<br>Grossmann LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: 212-554-1400<br>MarkL@blbglaw.com |

17.     This Agreement may be executed in separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute one and the same instrument.

18.     This Agreement may be modified or waived only by a separate writing executed by Fund's Counsel and the Company that expressly so modifies or waives this Agreement.

19.    Failure or delay in exercising any right, power or privilege hereunder shall not operate as a waiver thereof, and no single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise of any right, power or privilege.

20.    The Fund, Fund's Counsel, and all Advisors agree that any action brought to enforce this Agreement shall be heard and determined exclusively in the Court of Chancery of the State of Delaware (or, in the event that the Delaware Court of Chancery declines to accept jurisdiction over a particular matter, any state or federal court of competent jurisdiction located in Wilmington, Delaware).   The Fund, Fund's Counsel, and all Advisors consent to the personal jurisdiction of such courts in any such action, agree not to object to the laying of venue of any such action in such courts, and agree not to claim that any such court is an inconvenient forum.

21.    This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to its conflict of laws principles.

22.    The Fund, Fund's Counsel, and all Advisors agree that the Company would not have an adequate remedy at law in the event that this Agreement is breached and agree that the Company will be entitled to seek specific performance and/or injunctive relief with respect to the terms hereof.

23.    This Agreement constitutes the only agreement between each of the Fund's Counsel, and the Company with respect to the subject matter hereof and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written.

AGREED TO BY:

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP

By: _____          By: _____
    Mark Lebovitch
    1251 Avenue of the Americas
    New York, New York 10020
    Tel: 212-554-1400

    Attorneys for the Fund                    Attorneys for the Company

Dated: July __, 2021                      Dated: July __, 2021

**EXHIBIT A**

**UNDERTAKING**

I, _____ certify my understanding that Confidential Information is being provided to me pursuant to the terms and restrictions of a confidentiality agreement entered into between Mark Lebovitch on behalf of the Asbestos Workers Philadelphia Welfare and Pension Fund and _____ *(<Company Counsel)* on behalf of Activision Blizzard, Inc., dated as of _____ __, 2021 (the "Confidentiality Agreement" or the "Agreement"). I have read the Confidentiality Agreement, I understand the terms of the Confidentiality Agreement, and I agree to be fully bound by the Confidentiality Agreement.

I understand that any violation of the terms of this Confidentiality Agreement will be subject to such relief as deemed appropriate by the Court.

Dated: _____        Signature: _____

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: 5945437 (354990) |
|---|---|---|---|
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | |
| **Received by:** DLS Discovery | | **For:** Bernstein Litowitz Berger & Grossmann LLP | |
| **To be served upon:** Activision Blizzard, Inc. | | | |

I, Tim Rhoads, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Litigation Managment Representative, 251 Little Falls Dr, Wilmington, DE 19808

**Manner of Service:**          Registered Agent, Jul 28, 2021, 3:22 pm EDT

**Documents:**

**Additional Comments:**
1) Successful Attempt: Jul 28, 2021, 3:22 pm EDT at 251 Little Falls Dr, Wilmington, DE 19808 received by Litigation Managment Representative.

_____  7.28.21

Tim Rhoads                          Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801
302-654-3345

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

7.28.21
Date                    Commission Expires

CHAD ANTHONY TOSCANO
MY COMMISSION
EXPIRES
December 26, 2021
NOTARY PUBLIC
STATE OF DELAWARE

# Exhibit B

## to

## Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220



Writer's Direct Dial:  610-822-2209
E-Mail: ezagar@ktmc.com
*Please reply to the Radnor Office*

August 24, 2021

**VIA FEDEX**

Mr. Brian Kelly                                       Activision Blizzard, Inc.
Chairman of the Board                         c/o Corporation Service Co.
Activision Blizzard, Inc.                        251 Little Falls Drive
3100 Ocean Park Blvd                          Wilmington, DE 19808
Santa Monica, CA 90405

**Re:    Demand for Inspection of Books and Records Pursuant to *8 Del. C.* § 220**

Dear Mr. Kelly:

Sjunde AP-Fonden ("AP7") (the "Stockholder"), a beneficial owner of Activision Blizzard, Inc. ("Activision" or the "Company") common stock continuously since August 17, 2016, has appointed the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as attorneys-in-fact and agent for the purpose of making this demand and conducting the inspection demanded herein on behalf of Stockholder, as indicated in the enclosed Power of Attorney.  Also enclosed is a Declaration pursuant to which the Stockholder declares under penalty of perjury that the facts and statements contained in this demand letter are true and correct.  Attached as Exhibit 1 to the Declaration is Stockholder's account statement reflecting its beneficial ownership of 1,010,122 shares of Activision common stock.

Stockholder is concerned that Activision's board of directors (the "Board") and certain officers may have breached their fiduciary duties by (i) failing to implement controls sufficient to prevent the creation and maintenance of a "'frat boy' workplace culture" of sexual misconduct at the Company that did not comply with the Company's Code of Conduct or the law, causing material harm to the Company, and (ii) concealing the widespread sexual harassment and discrimination against women while touting the Company's purported commitment to inclusivity and equality, compliance with wage and labor laws, and appropriate responsiveness to employee feedback.  Stockholder therefore demands, pursuant to Section 220 ("Section 220") of the Delaware General Corporation Law ("DGCL"), the right to inspect and make copies of the books and records of the Company described below.  If you refuse to permit this inspection, or if you fail to reply to this demand within five (5) business days from the date of this demand, Stockholder will petition the Delaware Court of Chancery for an order to compel this inspection.  The demand is based on, among other things, the following.

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM

Mr. Brian Kelly
August 24, 2021
Page 2

## I.      <u>BACKGROUND GIVING RISE TO STOCKHOLDER'S DEMAND</u>

Since at least 2016, Activision's filings with the U.S. Securities and Exchange Commission (the "SEC") have emphasized the Company's purported commitment to inclusion and equality and have assured stockholders that proper treatment of the Company's employees—its "most essential assets"—was integral to the success of the Company.[1]   Each annual report incorporated Activision's Code of Conduct (the "Code").[2]  The Code expressly prohibits employee harassment, represents that Activision does not tolerate offensive conduct, including sexual harassment, and encourages employees "to report any inappropriate behavior they come across."[3]  The Code further asserts that the Company "compl[ies] with all applicable wage and labor laws," and does not "tolerate retaliation against employees for asking questions or attempting to invoke their rights under applicable laws."[4]

On February 23, 2021, Activision filed its annual report on Form 10-K for the fiscal year ended December 31, 2020 (the "2020 Annual Report"), which reiterated that the Company's "continued success and growth is directly related to [Activision's] ability to attract, retain and develop top talent," and reassured stockholders that the Company "remain[s] focused on attracting, recruiting, enabling, developing, and retaining a diverse and innovative employee population."[5] The 2020 Annual Report further lauded the Company's commitment "to building and sustaining a culture of belonging, built on equitable processes and systems, where everyone thrives," and to "creat[ing] an inclusive workplace."[6]  This "inclusive workplace" was supported by Activision's purported commitment to "seek fairness in total compensation," and to "continue to make efforts across [the] global organization to promote equal pay practices," based on the Company's belief "in equal pay for equal work."[7]  Like Activision's previous annual reports, the 2020 Annual Report incorporated by reference the Company's Code of Conduct.

On June 11, 2021, Activision published its first-ever Environmental, Social, and Governance Report (the "ESG Report").[8]  Highlighted in the ESG Report were Activision's purported efforts to increase workforce diversity, including a representation that the Company had doubled the number of women in game development leadership roles since 2016 and that women experienced higher promotion rates than their male counterparts.[9]  According to the ESG Report,

---

[1] *See* Activision Blizzard, Inc., Annual Report (Form 10-K) (Feb. 29, 2016) at 22.

[2] Activision Blizzard, Inc., Corporate Governance, Code of Conduct (as revised on Jan. 31, 2017), https://www.activisionblizzard.com/code-of-conduct/codematters.html.

[3] *Id*. at Chapter 1.

[4] *Id.*

[5] Activision Blizzard, Inc., Annual Report (Form 10-K) (Feb. 23, 2021) at 8.

[6] *Id*. at 9.

[7] *Id.*

[8] *See* Activision Blizzard, Inc., Our Commitments, *Activision Blizzard 2020 Environmental, Social, and Governance Report* (June 11, 2021), https://ourcommitments.activisionblizzard.com/wp-content/uploads/ATVI-2020-ESG-Report-06.11.21-FINAL.pdf.

[9] *Id.* at 13.

Mr. Brian Kelly
August 24, 2021
Page 3



"employees [felt] that they [were] supported, well-communicated to by leadership, and treated fairly."[10]

Just over a month after publication of the ESG Report, on July 21, 2021, media outlets reported that after a two-year investigation, the California Department of Fair Employment and Housing ("DFEH") was suing Activision (the "DFEH Lawsuit"), alleging, among other things, that female employees "[were] subjected to constant sexual harassment, including having to continually fend off unwanted sexual comments and advances by their male co-workers and supervisors and being groped at . . . company events."[11]  So severe was Activision's "'frat boy' workplace culture"[12] that one female employee committed suicide during a business trip as a result of her sexual relationship with her male supervisor, who was also on the trip.[13]  According to the DFEH, that employee "may have been suffering from other sexual harassment at work";[14] for example, at the Company's holiday party, male co-workers passed around explicit photographs of her.[15]

According to the DFEH Lawsuit, Activision's culture, "a breeding ground for harassment and discrimination against women,"[16] was widespread and perpetuated by high level employees, such as the senior creative director of World of Warcraft, Alex Afrasiabi ("Afrasiabi").[17] According to the DFEH Lawsuit, Afrasiabi engaged in "blatant sexual harassment with little to no repercussions" and was "so known to engage in harassment of females" that his hotel suite during at least one Company event was known as the "Cosby Suite," after alleged rapist Bill Cosby.[18] Despite Afrasiabi's contravention of the Code, he suffered no meaningful consequences.  The DFEH further alleged that J. Allen Brack ("Brack"), the then-President of Blizzard Entertainment, Inc., who resigned on August 3, 2021, gave Afrasiabi a mere "slap on the wrist" for Afrasiabi's harassment, enabling Afrasiabi to continue to harass and assault Activision employees.[19]

According to the DFEH Lawsuit, Brack's non-responsiveness was characteristic of the responses from both high-level executives and Activision's Human Resources Department ("HR").  Indeed, the DFEH alleged that "human resources personnel were known to be close to alleged harassers," and that, as reported in an internal investigation into the Company's HR department, there was a "big lack of trust" between employees and HR; "HR [was not] held in

---

[10] *Id*. at 14.

[11] Civil Rights & Equal Pay Act Compl. For Injunctive & Monetary Relief & Damages, *Dep't of Fair Emp't & Housing v. Activision Blizzard, Inc., et al.*, Case No. 21STCV26571, ¶ 6 (Cal. Super. L.A. Cty. July 20, 2021) (the "DFEH Lawsuit").

[12] DFEH Lawsuit ¶ 5.

[13] DFEH Lawsuit ¶¶ 6, 48.

[14] DFEH Lawsuit ¶ 48.

[15] *Id.*

[16] DFEH Lawsuit ¶ 6.

[17] DFEH Lawsuit ¶ 47.

[18] *Id.*

[19] *Id.*

Mr. Brian Kelly
August 24, 2021
Page 4

high regard."[20]  Moreover, executives failed to respond to the concerns of Activision employees that "employees were leaving due to sexual harassment and sexism."[21]

Relatedly, sexual relationships between Company executives and lower-ranked employees were not uncommon.  Indeed, Brack and two of the Company's founders married lower-ranked employees. These relationships "set a precedent that made some female employees uncomfortable," and when "combined with testosterone-fueled arrogance and heavy drinking," "led to frequent and often unwanted sexual advances."[22]

In addition to the rampant sexual harassment, the DFEH alleged that women routinely "received less total compensation than their male counterparts while performing substantially similar work,"[23] and "often had to work harder and longer to earn equal promotional and other opportunities as their male counterparts."[24]  Indeed, according to the DFEH Lawsuit, qualified female employees were forced to leave Activision due to the Company's discriminatory pay and promotion practices.[25]  These allegations are particularly troubling in light of the representations in Activision's ESG Report concerning women's purportedly increased presence in leadership roles and higher promotion rates.[26]

Activision initially denied and downplayed the DFEH's allegations.  In an all-staff email leaked to a *Bloomberg* reporter on July 23, 2021, Frances Townsend ("Townsend"), Activision's Executive Vice President of Corporate Affairs, Corporate Secretary, and Chief Compliance Officer, rejected the DFEH's allegations as "truly meritless and irresponsible," and as "a distorted and untrue picture of our company" with "factually incorrect, old, and out of context stories."[27]  Townsend further insisted that "[t]he Activision companies of today . . . are great companies with good values," and that the Company both "takes a hard-line approach to inappropriate or hostile work environments and sexual harassment issues" and "pay[s] all employees fairly for equal or substantially similar work."[28] Management further represented that they were "sickened" by the DFEH's allegations concerning the suicide of one of Activision's employees, labeling the

---

[20] DFEH Lawsuit ¶ 7.

[21] DFEH Lawsuit ¶¶ 49-50.

[22] Jason Schreier, *Blizzard turned game developers into rock stars. Misbehavior followed*, BLOOMBERG (Aug. 6, 2021, 1:13 PM), https://www.bnnbloomberg.ca/blizzard-turned-game-developers-into-rock-stars-misbehavior-followed-1.1637509.

[23] DFEH Lawsuit ¶ 131.

[24] DFEH Lawsuit ¶¶ 35-36.

[25] DFEH Lawsuit ¶ 43.

[26] ESG Report at 13.

[27] Jason Schreier (@jasonschreier), TWITTER (July 23, 2021, 1:08 PM), https://twitter.com/jasonschreier/status/ 1418619091515068421/.

[28] *Id.*



Mr. Brian Kelly
August 24, 2021
Page 5

allegations and "how [the DFEH] conducted themselves throughout the course of their investigation" as "disgraceful and unprofessional."[29]

Activision employees, however, repudiated the Company's responses *en masse*. On July 26, 2021, several employees published an open letter (the "Open Letter") expressing that "the statements from Activision Blizzard, Inc. and their legal counsel regarding the DFEH Lawsuit, as well as the subsequent internal statement from Frances Townsend, [were] abhorrent and insulting to all that we believe our company should stand for."[30] The Open Letter went on to state that "our values as employees are not accurately reflected in the words and actions of our leadership,"[31] and that "[t]hese statements make clear that our leadership is not putting our values first," as they "create[] a company atmosphere that disbelieves [its] victims" and "casts doubt on our organizations' ability to hold abusers accountable for their actions and foster a safe environment for victims to come forward in the future."[32] The Open Letter demanded official statements acknowledging the allegations and demonstrating compassion and that "the executive leadership team . . . work with [Activision employees] on new and meaningful efforts that ensure employees—as well as our community—have a safe place to speak out and come forward."[33] These demands were largely ignored.

On July 27, 2021, employees announced plans for a formal walkout the following day, demanding "improve[d] conditions for employees at the company, especially women, and in particular women of color and transgender women, nonbinary people, and other marginalized groups," as well as removing mandatory arbitration clauses in all employee contracts and publicized data on relative compensation, promotion rates, and salary ranges for employees of all genders and ethnicities.[34] On July 28, 2021, hundreds of employees participated in the walkout.[35]

Not until the markets closed on July 27, 2021 did Bobby Kotick ("Kotick"), Activision's Chief Executive Officer, respond. Kotick released a statement acknowledging that the Company's initial responses to the DFEH Lawsuit were "tone deaf" and lacking "the right empathy and

---

[29] Ewan Palmer, *Every Activision Blizzard Allegation—Sexual Banter, Rape Jokes, Pay Discrimination*, NEWSWEEK (July 22, 2021) https://www.newsweek.com/activision-blizzard-lawsuit-female-employees-1612075.

[30] Ethan Gach, *Over 1,000 Activision Blizzard Employees Sign Letter Condemning Company's Response to Allegations [Update: Now Over 2,000]*, KOTAKU (July 26, 2021, 3:44 PM), https://kotaku.com/over-1-000-activision-blizzard-employees-sign-letter-co-1847364340.

[31] *Id.*

[32] *Id.*

[33] *Id*.

[34] Mike Fahey, *Activision Blizzard Employees Plan Walkout Wednesday to Protest Working Conditions*, KOTAKU (July 27, 2021, 1:00 PM), https://kotaku.com/activision-blizzard-employees-plan-walkout-wednesday-to-1847362030.

[35] *Id.*



Mr. Brian Kelly
August 24, 2021
Page 6

understanding."[36]  Kotick's statement indicated that the Company was "taking swift action to be the compassionate, caring company [employees] came to work for and to ensure a safe environment," and announced that he "asked the law firm Wilmer-Hale to conduct a review of [Activision's] policies and procedures to ensure that we have and maintain best practices to promote a respectful and inclusive workplace."[37]

On August 3, 2021, Activision employees criticized Kotick's response in a new statement (the "August 3 Statement") asserting that the proposed solutions did not "meaningfully address [their] requests" and denouncing the retention of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), a firm that had previously worked on union-busting efforts on behalf of Amazon.[38]  That same day, Brack resigned.

In the days following, additional testimonials of widespread sexual harassment and discrimination made headlines. On August 6, 2021, BLOOMBERG published the stories of over 50 current and former employees who experienced the toxicity of Activision's culture.[39]  The article reported that "[w]omen recalled getting accosted for dates as the office, being subjected to alcohol-fueled hazing rituals and watching male colleagues use company events as a venue to solicit sex," and that several women "reported incidents to [the Company's] HR department and saw no results."[40] The BLOOMBERG article also reinforced the DFEH's allegations concerning Activision's violations of wage and labor laws.[41]  Activision was paying women less than men and instructing employees to keep their salary information confidential, creating pay disparities that, contrary to Townsend's contention, persist to the present.[42]

## II.    INSPECTION DEMAND

Stockholder demands pursuant to Section 220 to inspect, during the Company's usual business hours, the following Company books and records:[43]

---

[36] Activision Blizzard, Inc., Press Releases, *A Letter from CEO Bobby Kotick to All Employees* (July 27, 2021), https://investor.activision.com/news-releases/news-release-details/letter-ceo-bobby-kotick-all-employees.

[37] *Id.*

[38] Ian Walker, *Activision Blizzard Workers: Leadership Isn't Actually Meeting Our Demands*, KOTAKU (Aug. 3, 2021, 2:30 PM), https://kotaku.com/activision-blizzard-workers-leadership-isn-t-actually-1847415716.

[39] Schreier, supra note 22.

[40] *Id*.

[41] *Id.*

[42] *Id.*

[43] For purposes of the demand, "books and records" as used herein is defined as broadly as possible under the DGCL and applicable Delaware case law and includes, without limitation, any and all correspondence concerning the demanded categories, whether sent via mail, facsimile, electronic communication (including, but not limited to, electronic mail and text messages), or otherwise supplied to, communicated to, reviewed, prepared or possessed by any of the Company's directors and officers. *KT4 Partners LLC v. Palantir Techs. Inc.*, 203 A.3d 738, 756 (Del. 2019).  *See also*

Mr. Brian Kelly
August 24, 2021
Page 7

1.  Books and records concerning or relating to any policy, practice, or requirement to report to senior management, the Board, or any committee of the Board claims or accusations of sexual harassment or discrimination or summaries of such claims or accusations.

2.  Books and records provided or to be provided to WilmerHale in connection with its review of Activision's policies and procedures.

3.  Board Materials[44] concerning or relating to any:

    (a)  claim, accusation, or investigation of any alleged sexual harassment or discrimination at the Company;

    (b)  Board- or management-level policy, practice, or procedure for reporting, investigating, responding to, or taking action with regard to claims or accusations of sexual harassment or discrimination; and/or

    (c)  costs or expenses incurred in connection with the subjects of sub-paragraphs (a) and (b) above.

4.  Books and records concerning or relating to any claim or accusation of sexual harassment or discrimination against Afrasiabi or any other current or former senior member of management, executive officer, or member of the Board, and any investigation thereof.

5.  Books and records concerning or relating to Brack's resignation from his position as President of Blizzard Entertainment, Inc., including, but not limited to, documents and communications concerning any payments made or to be made to Brack as a result of his separation from the Company.

6.  Books and records sufficient to show the number of claims or accusations of sexual harassment or discrimination at the Company and the amount the Company paid to investigate, litigate, arbitrate, and/or settle claims or accusations of sexual

---

*Bucks Cty. Emps. Ret. Fund v. CBS Corp.*, 2019 WL 6311106, at *9 (Del. Ch. Nov. 25, 2019); *MH Haberkorn 2006 Tr., et al. v. Empire Resorts, Inc.*, C.A. No. 2019-0909-KSJM, at 8 (Del. Ch. Feb. 20, 2020) (TRANSCRIPT). Unless otherwise specified herein, Stockholder demands books and records created from January 1, 2016 through the present.

[44] "Board Materials" are documents provided at, considered at, discussed at, or prepared or disseminated, in draft or final form, in connection with, in anticipation of, or as a result of any meeting of the Company's Board or any regular or specially created committee thereof, including, without limitation, all presentations, slide decks, Board packages, recordings, agendas, summaries, memoranda, charts, transcripts, notes, minutes of meetings, drafts of minutes of meetings, exhibits distributed at meetings, summaries of meetings, and resolutions. *See AmerisourceBergen Corp. v. Lebanon Cty. Emps.' Ret. Fund*, 243 A.3d 417, 423 n.13, 2020 WL 7266362 (Del. 2020).

Mr. Brian Kelly
August 24, 2021
Page 8

harassment or discrimination by any senior member of management, executive officer, or Board member.

7.  Non-privileged books and records that any Board member or executive officer sent or received concerning or relating to the DFEH's investigation of the Company or the DFEH Lawsuit.

8.  Books and records that any Board member or executive officer sent or received concerning or relating to the August 6, 2021 Bloomberg article.

9.  Books and records concerning or relating to Townsend's all-staff email referred to herein.

10. Books and records concerning or relating to the demands made by Company employees with regard to (i) the DFEH Lawsuit or the Company's response thereto; (ii) the Open Letter or the Company's response thereto; and/or (iii) the August 3 Statement or the Company's response thereto.

11. Books and records concerning the independence or non-independence of any current director of the Company, including any disclosure and conflict questionnaires.

12. Books and records produced in response to any other demand for inspection of books and records under Section 220 or similar statute concerning any of the subjects referenced above.

## III.  PURPOSES OF THE DEMANDED INSPECTION

In Delaware, stockholders are encouraged to use the "tools at hand,"—books and records inspections—to investigate potential claims.[45]  Stockholder makes this demand for the purposes of (i) investigating potential breaches of fiduciary duty by Activision officers and directors in connection with their failure to implement controls to prevent the creation and maintenance of a culture of sexual harassment and discrimination at the Company; (ii) investigating whether the members of the Board are disinterested and independent with regard to the matters described herein; and (iii) evaluating whether to pursue claims for breach of fiduciary duty and damages or other relief, communicate with the Board and/or other Activision stockholders with regard to the matters described herein, or take other legal action in connection with the matters described herein.[46]  Each of these proper purposes is reasonably related to Stockholder's interest as an Activision stockholder.

---

[45] *AmerisourceBergen Corp. v. Lebanon Cty. Emps.' Ret. Fund*, 243 A.3d 417, 426 & n.33 (Del. 2020); *Cal. State Teachers' Ret. Sys. v. Alvarez*, 179 A. 3d 824, 839 (Del. 2018).

[46] Donald J. Wolfe, Jr. & Michael A. Pittenger, *Corporate and Commercial Practice in the Delaware Court of Chancery* § 8.06[e][1] at 8-141 (2017) (recognizing the proper purpose).

Mr. Brian Kelly
August 24, 2021
Page 9

As discussed herein, there is a credible basis[47] to suspect wrongdoing, including possible breaches of fiduciary duties, by Activision's officers and directors.[48] The purportedly rampant sexual harassment and discrimination perpetuated by high level members of management and integrated into the Company's culture, as well as the pay disparity between female and male employees for similar work, should have been areas of concern for the Board and senior management. That these troubling behaviors persisted indicates that Activision's officers and directors may have failed to make a good faith effort to institute and maintain adequate policies, procedures, and practices to prevent and correct the misconduct. To evaluate the conduct of the Company's directors and officers, Stockholder needs to review the demanded books and records, which go to the heart of the stated purposes.

Stockholder agrees to enter into a mutually acceptable confidentiality agreement in connection with the production of the demanded books and records.

Please advise as to when and where the demanded books and records will be made available for inspection.

Very truly yours,

KESSLER TOPAZ
MELTZER & CHECK, LLP

Eric L. Zagar

ELZ/cp
Enclosures

---

[47] *See Amalgamated Bank v. Yahoo! Inc.*, 132 A. 3d 752, 778 (Del. Ch. 2016) (the "credible basis" test is the "lowest possible burden of proof").

[48] *Rich ex rel. Fuqi Int'l Inc. v. Yu Kwai Chong*, 66 A.3d 963, 983-84 (Del. Ch. 2013); *In re Walt Disney Co. Derivative Litig.*, 825 A.2d 275, 290 (Del. Ch. 2003) ("Where a director consciously ignores his or her duties to the corporation, thereby causing economic injury to its stockholders, the director's actions are either 'not in good faith' or 'involve intentional misconduct'" (quoting 8 *Del. C.* § 102(b)(7)(ii)).

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that Sjunde AP-Fonden ("Stockholder") does hereby make, constitute and appoint the law firm of KESSLER TOPAZ MELTZER & CHECK, LLP, and any person designated by them to act as true and lawful attorneys-in-fact for it, in its name, place and stead, in all matters regarding the examination of books and records of Activision Blizzard, Inc. and giving and granting unto said attorneys full power and authority to do and perform all and every act and thing whatsoever requisite, necessary and proper to be done in and without the premises, as fully, to all intents and purposes as it might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that its attorneys or the substitutes shall lawfully do or cause to be done.

The undersigned has authority to make demands on behalf of Stockholder and to hire counsel to make such demands.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Dated this 23 day of August, 2021.

Richard Gröttheim,
Chief Executive Officer
On behalf of Sjunde AP-Fonden

## DECLARATION OF RICHARD GRÖTTHEIM

I, Richard Gröttheim, do hereby declare pursuant to 10 *Del. C.* § 3927, that:

1.    I am the Chief Executive Officer for Sjunde AP-Fonden ("Stockholder"), a beneficial owner of Activision Blizzard, Inc. ("Activision" or the "Company") common stock, as evidenced by the true and correct copy of the account statement attached hereto as Exhibit 1.

2.    As Chief Executive Officer of Stockholder, I have authority to act on behalf of Stockholder, including the authority to cause books and records demands to be served on behalf of Stockholder.

3.    I make this sworn statement under penalty of perjury pursuant to the laws of the State of Delaware and in compliance with Section 220 of the Delaware General Corporation Law ("Section 220").

4.    The attached demand pursuant to Section 220 is true and correct to the best of my knowledge.

5.    It is my intention to continue to hold Activision common stock at least through the conclusion of the Section 220 books and records inspection.

6.    Stockholder has held Activision common stock since August 17, 2016.

7.    My request for inspection of Activision books and records is made in good faith and for a proper purpose germane to my interests as a stockholder.

8.    I authorize my attorneys, Kessler Topaz Meltzer & Check, LLP, to act on behalf of Stockholder in all respects in connection with the inspection sought in the attached demand letter.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the __23__ day of August, 2021.

Richard Gröttheim,
Chief Executive Officer
On behalf of Sjunde AP-Fonden

# EXHIBIT 1

**BNY MELLON**

**Custody Holdings**
**By Security - Details By Status**

08/20/2021

Report ID: ICUS0016

**AP7**
REDACTED **AP7 BRO GLP**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 460,259.0000 | 460,259.0000 | | |
| | | | | **TOTAL BY UNITS -** REDACTED **- AP7 BRO GLP** | | | 460,259.0000 | 460,259.0000 | | |
| | | | | **TOTAL BY AMORTIZED FACE -** REDACTED **- AP7 BRO GLP** | | | 0.0000 | | | |

**BNY MELLON**

**Custody Holdings**
**By Security - Details By Status**

AP7
REDACTED **- AP7 NTR GLP**

**08/20/2021**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 221,072.0000 | 221,072.0000 | | |
| | **TOTAL BY UNITS -** REDACTED **- AP7 NTR GLP** | | | | | | 221,072.0000 | 221,072.0000 | | |
| | **TOTAL BY AMORTIZED FACE -** REDACTED **- AP7 NTR GLP** | | | | | | 0.0000 | | | |

BNY MELLON

**Custody Holdings**
**By Security - Details By Status**

Report ID: ICUS0016

AP7
REDACTED **- AP7 NTR RPP**

08/20/2021

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 88,393.0000 | 88,393.0000 | | |
| | | | | **TOTAL BY UNITS -** REDACTED **- AP7 NTR RPP** | | | 88,393.0000 | 88,393.0000 | | |
| | | | | **TOTAL BY AMORTIZED FACE -** REDACTED **- AP7 NTR RPP** | | | 0.0000 | | | |

**BNY MELLON**

**Custody Holdings**
**By Security - Details By Status**

Report ID: ICUS0016

**AP7** REDACTED **- AP7 SSG GLP**

08/20/2021

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|-------------------|-------------------|------------------|-----------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 240,398.0000 | 240,398.0000 | | |

|  |  |  |  |
|---|---|---|---|
| **TOTAL BY UNITS -** REDACTED **- AP7 SSG GLP** | 240,398.0000 | 240,398.0000 | |
| **TOTAL BY AMORTIZED FACE -** REDACTED **- AP7 SSG GLP** | 0.0000 | | |

# Exhibit C

## to

## Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## ATTORNEYS AT LAW

NEW YORK   •   CALIFORNIA   •   ILLINOIS   •   LOUISIANA   •   DELAWARE

Mark Lebovitch
(212) 554-1519
MarkL@blbglaw.com

September 21, 2021

**VIA EMAIL**

Activision Blizzard, Inc.
c/o Kevin P. Muck
Wilmer Cutler Pickering Hale and Dorr LLP
One Front Street, Suite 3500
San Francisco, CA 94111
kevin.muck@wilmerhale.com

Re:    Demand for Inspection of Books and Records of Activision Blizzard, Inc.

To the Board of Directors and Chief Legal Officer:

We represent Stichting PGGM Depositary ("Stockholder"), the beneficial owner of 1,399,446 shares of Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") common stock.  Stockholder has held Activision Blizzard common stock consistently since at least August of 2016.  This letter is the Stockholder's demand to inspect certain books and records of Activision Blizzard (the "Demand") pursuant to 8 *Del. C.* § 220 ("Section 220").  Verified documentary evidence of Stockholder's beneficial ownership of the Activision Blizzard common stock is attached hereto as **Exhibit 1**, and such documentary evidence is a true and correct copy of what it purports to be.  An unsworn power of attorney appointing Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") to act on behalf of Stockholder is attached hereto as **Exhibit 2**.

The purpose of the Demand is to investigate and assess: (i) potential breaches of fiduciary duty related to the failure by Activision Blizzard's board of directors (the "Board") and senior management ("Management") to remedy allegedly sustained and systematic discriminatory practices on the basis of race and sex; (ii) potential breaches of fiduciary duty for failing to address reports of widespread sexual harassment, including by members of Management; (iii) potential breaches of fiduciary duty for failing to create and maintain an adequate system to monitor such violations; (iv) the independence and disinterestedness of the members of the Board with regard to the above issues; and (v) whether to bring a lawsuit or take other action to seek relief.

### Factual Background Giving Rise to the Stockholder's Concerns

Activision Blizzard is a developer and publisher of interactive entertainment content and services.  The Company develops and distributes these products on video game consoles, computers, and cell phones.  Activision Blizzard delivers its products through three segments; (i)

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
September 21, 2021
Page 2 of 7

Activision Publishing, Inc. ("Activision") whose primary product franchise is Call of Duty; (ii) Blizzard Entertainment, Inc. ("Blizzard") whose primary product franchises include World of Warcraft, Hearthstone, Diablo, and Overwatch; and (iii) King Digital Entertainment, which delivers free-to-play offerings including Candy Crush. Activision Blizzard is incorporated under the laws of Delaware and has its headquarters in Santa Monica, California.

On July 22, 2021, the California Department of Fair Employment and Housing ("California DFEH"), filed a lawsuit against Activision Blizzard (the "Complaint") that reflects more than 2 years of its own proprietary investigation. The allegations in the Complaint are deeply troubling, detailing a company with a culture and practices similar to those that inspired the #MeToo movement. These practices include (i) discrimination on the basis of sex, (ii) sexual harassment, and (iii) retaliation against those who make complaints. Additionally, the Complaint notes the Company's failures to protect employees from these practices, even when such practices were known at the highest levels. The Complaint names as defendants Activision and Blizzard[1], as well as 10 yet-to-be-named defendants.

*First*, the complaint highlights a pattern of discrimination on the basis of race and sex. According to the Complaint, women were paid less, received less lucrative assignments, and obtained fewer development opportunities than their male counterparts. Women were also reportedly terminated more quickly than men exhibiting similar performance. These issues occurred for women at the time they were hired by Activision Blizzard, as well as afterwards.

Additionally, the Complaint highlights how women were limited in their opportunities for promotion. The Complaint highlights several examples, from both Activision and Blizzard. These examples show how female employees were passed over for promotions in favor of male colleagues with objectively weaker performance. Additionally, male employees were given more mentorship and access to their superiors than female employees.

Pregnant women and women of color were specifically targeted. Activision Blizzard allegedly treated women negatively due to pregnancies, ignoring medical restrictions and giving female employees on maternity leave negative reviews. Indeed, one female employee reportedly assumed the responsibilities of a manager and asked to be promoted. The Complaint states her superior's response was, "that they could not risk promoting her as she might get pregnant and like being a mom too much."

Several accounts from women of color indicate race also played a significant and disturbing role in this mistreatment. Two African American employees complained of being micromanaged, in stark contrast to the laissez-faire management style their male counterparts experienced. One of those employees reported that her supervisor would check in if she so much as took a walk, while male colleagues were allowed to play video games without question or consequences.

---

[1] For the avoidance of doubt, Activision and Blizzard are two subsidiaries of the entity referred to as Activision Blizzard.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
September 21, 2021
Page 3 of 7

The Board and Management would have reason to know of these issues.  The Company retained Paul Hastings LLP between 2015 and 2017, and Miller Law Group in 2018 to provide analysis related to compensation data.  Despite this, the Company did not take adequate steps to remedy these systemic issues.

*Second*, the Complaint details how rampant sexual harassment made working at Activision Blizzard "akin to working at a frat house."  According to the Complaint, while male employees "would play video games during work, engage in banter about their sexual encounters, talk openly about female bodies, and make numerous jokes about rape," female employees "were subjected to numerous sexual comments and advances, groping and unwanted physical touching, and other forms of harassment."  In addition, female employees were reportedly forced to cover the responsibilities of male coworkers shirking their duties.  Supervisors appear to have known about this conduct, and at times participated in and encouraged it.

In one egregious case, Alex Afrasiabi ("Afrasiabi"), a one-time Senior Creative Director of World of Warcraft at Blizzard, appeared to engage in sexual harassment on an ongoing basis.  The California DFEH Complaint lists several examples of misconduct, including hitting on female employees, saying he wanted to marry them, and touching them inappropriately.  The conduct was apparently so bad that Afrasiabi had to be physically pulled off of female employees and his suite became known internally as the "Cosby Suite," a reference to alleged rapist Bill Cosby.

According to the Complaint, J. Allen Brack ("Brack"), President of Blizzard, specifically knew of and discussed these instances of misconduct with Afrasiabi.  Afrasiabi appears to have received only verbal counseling from Brack.  Afrasiabi quietly left the Company in June of 2020 according to various reports.

Further, according to the Complaint, due to a destructive relationship with a male supervisor, a female employee committed suicide on a company trip.  Police reportedly found that the male supervisor brought a sex toy and lubricant on that trip.  Another employee reported the deceased suffered other sexual harassment at work.  Specifically, male co-workers passing around a picture of her genitals at a holiday party.

*Finally*, the Complaint alleges female employees faced retaliation for reporting sexual harassment and discrimination.  This retaliation reportedly included selection for layoffs, involuntary transfers, and denial of highly coveted projects and other growth opportunities.

Based on the allegations in the Complaint, it appears the Board and Management knew or had reason to know of issues related to sexual harassment and discrimination.  An employee reportedly told Brack that female employees were leaving due to sexual harassment and discrimination.  Additionally, a former (unnamed) Chief Technology Officer (either for the Company or one of its segments) is reported to have groped female employees at company events and hired female applicants based on their appearance.  The Company appears to have not

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
September 21, 2021
Page 4 of 7

attempted to improve the situation.  Indeed, an internal investigation reportedly done by the Company found employees neither respected nor trusted the Company's Human Resources Department.

It is no secret that sexual harassment and discrimination, in addition to being untenable, can be devastating to a company's finances.  In addition to potential civil suits and settlements relating to employees (including one who died), these accusations could lead to economic ramifications from socially conscious consumers, as well as lower valuations when ESG-conscious investors choose not to invest in companies engaged in morally deplorable conduct.  The economic ramifications are even more material because nearly half of all gamers are female, and the loss of the Company's reputation amongst at least half of its potential consumer base would damage earnings.

Even now, some of these consequences are beginning to appear.  Over 2,000 current and former employees have signed a petition, slamming the Company's dismissive response to the Complaint.  News reports indicate some employees are furious, viewing these reported grievances as valid.  World of Warcraft Senior System Designer Jeff Hamilton tweeted "almost no work is being done on World of Warcraft right now while this obscenity plays out. And that benefits nobody - not the players, not the developers, not the shareholders."  These issues have caused the stock price to fall from $91.17 when markets closed the night before the Complaint was announced, to $84.05 when markets closed July 27, 2021.  This drop of 7.81% reflects more than $5.5 billion in lost value for stockholders.  This drop has continued with Company stock price falling to $77.84 when markets closed September 14, 2021, reflecting a drop of 14.62% and more than $10.3 billion in lost value for stockholders.

Further, the liability related to the California DFEH lawsuit could be devastating.  When the much smaller Riot Games settled a class action involving similar allegations for $10 million, the California DFEH claimed that liability should be $400 million or more.  In light of the foregoing, Stockholder has a credible basis to investigate potential breaches of fiduciary duty by the Board and Management.

## Stockholder's Demand for Books and Records

In light of the above, Stockholder makes this Demand to investigate and assess: (i) potential breaches of fiduciary duty related to the failure of the Board and Management to remedy allegedly sustained and systematic discriminatory practices on the basis of race and sex; (ii) potential breaches of fiduciary duty for failing to address reports of widespread sexual harassment, including by members of Management; (iii) potential breaches of fiduciary duty for failing to create and maintain an adequate system to monitor such violations; (iv) the independence and disinterestedness of the members of the Board with regard to the above issues; and (v) whether to bring a lawsuit or take other action to seek relief.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
September 21, 2021
Page 5 of 7

The investigation of breaches of fiduciary duty and/or corporate wrongdoing is a proper purpose under DCGL Section 220. *See Amalgamated Bank v. Yahoo! Inc.*, 132 A.3d 752, 777 (Del. Ch. 2016) (citing *Seinfeld v. Verizon Commc'ns, Inc.*, 909 A.2d 117, 121 (Del. 2006)); *Elow v. Express Scripts Holding Co.*, No. CV 12721-VCMR, 2017 WL 2352151, at *5 (Del. Ch. May 31, 2017) ("A proper purpose… 'shall mean a purpose reasonably related to [a] person's interest as a stockholder.'"); *Melzer v. CNET Networks, Inc.*, 934 A.2d 912, 917 (Del. Ch. 2007) ("There is no shortage of proper purposes under Delaware law, but perhaps the most common proper purpose is the desire to investigate potential corporate mismanagement, wrongdoing or waste.") (internal quotation marks and citations omitted). Delaware law requires only a showing of a "credible basis from which the Court of Chancery can infer" possible mismanagement when seeking books and records. *Yahoo!*, 132 A.3d at 777. "Section 220 entitles a stockholder to inspect all books and records that are necessary to accomplish that stockholder's proper purpose." *KT4 Partners LLC v. Palantir Techs. Inc.*, No. 281, 2018, 2019 WL 347934, at *2 (Del. Jan. 29, 2019).

Stockholder makes this demand for books and records directed to the Company under oath and penalty of perjury of the laws of the United States and of the State of Delaware. Except as otherwise indicated, Stockholder asks to inspect and to make copies or extracts from, to the extent they exist, the following records and documents of the Company for the period beginning January 1, 2015 and continuing until the date of production:

1. Board Materials[2] and Senior Management Materials[3] (which for the avoidance of doubt shall be defined to include materials provided to or generated by the Chief People Officer) relating to or reflecting:

   (i)   Any internal investigation relating to discrimination on the basis of race or gender.

   (ii)  Any reports of discrimination on the basis of race or gender.

---

[2]   The term "Board Materials" means all documents, regardless of whether they are in hard copy or electronic form, that were prepared, provided, disseminated, or discussed in connection with, in anticipation of, or as a result of any meeting of the Board or any regular or specially created committee thereof (including, without limitation, all meeting minutes, agendas, transcripts, notes, summaries, presentations, Board packages, recordings, memoranda, charts, drafts of meeting minutes where final forms do not exist, exhibits distributed at meetings, or Board resolutions). This term also includes electronic communications—including, without limitation, emails, text messages, or other digital communications—sent to, received by, or copied to any member of the Board in connection with the subjects discussed in this letter.

[3]   The term "Senior Management Materials" means all documents and communications, regardless of whether they were ever provided to any member of the Board, provided to, considered by, discussed by, created by, and/or sent to or by any named executive officer of the Company—including via emails, text messages, or other digital communications methods such as instant messaging platforms.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
September 21, 2021
Page 6 of 7

(iii)   Any internal investigation relating to sexual harassment or other sexual misconduct.

(iv)   Any reports of sexual harassment or other sexual misconduct.

(v)   Any incidents regarding retaliation against an employee for reporting discrimination or sexual harassment or other sexual misconduct.

(vi)   All internal reporting systems related to sexual harassment or other sexual misconduct or discrimination as well as assessments of those systems.

(vii)   Settlements paid to employees or their beneficiaries based on sexual harassment or other sexual misconduct or discrimination.

(viii)   Any analysis of compensation data relating to discrimination on the basis of gender, including but not limited to the reports prepared by Paul Hastings LLP and Miller Law Group.

(ix)   Any investigation related to sexual harassment or other sexual misconduct or discrimination, including but not limited to the investigation by the California DFEH.

(x)   Any disciplinary action taken by the Company against an employee related to sexual harassment or other sexual misconduct or discrimination on the basis of race or gender, including but not limited to the firing of Afrasiabi.

(xi)   Any severance paid to any employee involved in any complaint or otherwise accused by formal or informal means of sexual harassment, discrimination, or similar misconduct.

2.   Documents concerning actual, potential, historical, or perceived loyalties, ties, or social or business relationships among any members of the Board and the Company's senior management or executives (and their respective families), including, but not limited to documents reflecting any joint investments, co-investments, shared business ventures, jointly-owned assets, profit sharing agreements, joint participation in non-profit organizations, vacations, meetings, favors, and any other financial, business, or personal relationships.

3.   Director questionnaires and personnel files for each Board member since 2015, and for special committee members, all available director questionnaires.

4.   All documents produced to any other stockholder in response to a demand under Section 220 (or any analogous statute) that relates to the above requests or the matters discussed in this Demand, and the associated demand letter(s).

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
September 21, 2021
Page 7 of 7

5. A copy of any Section 220 demand served by any other Activision Blizzard stockholder regarding the matters discussed in this Demand.

For purposes of the foregoing demand, Stockholder requests that the Company provide or otherwise make available all such information up to the most recent practicable date. The Stockholder further requests that the Company provide all additions, changes, and corrections to any of the requested information from the time of this Demand to the time of any inspection.

Stockholder agrees to bear all reasonable costs required by Section 220 incurred by the Company in connection with obtaining and furnishing the requested information and other materials. In addition, BLB&G will confer with counsel for the Company on the most efficient means to satisfy this Demand. We believe that this demand letter complies with the provisions of Section 220 in all material respects. If the Company believes this letter is deficient in any respect, we request that you inform the undersigned (Mark Lebovitch; Telephone: 212-554-1519) immediately.

Section 220 requires the Company to respond to this Demand within five (5) business days of the date hereof. To avoid unnecessary delay, we attach to this letter as **Exhibit 3** a standard form of confidentiality agreement. This form of agreement is substantively similar to dozens of forms this firm has entered into in connection with past productions under Section 220, and there should be no basis for further negotiation other than to cause unreasonable delay.

We are prepared to promptly meet and confer and to negotiate in good faith to resolve any areas of disagreement. We agree to treat any documents produced as attorneys' eyes only until the execution of a confidentiality agreement or the entry by the Court of an order setting forth terms of confidentiality with respect to the documents provided pursuant to this demand. We ask that a person with authority to reach binding agreements must be involved in any meet and confer, and we will reciprocate.

We look forward to your prompt response.

Very truly yours,

Mark Lebovitch

Encl:

# EXHIBIT 1

## Unsworn Declaration Under 10 Del C. § 3927

PGGM Vermogensbeheer B.V., a private company with limited liability (*besloten vennootschap met beperkte aansprakelijkheid*) incorporated under the laws of the Netherlands, having its statutory seat and principal place of business at Noordweg Noord 150, 3704 JG, Zeist, the Netherlands, and registered with the Dutch Chamber of Commerce under number 30228490, acting as the legally authorized representative of Stichting PGGM Depositary hereby state that:

(a) I have read the demand letter made pursuant to 8 *Del. C.* § 220 addressed to Activision Blizzard, Inc., and the statement of purpose and any other statements contained therein are true and correct under penalty of perjury.

(b) Stichting PGGM Depositary ("Owner") is the beneficial owners of Activision Blizzard, Inc. common stock. Owner's beneficial ownership of these shares is demonstrated by documentary evidence set forth in the exhibit to this Statement. This documentary evidence is true and correct, to the best of our knowledge based on the information provided to me.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 14th day of September, 2021

By: _____

F.J. Roeters van Lennep - Director

PGGM Vermogensbeheer B.V.
acting as the legally authorized
representative of Stichting PGGM
Depositary

By: _____

B. Rädecker - Director

PGGM Vermogensbeheer B.V.
acting as the legally authorized
representative of Stichting PGGM
Depositary



1 North wall quay
Dublin 1
Ireland

T 0035316225704
F 0035316220997



To whom it may concern

21 September 2021

Please take this letter as a confirmation that, so far as we are aware (having conducted reasonable enquiries), Citibank N.A., London Branch held the below number of shares ACTIVISION BLIZZARD INC (ISIN US00507V1098) for Stichting PGGM Depositary, from 01 Sept 2016 / 21-09-2021.

Confirmation of holdings as follows:

| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | 535,121 | | |
| | RP | US00507V1098 | 20161031 | 2,990 | 129,085.78 | USD |
| | DP | US00507V1098 | 20161130 | 8,497 | 311,042.89 | USD |
| | DP | US00507V1098 | 20170228 | 16,800 | 758,117.07 | USD |
| | RP | US00507V1098 | 20170616 | 37,016 | 2,176,596.32 | USD |
| | RP | US00507V1098 | 20170622 | 171,485 | 10,513,248.05 | USD |
| | DP | US00507V1098 | 20170623 | 171,485 | 10,363,298.54 | USD |
| | DF | US00507V1098 | 20170705 | 56,035 | - | USD |
| | RP | US00507V1098 | 20171215 | 3,384 | 225,822.78 | USD |
| | RP | US00507V1098 | 20171215 | 10,156 | 677,740.35 | USD |
| | RP | US00507V1098 | 20181221 | 25,486 | 1,168,660.53 | USD |
| | RP | US00507V1098 | 20190716 | 46,565 | 2,188,205.76 | USD |
| | DP | US00507V1098 | 20200131 | 8,252 | 482,500.95 | USD |
| | DP | US00507V1098 | 20200131 | 3,809 | 222,736.18 | USD |
| | RP | US00507V1098 | 20200320 | 9,630 | 501,265.58 | USD |
| | RP | US00507V1098 | 20200320 | 8,619 | 448,687.90 | USD |



| | | | | | | |
|---|---|---|---|---|---|---|
| ███ | RP | US00507V1098 | 20200327 | 6,713 | 385,565.85 | USD |
| | RP | US00507V1098 | 20200330 | 6,713 | 393,339.51 | USD |
| | RP | US00507V1098 | 20200331 | 13,347 | 786,152.98 | USD |
| | DP | US00507V1098 | 20200331 | 26,773 | 1,588,473.90 | USD |
| | RP | US00507V1098 | 20200408 | 25,263 | 1,543,013.51 | USD |
| | RP | US00507V1098 | 20200513 | 19,990 | 1,472,713.28 | USD |
| | RP | US00507V1098 | 20200527 | 13,251 | 929,590.78 | USD |
| | DF | US00507V1098 | 20201110 | 116,309 | - | USD |
| | DP | US00507V1098 | 20210310 | 10,559 | 964,063.46 | USD |
| | DP | US00507V1098 | 20210414 | 2,528 | 244,424.75 | USD |
| | DP | US00507V1098 | 20210414 | 14,924 | 1,442,889.73 | USD |
| | DP | US00507V1098 | 20210518 | 17,741 | 1,661,489.39 | USD |
| | RP | US00507V1098 | 20210527 | 5,483 | 533,227.23 | USD |
| | DP | US00507V1098 | 20210527 | 3,255 | 316,555.26 | USD |
| | RP | US00507V1098 | 20210527 | 2,742 | 266,662.24 | USD |
| | RP | US00507V1098 | 20210527 | 513 | 49,893.35 | USD |
| | RP | US00507V1098 | 20210527 | 1,026 | 99,786.71 | USD |
| | DP | US00507V1098 | 20210528 | 6,509 | 632,944.95 | USD |
| | DP | US00507V1098 | 20210618 | 8,540 | 781,310.36 | USD |
| | DF | US00507V1098 | 20210723 | 94,878 | - | USD |
| | DP | US00507V1098 | 20211509 | 16,417 | 1,284,508.77 | USD |
| | *End holding* | *US00507V1098* | *20210921* | *362,182* | | |



| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | - | | |
| | RP | US00507V1098 | 20200716 | 50,000 | 3,920,505.19 | USD |
| | RP | US00507V1098 | 20200812 | 307,061 | 25,089,310.09 | USD |
| | RP | US00507V1098 | 20200929 | 25,078 | 2,042,091.83 | USD |
| | DF | US00507V1098 | 20201102 | 382,139 | - | USD |
| | End holding | US00507V1098 | 20210921 | - | | |

| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | - | | |
| | RF | US00507V1098 | 20201102 | 382,139 | - | USD |
| | DP | US00507V1098 | 20201106 | 60,294 | 4,738,443.51 | USD |
| | RP | US00507V1098 | 20201112 | 39,082 | 3,008,405.14 | USD |
| | DP | US00507V1098 | 20201118 | 40,581 | 3,080,152.09 | USD |
| | DP | US00507V1098 | 20201124 | 108,793 | 8,213,240.41 | USD |
| | DP | US00507V1098 | 20201201 | 142,272 | 11,295,773.60 | USD |
| | DP | US00507V1098 | 20201208 | 69,281 | 5,752,998.18 | USD |
| | End holding | US00507V1098 | 20210921 | - | | |

| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | - | | |
| | RF | US00507V1098 | 20171201 | 12,000 | - | USD |
| | RF | US00507V1098 | 20171218 | 2,581 | - | USD |
| | RP | US00507V1098 | 20191120 | 15,831 | 856,348.07 | USD |
| | RP | US00507V1098 | 20200424 | 97,061 | 6,439,239.55 | USD |



| | RP | US00507V1098 | 20200513 | 187,186 | 13,792,800.41 | USD |
|---|---|---|---|---|---|---|
| | RP | US00507V1098 | 20200527 | 10,429 | 731,704.09 | USD |
| | RP | US00507V1098 | 20200917 | 12,087 | 950,987.41 | USD |
| | End holding | US00507V1098 | 20210921 | 337,175 | | |

| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | - | | |
| | RF | US00507V1098 | 20170705 | 56,035 | - | USD |
| | RF | US00507V1098 | 20171218 | 32,594 | - | USD |
| | RP | US00507V1098 | 20190228 | 5,000 | 210,721.07 | USD |
| | RP | US00507V1099 | 20190830 | 5,634 | 285,080.40 | USD |
| | RP | US00507V1098 | 20191203 | 9,869 | 538,802.58 | USD |
| | RP | US00507V1098 | 20191210 | 7,238 | 404,934.21 | USD |
| | RP | US00507V1098 | 20200312 | 18,559 | 1,037,462.54 | USD |
| | RP | US00507V1098 | 20200513 | 2,637 | 192,491.11 | USD |
| | RP | US00507V1099 | 20200812 | 14,742 | 1,204,689.28 | USD |
| | RP | US00507V1098 | 20200828 | 5,000 | 415,521.32 | USD |
| | RF | US00507V1098 | 20201110 | 116,309 | - | USD |
| | RP | US00507V1098 | 20210527 | 9,510 | 924,939.98 | USD |
| | RF | US00507V1098 | 20210723 | 94,878 | - | USD |
| | End holding | US00507V1098 | 20210921 | 378,005 | | |

| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | - | | |
| | RP | US00507V1098 | 20171110 | 3,039 | 190,821.55 | USD |
| | RP | US00507V1098 | 20171110 | 4,800 | 301,356.48 | USD |



| | | | | | | |
|---|---|---|---|---|---|---|
| | RP | US00507V1098 | 20171110 | 4,161 | 260,642.13 | USD |
| | DF | US00507V1098 | 20171201 | 12,000 | - | USD |
| | End holding | US00507V1098 | 20210921 | - | | |

| SK ACC NO | SE | ISIN | TRADE DATE | NUM NOM QTY | AMOUNT CODE | CCY |
|---|---|---|---|---|---|---|
| | BEGINNING | US00507V1098 | 20160901 | - | | |
| | RP | US00507V1098 | 20201019 | 39,352 | 3,177,769.37 | USD |
| | RP | US00507V1098 | 20201020 | 39,200 | 3,149,044.67 | USD |
| | RP | US00507V1098 | 20201218 | 10,856 | 971,878.07 | USD |
| | RP | US00507V1098 | 20201221 | 10,800 | 954,555.54 | USD |
| | DP | US00507V1098 | 20210414 | 3,206 | 310,960.48 | USD |
| | RP | US00507V1098 | 20210518 | 53,531 | 5,042,133.38 | USD |
| | RP | US00507V1098 | 20210818 | 72,724 | 6,066,521.83 | USD |
| | RP | US00507V1098 | 20210819 | 72,724 | 6,075,831.66 | USD |
| | RP | US00507V1098 | 20211509 | 26,103 | 2,040,637.05 | USD |
| | End holding | US00507V1098 | 20210921 | 322,084 | | |

Name: John Walsh

Role: Vice President

# EXHIBIT 2

## Power of Attorney Pursuant to 10 Del C. § 3927

KNOW ALL PERSONS BY THESE PRESENTS, that Owner (as defined in Exhibit 1), being the owner and holder of shares of Activision Blizzard, Inc. (the "Company"), represented by PGGM Vermogensbeheer B.V., a private company with limited liability (*besloten vennootschap met beperkte aansprakelijkheid*) incorporated under the laws of the Netherlands, having its statutory seat and principal place of business at Noordweg Noord 150, 3704 JG, Zeist, the Netherlands, and registered with the Dutch Chamber of Commerce under number 30228490 as its legally authorized representative, does hereby make, constitute and appoint Mark Lebovitch of Bernstein Litowitz Berger & Grossmann LLP and any person designated by them to act as true and lawful attorney in fact for them, in their name, place and stead, jointly and severally, in all matters regarding the examination of the books and records of the Company, including, but not limited to:  (i) demanding inspection of books and records of the Company on their behalf as a stockholder of the Company as said attorneys deem appropriate, (ii) reviewing and/or copying any documents received in connection with any such books and records demand made on their behalf as a stockholder of the Company, and (iii) giving and granting unto said attorneys full power and attorney to perform all and every act and thing whatsoever requisite, necessary, and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that their attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers, and authority of said attorneys shall remain in full force and effect until I tender a written notice of termination.  I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 14th day of September, 2021.

By:  _____

F.J. Roeters van Lennep - Director

_____

PGGM Vermogensbeheer B.V.
acting as the legally authorized
representative of Stichting PGGM
Depositary

By:  _____

B. Rädecker - Director

_____

PGGM Vermogensbeheer B.V.
acting as the legally authorized
representative of Stichting PGGM
Depositary

# EXHIBIT 3

## CONFIDENTIALITY AGREEMENT

**WHEREAS**, by letter dated September 21, 2021, the **Stichting PGGM Depositary** (the "Fund") made a demand pursuant to 8 *Del. C.* § 220 (the "Demand") to inspect certain documents of **Activision Blizzard, Inc.** (the "Company");

**WHEREAS**, the Fund appointed Bernstein Litowitz Berger & Grossmann LLP ("Fund's Counsel") as its attorneys for purposes of the Demand; and

**WHEREAS**, the documents sought by the Fund include non-public, confidential, proprietary or commercially sensitive information of the Company;

**IT IS AGREED** by and between the undersigned counsel for the parties, this __ day of September 2021, as follows:

1.      The Company shall produce to the Fund and Fund's Counsel copies of certain non-privileged documents called for by the Demand.  All such documents to be produced by the Company are referred to herein as the "Confidential Information."  Confidential Information shall also include all notes, analyses, compilations, studies, interpretations or other documents which contain, reflect or are based upon, in whole or in part, material disclosed in response to the Demand.  Confidential Information shall not include information that: (a) is or becomes generally available to the public by virtue of disclosure by the Company; or (b) is ruled non-confidential by Court of Chancery of the State of Delaware (the "Delaware Court of Chancery"), or any other court of competent jurisdiction.

2.      By producing the Confidential Information to the Fund and Fund's Counsel, the Company does not admit that the Fund has stated a proper purpose for the inspection of such information and expressly reserves the right to assert that: (i) the Demand does not comply with Delaware law; (ii) the Fund has not stated a proper purpose; (iii) the stated purposes are not the

1

Fund's actual purposes; (iv) the stated purposes of the Demand do not have a credible basis; (v) the Demand is overly broad and seeks documents not reasonably related to the Fund's stated purpose; and (vi) that for any other reason, the Fund is not entitled to the inspection demanded.

3.        The Fund is reserving all of its rights to seek to exercise or enforce its legal rights as a Stockholder of the Company, including its rights pursuant to 8 *Del. C.* § 220.

4.        The production of the Confidential Information is not, and will not be construed as, a waiver of any applicable privilege or immunity, including without limitation, the attorney-client privilege, the work product privilege or the bank examination privilege.

5.        The Company expressly reserves the right to withhold documents protected from disclosure by the attorney-client privilege, the work product privilege, or any other applicable privilege or doctrine.  The Fund does not admit that documents withheld, if any, are properly subject to protection from disclosure by any claimed privilege or doctrine.

6.        The Company expressly reserves the right to object to the admissibility into evidence in any action of any document or other material covered under the terms of this Agreement and either party can request the imposition in any further litigation of a replacement protective order relating to any information or material the Company deems confidential.

7.        If information subject to a claim of attorney-client privilege, attorney work product or any other privilege or protection is inadvertently produced to the Fund or Fund's Counsel, such production shall in no way prejudice or otherwise constitute a waiver of any claim of privilege, work product, or other privilege or protection.  If a claim of inadvertent production is made with respect to information then in the custody of the Fund or Fund's Counsel, the Fund or Fund's Counsel shall promptly return the information and all copies thereof to the Company, and the Fund or Fund's Counsel shall not use such information for any purpose.  Should the Fund or Fund's

2

Counsel thereafter seek to compel production of such material, neither the Fund or Fund's Counsel shall assert the fact or circumstance of the inadvertent production as a ground for compelling production.

8.      Any documents withheld or information redacted from the documents produced pursuant to this Confidentiality Agreement on the grounds of any applicable privilege or doctrine, or on any other grounds, will be logged in accordance with best practices set forth by the Delaware Court of Chancery.  For avoidance of doubt, if and where non-privilege redactions are made in such a way that the subject matter being redacted and the basis for any redaction is not facially obvious, the Company agrees to produce a log.  A written privilege and redaction log shall be provided within two weeks of the Company's final production.  Fund expressly reserves the right to challenge any redactions.

9.      The Fund, Fund's Counsel, and each of Fund's Counsel's Advisors (defined in Paragraph 11 below) covenant and agree that the Confidential Information shall be used only for the purposes stated in the Demand.

10.     The Fund, Fund's Counsel, and each of Fund's Counsel's Advisors represent and warrant that they are not participating in or supporting in any manner whatsoever any pending litigation against the Company or any of its officers or directors relating in any way, directly or indirectly, to the subject matter stated in the Demand, and that they will not disclose, directly or indirectly, Confidential Information to any party or counsel in any such litigation.

11.     Subject to the provisions of this Agreement, Fund's Counsel may provide Confidential Information to an Advisor only in the event that Fund's Counsel has received from such Advisor a duly executed Undertaking in the form attached hereto as Exhibit A.  For purposes of this Agreement, "Advisor" shall mean only such agents, legal and financial advisors, other legal

3

counsel, consultants, or experts as the Fund or Fund's Counsel has retained for the purpose of fulfilling the purpose(s) stated in the Demand.  For a financial advisor or expert, the Fund or Fund's Counsel will provide the applicable Advisor Undertaking upon the Company's request, if the Company has a good-faith belief that the financial advisor or expert may have disclosed the information in contravention of this Agreement.

12.    The Fund, Fund's Counsel, and each Advisor will keep the Confidential Information confidential and shall not disclose, publish, communicate, or transmit any of the Confidential Information to any person, either directly or indirectly. The Fund, Fund's Counsel, and each Advisor will not maintain or store the Confidential Information in such a way that creates an unreasonable risk of deliberate or inadvertent disclosure of the Confidential Information to others.

13.    If the Fund determines to commence a lawsuit using Confidential Information, the Fund and Fund's Counsel shall file the complaint under seal in accordance with Delaware Court of Chancery Court Rule 5.1(e) governing confidential treatment for complaints, or any analogous rule in the relevant jurisdiction.  In addition, the Fund and Fund's Counsel shall take all steps reasonably necessary to ensure the continued confidentiality of all Confidential Information satisfying the definition of confidential set forth in the applicable Court Rules, including but not limited to being willing to enter into a reasonable protective order with all parties in any litigation sufficient to protect Confidential Information from disclosure.

14.    If the Fund or Fund's Counsel files a complaint asserting a claim relating to the subject matter of the Demand or based in whole or in part on any documents made available for inspection to the Fund or Fund's Counsel in response to the Demand, the Fund and Fund's Counsel agree that all documents produced within the agreed-upon scope of production in response to the

4

Demand (which the parties shall document via email or other writing) shall be deemed incorporated by reference into any such complaint, and that in any motion to dismiss, a defendant may rely upon any or all of the Confidential Information produced to the Fund and Fund's Counsel. Notwithstanding the foregoing, any documents shall only be incorporated in any such complaint if, within fifteen (15) days of completion of its production, the Company provides written certification that, to the best of its knowledge and following a reasonable investigation, the Company's production is complete with respect to every category of documents that the Company agreed to produce.  Documents provided thereafter or outside the agreed-upon or relevant scope of production will not be subject to incorporation by reference.

15. Fund's Counsel agrees that if the Fund decides that it does not intend to pursue the Demand any further, Fund's Counsel will promptly so inform the Company in writing.

16. The Fund, Fund's Counsel, and each Advisor will destroy all Confidential Information in its original format and all copies thereof (including any notes or other documents created by the Fund, Fund's Counsel, or any Advisor that refer to such Confidential Information) upon completing the purposes described in the Demand and in no event later than ninety (90) days after:  (i) the entry of final judgment in any legal proceeding relating to the Demand or the enforcement of the Fund's rights as a stockholder of the Company; or (ii) the date on which Fund's Counsel informs the Company in writing that the Fund does not intend to pursue the Demand any further.  Notwithstanding this language, Fund's Counsel does not need to destroy Confidential Information contained in its e-mail, word processing, and document management systems, but must maintain their confidentiality.

17. If the Fund, Fund's Counsel, or any Advisor is requested (whether by interrogatory, subpoena, or any similar process relating to any legal proceeding, investigation, hearing or

5

otherwise) to disclose any Confidential Information, Fund's Counsel and all Advisors shall (i) provide the Company with prompt written notice, within five (5) business days of receipt of such request, so that the Company may seek a protective order or other appropriate remedy; and (ii) reasonably cooperate with the Company in pursuing any such course of action.  In the event that a protective order or other remedy is not obtained, the Fund, Fund's Counsel, and any such Advisor shall disclose only such Confidential Information as they are legally compelled to disclose and shall exercise their reasonable best efforts to obtain assurances that confidential treatment will be accorded to any Confidential Information that is compelled to be disclosed.

18.     All notices and other communications under this Agreement shall be in writing and shall be given (and shall be deemed to have been duly given upon receipt) by hand-delivery, e-mail, facsimile, or overnight courier, as follows:

| **If to the Company:** | **If to the Fund :** |
|---|---|
| Kevin P. Muck<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>kevin.muck@wilmerhale.com | Mark Lebovitch, Esq.<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: 212-554-1400<br>MarkL@blbglaw.com |

19.     This Agreement may be executed in separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute one and the same instrument.

20.     This Agreement may be modified or waived only by a separate writing executed by Fund's Counsel and the Company that expressly so modifies or waives this Agreement.

6

21.     Failure or delay in exercising any right, power or privilege hereunder shall not operate as a waiver thereof, and no single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise of any right, power or privilege.

22.     The Fund, Fund's Counsel, and all Advisors agree that any action brought to enforce this Agreement shall be heard and determined exclusively in the Delaware Court of Chancery (or, in the event that the Delaware Court of Chancery declines to accept jurisdiction over a particular matter, any state or federal court of competent jurisdiction located in Wilmington, Delaware).  The Fund, Fund's Counsel, and all Advisors consent to the personal jurisdiction of such courts in any such action, agree not to object to the laying of venue of any such action in such courts, and agree not to claim that any such court is an inconvenient forum.

23.     This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to its conflict of laws principles.

24.     The Fund, Fund's Counsel, and all Advisors agree that the Company would not have an adequate remedy at law in the event that this Agreement is breached, and agree that the Company will suffer irreparable harm and be entitled to seek specific performance and/or injunctive relief with respect to the terms hereof.  Such remedies shall not be deemed to be the exclusive remedies for any breach of this Agreement but shall be in addition to any other remedies to which the Company may be entitled at law or in equity.

25.     This Agreement constitutes the only agreement between each of the Fund's Counsel, and the Company with respect to the subject matter hereof and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written.

26.     This Agreement will be deemed to have been mutually prepared by the parties and will not be construed against any of them by reason of authorship.

7

27.     Each person signing this Agreement represents and warrants that he or she is authorized to do so and is authorized to bind the party on whose behalf the Agreement is signed.

28.     This Agreement shall be binding upon and inure to the benefit of the parties and their respective agents, executors, heirs, beneficiaries, successors, and assigns.

AGREED TO BY:


By: _____

    Mark Lebovitch, Esq.
    Bernstein Litowitz Berger
      &  Grossmann LLP
    1251 Avenue of the Americas
    New York, New York 10020
    Tel: 212-554-1400
    MarkL@blbglaw.com

    *Stichting PGGM Depositary*



Dated: September __, 2021


By: _____

    Kevin P. Muck
    Wilmer Cutler Pickering Hale
    and Dorr LLP
    One Front Street, Suite 3500
    San Francisco, CA 94111
    kevin.muck@wilmerhale.com

    *Activision Blizzard, Inc.*



Dated: September __, 2021

9

**EXHIBIT A**

**UNDERTAKING**

I, _____ certify my understanding that Confidential Information is being provided to me pursuant to the terms and restrictions of a confidentiality agreement entered into between the Stichting PGGM Depositary and Activision Blizzard, Inc., dated as of _____ __, 2021 (the "Confidentiality Agreement" or the "Agreement"). I have read the Confidentiality Agreement, I understand the terms of the Confidentiality Agreement, and I agree to be fully bound by the Confidentiality Agreement.

I expressly waive any and all objections to personal jurisdiction or to venue, including without limitation the inconvenience of such forum, in any of the courts of the State of Delaware.

I agree to the appointment of Bernstein Litowitz Berger & Grossmann LLP ("Fund's Counsel") as my agents for service of process for any suit, action, or other proceeding arising out of the Agreement or this Advisor Undertaking, and agree that notice of the terms of the Agreement constitutes effective service of process on me.

I understand that any violation of the terms of this Confidentiality Agreement will be subject to such relief as deemed appropriate by the Court.


Dated: _____          Signature: _____


                                    Name:
                                    Company:


10

# Exhibit D

## to

## Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## ATTORNEYS AT LAW

NEW YORK  •  CALIFORNIA  •  ILLINOIS  •  LOUISIANA  •  DELAWARE

Mark Lebovitch
(212) 554-1519
MarkL@blbglaw.com

October 12, 2021

**VIA EMAIL**
Activision Blizzard, Inc.
c/o Kevin P. Muck
Wilmer Cutler Pickering Hale and Dorr LLP
One Front Street, Suite 3500
San Francisco, CA 94111
kevin.muck@wilmerhale.com

Attn:  Mr. Dixton and Board of Directors

Re:      Demand for Inspection of Books and Records of Activision Blizzard, Inc.

To the Board of Directors and Chief Legal Officer:

We represent Stichting Depositary APG Developed Markets Equity Pool ("Stockholder"), the beneficial owner of 2,904,724 shares of Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") common stock.  Stockholder has held Activision Blizzard common stock consistently since at least 2019.  This letter is the Stockholder's demand to inspect certain books and records of Activision Blizzard (the "Demand") pursuant to 8 *Del. C.* § 220 ("Section 220").  Verified documentary evidence of Stockholder's beneficial ownership of the Activision Blizzard common stock is attached hereto as **Exhibit 1**, and such documentary evidence is a true and correct copy of what it purports to be.  An unsworn power of attorney appointing Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") to act on behalf of Stockholder is attached hereto as **Exhibit 2**.

The purpose of the Demand is to investigate and assess: (i) potential breaches of fiduciary duty related to the failure by Activision Blizzard's board of directors (the "Board") and senior management ("Management") to remedy allegedly sustained and systematic discriminatory practices on the basis of race and sex; (ii) potential breaches of fiduciary duty for failing to address reports of widespread sexual harassment, including by members of Management; (iii) potential breaches of fiduciary duty for failing to create and maintain an adequate system to monitor such violations; (iv) the independence and disinterestedness of the members of the Board with regard to the above issues; and (v) whether to bring a lawsuit or take other action to seek relief.

### Factual Background Giving Rise to the Stockholder's Concerns

Activision Blizzard is a developer and publisher of interactive entertainment content and services.  The Company develops and distributes these products on video game consoles,

1251 AVENUE OF THE AMERICAS  •  NEW YORK  •  NY 10020-1104
TELEPHONE: 212-554-1400  •  www.blbglaw.com  •  FACSIMILE: 212-554-1444

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 2 of 8

computers, and cell phones.  Activision Blizzard delivers its products through three segments; (i) Activision Publishing, Inc. ("Activision") whose primary product franchise is Call of Duty; (ii) Blizzard Entertainment, Inc. ("Blizzard") whose primary product franchises include World of Warcraft, Hearthstone, Diablo, and Overwatch; and (iii) King Digital Entertainment, which delivers free-to-play offerings including Candy Crush.  Activision Blizzard is incorporated under the laws of Delaware and has its headquarters in Santa Monica, California.

On July 22, 2021, the California Department of Fair Employment and Housing ("California DFEH"), filed a lawsuit against Activision Blizzard (the "Complaint") that reflects more than 2 years of its own proprietary investigation.  The allegations in the Complaint are deeply troubling, detailing a company with a culture and practices similar to those that inspired the #MeToo movement.  These practices include (i) discrimination on the basis of sex, (ii) sexual harassment, and (iii) retaliation against those who make complaints.  Additionally, the Complaint notes the Company's failures to protect employees from these practices, even when such practices were known at the highest levels.  The Complaint names as defendants Activision and Blizzard[1], as well as 10 yet-to-be-named defendants.

*First*, the complaint highlights a pattern of discrimination on the basis of race and sex. According to the Complaint, women were paid less, received less lucrative assignments, and obtained fewer development opportunities than their male counterparts.  Women were also reportedly terminated more quickly than men exhibiting similar performance.  These issues occurred for women at the time they were hired by Activision Blizzard, as well as afterwards.

Additionally, the Complaint highlights how women were limited in their opportunities for promotion.  The Complaint highlights several examples, from both Activision and Blizzard.  These examples show how female employees were passed over for promotions in favor of male colleagues with objectively weaker performance.  Additionally, male employees were given more mentorship and access to their superiors than female employees.

Pregnant women and women of color were specifically targeted. Activision Blizzard allegedly treated women negatively due to pregnancies, ignoring medical restrictions and giving female employees on maternity leave negative reviews.  Indeed, one female employee reportedly assumed the responsibilities of a manager and asked to be promoted.  The Complaint states her superior's response was, "that they could not risk promoting her as she might get pregnant and like being a mom too much."

Several accounts from women of color indicate race also played a significant and disturbing role in this mistreatment.  Two African American employees complained of being micromanaged, in stark contrast to the laissez-faire management style their male counterparts experienced.  One

---

[1] For the avoidance of doubt, Activision and Blizzard are two subsidiaries of the entity referred to as Activision Blizzard.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 3 of 8

of those employees reported that her supervisor would check in if she so much as took a walk, while male colleagues were allowed to play video games without question or consequences.

The Board and Management would have reason to know of these issues. The Company retained Paul Hastings LLP between 2015 and 2017, and Miller Law Group in 2018 to provide analysis related to compensation data. Despite this, the Company did not take adequate steps to remedy these systemic issues.

*Second*, the Complaint details how rampant sexual harassment made working at Activision Blizzard "akin to working at a frat house." According to the Complaint, while male employees "would play video games during work, engage in banter about their sexual encounters, talk openly about female bodies, and make numerous jokes about rape," female employees "were subjected to numerous sexual comments and advances, groping and unwanted physical touching, and other forms of harassment." In addition, female employees were reportedly forced to cover the responsibilities of male coworkers shirking their duties. Supervisors appear to have known about this conduct, and at times participated in and encouraged it.

In one egregious case, Alex Afrasiabi ("Afrasiabi"), a one-time Senior Creative Director of World of Warcraft at Blizzard, appeared to engage in sexual harassment on an ongoing basis. The California DFEH Complaint lists several examples of misconduct, including hitting on female employees, saying he wanted to marry them, and touching them inappropriately. The conduct was apparently so bad that Afrasiabi had to be physically pulled off of female employees and his suite became known internally as the "Cosby Suite," a reference to alleged rapist Bill Cosby.

According to the Complaint, J. Allen Brack ("Brack"), President of Blizzard, specifically knew of and discussed these instances of misconduct with Afrasiabi. Afrasiabi appears to have received only verbal counseling from Brack. Afrasiabi quietly left the Company in June of 2020 according to various reports.

Further, according to the Complaint, due to a destructive relationship with a male supervisor, a female employee committed suicide on a company trip. Police reportedly found that the male supervisor brought a sex toy and lubricant on that trip. Another employee reported the deceased suffered other sexual harassment at work. Specifically, male co-workers passing around a picture of her genitals at a holiday party.

*Finally*, the Complaint alleges female employees faced retaliation for reporting sexual harassment and discrimination. This retaliation reportedly included selection for layoffs, involuntary transfers, and denial of highly coveted projects and other growth opportunities.

Based on the allegations in the Complaint, it appears the Board and Management knew or had reason to know of issues related to sexual harassment and discrimination. An employee reportedly told Brack that female employees were leaving due to sexual harassment and discrimination. Additionally, a former (unnamed) Chief Technology Officer (either for the

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 4 of 8

Company or one of its segments) is reported to have groped female employees at company events and hired female applicants based on their appearance. The Company appears to have not attempted to improve the situation. Indeed, an internal investigation reportedly done by the Company found employees neither respected nor trusted the Company's Human Resources Department.

It is no secret that sexual harassment and discrimination, in addition to being untenable, can be devastating to a company's finances. In addition to potential civil suits and settlements relating to employees (including one who died), these accusations could lead to economic ramifications from socially conscious consumers, as well as lower valuations when ESG-conscious investors choose not to invest in companies engaged in morally deplorable conduct. The economic ramifications are even more material because nearly half of all gamers are female, and the loss of the Company's reputation amongst at least half of its potential consumer base would damage earnings.

Even now, some of these consequences are beginning to appear. Over 2,000 current and former employees have signed a petition, slamming the Company's dismissive response to the Complaint. News reports indicate some employees are furious, viewing these reported grievances as valid. World of Warcraft Senior System Designer Jeff Hamilton tweeted "almost no work is being done on World of Warcraft right now while this obscenity plays out. And that benefits nobody - not the players, not the developers, not the shareholders." These issues have caused the stock price to fall from $91.17 when markets closed the night before the Complaint was announced, to $84.05 when markets closed July 27, 2021. This drop of 7.81% reflects more than $5.5 billion in lost value for stockholders. This drop has continued with Company stock price falling to $78.53 when markets closed October 1, 2021, reflecting a drop of 13.86% and more than $9.8 billion in lost value for stockholders.

Further, the liability related to the California DFEH lawsuit could be devastating. When the much smaller Riot Games settled a class action involving similar allegations for $10 million, the California DFEH claimed that liability should be $400 million or more. In light of the foregoing, Stockholder has a credible basis to investigate potential breaches of fiduciary duty by the Board and Management.

## Stockholder's Demand for Books and Records

In light of the above, Stockholder makes this Demand to investigate and assess: (i) potential breaches of fiduciary duty related to the failure of the Board and Management to remedy allegedly sustained and systematic discriminatory practices on the basis of race and sex; (ii) potential breaches of fiduciary duty for failing to address reports of widespread sexual harassment, including by members of Management; (iii) potential breaches of fiduciary duty for failing to create and

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 5 of 8

maintain an adequate system to monitor such violations; (iv) the independence and disinterestedness of the members of the Board with regard to the above issues; and (v) whether to bring a lawsuit or take other action to seek relief.

The investigation of breaches of fiduciary duty and/or corporate wrongdoing is a proper purpose under DCGL Section 220. *See Amalgamated Bank v. Yahoo! Inc.*, 132 A.3d 752, 777 (Del. Ch. 2016) (citing *Seinfeld v. Verizon Commc'ns, Inc.*, 909 A.2d 117, 121 (Del. 2006)); *Elow v. Express Scripts Holding Co.*, No. CV 12721-VCMR, 2017 WL 2352151, at *5 (Del. Ch. May 31, 2017) ("A proper purpose… 'shall mean a purpose reasonably related to [a] person's interest as a stockholder.'"); *Melzer v. CNET Networks, Inc.*, 934 A.2d 912, 917 (Del. Ch. 2007) ("There is no shortage of proper purposes under Delaware law, but perhaps the most common proper purpose is the desire to investigate potential corporate mismanagement, wrongdoing or waste.") (internal quotation marks and citations omitted). Delaware law requires only a showing of a "credible basis from which the Court of Chancery can infer" possible mismanagement when seeking books and records. *Yahoo!*, 132 A.3d at 777. "Section 220 entitles a stockholder to inspect all books and records that are necessary to accomplish that stockholder's proper purpose." *KT4 Partners LLC v. Palantir Techs. Inc.*, No. 281, 2018, 2019 WL 347934, at *2 (Del. Jan. 29, 2019).

Stockholder makes this demand for books and records directed to the Company under oath and penalty of perjury of the laws of the United States and of the State of Delaware. Except as otherwise indicated, Stockholder asks to inspect and to make copies or extracts from, to the extent they exist, the following records and documents of the Company for the period beginning January 1, 2015 and continuing until the date of production:

1. Board Materials[2] and Senior Management Materials[3] (which for the avoidance of doubt shall be defined to include materials provided to or generated by the Chief People Officer) relating to or reflecting:

   (i)   Any internal investigation relating to discrimination on the basis of race or gender.

---

[2]   The term "Board Materials" means all documents, regardless of whether they are in hard copy or electronic form, that were prepared, provided, disseminated, or discussed in connection with, in anticipation of, or as a result of any meeting of the Board or any regular or specially created committee thereof (including, without limitation, all meeting minutes, agendas, transcripts, notes, summaries, presentations, Board packages, recordings, memoranda, charts, drafts of meeting minutes where final forms do not exist, exhibits distributed at meetings, or Board resolutions). This term also includes electronic communications—including, without limitation, emails, text messages, or other digital communications—sent to, received by, or copied to any member of the Board in connection with the subjects discussed in this letter.

[3]   The term "Senior Management Materials" means all documents and communications, regardless of whether they were ever provided to any member of the Board, provided to, considered by, discussed by, created by, and/or sent to or by any named executive officer of the Company—including via emails, text messages, or other digital communications methods such as instant messaging platforms.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 6 of 8

   (ii)     Any reports of discrimination on the basis of race or gender.

   (iii)    Any internal investigation relating to sexual harassment or other sexual misconduct.

   (iv)     Any reports of sexual harassment or other sexual misconduct.

   (v)      Any incidents regarding retaliation against an employee for reporting discrimination or sexual harassment or other sexual misconduct.

   (vi)     All internal reporting systems related to sexual harassment or other sexual misconduct or discrimination as well as assessments of those systems.

   (vii)    Settlements paid to employees or their beneficiaries based on sexual harassment or other sexual misconduct or discrimination.

   (viii)   Any analysis of compensation data relating to discrimination on the basis of gender, including but not limited to the reports prepared by Paul Hastings LLP and Miller Law Group.

   (ix)     Any investigation related to sexual harassment or other sexual misconduct or discrimination, including but not limited to the investigation by the California DFEH.

   (x)      Any disciplinary action taken by the Company against an employee related to sexual harassment or other sexual misconduct or discrimination on the basis of race or gender, including but not limited to the firing of Afrasiabi.

   (xi)     Any severance paid to any employee involved in any complaint or otherwise accused by formal or informal means of sexual harassment, discrimination, or similar misconduct.

2. Documents concerning actual, potential, historical, or perceived loyalties, ties, or social or business relationships among any members of the Board and the Company's senior management or executives (and their respective families), including, but not limited to documents reflecting any joint investments, co-investments, shared business ventures, jointly-owned assets, profit sharing agreements, joint participation in non-profit organizations, vacations, meetings, favors, and any other financial, business, or personal relationships.

3. Director questionnaires and personnel files for each Board member since 2015, and for special committee members, all available director questionnaires.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 7 of 8

4.  All documents produced to any other stockholder in response to a demand under Section 220 (or any analogous statute) that relates to the above requests or the matters discussed in this Demand, and the associated demand letter(s).

5.  A copy of any Section 220 demand served by any other Activision Blizzard stockholder regarding the matters discussed in this Demand.

For purposes of the foregoing demand, Stockholder requests that the Company provide or otherwise make available all such information up to the most recent practicable date. The Stockholder further requests that the Company provide all additions, changes, and corrections to any of the requested information from the time of this Demand to the time of any inspection.

Stockholder agrees to bear all reasonable costs required by Section 220 incurred by the Company in connection with obtaining and furnishing the requested information and other materials. In addition, BLB&G will confer with counsel for the Company on the most efficient means to satisfy this Demand. We believe that this demand letter complies with the provisions of Section 220 in all material respects. If the Company believes this letter is deficient in any respect, we request that you inform the undersigned (Mark Lebovitch; Telephone: 212-554-1519) immediately.

Section 220 requires the Company to respond to this Demand within five (5) business days of the date hereof. To avoid unnecessary delay, we attach to this letter as **Exhibit 3** a standard form of confidentiality agreement. This form of agreement is substantively similar to dozens of forms this firm has entered into in connection with past productions under Section 220, and there should be no basis for further negotiation other than to cause unreasonable delay.

We are prepared to promptly meet and confer and to negotiate in good faith to resolve any areas of disagreement. We agree to treat any documents produced as attorneys' eyes only until the execution of a confidentiality agreement or the entry by the Court of an order setting forth terms of confidentiality with respect to the documents provided pursuant to this demand. We ask that a person with authority to reach binding agreements must be involved in any meet and confer, and we will reciprocate.

We look forward to your prompt response.

Very truly yours,

Mark Lebovitch

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Activision Blizzard, Inc.
October 12, 2021
Page 8 of 8


 Encl:

# EXHIBIT 1

## <u>Unsworn Declaration Under 10 Del C. § 3927</u>

Stichting Depositary APG Developed Markets Equity Pool, as duly represented by APG Asset Management N.V., in this instance by Peter Branner and Ronald van Dijk acting as the legally authorized representatives of Stichting Depositary APG Developed Markets Equity Pool hereby state that:

(a) I have read the demand letter made pursuant to 8 *Del. C.* § 220 addressed to Activision Blizzard, Inc., and the statement of purpose and any other statements contained therein are true and correct under penalty of perjury.

(b) Stichting Depositary APG Developed Markets Equity Pool is the beneficial owner of Activision Blizzard, Inc. common stock. Stichting Depositary APG Developed Markets Equity Pool's beneficial ownership of these shares is demonstrated by documentary evidence set forth in the exhibit to this Statement. This documentary evidence is true and correct, to the best of our knowledge based on the information provided to me.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 8th day of October

By:


Peter Branner (Oct 8, 2021 11:03 GMT+2)



Peter Branner
C.I.O.
APG Asset Management N.V. acting as the
legally authorized representative of
Stichting Depositary APG Developed
Markets Equity Pool

By:

Ronald van Dijk
Managing Director
APG Asset Management N.V. acting as the
legally authorized representative of
Stichting Depositary APG Developed
Markets Equity Pool

**J.P.Morgan**

## Positions
Summary
As Of:  01-Oct-2021

| Custody | | | | | | | Positions |
|---|---|---|---|---|---|---|---|

**Account:** ▮▮▮ **JPMBL SA AMST STG DEP APG DME EMV F D-MIN VOL PORTPAM 6681**

| Security ID ISIN OCC ID | Security Name Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|---|
| 2575818 US00507V1098 | ACTIVISION BLIZZARD INC COMMON STOCK USD 0.000001 | | | 1ND 030 US | 0.0000000 3,800.0000000 0.0000000 0.0000000 | 337,422.0000000 | 333,622.0000000 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) Shares blocked for proxy or corporate action.
"DGSD Eligible – Deposit Guarantee Scheme Directive eligible".
Please refer to the disclaimer page at the end of this report for further information.

D-614-362-943                                                          10/05/2021 13:40:02

**BNY MELLON**

**Custody Holdings**
By Security - Details By Status
10/01/2021

Report ID: ICUS0016

APG DME QUANT ADAPTIVE RISKMAN

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 53,744.0000 | 55,744.0000 | | 2,000.0000 |
| | **TOTAL BY UNITS - 369083 - 6617 APG DME QUANT ADAPTIVE RISKMAN** | | | | | | 53,744.0000 | 55,744.0000 | | 2,000.0000 |
| | **TOTAL BY AMORTIZED FACE - 369083 - 6617 APG DME QUANT ADAPTIVE RISKMAN** | | | | | | 0.0000 | | | |

**BNY MELLON**

Custody Holdings
By Security Details By Status
10/01/2021

Report ID: ICUS0016

**DME BLACKROCK GLOBAL TECH**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 129,353.0000 | 129,353.0000 | | |
| | TOTAL BY UNITS - 649930 - 2071 DME BLACKROCK GLOBAL TECH | | | | | | 129,353.0000 | 129,353.0000 | | |
| | TOTAL BY AMORTIZED FACE - 649930 - 2071 DME BLACKROCK GLOBAL TECH | | | | | | 0.0000 | | | |

10/05/2021 10:20:25 EDT (GMT -4)                                     Page  2 of 9

BNY MELLON

**Custody Holdings**
By Security - Details By Status
10/01/2021

Report ID: ICUS0016

APG DME STCK SEL

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 96,752.0000 | 96,752.0000 | | |
| | **TOTAL BY UNITS - 839183 - 1135 APG DME STCK SEL** | | | | | | 96,752.0000 | 96,752.0000 | | |
| | **TOTAL BY AMORTIZED FACE - 839183 - 1135 APG DME STCK SEL** | | | | | | 0.0000 | | | |

BNY MELLON

**Custody Holdings**
By Security - Details By Status
10/01/2021

Report ID: ICUS0016

**APG DME NUMERIC**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 85,872.0000 | 129,272.0000 | | 43,400.0000 |
| | TOTAL BY UNITS - 839184 - 1145 APG DME NUMERIC | | | | | | 85,872.0000 | 129,272.0000 | | 43,400.0000 |
| | TOTAL BY AMORTIZED FACE - 839184 - 1145 APG DME NUMERIC | | | | | | 0.0000 | | | |

BNY MELLON

Custody Holdings
By Security - Details By Status
10/01/2021

**APG DME CCL**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 200,175.0000 | 227,791.0000 | | 27,616.0000 |
| | **TOTAL BY UNITS - 839191 - 1171 APG DME CCL** | | | | | | 200,175.0000 | 227,791.0000 | | 27,616.0000 |
| | **TOTAL BY AMORTIZED FACE - 839191 - 1171 APG DME CCL** | | | | | | 0.0000 | | | |

10/05/2021 10:20:25 EDT (GMT -4)

**APG DME MED TEL**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 994,257.0000 | 994,257.0000 | | |
| | **TOTAL BY UNITS - 839198 - 1218 APG DME MED TEL** | | | | | | 994,257.0000 | 994,257.0000 | | |
| | **TOTAL BY AMORTIZED FACE - 839198 - 1218 APG DME MED TEL** | | | | | | 0.0000 | | | |

**BNY MELLON**

**Custody Holdings**
By Security - Details By Status
10/01/2021

**APG DME CORE EU**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 773,103.0000 | 773,103.0000 | | |
| | **TOTAL BY UNITS - 839253 - 1253 APG DME CORE EU** | | | | | | 773,103.0000 | 773,103.0000 | | |
| | **TOTAL BY AMORTIZED FACE - 839253 - 1253 APG DME CORE EU** | | | | | | 0.0000 | | | |

BNY MELLON

**APG DME LACM GL**

**Custody Holdings**
By Security - Details By Status
10/01/2021

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 228,376.0000 | 228,376.0000 | | |
| | **TOTAL BY UNITS - 839269 - 2048 APG DME LACM GL** | | | | | | 228,376.0000 | 228,376.0000 | | |
| | **TOTAL BY AMORTIZED FACE - 839269 - 2048 APG DME LACM GL** | | | | | | 0.0000 | | | |

**BNY MELLON**

**Custody Holdings**
By Security - Details By Status
10/01/2021

Report ID: ICUS0016

**- APG 1292  DERI INDEX POOL**

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|------|-------------|-----|----------|--------|-----|-----|----------------------------------|--------------------|------------------------------|----------------------------|
| US00507V1098 | ACTIVISION BLIZZARD IN USD 0.000001 | USD | US | AVAILABLE | DTC | DTC | 9,470.0000 | 9,470.0000 | | |
| | **TOTAL BY UNITS - 939557 - APG 1292  DERI INDEX POOL** | | | | | | 9,470.0000 | 9,470.0000 | | |
| | **TOTAL BY AMORTIZED FACE - 939557 - APG 1292  DERI INDEX POOL** | | | | | | 0.0000 | | | |

Report ID: ICUS0015

**BNY MELLON**

**APG DME CCL**

| Description | | | | |
|---|---|---|---|---|
| **Trading Broker** | | **ISIN** | **Create Date** | |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | **Shares/Par** |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | **Local Price** **Status** |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** | **Days Late** **Local Currency** |
| **Comments** | | | | **CA Hold** |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 1/24/2019 | 1,800.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1190240351763 | 1/24/2019 | -84,462.48 | **SETTLEMENT** |
| | | 2945318022 | 1/28/2019 | 46.9186000000 | UNITED STATES |
| | | | 1/28/2019 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | 1190280011611 | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | ITG INC | US00507V1098 | 1/30/2019 | 3,900.0000 | **Settled - ACTUAL** |
| | ITG INC | 1190300303534 | 1/30/2019 | -179,164.44 | **SETTLEMENT** |
| | | 2952025330 | 2/1/2019 | 45.9346000000 | UNITED STATES |
| | | | 2/1/2019 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | 1190320016230 | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 2/7/2019 | 9,600.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1190380313573 | 2/7/2019 | -422,038.08 | **SETTLEMENT** |
| | | 2962343325 | 2/11/2019 | 43.9573000000 | UNITED STATES |
| | | | 2/11/2019 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | 1190420010362 | | | | |

BNY MELLON

**Custody Security Transactions**
**By Security**
Create Date 1/1/2019 - 10/8/2021

Report ID: ICUS0015

**APG DME CCL**

| | Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|---|
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>J P MORGAN SECS LLC<br>J.P. MORGAN CLEARING CORP. | US00507V1098<br>1190430341383<br>2967126336<br><br>Contractual | 2/12/2019<br>2/12/2019<br>2/14/2019<br>2/14/2019<br>- | 15,400.0000<br>-636,323.38<br>41.3147000000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>1190450015485 | | | | |
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>J P MORGAN SECS LLC<br>J.P. MORGAN CLEARING CORP. | US00507V1098<br>1190500293209<br>2974817743<br><br>Contractual | 2/19/2019<br>2/19/2019<br>2/21/2019<br>2/21/2019<br>- | 1,675.0000<br>-74,241.37<br>44.3182029000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>1190520013101 | | | | |
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>NESBITT BURNS<br>NESBITT BURNS | US00507V1098<br>1190500297279<br>2975003019<br><br>Contractual | 2/19/2019<br>2/19/2019<br>2/21/2019<br>2/21/2019<br>- | 125.0000<br>-5,560.63<br>44.4800000000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>1190520014108 | | | | |

**BNY MELLON**

| | APG DME CCL | | | | | |
|---|---|---|---|---|---|---|

| | Description | | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|---|
| | **Trading Broker** | **Reference Number** | **Trade/Ex Date** | | | |
| | **Clearing Broker** | **Client Reference** | **Contract Settle / Pay Date** | | **Local Net Amount** | |
| | **Buyer Order Party** | **Market Reference** | **Actual Settle Date** | | **Local Price** | **Status** |
| | **Seller Order Party** | **Settlement Policy** | **Order Date** | | **Days Late** | **Local Currency** |
| | **Cash Offset Number** | | | | | **CA Hold** |
| | **Comments** | | | | | |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 2/20/2019 | | 600.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1190510333724 | 2/20/2019 | | -26,415.06 | **SETTLEMENT** |
| | | 2976736626 | 2/22/2019 | | 44.0201000000 | UNITED STATES DOLLAR (USD) |
| | | | 2/22/2019 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | 1190530014246 | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 2/21/2019 | | 8,500.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1190520323020 | 2/21/2019 | | -359,668.15 | **SETTLEMENT** |
| | | 2978543039 | 2/25/2019 | | 42.3089000000 | UNITED STATES DOLLAR (USD) |
| | | | 2/25/2019 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | 1190560014774 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 2/22/2019 | | 9,900.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1190530343540 | 2/22/2019 | | -412,814.16 | **SETTLEMENT** |
| | | 2980267467 | 2/26/2019 | | 41.6934000000 | UNITED STATES DOLLAR (USD) |
| | | | 2/26/2019 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | 1190570014661 A | | | | | |

BNY MELLON

**APG DME CCL**

| Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|
| **B**  Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| NESBITT BURNS<br>NESBITT BURNS | US00507V1098<br>1190560338642<br>2982128845 | 2/25/2019<br>2/25/2019<br>2/27/2019<br>2/27/2019 | 100.0000<br>-4,196.50<br>41.9600000000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Contractual | - | | |
| Cash Offset - 8391918400<br>1190580017806 A | | | | |
| **B**  Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| J P MORGAN SECS LLC<br>J.P. MORGAN CLEARING CORP. | US00507V1098<br>1190560331367<br>2981973522 | 2/25/2019<br>2/25/2019<br>2/27/2019<br>2/27/2019 | 12,600.0000<br>-527,632.56<br>41.8706000000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Contractual | - | | |
| Cash Offset - 8391918400<br>1190580017398 A | | | | |
| **B**  Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| J P MORGAN SECS LLC<br>J.P. MORGAN CLEARING CORP. | US00507V1098<br>1190600341390<br>2990272816 | 3/1/2019<br>3/1/2019<br>3/5/2019<br>3/5/2019 | 63,500.0000<br>-2,717,876.20<br>42.7962000000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Contractual | - | | |
| Cash Offset - 8391918400<br>1190640013489 A | | | | |

**BNY MELLON**

Report ID: ICUS0015

| APG DME CCL | | | | |
|---|---|---|---|---|

Create Date 1/1/2019 - 10/8/2021

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | Trading Broker | | | | |
| | Clearing Broker | Reference Number | Trade/Ex Date | | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 5/14/2019 | 9,600.0000 | Settled - ACTUAL |
| | MORGAN STANLEY & CO LLC | 1191340357127 | 5/14/2019 | -426,872.64 | SETTLEMENT UNITED STATES |
| | | 3077466927 | 5/16/2019 | 44.4609000000 | DOLLAR (USD) |
| | | | 5/16/2019 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1191360020236 A | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 5/29/2020 | 31,537.0000 | Settled - ACTUAL |
| | J.P. MORGAN CLEARING CORP. | 1201500406575 | 5/29/2020 | -2,270,143.64 | SETTLEMENT UNITED STATES |
| | | 3599609454 | 6/2/2020 | 71.9800000000 | DOLLAR (USD) |
| | | | 6/2/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1201540017086 A | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 6/2/2020 | 1,014.0000 | Settled - ACTUAL |
| | NESBITT BURNS | 1201540370988 | 6/2/2020 | -74,002.84 | SETTLEMENT UNITED STATES |
| | | 3604677597 | 6/4/2020 | 72.9800000000 | DOLLAR (USD) |
| | | | 6/4/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1201560015400 A | | | | |

**BNY MELLON**

**APG DME CCL**

| | Description | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | **Shares/Par** | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 6/2/2020 | 15,512.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1201540358307 | 6/2/2020 | -1,123,610.17 | **SETTLEMENT** |
| | | 3604533532 | 6/4/2020 | 72.4314002000 | UNITED STATES DOLLAR (USD) |
| | | | 6/4/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
1201560013001 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 6/4/2020 | 1,176.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1201560352262 | 6/4/2020 | -82,836.03 | **SETTLEMENT** |
| | | 3609375606 | 6/8/2020 | 70.4352976000 | UNITED STATES DOLLAR (USD) |
| | | | 6/8/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
1201600012117 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 6/4/2020 | 3,636.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1201560352391 | 6/4/2020 | -254,443.65 | **SETTLEMENT** |
| | | 3609378622 | 6/8/2020 | 69.9755005000 | UNITED STATES DOLLAR (USD) |
| | | | 6/8/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
1201600012138 A

BNY MELLON

**Custody Security Transactions**
**By Security**
Create Date 1/1/2019 - 10/8/2021

Report ID: ICUS0015

APG DME CCL

| | Description | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | **Shares/Par** | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 6/8/2020 | 3,403.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1201600348911 | 6/8/2020 | -237,467.46 | **SETTLEMENT** |
| | | 3614103204 | 6/10/2020 | 69.7782985000 | UNITED STATES DOLLAR (USD) |
| | | | 6/10/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1201620021347 A | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 6/10/2020 | 10,274.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1201620389226 | 6/10/2020 | -753,681.12 | **SETTLEMENT** |
| | | 3618785998 | 6/12/2020 | 73.3545999000 | UNITED STATES DOLLAR (USD) |
| | | | 6/12/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1201640027460 A | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 7/9/2020 | 20,312.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1201910333901 | 7/9/2020 | -1,625,536.86 | **SETTLEMENT** |
| | | 3662347518 | 7/13/2020 | 80.0249000000 | UNITED STATES DOLLAR (USD) |
| | | | 7/13/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1201950032850 A | | | | |

APG DME CCL

| | Description / Trading Broker / Clearing Broker / Buyer Order Party / Seller Order Party / Cash Offset Number / Comments | ISIN / Reference Number / Client Reference / Market Reference / Settlement Policy | Create Date / Trade/Ex Date / Contract Settle / Pay Date / Actual Settle Date / Order Date | Shares/Par / Local Net Amount / Local Price / Days Late | Status / Local Currency / CA Hold |
|---|---|---|---|---|---|
| B | Purchase **ACTIVISION BLIZZARD IN USD 0.000001** CITIGROUP GLOBAL MARKETS INC CITIGROUP GLOBAL MARKETS INC | US00507V1098 1201920336591 3664226789 Contractual | 7/10/2020 7/10/2020 7/14/2020 7/14/2020 - | 2,338.0000 -189,253.38 80.9431993000 0 | Settled - ACTUAL SETTLEMENT UNITED STATES DOLLAR (USD) N |
| | Cash Offset - 8391918400 1201960036547 A | | | | |
| B | Purchase **ACTIVISION BLIZZARD IN USD 0.000001** ITG INC ITG INC | US00507V1098 1201960312213 3667872387 Contractual | 7/14/2020 7/14/2020 7/16/2020 7/16/2020 - | 18,119.0000 -1,422,292.58 78.4937998000 0 | Settled - ACTUAL SETTLEMENT UNITED STATES DOLLAR (USD) N |
| | Cash Offset - 8391918400 1201980020271 A | | | | |
| B | Purchase **ACTIVISION BLIZZARD IN USD 0.000001** J P MORGAN SECS LLC J.P. MORGAN CLEARING CORP. | US00507V1098 1201980315123 3671732711 Contractual | 7/16/2020 7/16/2020 7/20/2020 7/20/2020 - | 2,921.0000 -230,050.07 78.7538000000 0 | Settled - ACTUAL SETTLEMENT UNITED STATES DOLLAR (USD) N |
| | Cash Offset - 8391918400 1202020018199 A | | | | |

| APG DME CCL | | Create Date 1/1/2019 - 10/8/2021 | | |
|---|---|---|---|---|

| | Description | | | |
|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | |
| | Clearing Broker | Reference Number | Trade/Ex Date | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Shares/Par |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Net Amount |
| | Cash Offset Number | Settlement Policy | Order Date | Local Price  Status |
| | Comments | | | Days Late  Local Currency |
| | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | ITG INC | US00507V1098 | 7/20/2020 | 2,973.0000 | **Settled - ACTUAL** |
| | ITG INC | 1202020319388 | 7/20/2020 | -239,283.69 | **SETTLEMENT** |
| | | 3675288526 | 7/22/2020 | 80.4820988000 | UNITED STATES |
| | | | 7/22/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |

Cash Offset - 8391918400
1202040052855 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 7/29/2020 | 1,979.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1202110306618 | 7/29/2020 | -160,437.73 | **SETTLEMENT** |
| | | 3687815050 | 7/31/2020 | 81.0665992000 | UNITED STATES |
| | | | 7/31/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |

Cash Offset - 8391918400
1202130033580 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/31/2020 | 18,367.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202130326570 | 7/31/2020 | -1,517,729.49 | **SETTLEMENT** |
| | | 3692167080 | 8/4/2020 | 82.6300000000 | UNITED STATES |
| | | | 8/4/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |

Cash Offset - 8391918400
1202170031692 A

Report ID: ICUS0015

Page

**APG DME CCL**

| | Description | | ISIN | Create Date | | Shares/Par | |
|---|---|---|---|---|---|---|---|
| | **Trading Broker** | | | | | | |
| | **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | | | |
| | **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | | **Local Net Amount** | |
| | **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | | **Local Price** | **Status** |
| | **Cash Offset Number** | | **Settlement Policy** | **Order Date** | | **Days Late** | **Local Currency** |
| | **Comments** | | | | | | **CA Hold** |

| B | Purchase | | | | | | |
|---|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | | |
| | MORGAN STANLEY & CO LLC | | US00507V1098 | 8/3/2020 | | 1,955.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | | 1202160337236 | 8/3/2020 | | -163,037.42 | **SETTLEMENT** |
| | | | 3693849095 | 8/5/2020 | | 83.3916010000 | UNITED STATES |
| | | | | 8/5/2020 | | | DOLLAR (USD) |
| | | | | | | 0 | N |
| | | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | | |
| | 1202180040297 A | | | | | | |

| B | Purchase | | | | | | |
|---|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | | |
| | GOLDMAN SACHS AND CO | | US00507V1098 | 8/6/2020 | | 33,930.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | | 1202190313826 | 8/6/2020 | | -2,937,343.86 | **SETTLEMENT** |
| | | | 3700392120 | 8/10/2020 | | 86.5672001000 | UNITED STATES |
| | | | | 8/10/2020 | | | DOLLAR (USD) |
| | | | | | | 0 | N |
| | | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | | |
| | 1202230028989 A | | | | | | |

| B | Purchase | | | | | | |
|---|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | | |
| | ITG INC | | US00507V1098 | 8/7/2020 | | 12,822.0000 | **Settled - ACTUAL** |
| | ITG INC | | 1202200303205 | 8/7/2020 | | -1,062,047.55 | **SETTLEMENT** |
| | | | 3702255170 | 8/11/2020 | | 82.8266003000 | UNITED STATES |
| | | | | 8/11/2020 | | | DOLLAR (USD) |
| | | | | | | 0 | N |
| | | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | | |
| | 1202240034662 A | | | | | | |

**APG DME CCL**

Create Date 1/1/2019 - 10/8/2021

| | Description | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | **Shares/Par** | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 8/10/2020 | 47,103.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1202230289199 | 8/10/2020 | -3,862,196.35 | **SETTLEMENT** |
| | | 3703687206 | 8/12/2020 | 81.9911999000 | UNITED STATES |
| | | | 8/12/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | 1202250038900 A | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 8/11/2020 | 39,835.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1202240333706 | 8/11/2020 | -3,183,226.80 | **SETTLEMENT** |
| | | 3705578532 | 8/13/2020 | 79.9068000000 | UNITED STATES |
| | | | 8/13/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | 1202260055644 A | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | ITG INC | US00507V1098 | 8/12/2020 | 37,188.0000 | **Settled - ACTUAL** |
| | ITG INC | 1202250321175 | 8/12/2020 | -3,029,598.52 | **SETTLEMENT** |
| | | 3707604869 | 8/14/2020 | 81.4636000000 | UNITED STATES |
| | | | 8/14/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | 1202270023376 A | | | | |

BNY MELLON

**Custody Security Transactions By Security**

Report ID: ICUS0015

**APG DME CCL**

Create Date 1/1/2019 - 10/8/2021

| | Description | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | **Shares/Par** | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | ITG INC | US00507V1098 | 8/13/2020 | 7,429.0000 | **Settled - ACTUAL** |
| | ITG INC | 1202260328941 | 8/13/2020 | -610,056.11 | **SETTLEMENT** |
| | | 3709524971 | 8/17/2020 | 82.1147004000 | UNITED STATES DOLLAR (USD) |
| | | | 8/17/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1202300025918 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/14/2020 | 8,440.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202270290334 | 8/14/2020 | -682,138.52 | **SETTLEMENT** |
| | | 3711179170 | 8/18/2020 | 80.8185995000 | UNITED STATES DOLLAR (USD) |
| | | | 8/18/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1202310028758 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/17/2020 | 1,431.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202300284475 | 8/17/2020 | -116,540.50 | **SETTLEMENT** |
| | | 3712761565 | 8/19/2020 | 81.4364011000 | UNITED STATES DOLLAR (USD) |
| | | | 8/19/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | 1202320020849 A | | | | |

**BNY MELLON**

**APG DME CCL**                                                    Create Date 1/1/2019 - 10/8/2021

| | Description | | | | | |
|---|---|---|---|---|---|---|
| | Trading Broker | | ISIN | Create Date | Shares/Par | |
| | Clearing Broker | | Reference Number | Trade/Ex Date | | |
| | Buyer Order Party | | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | | CA Hold |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 8/18/2020 | | 2,919.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1202310337771 | 8/18/2020 | | -241,291.84 | **SETTLEMENT** |
| | | 3714566937 | 8/20/2020 | | 82.6589996000 | UNITED STATES |
| | | | 8/20/2020 | | | DOLLAR (USD) |
| | | Contractual | - | | 0 | N |

Cash Offset - 8391918400
1202330052487 A

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/19/2020 | | 73.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202320282919 | 8/19/2020 | | -6,023.17 | **SETTLEMENT** |
| | | 3716318023 | 8/21/2020 | | 82.5056164000 | UNITED STATES |
| | | | 8/21/2020 | | | DOLLAR (USD) |
| | | Contractual | - | | 0 | N |

Cash Offset - 8391918400
1202340021277 A

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 8/20/2020 | | 9,062.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1202330299009 | 8/20/2020 | | -751,377.55 | **SETTLEMENT** |
| | | 3717955578 | 8/24/2020 | | 82.9117005000 | UNITED STATES |
| | | | 8/24/2020 | | | DOLLAR (USD) |
| | | Contractual | - | | 0 | N |

Cash Offset - 8391918400
1202370025489 A

---

**BNY MELLON**

| APG DME CCL | | | Custody Security Transactions By Security<br>Create Date 1/1/2019 - 10/8/2021 | | Report ID: ICUS0015 |

| | Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|---|
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>J P MORGAN SECS LLC<br>J.P. MORGAN CLEARING CORP. | US00507V1098<br>1202370312670<br>3721176251<br>Contractual | 8/24/2020<br>8/24/2020<br>8/26/2020<br>8/26/2020<br>- | 2,726.0000<br>-225,476.18<br>82.7096991000<br>0 | **Settled - ACTUAL SETTLEMENT**<br>UNITED STATES DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>1202390039929 A | | | | |
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>ITG INC<br>ITG INC | US00507V1098<br>1202380292289<br>3722870056<br>Contractual | 8/25/2020<br>8/25/2020<br>8/27/2020<br>8/27/2020<br>- | 9,445.0000<br>-787,143.47<br>83.3362001000<br>0 | **Settled - ACTUAL SETTLEMENT**<br>UNITED STATES DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>INSTRUCTION HAS BEEN MATCHED 1202400036727 A | | | | |
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>ITG INC<br>ITG INC | US00507V1098<br>1202400300894<br>3726446629<br>Contractual | 8/27/2020<br>8/27/2020<br>8/31/2020<br>8/31/2020<br>- | 15.0000<br>-1,259.80<br>83.9833333000<br>0 | **Settled - ACTUAL SETTLEMENT**<br>UNITED STATES DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>INSTRUCTION HAS BEEN MATCHED 1202440026520 A | | | | |

BNY MELLON   **APG DME CCL**

| | Description / Trading Broker / Clearing Broker / Buyer Order Party / Seller Order Party / Cash Offset Number / Comments | ISIN / Reference Number / Client Reference / Market Reference / Settlement Policy | Create Date / Trade/Ex Date / Contract Settle / Pay Date / Actual Settle Date / Order Date | Shares/Par / Local Net Amount / Local Price / Days Late | Status / Local Currency / CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | ITG INC | US00507V1098 | 8/28/2020 | 1,606.0000 | **Settled - ACTUAL** |
| | ITG INC | 1202410297916 | 8/28/2020 | -133,278.89 | **SETTLEMENT** |
| | | 3728321295 | 9/1/2020 | 82.9846014000 | UNITED STATES DOLLAR (USD) |
| | | | 9/1/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202450031310 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | ITG INC | US00507V1098 | 9/1/2020 | 1,677.0000 | **Settled - ACTUAL** |
| | ITG INC | 1202450325806 | 9/1/2020 | -139,684.04 | **SETTLEMENT** |
| | | 3733193027 | 9/3/2020 | 83.2905008000 | UNITED STATES DOLLAR (USD) |
| | | | 9/3/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202470027428 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 9/3/2020 | 10,420.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1202470361735 | 9/3/2020 | -839,224.72 | **SETTLEMENT** |
| | | 3737322566 | 9/8/2020 | 80.5363003000 | UNITED STATES DOLLAR (USD) |
| | | | 9/8/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202520048978 A | | | | |

Report ID: ICUS0015

**BNY MELLON**
**APG DME CCL**

| | Description | ISIN | Create Date | Shares/Par | | Status |
|---|---|---|---|---|---|---|
| | Trading Broker | Reference Number | Trade/Ex Date | | | |
| | Clearing Broker | Client Reference | Contract Settle / Pay Date | Local Net Amount | | |
| | Buyer Order Party | Market Reference | Actual Settle Date | Local Price | | |
| | Seller Order Party | Settlement Policy | Order Date | Days Late | Local Currency | |
| | Cash Offset Number | | | | CA Hold | |
| | Comments | | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 9/4/2020 | 8,661.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1202480317872 | 9/4/2020 | -677,182.80 | **SETTLEMENT** UNITED STATES |
| | | 3739195844 | 9/9/2020 | 78.1840999000 | DOLLAR (USD) |
| | | | 9/9/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1202530041735 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 9/8/2020 | 16.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202520253896 | 9/8/2020 | -1,226.16 | **SETTLEMENT** UNITED STATES |
| | | 3741819526 | 9/10/2020 | 76.6312500000 | DOLLAR (USD) |
| | | | 9/10/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1202540046288 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 9/9/2020 | 28,341.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1202530326799 | 9/9/2020 | -2,240,903.03 | **SETTLEMENT** UNITED STATES |
| | | 3743869267 | 9/11/2020 | 79.0658000000 | DOLLAR (USD) |
| | | | 9/11/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1202550029800 A

**BNY MELLON**

Custody Security Transactions
By Security

Report ID: ICUS0015

**APG DME CCL**

Create Date 1/1/2019 - 10/8/2021

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | Trading Broker | Reference Number | Trade/Ex Date | | |
| | Clearing Broker | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Buyer Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Seller Order Party | Settlement Policy | Order Date | Days Late | Local Currency |
| | Cash Offset Number | | | | CA Hold |
| | Comments | | | | |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | ITG INC | US00507V1098 | 9/17/2020 | 1,503.0000 | Settled - ACTUAL SETTLEMENT |
| | ITG INC | 1202610339925 | 9/17/2020 | -118,215.91 | UNITED STATES |
| | | 3755488269 | 9/21/2020 | 78.6498003000 | DOLLAR (USD) |
| | | | 9/21/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | NARRATIVE REASON PENDED BY COUNTERPARTY | | | | |
| | 1202650046724 A | | | | |
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | ITG INC | US00507V1098 | 9/18/2020 | 829.0000 | Settled - ACTUAL SETTLEMENT |
| | ITG INC | 1202620349225 | 9/18/2020 | -65,675.12 | UNITED STATES |
| | | 3758116367 | 9/22/2020 | 79.2186007000 | DOLLAR (USD) |
| | | | 9/22/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202660030936 A | | | | |
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 9/30/2020 | 29,320.0000 | Settled - ACTUAL SETTLEMENT |
| | J.P. MORGAN CLEARING CORP. | 1202740333012 | 9/30/2020 | -2,373,556.62 | UNITED STATES |
| | | 3775108508 | 10/2/2020 | 80.9500000000 | DOLLAR (USD) |
| | | | 10/2/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202760021511 A | | | | |

**BNY MELLON**

| APG DME CCL | | Create Date 1/1/2019 - 10/8/2021 | | | |
|---|---|---|---|---|---|
| **Description** | | | | | |
| **Trading Broker** | **ISIN** | **Create Date** | | **Shares/Par** | |
| **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | | |
| **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | | **Local Net Amount** | |
| **Seller Order Party** | **Market Reference** | **Actual Settle Date** | | **Local Price** | **Status** |
| **Cash Offset Number** | **Settlement Policy** | **Order Date** | | **Days Late** | **Local Currency** |
| **Comments** | | | | | **CA Hold** |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 10/1/2020 | | 3,012.0000 | Settled - ACTUAL |
| | CITIGROUP GLOBAL MARKETS INC | 1202750368421 | 10/1/2020 | | -249,336.07 | SETTLEMENT |
| | | 3777079544 | 10/5/2020 | | 82.7774003000 | UNITED STATES DOLLAR (USD) |
| | | | 10/5/2020 | | 0 | N |
| | | Contractual | - | | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1202790036465 A

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 10/5/2020 | | 20,950.0000 | Settled - ACTUAL |
| | GOLDMAN SACHS AND CO | 1202790308364 | 10/5/2020 | | -1,667,607.44 | SETTLEMENT |
| | | 3780720145 | 10/7/2020 | | 79.5959002000 | UNITED STATES DOLLAR (USD) |
| | | | 10/7/2020 | | 0 | N |
| | | Contractual | - | | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1202810038371 A

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 10/7/2020 | | 36,493.0000 | Settled - ACTUAL |
| | GOLDMAN SACHS AND CO | 1202810300622 | 10/7/2020 | | -2,856,434.84 | SETTLEMENT |
| | | 3784568939 | 10/9/2020 | | 78.2700000000 | UNITED STATES DOLLAR (USD) |
| | | | 10/9/2020 | | 0 | N |
| | | Contractual | - | | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1202830023597 A

**BNY MELLON**

**Custody Security Transactions By Security**

APG DME CCL

Create Date 1/1/2019 - 10/8/2021

| | Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br><br><br>Local Currency<br>CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 10/8/2020 | 452.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202820324477 | 10/8/2020 | -35,217.17 | **SETTLEMENT** |
| | | 3786481716 | 10/13/2020 | 77.9105973000 | UNITED STATES DOLLAR (USD) |
| | | | 10/13/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202870064098 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 10/9/2020 | 25,978.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202830310298 | 10/9/2020 | -2,031,905.64 | **SETTLEMENT** |
| | | 3788262487 | 10/14/2020 | 78.2129001000 | UNITED STATES DOLLAR (USD) |
| | | | 10/14/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202880031538 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 10/12/2020 | 4,049.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1202860181304 | 10/12/2020 | -327,189.97 | **SETTLEMENT** |
| | | 3789943946 | 10/14/2020 | 80.8040997000 | UNITED STATES DOLLAR (USD) |
| | | | 10/14/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1202880070605 A | | | | |

**BNY MELLON**

**APG DME CCL**

| Description | | | | | |
|---|---|---|---|---|---|
| **Trading Broker** | | **ISIN** | **Create Date** | | |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | | |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | **Shares/Par** | |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | **Local Net Amount** | |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** | **Local Price** | **Status** |
| **Comments** | | | | **Days Late** | **Local Currency** |
| | | | | | **CA Hold** |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 10/26/2020 | 2,027.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1203000277963 | 10/26/2020 | -163,447.95 | **SETTLEMENT** |
| | | 3809553773 | 10/28/2020 | 80.6318993000 | UNITED STATES |
| | | | 10/28/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1203020044849 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 10/26/2020 | 129.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1203000285852 | 10/26/2020 | -10,383.35 | **SETTLEMENT** |
| | | 3809673740 | 10/28/2020 | 80.4900000000 | UNITED STATES |
| | | | 10/28/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1203020047749 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 10/27/2020 | 6,890.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1203010302448 | 10/27/2020 | -558,277.41 | **SETTLEMENT** |
| | | 3811771456 | 10/29/2020 | 81.0236995000 | UNITED STATES |
| | | | 10/29/2020 | | DOLLAR (USD) |
| | | Contractual | - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1203030041971 A | | | | |

10/11/2021 10:01:56 AM EDT

**BNY MELLON**

| APG DME CCL | | | |
|---|---|---|---|

| Description | | | |
|---|---|---|---|
| **Trading Broker** | **ISIN** | **Create Date** | |
| **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | **Shares/Par** |
| **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** |
| **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** **Status** |
| **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** **Local Currency** |
| **Comments** | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 10/28/2020 | 13,672.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1203020318754 | 10/28/2020 | -1,089,796.49 | **SETTLEMENT** UNITED STATES |
| | | 3814166763 | 10/30/2020 | 79.7066003000 | DOLLAR (USD) |
| | | | 10/30/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN | | | | |
| | 1203040023619 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 10/30/2020 | 18,355.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1203040332295 | 10/30/2020 | -1,386,257.70 | **SETTLEMENT** UNITED STATES |
| | | 3819230218 | 11/3/2020 | 75.5212999000 | DOLLAR (USD) |
| | | | 11/3/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | NARRATIVE REASON PENDED BY COUNTERPARTY | | | | |
| | 1203080030863 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 11/3/2020 | 19,284.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1203080178578 | 11/2/2020 | -1,477,461.01 | **SETTLEMENT** UNITED STATES |
| | | 3822272239 | 11/4/2020 | 76.6123999000 | DOLLAR (USD) |
| | | | 11/4/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN | | | | |
| | 1203090028073 A | | | | |

**BNY MELLON**

Custody Security Transactions
By Security

APG DME CCL

Create Date 1/1/2019 - 10/8/2021

Report ID: ICUS0015

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | | |
| | Clearing Broker | Reference Number | Trade/Ex Date | Shares/Par | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 11/3/2020 | 1,023.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1203080329123 | 11/3/2020 | -78,015.11 | **SETTLEMENT** |
| | | 3824411350 | 11/5/2020 | 76.2600000000 | UNITED STATES DOLLAR (USD) |
| | | | 11/5/2020 | 0 | N |
| | | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1203100037387 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 11/3/2020 | 1,407.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1203080319302 | 11/3/2020 | -107,920.84 | **SETTLEMENT** |
| | | 3824282742 | 11/5/2020 | 76.6993034000 | UNITED STATES DOLLAR (USD) |
| | | | 11/5/2020 | 0 | N |
| | | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1203100034904 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 11/4/2020 | 11,215.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1203090306970 | 11/4/2020 | -888,801.08 | **SETTLEMENT** |
| | | 3826407604 | 11/6/2020 | 79.2475996000 | UNITED STATES DOLLAR (USD) |
| | | | 11/6/2020 | 0 | N |
| | | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1203110023442 A

**BNY MELLON**

**APG DME CCL**

| | Description / Trading Broker / Clearing Broker / Buyer Order Party / Seller Order Party / Cash Offset Number / Comments | ISIN / Reference Number / Client Reference / Market Reference / Settlement Policy | Create Date / Trade/Ex Date / Contract Settle / Pay Date / Actual Settle Date / Order Date | Shares/Par / Local Net Amount / Local Price / Days Late | Status / Local Currency / CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 11/9/2020 | 6,314.0000 | Settled - ACTUAL SETTLEMENT |
| | CITIGROUP GLOBAL MARKETS INC | 1203140362213 | 11/9/2020 | -477,054.27 | UNITED STATES DOLLAR (USD) |
| | | 3833465906 | 11/12/2020 | 75.5514998000 | |
| | | | 11/12/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1203170109114 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 11/9/2020 | 19,027.0000 | Settled - ACTUAL SETTLEMENT |
| | J.P. MORGAN CLEARING CORP. | 1203140331081 | 11/9/2020 | -1,465,729.72 | UNITED STATES DOLLAR (USD) |
| | | 3833466692 | 11/12/2020 | 77.0307000000 | |
| | | | 11/12/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1203170101548 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 12/4/2020 | 4,983.0000 | Settled - ACTUAL SETTLEMENT |
| | GOLDMAN SACHS AND CO | 1203390354503 | 12/4/2020 | -400,605.29 | UNITED STATES DOLLAR (USD) |
| | | 3881694813 | 12/8/2020 | 80.3908990000 | |
| | | | 12/8/2020 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN 1203430035782 A | | | | |

**BNY MELLON**    Report ID: ICUS0015

APG DME CCL

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | Shares/Par | |
| | Clearing Broker | Reference Number | Trade/Ex Date | | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 12/18/2020 | 65.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1203530387996 | 12/18/2020 | -5,825.60 | **SETTLEMENT** |
| | | 3907633468 | 12/22/2020 | 89.6210769000 | UNITED STATES DOLLAR (USD) |
| | | | 12/22/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1203570047089 A

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 12/22/2020 | 15.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1203570390347 | 12/22/2020 | -1,337.02 | **SETTLEMENT** |
| | | 3914021430 | 12/24/2020 | 89.1313333000 | UNITED STATES DOLLAR (USD) |
| | | | 12/24/2020 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1203590050395 A

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 1/4/2021 | 1,294.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1210040311061 | 1/4/2021 | -117,044.50 | **SETTLEMENT** |
| | | 3925666601 | 1/6/2021 | 90.4481993000 | UNITED STATES DOLLAR (USD) |
| | | | 1/6/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210060025855 A

**BNY MELLON**

Report ID: ICUS0015

**APG DME CCL**

Create Date 1/1/2019 - 10/8/2021

| | Description | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | **Shares/Par** | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 1/4/2021 | 72.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1210040330019 | 1/4/2021 | -6,472.88 | **SETTLEMENT** |
| | | 3925866326 | 1/6/2021 | 89.9000000000 | UNITED STATES |
| | | | 1/6/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210060031412 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 1/5/2021 | 64.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1210050358321 | 1/5/2021 | -5,785.89 | **SETTLEMENT** |
| | | 3928137808 | 1/7/2021 | 90.4010937000 | UNITED STATES |
| | | | 1/7/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210070057253 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 1/6/2021 | 14.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1210060354701 | 1/6/2021 | -1,232.02 | **SETTLEMENT** |
| | | 3930680496 | 1/8/2021 | 88.0000000000 | UNITED STATES |
| | | | 1/8/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210080050703 A | | | | |

**BNY MELLON**

**APG DME CCL**

| | Description / Trading Broker / Clearing Broker / Buyer Order Party / Seller Order Party / Cash Offset Number / Comments | ISIN / Reference Number / Client Reference / Market Reference / Settlement Policy | Create Date / Trade/Ex Date / Contract Settle / Pay Date / Actual Settle Date / Order Date | Shares/Par / Local Net Amount / Local Price / Days Late | Status / Local Currency / CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 1/6/2021 | 176.0000 | Settled - ACTUAL |
| | CITIGROUP GLOBAL MARKETS INC | 1210060369800 | 1/6/2021 | -15,649.29 | SETTLEMENT |
| | | 3930502503 | 1/8/2021 | 88.9128977000 | UNITED STATES DOLLAR (USD) |
| | | | 1/8/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210080055592 A | | | | |
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 1/11/2021 | 111.0000 | Settled - ACTUAL |
| | J.P. MORGAN CLEARING CORP. | 1210110346502 | 1/11/2021 | -10,116.23 | SETTLEMENT |
| | | 3938854446 | 1/13/2021 | 91.1336936000 | UNITED STATES DOLLAR (USD) |
| | | | 1/13/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210130024734 A | | | | |
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 1/13/2021 | 1,144.0000 | Settled - ACTUAL |
| | CITIGROUP GLOBAL MARKETS INC | 1210130399145 | 1/13/2021 | -102,751.90 | SETTLEMENT |
| | | 3944682103 | 1/15/2021 | 89.8145979000 | UNITED STATES DOLLAR (USD) |
| | | | 1/15/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210150064335 A | | | | |

BNY MELLON

Custody Security Transactions
By Security

Report ID: ICUS0015

**APG DME CCL**

Create Date 1/1/2019 - 10/8/2021

| Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|
| **B**   Purchase | | | | |
| **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| NESBITT BURNS | US00507V1098 | 1/15/2021 | 8.0000 | **Settled - ACTUAL** |
| NESBITT BURNS | 1210150380546 | 1/15/2021 | -725.53 | **SETTLEMENT** |
| | 3950533924 | 1/20/2021 | 90.6900000000 | UNITED STATES |
| | | 1/20/2021 | | DOLLAR (USD) |
| | Contractual | - | 0 | N |
| Cash Offset - 8391918400 | | | | |
| INSTRUCTION HAS BEEN MATCHED 1210200052074 A | | | | |
| **B**   Purchase | | | | |
| **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| J P MORGAN SECS LLC | US00507V1098 | 1/15/2021 | 504.0000 | **Settled - ACTUAL** |
| J.P. MORGAN CLEARING CORP. | 1210150361528 | 1/15/2021 | -45,452.98 | **SETTLEMENT** |
| | 3950349498 | 1/20/2021 | 90.1809920000 | UNITED STATES |
| | | 1/20/2021 | | DOLLAR (USD) |
| | Contractual | - | 0 | N |
| Cash Offset - 8391918400 | | | | |
| NARRATIVE REASON PENDED BY COUNTERPARTY<br>1210200038399 A | | | | |
| **B**   Purchase | | | | |
| **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 1/22/2021 | 1,817.0000 | **Settled - ACTUAL** |
| CITIGROUP GLOBAL MARKETS INC | 1210220452271 | 1/22/2021 | -171,555.87 | **SETTLEMENT** |
| | 3962032506 | 1/26/2021 | 94.4135993000 | UNITED STATES |
| | | 1/26/2021 | | DOLLAR (USD) |
| | Contractual | - | 0 | N |
| Cash Offset - 8391918400 | | | | |
| INSTRUCTION HAS BEEN MATCHED 1210260062959 A | | | | |

Report ID: ICUS0015

**BNY MELLON**

APG DME CCL

| | Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|---|---|
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>J P MORGAN SECS LLC<br>J.P. MORGAN CLEARING CORP. | | US00507V1098<br>1210250345127<br>3964441188<br>Contractual | 1/25/2021<br>1/25/2021<br>1/27/2021<br>1/27/2021<br>- | 1,017.0000<br>-95,513.89<br>93.9137954000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>INSTRUCTION HAS BEEN MATCHED 1210270055851 A | | | | | |
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>GOLDMAN SACHS AND CO<br>GOLDMAN SACHS AND CO | | US00507V1098<br>1210260364480<br>3966763247<br>Contractual | 1/26/2021<br>1/26/2021<br>1/28/2021<br>1/28/2021<br>- | 8,684.0000<br>-805,460.10<br>92.7486999000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN<br>1210280030937 A | | | | | |
| B | Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001**<br>NESBITT BURNS<br>NESBITT BURNS | | US00507V1098<br>1210270389087<br>3969718470<br>Contractual | 1/27/2021<br>1/27/2021<br>1/29/2021<br>1/29/2021<br>- | 125.0000<br>-11,083.89<br>88.6700000000<br>0 | Settled - ACTUAL<br>SETTLEMENT<br>UNITED STATES<br>DOLLAR (USD)<br>N |
| | Cash Offset - 8391918400<br>INSTRUCTION HAS BEEN MATCHED 1210290045872 A | | | | | |

BNY MELLON

| APG DME CCL | | | | | |
|---|---|---|---|---|---|
| | | | Create Date 1/1/2019 - 10/8/2021 | | |
| **Description** | | | | | |
| **Trading Broker** | | **ISIN** | **Create Date** | | |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | **Shares/Par** | |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| **Comments** | | | | | **CA Hold** |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 1/27/2021 | 22,610.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1210270369576 | 1/27/2021 | -2,024,653.14 | **SETTLEMENT** |
| | | 3969486112 | 1/29/2021 | 89.5432998000 | UNITED STATES |
| | | | 1/29/2021 | | DOLLAR (USD) |
| | | | Contractual - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210290036872 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 1/28/2021 | 39,693.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1210280444957 | 1/28/2021 | -3,600,305.94 | **SETTLEMENT** |
| | | 3972431466 | 2/1/2021 | 90.7003000000 | UNITED STATES |
| | | | 2/1/2021 | | DOLLAR (USD) |
| | | | Contractual - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210320048761 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 1/29/2021 | 69.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1210290424999 | 1/29/2021 | -6,279.08 | **SETTLEMENT** |
| | | 3975686050 | 2/2/2021 | 91.0000000000 | UNITED STATES |
| | | | 2/2/2021 | | DOLLAR (USD) |
| | | | Contractual - | 0 | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210330059472 A | | | | |

Report ID: ICUS0015

**APG DME CCL**

Create Date 1/1/2019 - 10/8/2021

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | | |
| | Clearing Broker | Reference Number | Trade/Ex Date | Shares/Par | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 1/29/2021 | 1,918.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1210290397375 | 1/29/2021 | -174,000.00 | **SETTLEMENT** |
| | | 3975490702 | 2/2/2021 | 90.7160010000 | UNITED STATES DOLLAR (USD) |
| | | | 2/2/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
NARRATIVE REASON PENDED BY COUNTERPARTY
1210330047941 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 2/2/2021 | 1,193.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1210330396807 | 2/2/2021 | -111,226.38 | **SETTLEMENT** |
| | | 3980893554 | 2/4/2021 | 93.2290025000 | UNITED STATES DOLLAR (USD) |
| | | | 2/4/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1210350051262 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 2/4/2021 | 12,152.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1210350385030 | 2/4/2021 | -1,129,324.24 | **SETTLEMENT** |
| | | 3986096522 | 2/8/2021 | 92.9296996000 | UNITED STATES DOLLAR (USD) |
| | | | 2/8/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210390034078 A

**BNY MELLON**

| APG DME CCL | | | Create Date 1/1/2019 - 10/8/2021 | | |
|---|---|---|---|---|---|

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | | ISIN | Create Date | |
| | Clearing Broker | | Reference Number | Trade/Ex Date | |
| | Buyer Order Party | | Client Reference | Contract Settle / Pay Date | Shares/Par |
| | Seller Order Party | | Market Reference | Actual Settle Date | Local Net Amount |
| | Cash Offset Number | | Settlement Policy | Order Date | Local Price  Status |
| | Comments | | | | Days Late  Local Currency |
| | | | | | CA Hold |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | | US00507V1098 | 2/24/2021 | 9,288.0000  **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | | 1210550464601 | 2/24/2021 | -887,421.03  **SETTLEMENT** |
| | | | 4020660059 | 2/26/2021 | 95.5413996000  UNITED STATES |
| | | | | 2/26/2021 | DOLLAR (USD) |
| | | | Contractual | - | 0  N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210570062449 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | | US00507V1098 | 2/25/2021 | 6,094.0000  **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | | 1210560390475 | 2/25/2021 | -580,000.11  **SETTLEMENT** |
| | | | 4025082675 | 3/1/2021 | 95.1721004000  UNITED STATES |
| | | | | 3/1/2021 | DOLLAR (USD) |
| | | | Contractual | - | 0  N |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN 1210600046251 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | | US00507V1098 | 2/26/2021 | 662.0000  **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | | 1210570432861 | 2/26/2021 | -63,731.01  **SETTLEMENT** |
| | | | 4030263862 | 3/2/2021 | 96.2669033000  UNITED STATES |
| | | | | 3/2/2021 | DOLLAR (USD) |
| | | | Contractual | - | 0  N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210610037473 A | | | | |

Report ID: ICUS0015

**BNY MELLON**

**APG DME CCL**

| Description / Trading Broker / Clearing Broker / Buyer Order Party / Seller Order Party / Cash Offset Number / Comments | ISIN / Reference Number / Client Reference / Market Reference / Settlement Policy | Create Date / Trade/Ex Date / Contract Settle / Pay Date / Actual Settle Date / Order Date | Shares/Par / Local Net Amount / Local Price / Days Late | Status / United States / Local Currency / CA Hold |
|---|---|---|---|---|
| **B** Purchase | | | | |
| **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| NESBITT BURNS | US00507V1098 | 2/26/2021 | 78.0000 | **Settled - ACTUAL** |
| NESBITT BURNS | 1210570442348 | 2/26/2021 | -7,457.67 | **SETTLEMENT** UNITED STATES |
| | 4030553323 | 3/2/2021 | 95.6100000000 | DOLLAR (USD) |
| | | 3/2/2021 | 0 | N |
| | Contractual | - | | |
| Cash Offset - 8391918400 | | | | |
| INSTRUCTION HAS BEEN MATCHED 1210610040021 A | | | | |
| **B** Purchase | | | | |
| **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| MORGAN STANLEY & CO LLC | US00507V1098 | 3/4/2021 | 12,238.0000 | **Settled - ACTUAL** |
| MORGAN STANLEY & CO LLC | 1210630403024 | 3/4/2021 | -1,126,231.32 | **SETTLEMENT** UNITED STATES |
| | 4044810772 | 3/8/2021 | 92.0239001000 | DOLLAR (USD) |
| | | 3/8/2021 | 0 | N |
| | Contractual | - | | |
| Cash Offset - 8391918400 | | | | |
| INSTRUCTION HAS BEEN MATCHED 1210670034760 A | | | | |
| **B** Purchase | | | | |
| **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| MORGAN STANLEY & CO LLC | US00507V1098 | 3/5/2021 | 23,578.0000 | **Settled - ACTUAL** |
| MORGAN STANLEY & CO LLC | 1210640396270 | 3/5/2021 | -2,171,981.78 | **SETTLEMENT** UNITED STATES |
| | 4048093164 | 3/9/2021 | 92.1155000000 | DOLLAR (USD) |
| | | 3/9/2021 | 0 | N |
| | Contractual | - | | |
| Cash Offset - 8391918400 | | | | |
| INSTRUCTION HAS BEEN MATCHED 1210680051493 A | | | | |

**BNY MELLON**

**APG DME CCL**

| | Description / Trading Broker / Clearing Broker / Buyer Order Party / Seller Order Party / Cash Offset Number / Comments | ISIN / Reference Number / Client Reference / Market Reference / Settlement Policy | Create Date / Trade/Ex Date / Contract Settle / Pay Date / Actual Settle Date / Order Date | Shares/Par / Local Net Amount / Local Price / Days Late | Status / Local Currency / CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 3/9/2021 | 35,510.0000 | Settled - ACTUAL SETTLEMENT |
| | J.P. MORGAN CLEARING CORP. | 1210680445687 | 3/9/2021 | -3,301,325.63 | UNITED STATES |
| | | 4053753624 | 3/11/2021 | 92.9653998000 | DOLLAR (USD) |
| | | | 3/11/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN 1210700053154 A | | | | |
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 3/10/2021 | 265.0000 | Settled - ACTUAL SETTLEMENT |
| | J.P. MORGAN CLEARING CORP. | 1210690380509 | 3/10/2021 | -24,478.90 | UNITED STATES |
| | | 4056176573 | 3/12/2021 | 92.3696981000 | DOLLAR (USD) |
| | | | 3/12/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210710044110 A | | | | |
| B | Purchase | | | | |
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | NESBITT BURNS | US00507V1098 | 3/10/2021 | 89.0000 | Settled - ACTUAL SETTLEMENT |
| | NESBITT BURNS | 1210690399864 | 3/10/2021 | -8,126.69 | UNITED STATES |
| | | 4056337220 | 3/12/2021 | 91.3100000000 | DOLLAR (USD) |
| | | | 3/12/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210710047619 A | | | | |

BNY MELLON

APG DME CCL

Create Date 1/1/2019 - 10/8/2021

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | Shares/Par | |
| | Clearing Broker | Reference Number | Trade/Ex Date | | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 3/11/2021 | 253.0000 | **Settled - ACTUAL SETTLEMENT** |
| | CIBC WORLD MARKETS INC | 1210700421715 | 3/11/2021 | -23,604.68 | UNITED STATES |
| | | 4058684758 | 3/15/2021 | 93.2956126000 | DOLLAR (USD) |
| | | | 3/15/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210740034376 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 3/12/2021 | 1,704.0000 | **Settled - ACTUAL SETTLEMENT** |
| | J.P. MORGAN CLEARING CORP. | 1210710368806 | 3/12/2021 | -157,241.88 | UNITED STATES |
| | | 4061145169 | 3/16/2021 | 92.2746009000 | DOLLAR (USD) |
| | | | 3/16/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210750034375 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 3/15/2021 | 12.0000 | **Settled - ACTUAL SETTLEMENT** |
| | NESBITT BURNS | 1210740372350 | 3/15/2021 | -1,110.91 | UNITED STATES |
| | | 4063717517 | 3/17/2021 | 92.5750000000 | DOLLAR (USD) |
| | | | 3/17/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210760057353 A | | | | |

| BNY MELLON | | | |
|---|---|---|---|
| APG DME CCL | | | |

| | Description | ISIN | Create Date | Shares/Par |
|---|---|---|---|---|
| | Trading Broker | | | |
| | Clearing Broker | Reference Number | Trade/Ex Date | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price / Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late / Local Currency |
| | Comments | | | CA Hold |

| B | Purchase | | | |
|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 3/15/2021 | 7,541.0000 / **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1210740351304 | 3/15/2021 | -694,507.24 / **SETTLEMENT** UNITED STATES |
| | | 4063532585 | 3/17/2021 | 92.0939994000 / DOLLAR (USD) |
| | | | 3/17/2021 | 0 / N |
| | | Contractual | - | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210760049463 A

| B | Purchase | | | |
|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 3/16/2021 | 10,138.0000 / **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1210750378353 | 3/16/2021 | -951,460.42 / **SETTLEMENT** UNITED STATES |
| | | 4066024153 | 3/18/2021 | 93.8473998000 / DOLLAR (USD) |
| | | | 3/18/2021 | 0 / N |
| | | Contractual | - | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210770027864 A

| B | Purchase | | | |
|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 3/17/2021 | 22,523.0000 / **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1210760369286 | 3/17/2021 | -2,072,422.31 / **SETTLEMENT** UNITED STATES |
| | | 4068603551 | 3/19/2021 | 92.0100998000 / DOLLAR (USD) |
| | | | 3/19/2021 | 0 / N |
| | | Contractual | - | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1210780047559 A

**BNY MELLON**

APG DME CCL

| Description | | | | |
|---|---|---|---|---|
| **Trading Broker** | | ISIN | Create Date | |
| **Clearing Broker** | | Reference Number | Trade/Ex Date | |
| **Buyer Order Party** | | Client Reference | Contract Settle / Pay Date | Shares/Par |
| **Seller Order Party** | | Market Reference | Actual Settle Date | Local Net Amount |
| **Cash Offset Number** | | Settlement Policy | Order Date | Local Price  Status |
| **Comments** | | | | Days Late  Local Currency |
| | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 3/18/2021 | 478.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1210770372106 | 3/18/2021 | -43,153.07 | **SETTLEMENT** |
| | | 4071153783 | 3/22/2021 | 90.2748953000 | UNITED STATES DOLLAR (USD) |
| | | | 3/22/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210810050050 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 3/19/2021 | 29,448.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1210780378016 | 3/19/2021 | -2,672,927.23 | **SETTLEMENT** |
| | | 4074421836 | 3/23/2021 | 90.7641999000 | UNITED STATES DOLLAR (USD) |
| | | | 3/23/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210820039019 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 3/22/2021 | 64.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1210810405497 | 3/22/2021 | -5,879.90 | **SETTLEMENT** |
| | | 4077805439 | 3/24/2021 | 91.8700000000 | UNITED STATES DOLLAR (USD) |
| | | | 3/24/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210830045629 A

**BNY MELLON**

Report ID: ICUS0015

| APG DME CCL | | | | | |
|---|---|---|---|---|---|
| **Description** | | | | | |
| **Trading Broker** | | **ISIN** | **Create Date** | | |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | **Shares/Par** | |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| **Comments** | | | | | **CA Hold** |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 3/22/2021 | 329.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1210810434358 | 3/22/2021 | -30,225.59 | **SETTLEMENT** |
| | | 4077967864 | 3/24/2021 | 91.8700000000 | UNITED STATES DOLLAR (USD) |
| | | | 3/24/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210830053354 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 3/22/2021 | 9,460.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1210810446112 | 3/22/2021 | -868,950.19 | **SETTLEMENT** |
| | | 4077798914 | 3/24/2021 | 91.8516997000 | UNITED STATES DOLLAR (USD) |
| | | | 3/24/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN 1210830056423 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 3/23/2021 | 13.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1210820387323 | 3/23/2021 | -1,187.95 | **SETTLEMENT** |
| | | 4080402059 | 3/25/2021 | 91.3800000000 | UNITED STATES DOLLAR (USD) |
| | | | 3/25/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210840028013 A | | | | |

**BNY MELLON**

Custody Security Transactions
By Security

| APG DME CCL | | Create Date 1/1/2019 - 10/8/2021 | | | |
|---|---|---|---|---|---|

Report ID: ICUS0015

| Description | | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| Trading Broker | | | | | |
| Clearing Broker | | Reference Number | Trade/Ex Date | | |
| Buyer Order Party | | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| Seller Order Party | | Market Reference | Actual Settle Date | Local Price | Status |
| Cash Offset Number | | Settlement Policy | Order Date | Days Late | Local Currency |
| Comments | | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 3/23/2021 | 122.0000 | **Settled - ACTUAL SETTLEMENT** |
| | GOLDMAN SACHS AND CO | 1210820386565 | 3/23/2021 | -11,196.93 | UNITED STATES |
| | | 4080241390 | 3/25/2021 | 91.7745901000 | DOLLAR (USD) |
| | | | 3/25/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210840027917 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 3/24/2021 | 6,469.0000 | **Settled - ACTUAL SETTLEMENT** |
| | J.P. MORGAN CLEARING CORP. | 1210830423525 | 3/24/2021 | -587,296.57 | UNITED STATES |
| | | 4082914610 | 3/26/2021 | 90.7827995000 | DOLLAR (USD) |
| | | | 3/26/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210850029210 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 3/25/2021 | 1,425.0000 | **Settled - ACTUAL SETTLEMENT** |
| | MORGAN STANLEY & CO LLC | 1210840374685 | 3/25/2021 | -129,101.16 | UNITED STATES |
| | | 4085553769 | 3/29/2021 | 90.5938035000 | DOLLAR (USD) |
| | | | 3/29/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1210880029805 A

**BNY MELLON**

| APG DME CCL | | | Create Date 1/1/2019 - 10/8/2021 | | | |
|---|---|---|---|---|---|---|
| **Description** | | | | | | |
| **Trading Broker** | | **ISIN** | **Create Date** | | | |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | | **Shares/Par** | |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | | **Local Net Amount** | |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | | **Local Price** | **Status** |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** | | **Days Late** | **Local Currency** |
| **Comments** | | | | | | **CA Hold** |

| | | | | | | |
|---|---|---|---|---|---|---|
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 3/29/2021 | | 10,303.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1210880338717 | 3/29/2021 | | -966,334.85 | **SETTLEMENT** UNITED STATES |
| | | 4090705657 | 3/31/2021 | | 93.7880995000 | DOLLAR (USD) |
| | | | 3/31/2021 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210900023524 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 3/31/2021 | | 15,179.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1210900385653 | 3/31/2021 | | -1,420,129.03 | **SETTLEMENT** UNITED STATES |
| | | 4096577446 | 4/5/2021 | | 93.5553000000 | DOLLAR (USD) |
| | | | 4/5/2021 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210950021682 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 4/1/2021 | | 6,012.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1210910386553 | 4/1/2021 | | -571,426.17 | **SETTLEMENT** UNITED STATES |
| | | 4099482720 | 4/6/2021 | | 95.0441001000 | DOLLAR (USD) |
| | | | 4/6/2021 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1210960040776 A | | | | | |

Report ID: ICUS0015

BNY MELLON

| APG DME CCL | | | | |
|---|---|---|---|---|

Create Date 1/1/2019 - 10/8/2021

| Description | | | |
|---|---|---|---|
| **Trading Broker** | | **ISIN** | **Create Date** |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** |
| **Comments** | | | |

| | | | | | Shares/Par | |
|---|---|---|---|---|---|---|
| | | | | | Local Net Amount | |
| | | | | | Local Price | Status |
| | | | | | Days Late | Local Currency |
| | | | | | | CA Hold |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | NESBITT BURNS | | US00507V1098 | 4/1/2021 | 6,656.0000 | Settled - ACTUAL |
| | NESBITT BURNS | | 1210910387977 | 4/1/2021 | -635,921.56 | SETTLEMENT |
| | | | 4099920053 | 4/6/2021 | 95.5400000000 | UNITED STATES |
| | | | | 4/6/2021 | 0 | DOLLAR (USD) |
| | | | Contractual | - | | N |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1210960041351 A

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | MORGAN STANLEY & CO LLC | | US00507V1098 | 4/13/2021 | 832.0000 | Settled - ACTUAL |
| | MORGAN STANLEY & CO LLC | | 1211030384550 | 4/13/2021 | -81,128.40 | SETTLEMENT |
| | | | 4115709988 | 4/15/2021 | 97.5065985000 | UNITED STATES |
| | | | | 4/15/2021 | 0 | DOLLAR (USD) |
| | | | Contractual | - | | N |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1211050048316 A

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | | US00507V1098 | 4/14/2021 | 1,901.0000 | Settled - ACTUAL |
| | J.P. MORGAN CLEARING CORP. | | 1211040348411 | 4/14/2021 | -184,688.80 | SETTLEMENT |
| | | | 4118012774 | 4/16/2021 | 97.1500000000 | UNITED STATES |
| | | | | 4/16/2021 | 0 | DOLLAR (USD) |
| | | | Contractual | - | | N |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211060045858 A

**BNY MELLON**

**APG DME CCL**

| Description | | | | |
|---|---|---|---|---|
| Trading Broker | | ISIN | Create Date | Shares/Par |
| Clearing Broker | | Reference Number | Trade/Ex Date | |
| Buyer Order Party | | Client Reference | Contract Settle / Pay Date | Local Net Amount |
| Seller Order Party | | Market Reference | Actual Settle Date | Local Price  Status |
| Cash Offset Number | | Settlement Policy | Order Date | Days Late  Local Currency |
| Comments | | | | CA Hold |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 4/15/2021 | 579.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1211050360931 | 4/15/2021 | -56,298.20 | **SETTLEMENT** |
| | | 4120222719 | 4/19/2021 | 97.2300000000 | UNITED STATES DOLLAR (USD) |
| | | | 4/19/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211090024312 A

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 4/20/2021 | 14.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1211100342039 | 4/20/2021 | -1,336.49 | **SETTLEMENT** |
| | | 4126885019 | 4/22/2021 | 95.4600000000 | UNITED STATES DOLLAR (USD) |
| | | | 4/22/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211120032170 A

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 4/28/2021 | 2,448.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1211180337979 | 4/28/2021 | -223,734.96 | **SETTLEMENT** |
| | | 4141111224 | 4/30/2021 | 91.3914991000 | UNITED STATES DOLLAR (USD) |
| | | | 4/30/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211200022948 A

BNY MELLON

Custody Security Transactions
By Security
Create Date 1/1/2019 - 10/8/2021

Report ID: ICUS0015

APG DME CCL

| Description Trading Broker Clearing Broker Buyer Order Party Seller Order Party Cash Offset Number Comments | | ISIN Reference Number Client Reference Market Reference Settlement Policy | Create Date Trade/Ex Date Contract Settle / Pay Date Actual Settle Date Order Date | Shares/Par Local Net Amount Local Price Days Late | Status Local Currency CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 5/3/2021 | 245.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1211230319103 | 5/3/2021 | -22,343.88 | **SETTLEMENT** UNITED STATES |
| | | 4148078641 | 5/5/2021 | 91.1960000000 | DOLLAR (USD) |
| | | | 5/5/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN 1211250031217 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 5/4/2021 | 3,798.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1211240350320 | 5/4/2021 | -336,819.93 | **SETTLEMENT** UNITED STATES |
| | | 4150358647 | 5/6/2021 | 88.6800000000 | DOLLAR (USD) |
| | | | 5/6/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211260047543 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 5/5/2021 | 52.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1211250328247 | 5/5/2021 | -4,760.60 | **SETTLEMENT** UNITED STATES |
| | | 4152421954 | 5/7/2021 | 91.5465384000 | DOLLAR (USD) |
| | | | 5/7/2021 | 0 | N |
| | | | Contractual - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211270022668 A | | | | |

APG DME CCL

| Description | | ISIN | Create Date | | Shares/Par | |
|---|---|---|---|---|---|---|
| Trading Broker | | Reference Number | Trade/Ex Date | | Local Net Amount | |
| Clearing Broker | | Client Reference | Contract Settle / Pay Date | | | |
| Buyer Order Party | | Market Reference | Actual Settle Date | | Local Price | Status |
| Seller Order Party | | Settlement Policy | Order Date | | Days Late | Local Currency |
| Cash Offset Number | | | | | | CA Hold |
| Comments | | | | | | |

B  **Purchase**

**ACTIVISION BLIZZARD IN USD 0.000001**

| | | ISIN | US0050 7V1098 | 5/6/2021 | 2,042.0000 | **Settled - ACTUAL** |
|---|---|---|---|---|---|---|
| GOLDMAN SACHS AND CO | | Reference Number | 121126037 3538 | 5/6/2021 | -188,818.23 | **SETTLEMENT** |
| GOLDMAN SACHS AND CO | | Client Reference | 4155300601 | 5/10/2021 | 92.4638001000 | UNITED STATES DOLLAR (USD) |
| | | Market Reference | | 5/10/2021 | 0  N | |
| | | Settlement Policy | Contractual  - | | | |

Cash Offset - 8391918400

INSTRUCTION HAS BEEN MATCHED 1211300032501 A

B  **Purchase**

**ACTIVISION BLIZZARD IN USD 0.000001**

| | | ISIN | US0050 7V1098 | 5/10/2021 | 30.0000 | **Settled - ACTUAL** |
|---|---|---|---|---|---|---|
| NESBITT BURNS | | Reference Number | 121130034 9942 | 5/10/2021 | -2,795.13 | **SETTLEMENT** |
| NESBITT BURNS | | Client Reference | 4160965151 | 5/12/2021 | 93.1700000000 | UNITED STATES DOLLAR (USD) |
| | | Market Reference | | 5/12/2021 | 0  N | |
| | | Settlement Policy | Contractual  - | | | |

Cash Offset - 8391918400

CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1211320050044 A

B  **Purchase**

**ACTIVISION BLIZZARD IN USD 0.000001**

| | | ISIN | US0050 7V1098 | 5/10/2021 | 1,952.0000 | **Settled - ACTUAL** |
|---|---|---|---|---|---|---|
| CITIGROUP GLOBAL MARKETS INC | | Reference Number | 121130036 1657 | 5/10/2021 | -184,169.25 | **SETTLEMENT** |
| CITIGROUP GLOBAL MARKETS INC | | Client Reference | 4160690297 | 5/12/2021 | 94.3455020000 | UNITED STATES DOLLAR (USD) |
| | | Market Reference | | 5/12/2021 | 0  N | |
| | | Settlement Policy | Contractual  - | | | |

Cash Offset - 8391918400

CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1211320053686 A

**BNY MELLON**

| APG DME CCL | | | | |
|---|---|---|---|---|

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | Trading Broker | | | | |
| | Clearing Broker | Reference Number | Trade/Ex Date | | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 5/11/2021 | 4,083.0000 | **Settled - ACTUAL SETTLEMENT** |
| | CITIGROUP GLOBAL MARKETS INC | 1211310383329 | 5/11/2021 | -389,013.95 | UNITED STATES |
| | | 4163528796 | 5/13/2021 | 95.2730002000 | DOLLAR (USD) |
| | | | 5/13/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211330046184 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 5/13/2021 | 3,716.0000 | **Settled - ACTUAL SETTLEMENT** |
| | J.P. MORGAN CLEARING CORP. | 1211330351264 | 5/13/2021 | -347,453.81 | UNITED STATES |
| | | 4169077797 | 5/17/2021 | 93.4986006000 | DOLLAR (USD) |
| | | | 5/17/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211370021843 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 5/17/2021 | 115.0000 | **Settled - ACTUAL SETTLEMENT** |
| | NESBITT BURNS | 1211370338222 | 5/17/2021 | -10,614.63 | UNITED STATES |
| | | 4174415094 | 5/19/2021 | 92.3000000000 | DOLLAR (USD) |
| | | | 5/19/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211390027886 A

**BNY MELLON**

Report ID: ICUS0015

| APG DME CCL | | Create Date 1/1/2019 - 10/8/2021 | | |
|---|---|---|---|---|

| | **Description** | **ISIN** | **Create Date** | **Shares/Par** | |
|---|---|---|---|---|---|
| | **Trading Broker** | | | | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | 2,044.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | US00507V1098 | 5/17/2021 | | **SETTLEMENT** |
| | GOLDMAN SACHS AND CO | 1211370319771 | 5/17/2021 | -188,570.85 | UNITED STATES |
| | | 4174063214 | 5/19/2021 | 92.2522994000 | DOLLAR (USD) |
| | | | 5/19/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211390021982 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | 28,953.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 5/18/2021 | | **SETTLEMENT** |
| | CITIGROUP GLOBAL MARKETS INC | 1211380386860 | 5/18/2021 | -2,734,376.34 | UNITED STATES |
| | | 4176663103 | 5/20/2021 | 94.4384001000 | DOLLAR (USD) |
| | | | 5/20/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211400052140 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | 942.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 5/19/2021 | | **SETTLEMENT** |
| | MORGAN STANLEY & CO LLC | 1211390317788 | 5/19/2021 | -88,427.05 | UNITED STATES |
| | | 4178996491 | 5/21/2021 | 93.8680997000 | DOLLAR (USD) |
| | | | 5/21/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211410020372 A

**APG DME CCL** | Create Date 1/1/2019 - 10/8/2021

| | Description | | | |
|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | **Shares/Par** |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** **Local Currency** |
| | **Comments** | | | **CA Hold** |

| | | | | |
|---|---|---|---|---|
| B | Purchase | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 5/24/2021 | 6,160.0000  **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1211440328949 | 5/24/2021 | -594,547.80  **SETTLEMENT** |
| | | 4185526821 | 5/26/2021 | 96.5140000000  UNITED STATES |
| | | | 5/26/2021 | DOLLAR (USD) |
| | | Contractual | - | 0  N |
| | Cash Offset - 8391918400 | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211460039349 A | | | |
| B | Purchase | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | |
| | NESBITT BURNS | US00507V1098 | 5/28/2021 | 180.0000  **Settled - ACTUAL** |
| | NESBITT BURNS | 1211480377927 | 5/28/2021 | -17,505.20  **SETTLEMENT** |
| | | 4197781265 | 6/2/2021 | 97.2500000000  UNITED STATES |
| | | | 6/2/2021 | DOLLAR (USD) |
| | | Contractual | - | 0  N |
| | Cash Offset - 8391918400 | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211530044963 A | | | |
| B | Purchase | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 5/28/2021 | 3,026.0000  **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1211480362340 | 5/28/2021 | -295,219.89  **SETTLEMENT** |
| | | 4197543655 | 6/2/2021 | 97.5576007000  UNITED STATES |
| | | | 6/2/2021 | DOLLAR (USD) |
| | | Contractual | - | 0  N |
| | Cash Offset - 8391918400 | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN 1211530039841 A | | | |

BNY MELLON

**Custody Security Transactions By Security**
Create Date 1/1/2019 - 10/8/2021

Report ID: ICUS0015

APG DME CCL

| Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 6/7/2021 | 4,370.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1211580328336 | 6/7/2021 | -423,226.63 | **SETTLEMENT** |
| | | 4210001364 | 6/9/2021 | 96.8447002000 | UNITED STATES |
| | | | 6/9/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211600038892 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 6/7/2021 | 21.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211580337816 | 6/7/2021 | -2,039.54 | **SETTLEMENT** |
| | | 4210207556 | 6/9/2021 | 97.1200000000 | UNITED STATES |
| | | | 6/9/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211600041906 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 6/8/2021 | 26,195.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1211590327912 | 6/8/2021 | -2,541,679.89 | **SETTLEMENT** |
| | | 4212495779 | 6/10/2021 | 97.0256999000 | UNITED STATES |
| | | | 6/10/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211610043479 A | | | | |

Report ID: ICUS0015

**BNY MELLON**

| APG DME CCL | | | Create Date 1/1/2019 - 10/8/2021 | | |
|---|---|---|---|---|---|

| | **Description** | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | **Shares/Par** | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 6/8/2021 | 19.0000 | Settled - ACTUAL |
| | NESBITT BURNS | 1211590343284 | 6/8/2021 | -1,839.22 | SETTLEMENT |
| | | 4212729344 | 6/10/2021 | 96.8000000000 | UNITED STATES DOLLAR (USD) |
| | | | 6/10/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211610026932 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 6/9/2021 | 11,194.0000 | Settled - ACTUAL |
| | CITIGROUP GLOBAL MARKETS INC | 1211600349154 | 6/9/2021 | -1,084,484.80 | SETTLEMENT |
| | | 4214949695 | 6/11/2021 | 96.8774003000 | UNITED STATES DOLLAR (USD) |
| | | | 6/14/2021 | 3 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1211620046654 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 6/10/2021 | 31.0000 | Settled - ACTUAL |
| | NESBITT BURNS | 1211610394739 | 6/10/2021 | -3,028.42 | SETTLEMENT |
| | | 4217715847 | 6/14/2021 | 97.6900000000 | UNITED STATES DOLLAR (USD) |
| | | | 6/14/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211650030857 A

**BNY MELLON**

**Custody Security Transactions By Security**

APG DME CCL

Create Date 1/1/2019 - 10/8/2021

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | Trading Broker | Reference Number | Trade/Ex Date | | |
| | Clearing Broker | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Buyer Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Seller Order Party | Settlement Policy | Order Date | Days Late | Local Currency |
| | Cash Offset Number | | | | CA Hold |
| | Comments | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 6/10/2021 | 3,379.0000 | Settled - ACTUAL SETTLEMENT |
| | CIBC WORLD MARKETS INC | 1211610378399 | 6/10/2021 | -328,810.83 | UNITED STATES DOLLAR (USD) |
| | | 4217365621 | 6/14/2021 | 97.3065995000 | |
| | | | 6/14/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211650026214 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 6/11/2021 | 3,089.0000 | Settled - ACTUAL SETTLEMENT |
| | J.P. MORGAN CLEARING CORP. | 1211620304667 | 6/11/2021 | -302,754.74 | UNITED STATES DOLLAR (USD) |
| | | 4220019041 | 6/15/2021 | 98.0070993000 | |
| | | | 6/15/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211660034757 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 6/14/2021 | 1,686.0000 | Settled - ACTUAL SETTLEMENT |
| | GOLDMAN SACHS AND CO | 1211650319066 | 6/14/2021 | -166,109.95 | UNITED STATES DOLLAR (USD) |
| | | 4222311498 | 6/16/2021 | 98.5196026000 | |
| | | | 6/16/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211670036466 A | | | | |

**BNY MELLON**

**APG DME CCL**

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | Shares/Par | |
| | Clearing Broker | Reference Number | Trade/Ex Date | Local Net Amount | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Price | Status |
| | Seller Order Party | Market Reference | Actual Settle Date | Days Late | Local Currency |
| | Cash Offset Number | Settlement Policy | Order Date | | CA Hold |
| | Comments | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 6/16/2021 | 23,929.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1211670375060 | 6/16/2021 | -2,257,772.94 | **SETTLEMENT** |
| | | 4226803086 | 6/18/2021 | 94.3495001000 | UNITED STATES DOLLAR (USD) |
| | | | 6/18/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400

INSTRUCTION HAS BEEN MATCHED 1211690033045 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 6/17/2021 | 61.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211680385421 | 6/17/2021 | -5,684.66 | **SETTLEMENT** |
| | | 4229274096 | 6/21/2021 | 93.1900000000 | UNITED STATES DOLLAR (USD) |
| | | | 6/21/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400

INSTRUCTION HAS BEEN MATCHED 1211720042521 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 6/17/2021 | 12,288.0000 | **Settled - ACTUAL** |
| | GOLDMAN SACHS AND CO | 1211680365648 | 6/17/2021 | -1,149,344.57 | **SETTLEMENT** |
| | | 4229086351 | 6/21/2021 | 93.5304003000 | UNITED STATES DOLLAR (USD) |
| | | | 6/21/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400

INSTRUCTION HAS BEEN MATCHED 1211720033539 A

**BNY MELLON**

| | |
|---|---|
| APG DME CCL | |

| | Description | | | | |
|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | **Shares/Par** | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 6/28/2021 | 100.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211790456200 | 6/28/2021 | -9,540.11 | **SETTLEMENT** |
| | | 4247990012 | 6/30/2021 | 95.4000000000 | UNITED STATES |
| | | | 6/30/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211810039296 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 7/2/2021 | 23.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211830336641 | 7/2/2021 | -2,168.24 | **SETTLEMENT** |
| | | 4258411936 | 7/7/2021 | 94.2700000000 | UNITED STATES |
| | | | 7/7/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211880033576 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 7/2/2021 | 100.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1211830368380 | 7/2/2021 | -9,408.85 | **SETTLEMENT** |
| | | 4258401748 | 7/7/2021 | 94.0850000000 | UNITED STATES |
| | | | 7/7/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211880040716 A | | | | |

**BNY MELLON**

| APG DME CCL | | Custody Security Transactions<br>By Security<br>Create Date 1/1/2019 - 10/8/2021 | | | Report ID: ICUS0015 |
|---|---|---|---|---|---|

| | Description | | ISIN | Create Date | |
| | Trading Broker | | Reference Number | Trade/Ex Date | |
| | Clearing Broker | | Client Reference | Contract Settle / Pay Date | Shares/Par |
| | Buyer Order Party | | Market Reference | Actual Settle Date | Local Net Amount |
| | Seller Order Party | | Settlement Policy | Order Date | Local Price  Status |
| | Cash Offset Number | | | | Days Late  Local Currency |
| | Comments | | | | CA Hold |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 7/6/2021 | 3,379.0000 | **Settled - ACTUAL** | |
| | CIBC WORLD MARKETS INC | 1211870294796 | 7/6/2021 | -318,456.22 | **SETTLEMENT** | |
| | | 4261303666 | 7/8/2021 | 94.2421988000 | UNITED STATES | |
| | | | 7/8/2021 | 0 | DOLLAR (USD) | |
| | | Contractual | - | | N | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211890043822 A | | | | | |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/8/2021 | 24,324.0000 | **Settled - ACTUAL** | |
| | J.P. MORGAN CLEARING CORP. | 1211890340909 | 7/8/2021 | -2,244,971.41 | **SETTLEMENT** | |
| | | 4266351287 | 7/12/2021 | 92.2909998000 | UNITED STATES | |
| | | | 7/12/2021 | 0 | DOLLAR (USD) | |
| | | Contractual | - | | N | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211930028435 A | | | | | |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/9/2021 | 11,238.0000 | **Settled - ACTUAL** | |
| | J.P. MORGAN CLEARING CORP. | 1211900314494 | 7/9/2021 | -1,036,282.95 | **SETTLEMENT** | |
| | | 4268786914 | 7/13/2021 | 92.2089001000 | UNITED STATES | |
| | | | 7/13/2021 | 0 | DOLLAR (USD) | |
| | | Contractual | - | | N | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211940029565 A | | | | | |

**BNY MELLON**

| APG DME CCL | | | |
|---|---|---|---|

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | Trading Broker | Reference Number | Trade/Ex Date | | |
| | Clearing Broker | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Buyer Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Seller Order Party | Settlement Policy | Order Date | Days Late | Local Currency |
| | Cash Offset Number | | | | CA Hold |
| | Comments | | | | |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 7/9/2021 | 66.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211900317406 | 7/9/2021 | -6,097.15 | **SETTLEMENT** |
| | | 4268796036 | 7/13/2021 | 92.3800000000 | UNITED STATES |
| | | | 7/13/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211940030542 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 7/12/2021 | 20.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211930361339 | 7/12/2021 | -1,858.22 | **SETTLEMENT** |
| | | 4270895548 | 7/14/2021 | 92.9100000000 | UNITED STATES |
| | | | 7/14/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211950025909 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/12/2021 | 12,103.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1211930358227 | 7/12/2021 | -1,123,705.46 | **SETTLEMENT** |
| | | 4270877039 | 7/14/2021 | 92.8417004000 | UNITED STATES |
| | | | 7/14/2021 | 0 | DOLLAR (USD) |
| | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1211950025373 A | | | | |

**BNY MELLON**

Report ID: ICUS0015

**APG DME CCL**

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | **ISIN** | Create Date | | |
| | Clearing Broker | **Reference Number** | Trade/Ex Date | **Shares/Par** | |
| | Buyer Order Party | **Client Reference** | Contract Settle / Pay Date | **Local Net Amount** | |
| | Seller Order Party | **Market Reference** | Actual Settle Date | **Local Price** | Status |
| | Cash Offset Number | **Settlement Policy** | Order Date | **Days Late** | Local Currency |
| | Comments | | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 7/13/2021 | 11,692.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1211940308647 | 7/13/2021 | -1,092,311.07 | **SETTLEMENT** |
| | | 4273088818 | 7/15/2021 | 93.4203002000 | UNITED STATES DOLLAR (USD) |
| | | | 7/15/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1211960044526 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 7/13/2021 | 54.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1211940300049 | 7/13/2021 | -5,035.56 | **SETTLEMENT** |
| | | 4273091063 | 7/15/2021 | 93.2500000000 | UNITED STATES DOLLAR (USD) |
| | | | 7/15/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1211960028042 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 7/14/2021 | 2,107.0000 | **Settled - ACTUAL** |
| | CIBC WORLD MARKETS INC | 1211950307300 | 7/14/2021 | -195,225.77 | **SETTLEMENT** |
| | | 4275326150 | 7/16/2021 | 92.6523018000 | UNITED STATES DOLLAR (USD) |
| | | | 7/16/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1211970030693 A

**BNY MELLON**

Custody Security Transactions
By Security

| APG DME CCL | | | Create Date 1/1/2019 - 10/8/2021 | | |
|---|---|---|---|---|---|
| **Description** | | | | | |
| **Trading Broker** | | **ISIN** | **Create Date** | **Shares/Par** | |
| **Clearing Broker** | | **Reference Number** | **Trade/Ex Date** | | |
| **Buyer Order Party** | | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| **Seller Order Party** | | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| **Cash Offset Number** | | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| **Comments** | | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/15/2021 | 17,997.0000 | Settled - ACTUAL |
| | J.P. MORGAN CLEARING CORP. | 1211960338512 | 7/15/2021 | -1,638,464.88 | SETTLEMENT |
| | | 4277567205 | 7/19/2021 | 91.0375001000 | UNITED STATES DOLLAR (USD) |
| | | | 7/19/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212000023836 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 7/16/2021 | 17,669.0000 | Settled - ACTUAL |
| | GOLDMAN SACHS AND CO | 1211970314701 | 7/16/2021 | -1,617,771.87 | SETTLEMENT |
| | | 4279763582 | 7/20/2021 | 91.5563999000 | UNITED STATES DOLLAR (USD) |
| | | | 7/20/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212010034936 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 7/19/2021 | 11,121.0000 | Settled - ACTUAL |
| | MORGAN STANLEY & CO LLC | 1212000339016 | 7/19/2021 | -1,005,583.06 | SETTLEMENT |
| | | 4281943062 | 7/21/2021 | 90.4185001000 | UNITED STATES DOLLAR (USD) |
| | | | 7/21/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212020039399 A

**BNY MELLON**

Report ID: ICUS0015

**APG DME CCL**

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | Trading Broker | Reference Number | Trade/Ex Date | Local Net Amount | |
| | Clearing Broker | Client Reference | Contract Settle / Pay Date | | |
| | Buyer Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Seller Order Party | Settlement Policy | Order Date | Days Late | Local Currency |
| | Cash Offset Number | | | | CA Hold |
| | Comments | | | | |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/20/2021 | 17,611.0000 | **Settled - ACTUAL SETTLEMENT** |
| | J.P. MORGAN CLEARING CORP. | 1212010322005 | 7/20/2021 | -1,602,630.94 | UNITED STATES |
| | | 4284151688 | 7/22/2021 | 90.9981999000 | DOLLAR (USD) |
| | | | 7/22/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212030031754 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/22/2021 | 2,936.0000 | **Settled - ACTUAL SETTLEMENT** |
| | J.P. MORGAN CLEARING CORP. | 1212030303318 | 7/22/2021 | -264,479.88 | UNITED STATES |
| | | 4288408155 | 7/26/2021 | 90.0782016000 | DOLLAR (USD) |
| | | | 7/26/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212070032521 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | GOLDMAN SACHS AND CO | US00507V1098 | 7/23/2021 | 15,405.0000 | **Settled - ACTUAL SETTLEMENT** |
| | GOLDMAN SACHS AND CO | 1212040371904 | 7/23/2021 | -1,403,993.22 | UNITED STATES |
| | | 4290204701 | 7/27/2021 | 91.1353002000 | DOLLAR (USD) |
| | | | 7/27/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212080036104 A

**BNY MELLON**          Report ID: ICUS0015

**APG DME CCL**

| | Description | | | | | |
|---|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | | **Shares/Par** | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | | **Days Late** | **Local Currency** |
| | **Comments** | | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/26/2021 | 484.0000 | **Settled - ACTUAL SETTLEMENT** |
| | J.P. MORGAN CLEARING CORP. | 1212070296226 | 7/26/2021 | -43,629.45 | UNITED STATES |
| | | 4292265359 | 7/28/2021 | 90.1400000000 | DOLLAR (USD) |
| | | | 7/28/2021 | 0 | N |
| | | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212090032008 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 7/26/2021 | 93.0000 | **Settled - ACTUAL SETTLEMENT** |
| | NESBITT BURNS | 1212070306363 | 7/26/2021 | -8,383.12 | UNITED STATES |
| | | 4292269479 | 7/28/2021 | 90.1400000000 | DOLLAR (USD) |
| | | | 7/28/2021 | 0 | N |
| | | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212090035020 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CIBC WOOD GUNDY SECURITIES | US00507V1098 | 7/26/2021 | 3,941.0000 | **Settled - ACTUAL SETTLEMENT** |
| | CIBC WORLD MARKETS INC | 1212070307182 | 7/26/2021 | -357,116.86 | UNITED STATES |
| | | 4292252459 | 7/28/2021 | 90.6122989000 | DOLLAR (USD) |
| | | | 7/28/2021 | 0 | N |
| | | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212090035264 A

**BNY MELLON**

**APG DME CCL**

| | Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|---|---|
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | CITIGROUP GLOBAL MARKETS INC | | US00507V1098 | 7/27/2021 | 3,914.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | | 1212080338579 | 7/27/2021 | -327,992.03 | **SETTLEMENT** |
| | | | 4294600628 | 7/29/2021 | 83.7962008000 | UNITED STATES |
| | | | | 7/29/2021 | 0 | DOLLAR (USD) |
| | | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212100053458 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | CITIGROUP GLOBAL MARKETS INC | | US00507V1098 | 7/28/2021 | 62,825.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | | 1212090326735 | 7/28/2021 | -5,384,240.72 | **SETTLEMENT** |
| | | | 4297027640 | 7/30/2021 | 85.6987000000 | UNITED STATES |
| | | | | 7/30/2021 | 0 | DOLLAR (USD) |
| | | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | | |
| | CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN<br>1212110038636 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | MORGAN STANLEY & CO LLC | | US00507V1098 | 7/29/2021 | 15.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | | 1212100313387 | 7/29/2021 | -1,263.80 | **SETTLEMENT** |
| | | | 4299063650 | 8/2/2021 | 84.2500000000 | UNITED STATES |
| | | | | 8/2/2021 | 0 | DOLLAR (USD) |
| | | | Contractual | - | | N |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212140026603 A | | | | | |

Report ID: ICUS0015

**BNY MELLON**

**APG DME CCL**

| | Description | | | | | |
|---|---|---|---|---|---|---|
| | **Trading Broker** | **ISIN** | **Create Date** | | **Shares/Par** | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | | **Days Late** | **Local Currency** |
| | **Comments** | | | | | **CA Hold** |

| B | Purchase | | | | | |
|---|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 7/30/2021 | | 19,251.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1212110327983 | 7/30/2021 | | -1,609,836.00 | **SETTLEMENT** UNITED STATES |
| | | 4302276907 | 8/3/2021 | | 83.6200000000 | DOLLAR (USD) |
| | | | 8/3/2021 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | NARRATIVE REASON PENDED BY COUNTERPARTY | | | | | |
| | 1212150034018 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/3/2021 | | 1,720.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1212150339108 | 8/3/2021 | | -136,231.91 | **SETTLEMENT** UNITED STATES |
| | | 4308884907 | 8/5/2021 | | 79.2010988000 | DOLLAR (USD) |
| | | | 8/5/2021 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | NARRATIVE REASON PENDED BY COUNTERPARTY | | | | | |
| | 1212170058083 A | | | | | |
| B | Purchase | | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/4/2021 | | 14,043.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1212160337143 | 8/4/2021 | | -1,146,700.82 | **SETTLEMENT** UNITED STATES |
| | | 4311382539 | 8/6/2021 | | 81.6528996000 | DOLLAR (USD) |
| | | | 8/6/2021 | | 0 | N |
| | | Contractual | - | | | |
| | Cash Offset - 8391918400 | | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212180047674 A | | | | | |

**BNY MELLON**

| APG DME CCL | | | | |
|---|---|---|---|---|

| | Description | ISIN | Create Date | Shares/Par | |
|---|---|---|---|---|---|
| | **Trading Broker** | | | | |
| | **Clearing Broker** | **Reference Number** | **Trade/Ex Date** | | |
| | **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** | **Local Net Amount** | |
| | **Seller Order Party** | **Market Reference** | **Actual Settle Date** | **Local Price** | **Status** |
| | **Cash Offset Number** | **Settlement Policy** | **Order Date** | **Days Late** | **Local Currency** |
| | **Comments** | | | | **CA Hold** |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 8/23/2021 | 15.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1212350306138 | 8/23/2021 | -1,233.32 | **SETTLEMENT** |
| | | 4404621183 | 8/25/2021 | 82.2200000000 | UNITED STATES DOLLAR (USD) |
| | | | 8/25/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212370026768 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/24/2021 | 1,072.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1212360349791 | 8/24/2021 | -87,779.22 | **SETTLEMENT** |
| | | 4407825240 | 8/26/2021 | 81.8801026000 | UNITED STATES DOLLAR (USD) |
| | | | 8/26/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212380031282 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 8/24/2021 | 33.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1212360357784 | 8/24/2021 | -2,699.11 | **SETTLEMENT** |
| | | 4407863795 | 8/26/2021 | 81.7900000000 | UNITED STATES DOLLAR (USD) |
| | | | 8/26/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212380033167 A

**BNY MELLON**

| APG DME CCL | | | | |
|---|---|---|---|---|
| | | | Create Date 1/1/2019 - 10/8/2021 | |

| Description | | | | |
|---|---|---|---|---|
| Trading Broker | | ISIN | Create Date | Shares/Par |
| Clearing Broker | | Reference Number | Trade/Ex Date | |
| Buyer Order Party | | Client Reference | Contract Settle / Pay Date | Local Net Amount |
| Seller Order Party | | Market Reference | Actual Settle Date | Local Price  Status |
| Cash Offset Number | | Settlement Policy | Order Date | Days Late  Local Currency |
| Comments | | | | CA Hold |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 8/25/2021 | 41,111.0000 | **Settled - ACTUAL** |
| | J.P. MORGAN CLEARING CORP. | 1212370305885 | 8/25/2021 | -3,319,355.59 | **SETTLEMENT** |
| | | 4410441103 | 8/27/2021 | 80.7378001000 | UNITED STATES DOLLAR (USD) |
| | | | 8/27/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212390032252 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | MORGAN STANLEY & CO LLC | US00507V1098 | 8/26/2021 | 21,373.0000 | **Settled - ACTUAL** |
| | MORGAN STANLEY & CO LLC | 1212380327098 | 8/26/2021 | -1,743,466.15 | **SETTLEMENT** |
| | | 4413115445 | 8/30/2021 | 81.5698002000 | UNITED STATES DOLLAR (USD) |
| | | | 8/30/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212420035373 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 8/27/2021 | 40.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1212390293406 | 8/27/2021 | -3,297.24 | **SETTLEMENT** |
| | | 4415482221 | 8/31/2021 | 82.4300000000 | UNITED STATES DOLLAR (USD) |
| | | | 8/31/2021 | 0 | N |
| | | Contractual | - | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212430030215 A | | | | |

Report ID: ICUS0015

| BNY MELLON | | | |
|---|---|---|---|
| **APG DME CCL** | | **Create Date 1/1/2019 - 10/8/2021** | |

| Description | | |
|---|---|---|
| **Trading Broker** | **ISIN** | **Create Date** |
| **Clearing Broker** | **Reference Number** | **Trade/Ex Date** |
| **Buyer Order Party** | **Client Reference** | **Contract Settle / Pay Date** |
| **Seller Order Party** | **Market Reference** | **Actual Settle Date** |
| **Cash Offset Number** | **Settlement Policy** | **Order Date** |
| **Comments** | | |

| | | Shares/Par | |
|---|---|---|---|
| | | **Local Net Amount** | |
| | | **Local Price** | **Status** |
| | | **Days Late** | **Local Currency** |
| | | | **CA Hold** |

**B**   Purchase
**ACTIVISION BLIZZARD IN USD 0.000001**

| | | | | |
|---|---|---|---|---|
| CIBC WOOD GUNDY SECURITIES | US00507V1098 | 8/27/2021 | 1,010.0000 | Settled - ACTUAL |
| CIBC WORLD MARKETS INC | 1212390298843 | 8/27/2021 | -83,067.46 | SETTLEMENT |
| | 4415476214 | 8/31/2021 | 82.2415049000 | UNITED STATES DOLLAR (USD) |
| | | 8/31/2021 | 0 | N |
| | | Contractual - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1212430031200 A

**B**   Purchase
**ACTIVISION BLIZZARD IN USD 0.000001**

| | | | | |
|---|---|---|---|---|
| GOLDMAN SACHS AND CO | US00507V1098 | 9/8/2021 | 7,330.0000 | Settled - ACTUAL |
| GOLDMAN SACHS AND CO | 1212510336518 | 9/8/2021 | -583,539.11 | SETTLEMENT |
| | 4437221914 | 9/10/2021 | 79.6062005000 | UNITED STATES DOLLAR (USD) |
| | | 9/10/2021 | 0 | N |
| | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212530038632 A

**B**   Purchase
**ACTIVISION BLIZZARD IN USD 0.000001**

| | | | | |
|---|---|---|---|---|
| CIBC WOOD GUNDY SECURITIES | US00507V1098 | 9/14/2021 | 6.0000 | Settled - ACTUAL |
| CIBC WORLD MARKETS INC | 1212570345695 | 9/14/2021 | -469.54 | SETTLEMENT |
| | 4449085876 | 9/16/2021 | 78.2533333000 | UNITED STATES DOLLAR (USD) |
| | | 9/16/2021 | 0 | N |
| | | Contractual - | | |

Cash Offset - 8391918400
INSTRUCTION HAS BEEN MATCHED 1212590033305 A

**Report ID: ICUS0015**

**BNY MELLON**

| | APG DME CCL | | | | |
|---|---|---|---|---|---|

| | Description | | | | |
|---|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | | |
| | Clearing Broker | Reference Number | Trade/Ex Date | Shares/Par | |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount | |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price | Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late | Local Currency |
| | Comments | | | | CA Hold |

| | | | | | |
|---|---|---|---|---|---|
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 9/14/2021 | 10.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1212570330752 | 9/14/2021 | -778.41 | **SETTLEMENT** |
| | | 4449147712 | 9/16/2021 | 77.8400000000 | UNITED STATES |
| | | | 9/16/2021 | 0 | DOLLAR (USD) |
| | | | | | N |
| | Contractual - | | | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212590012068 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | NESBITT BURNS | US00507V1098 | 9/15/2021 | 1.0000 | **Settled - ACTUAL** |
| | NESBITT BURNS | 1212580345729 | 9/15/2021 | -78.25 | **SETTLEMENT** |
| | | 4452770268 | 9/17/2021 | 78.2500000000 | UNITED STATES |
| | | | 9/17/2021 | 0 | DOLLAR (USD) |
| | | | | | N |
| | Contractual - | | | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212600031027 A | | | | |
| B | Purchase | | | | |
| | **ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 9/15/2021 | 53.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1212580375626 | 9/15/2021 | -4,146.89 | **SETTLEMENT** |
| | | 4452735504 | 9/17/2021 | 78.2396226000 | UNITED STATES |
| | | | 9/17/2021 | 0 | DOLLAR (USD) |
| | | | | | N |
| | Contractual - | | | | |
| | Cash Offset - 8391918400 | | | | |
| | INSTRUCTION HAS BEEN MATCHED 1212600046150 A | | | | |

**BNY MELLON**

Custody Security Transactions
By Security
Create Date 1/1/2019 - 10/8/2021

Report ID: ICUS0015

| APG DME CCL | | | | |
|---|---|---|---|---|

| | Description | | | |
|---|---|---|---|---|
| | Trading Broker | ISIN | Create Date | |
| | Clearing Broker | Reference Number | Trade/Ex Date | Shares/Par |
| | Buyer Order Party | Client Reference | Contract Settle / Pay Date | Local Net Amount |
| | Seller Order Party | Market Reference | Actual Settle Date | Local Price Status |
| | Cash Offset Number | Settlement Policy | Order Date | Days Late Local Currency |
| | Comments | | | CA Hold |

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | CITIGROUP GLOBAL MARKETS INC | US00507V1098 | 10/6/2021 | 9,248.0000 | **Settled - ACTUAL** |
| | CITIGROUP GLOBAL MARKETS INC | 1212790388936 | 10/6/2021 | -715,573.25 | **SETTLEMENT** UNITED STATES |
| | | 4510757431 | 10/8/2021 | 77.3725000000 | DOLLAR (USD) |
| | | | 10/8/2021 | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400
CPTY INSUFFICIENT SECURITIES PENDED INSUFFICIENT POSN
1212810041577 A

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | J P MORGAN SECS LLC | US00507V1098 | 10/7/2021 | 1,383.0000 | **Pending - VERIFIED** |
| | J.P. MORGAN CLEARING CORP. | 1212800354115 | 10/7/2021 | -107,510.69 | UNITED STATES |
| | | 4514377006 | 10/12/2021 | 77.7338033000 | DOLLAR (USD) |
| | | | - | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400

| B | Purchase | | | | |
|---|---|---|---|---|---|
| | ACTIVISION BLIZZARD IN USD 0.000001 | | | | |
| | NESBITT BURNS | US00507V1098 | 10/7/2021 | 75.0000 | **Pending - VERIFIED** |
| | BMO NESBITT BURNS INC | 1212800357256 | 10/7/2021 | -5,802.08 | UNITED STATES |
| | | 4514407767 | 10/12/2021 | 77.3600000000 | DOLLAR (USD) |
| | | | - | 0 | N |
| | | Contractual | - | | |

Cash Offset - 8391918400

**BNY MELLON**

**Custody Security Transactions By Security**

**Report ID: ICUS0015**

| **APG DME CCL** | Create Date 1/1/2019 - 10/8/2021 | |
|---|---|---|

| Description<br>Trading Broker<br>Clearing Broker<br>Buyer Order Party<br>Seller Order Party<br>Cash Offset Number<br>Comments | ISIN<br>Reference Number<br>Client Reference<br>Market Reference<br>Settlement Policy | Create Date<br>Trade/Ex Date<br>Contract Settle / Pay Date<br>Actual Settle Date<br>Order Date | Shares/Par<br>Local Net Amount<br>Local Price<br>Days Late | Status<br>Local Currency<br>CA Hold |
|---|---|---|---|---|
| **B** Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| CIBC WOOD GUNDY SECURITIES<br>CIBC WORLD MARKETS INC | US00507V1098<br>1212810345320<br>4518049204 | 10/8/2021<br>10/8/2021<br>10/13/2021<br>-<br>Contractual - | 20,490.0000<br>-1,593,722.45<br>77.7770000000<br>0 | **Pending - VERIFIED**<br>UNITED STATES DOLLAR (USD)<br>N |
| Cash Offset - 8391918400 | | | | |
| **B** Purchase<br>**ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| NESBITT BURNS<br>BMO NESBITT BURNS INC | US00507V1098<br>1212810334101<br>4518079554 | 10/8/2021<br>10/8/2021<br>10/13/2021<br>-<br>Contractual - | 61.0000<br>-4,734.28<br>77.6100000000<br>0 | **Pending - VERIFIED**<br>UNITED STATES DOLLAR (USD)<br>N |
| Cash Offset - 8391918400 | | | | |
| | | **TOTAL BUY (194)** | 1,578,459.0000 | Shares/Par |
| **DV** Dividend<br>**ACTIVISION BLIZZARD IN USD 0.000001** | | | | |
| | US00507V1098<br>PSS2104236218158<br>Contractual Cash | 4/23/2021<br>4/14/2021<br>5/6/2021<br>5/6/2021<br>- | 332,372.0000<br>156,214.84<br>0 | **Settled - POSTED**<br>UNITED STATES DOLLAR (USD)<br>N |
| Cash Offset - 8391918400 | | | | |

# EXHIBIT 2

## Power of Attorney Pursuant to 10 Del C. § 3927

KNOW ALL PERSONS BY THESE PRESENTS, that Stichting Depositary APG Developed Markets Equity Pool being the owner and holder of shares of Activision Blizzard, Inc. (the "Company"), as duly represented by APG Asset Management N.V., in this instance represented by Peter Branner and Ronald van Dijk as the legally authorized representatives, does hereby make, constitute and appoint Mark Lebovitch of Bernstein Litowitz Berger & Grossmann LLP and any person designated by them to act as true and lawful attorney in fact for them, in their name, place and stead, jointly and severally, in all matters regarding the examination of the books and records of the Company, including, but not limited to: (i) demanding inspection of books and records of the Company on their behalf as a stockholder of the Company as said attorneys deem appropriate, (ii) reviewing and/or copying any documents received in connection with any such books and records demand made on their behalf as a stockholder of the Company, and (iii) giving and granting unto said attorneys full power and attorney to perform all and every act and thing whatsoever requisite, necessary, and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that their attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers, and authority of said attorneys shall remain in full force and effect until I tender a written notice of termination. I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 8th day of October, 2021.

By:


Peter Branner (Oct 8, 2021 11:03 GMT+2)
_____


A.H.

Peter Branner
C.I.O.
APG Asset Management N.V. acting as the legally authorized representative of Stichting Depositary APG Developed Markets Equity Pool

By:

_____

Ronald van Dijk
Managing Director
APG Asset Management N.V. acting as the legally authorized representative of Stichting Depositary APG Developed Markets Equity Pool

# EXHIBIT 3

## CONFIDENTIALITY AGREEMENT

**WHEREAS**, by letter dated October 12, 2021, **Stichting Depositary APG Developed Markets Equity Pool** ("Stockholder") made a demand pursuant to 8 *Del. C.* § 220 (the "Demand") to inspect certain documents of **Activision Blizzard, Inc.** (the "Company");

**WHEREAS**, Stockholder appointed Bernstein Litowitz Berger & Grossmann LLP ("Stockholder's Counsel") as its attorneys for purposes of the Demand; and

**WHEREAS**, the documents sought by Stockholder include non-public, confidential, proprietary or commercially sensitive information of the Company;

**IT IS AGREED** by and between the undersigned counsel for the parties, this __ day of October 2021, as follows:

1.      The Company shall produce to Stockholder and Stockholder's Counsel copies of certain non-privileged documents called for by the Demand.  All such documents to be produced by the Company are referred to herein as the "Confidential Information."  Confidential Information shall also include all notes, analyses, compilations, studies, interpretations or other documents which contain, reflect or are based upon, in whole or in part, material disclosed in response to the Demand.  Confidential Information shall not include information that: (a) is or becomes generally available to the public by virtue of disclosure by the Company; or (b) is ruled non-confidential by Court of Chancery of the State of Delaware (the "Delaware Court of Chancery"), or any other court of competent jurisdiction.

2.      By producing the Confidential Information to Stockholder and Stockholder's Counsel, the Company does not admit that Stockholder has stated a proper purpose for the inspection of such information and expressly reserves the right to assert that: (i) the Demand does not comply with Delaware law; (ii) Stockholder has not stated a proper purpose; (iii) the stated

1

purposes are not Stockholder's actual purposes; (iv) the stated purposes of the Demand do not have a credible basis; (v) the Demand is overly broad and seeks documents not reasonably related to Stockholder's stated purpose; and (vi) that for any other reason, Stockholder is not entitled to the inspection demanded.

3. Stockholder is reserving all of its rights to seek to exercise or enforce its legal rights as a Stockholder of the Company, including its rights pursuant to 8 *Del. C.* § 220.

4. The production of the Confidential Information is not, and will not be construed as, a waiver of any applicable privilege or immunity, including without limitation, the attorney-client privilege, the work product privilege or the bank examination privilege.

5. The Company expressly reserves the right to withhold documents protected from disclosure by the attorney-client privilege, the work product privilege, or any other applicable privilege or doctrine. Stockholder does not admit that documents withheld, if any, are properly subject to protection from disclosure by any claimed privilege or doctrine.

6. The Company expressly reserves the right to object to the admissibility into evidence in any action of any document or other material covered under the terms of this Agreement and either party can request the imposition in any further litigation of a replacement protective order relating to any information or material the Company deems confidential.

7. If information subject to a claim of attorney-client privilege, attorney work product or any other privilege or protection is inadvertently produced to Stockholder or Stockholder's Counsel, such production shall in no way prejudice or otherwise constitute a waiver of any claim of privilege, work product, or other privilege or protection. If a claim of inadvertent production is made with respect to information then in the custody of Stockholder or Stockholder's Counsel, Stockholder or Stockholder's Counsel shall promptly return the information and all copies thereof

2

to the Company, and Stockholder or Stockholder's Counsel shall not use such information for any purpose.  Should Stockholder or Stockholder's Counsel thereafter seek to compel production of such material, neither Stockholder or Stockholder's Counsel shall assert the fact or circumstance of the inadvertent production as a ground for compelling production.

8. Stockholder reserves the right to seek a privilege log identifying documents withheld or redacted on the basis of privilege.

9. Stockholder, Stockholder's Counsel, and each of Stockholder's Counsel's Advisors (defined in Paragraph 11 below) covenant and agree that the Confidential Information shall be used only for the purposes stated in the Demand.

10. Stockholder, Stockholder's Counsel, and each of Stockholder's Counsel's Advisors represent and warrant that they are not participating in or supporting in any manner whatsoever any pending litigation against the Company or any of its officers or directors relating in any way, directly or indirectly, to the subject matter stated in the Demand, and that they will not disclose, directly or indirectly, Confidential Information to any party or counsel in any such litigation.

11. Subject to the provisions of this Agreement, Stockholder's Counsel may provide Confidential Information to an Advisor only in the event that Stockholder's Counsel has received from such Advisor a duly executed Undertaking in the form attached hereto as Exhibit A.  For purposes of this Agreement, "Advisor" shall mean only such agents, legal and financial advisors, other legal counsel, consultants, or experts as Stockholder or Stockholder's Counsel has retained for the purpose of fulfilling the purpose(s) stated in the Demand.  For a financial advisor or expert, Stockholder or Stockholder's Counsel will provide the applicable Advisor Undertaking upon the Company's request, if the Company has a good-faith belief that the financial advisor or expert may have disclosed the information in contravention of this Agreement.

3

12.     Stockholder, Stockholder's Counsel, and each Advisor will keep the Confidential Information confidential and shall not disclose, publish, communicate, or transmit any of the Confidential Information to any person, either directly or indirectly. Stockholder, Stockholder's Counsel, and each Advisor will not maintain or store the Confidential Information in such a way that creates an unreasonable risk of deliberate or inadvertent disclosure of the Confidential Information to others.

13.     If Stockholder determines to commence a lawsuit using Confidential Information, Stockholder and Stockholder's Counsel shall file the complaint under seal in accordance with Delaware Court of Chancery Court Rule 5.1(e) governing confidential treatment for complaints, or any analogous rule in the relevant jurisdiction.  In addition, Stockholder and Stockholder's Counsel shall take all steps reasonably necessary to ensure the continued confidentiality of all Confidential Information satisfying the definition of confidential set forth in the applicable Court Rules, including but not limited to being willing to enter into a reasonable protective order with all parties in any litigation sufficient to protect Confidential Information from disclosure.

14.     If Stockholder or Stockholder's Counsel files a complaint asserting a claim relating to the subject matter of the Demand or based in whole or in part on any documents made available for inspection to Stockholder or Stockholder's Counsel in response to the Demand, Stockholder and Stockholder's Counsel agree that all documents produced within the agreed-upon scope of production in response to the Demand (which the parties shall document via email or other writing) shall be deemed incorporated by reference into any such complaint, and that in any motion to dismiss, a defendant may rely upon any or all of the Confidential Information produced to Stockholder and Stockholder's Counsel.  Notwithstanding the foregoing, any documents shall only be incorporated in any such complaint if, within fifteen (15) days of completion of its production,

4

the Company provides written certification that, to the best of its knowledge and following a reasonable investigation, the Company's production is complete with respect to every category of documents that the Company agreed to produce.  Documents provided thereafter or outside the agreed-upon or relevant scope of production will not be subject to incorporation by reference.

15.    Stockholder's Counsel agrees that if Stockholder decides that it does not intend to pursue the Demand any further, Stockholder's Counsel will promptly so inform the Company in writing.

16.    Stockholder, Stockholder's Counsel, and each Advisor will destroy all Confidential Information in its original format and all copies thereof (including any notes or other documents created by Stockholder, Stockholder's Counsel, or any Advisor that refer to such Confidential Information) upon completing the purposes described in the Demand and in no event later than ninety (90) days after:  (i) the entry of final judgment in any legal proceeding relating to the Demand or the enforcement of Stockholder's rights as a stockholder of the Company; or (ii) the date on which Stockholder's Counsel informs the Company in writing that Stockholder does not intend to pursue the Demand any further.  Notwithstanding this language, Stockholder's Counsel will make reasonable efforts to destroy Confidential Information contained in its e-mail, word processing, and document management systems, and must maintain their confidentiality.

17.    If Stockholder, Stockholder's Counsel, or any Advisor is requested (whether by interrogatory, subpoena, or any similar process relating to any legal proceeding, investigation, hearing or otherwise) to disclose any Confidential Information, Stockholder's Counsel and all Advisors shall (i) provide the Company with prompt written notice, within five (5) business days of receipt of such request, so that the Company may seek a protective order or other appropriate remedy; and (ii) reasonably cooperate with the Company in pursuing any such course of action.

5

In the event that a protective order or other remedy is not obtained, Stockholder, Stockholder's Counsel, and any such Advisor shall disclose only such Confidential Information as they are legally compelled to disclose and shall exercise their reasonable best efforts to obtain assurances that confidential treatment will be accorded to any Confidential Information that is compelled to be disclosed.

18.     All notices and other communications under this Agreement shall be in writing and shall be given (and shall be deemed to have been duly given upon receipt) by hand-delivery, e-mail, facsimile, or overnight courier, as follows:

| **If to the Company:** | **If to Stockholder:** |
|---|---|
| Kevin P. Muck | Mark Lebovitch, Esq. |
| Wilmer Cutler Pickering Hale and Dorr LLP | Bernstein Litowitz Berger & Grossmann LLP |
| One Front Street, Suite 3500 | 1251 Avenue of the Americas |
| San Francisco, CA 94111 | New York, New York 10020 |
| kevin.muck@wilmerhale.com | Tel: 212-554-1400 |
| | MarkL@blbglaw.com |

19.     This Agreement may be executed in separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute one and the same instrument.

20.     This Agreement may be modified or waived only by a separate writing executed by Stockholder's Counsel and the Company that expressly so modifies or waives this Agreement.

21.     Failure or delay in exercising any right, power or privilege hereunder shall not operate as a waiver thereof, and no single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise of any right, power or privilege.

22.     Stockholder, Stockholder's Counsel, and all Advisors agree that any action brought to enforce this Agreement shall be heard and determined exclusively in the Delaware Court of

6

Chancery (or, in the event that the Delaware Court of Chancery declines to accept jurisdiction over a particular matter, any state or federal court of competent jurisdiction located in Wilmington, Delaware). Stockholder, Stockholder's Counsel, and all Advisors consent to the personal jurisdiction of such courts in any such action, agree not to object to the laying of venue of any such action in such courts, and agree not to claim that any such court is an inconvenient forum.

23.     This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to its conflict of laws principles.

24.     Stockholder, Stockholder's Counsel, and all Advisors agree that the Company would not have an adequate remedy at law in the event that this Agreement is breached, and agree that the Company will suffer irreparable harm and be entitled to seek specific performance and/or injunctive relief with respect to the terms hereof. Such remedies shall not be deemed to be the exclusive remedies for any breach of this Agreement but shall be in addition to any other remedies to which the Company may be entitled at law or in equity.

25.     This Agreement constitutes the only agreement between each of Stockholder's Counsel, and the Company with respect to the subject matter hereof and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written.

26.     This Agreement will be deemed to have been mutually prepared by the parties and will not be construed against any of them by reason of authorship.

27.     Each person signing this Agreement represents and warrants that he or she is authorized to do so and is authorized to bind the party on whose behalf the Agreement is signed.

28.     This Agreement shall be binding upon and inure to the benefit of the parties and their respective agents, executors, heirs, beneficiaries, successors, and assigns.

7

AGREED TO BY:

By: _____
     Mark Lebovitch

Mark Lebovitch
Counsel for Stichting Depositary APG Developed
Markets Equity Pool

By: _____

Kevin P. Muck
Counsel for Activision Blizzard, Inc

Dated: October 12, 2021

Dated: October __, 2021

8

**EXHIBIT A**

**UNDERTAKING**

I, _____ certify my understanding that Confidential Information is being provided to me pursuant to the terms and restrictions of a confidentiality agreement entered into between Stichting Depositary APG Developed Markets Equity Pool and Activision Blizzard, Inc., dated as of _____ __, 2021 (the "Confidentiality Agreement" or the "Agreement"). I have read the Confidentiality Agreement, I understand the terms of the Confidentiality Agreement, and I agree to be fully bound by the Confidentiality Agreement.

I expressly waive any and all objections to personal jurisdiction or to venue, including without limitation the inconvenience of such forum, in any of the courts of the State of Delaware.

I agree to the appointment of Bernstein Litowitz Berger & Grossmann LLP ("Stockholder's Counsel") as my agents for service of process for any suit, action, or other proceeding arising out of the Agreement or this Advisor Undertaking, and agree that notice of the terms of the Agreement constitutes effective service of process on me.

I understand that any violation of the terms of this Confidentiality Agreement will be subject to such relief as deemed appropriate by the Court.

Dated: _____          Signature: _____

                                   Name:
                                   Company:

9