# EXHIBIT 2

## WESTLAW CLASSIC

| | |
|---|---|
| TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional | **DISCLAIMER** |

### IN RE Activision Blizzard, Inc Section 220 Litigation
Court of Chancery | Delaware | 2021-0975 *(Approx. 20 pages)*

This docket is current through 12/30/2021

**Current Date:** 1/18/2022
**Source:** Court of Chancery, Delaware

This Data is provided for

For copies of the official record (of an incarceration, conviction or court filing record) contact the source agency or court. In addition to any obligations under your Subscriber Agreement, your use of this data may be governed by the Supplier Additional Terms (see Footer).

### CASE INFORMATION

| | |
|---|---|
| **Case Title:** | IN RE Activision Blizzard, Inc Section 220 Litigation |
| **Court:** | Court of Chancery |
| **Case Number:** | 2021-0975 |
| **Filing ID Number:** | 7473082 |
| **Case Type:** | Civil |
| **Case Subtype:** | Complaint - Inspection of Books & Records |
| **Key Nature of Suit:** | Business Organizations (080) |
| **Description:** | Civil Action |
| **Date Filed:** | 11/12/2021 |
| **Judge:** | Kathaleen St Jude McCormick |
| **Case Status:** | Active |
| **Judge Last Status Date:** | 11/12/2021 |
| **Other Judge:** | Judge Unassigned |
| **Miscellaneous:** | CONF ORD/COORDINATED/ |

### SYNOPSIS INFORMATION

| | |
|---|---|
| **Allegations:** | Verified complaint to compel Inspection of books and records. (Supplemental information sheet only). |
| **Damages:** | Injunctive relief, and issuance of Inspection. |
| | COMPLAINT (MANUALLY RETRIEVED) |
| | 📄 Original Image of this Document (PDF) |

### PARTICIPANT INFORMATION                                    Expand All

**New York City Police Pension Fund**

| New York City Fire Department Pension Fund | |
|---|---|
| New York City Fire Department Pension Fund | |
| New York City Police Pension Fund | |
| New York City Board of Education Retirement System | |
| New York City Employees' Retirement System | |
| Teachers' Retirement System for the City of New York | |
| Stichting Depositary APG Developed Markets Equity Pool | |
| **Type:** | Plaintiff |
| **Attorney:** | Andrew Blumberg |
| **Attorney Address:** | 500 Delaware Ave Ste 901<br>Wilmington, DE 19801 |
| **Attorney Phone:** | 212-554-1408 |
| **Attorney Fax:** | 212-554-1444 |
| **Email Address:** | Andrew.Blumberg@blbglaw.com |
| **Firm Name:** | Bernstein Litowitz Berger & Grossmann LLP-Wilmington |
| Stichting PGGM Depositary | |
| Asbestos Workers Philadelphia Welfare and Pension Fund | |
| Sjunde AP-Fonden | |
| Cleveland Bakers and Teamsters Pension Fund | |
| Cleveland Bakers and Teamsters Pension Fund | |
| Margot Baynes | |
| Wayne County Employees' Retirement System | |
| General Retirement System of the City of Detroit | |
| Robert Davydov | |
| Eric Mehta | |
| Crystal Zagari | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Activision Blizzard, Inc. | |
| Stichting Depositary APG Developed Markets Equity Pool | |
| **Type:** | Interested Party |
| **Attorney:** | Andrew Blumberg |

| Attorney Address: | 500 Delaware Ave Ste 901<br>Wilmington, DE 19801 |
|---|---|
| Attorney Phone: | 212-554-1408 |
| Attorney Fax: | 212-554-1444 |
| Email Address: | Andrew.Blumberg@blbglaw.com |
| Firm Name: | Bernstein Litowitz Berger & Grossmann LLP-Wilmington |

## ATTORNEY INFORMATION                    Expand All

**Valisity Beal**

## DOCKET PROCEEDINGS (22)

| Date: | Entry #: | Description: | Date Docketed: | Party: | |
|---|---|---|---|---|---|
| 12/30/2021 | 88559641 | **Document Description:** [Proposed] Order Directing Coordination of Related Action [filed by plaintiffs New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System for the City of New York] **Docket Entry Type:** Proposed Order **Attorney:** Christine Mackintosh **File Type:** Main **Disposition:** Accepted **Filer:** Valisity Beal **Reviewer:** Levette Williams | 12/30/2021 | | Send Runner to Court |

1/18/22, 12:08 PM

Case 2:21-cv-06240-PA-JEM   IN RE Activision Blizzard Inc Section 220 Litigation | Dockets | Delaware | Westlaw   Filed 01/18/22   Page 5 of 18   Page ID #:1452

| | | | | | |
|---|---|---|---|---|---|
| | | **Number of Pages:** 2 **Filer Organization:** Grant & Eisenhofer PA | | | |
| 12/30/2021 | 88559049 | **Document Description:** Entry of Appearance of Michael J. Barry, Christine M. Mackintosh and Vivek Upadhya of Grant & Eisenhofer P.A. as counsel on behalf of plaintiffs New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, New York City Board of Education Retirement System, and Teachers' Retirement System for the City of New York, with Certificate of Service [This filing relates to the Stipulation Governing Coordination granted on December 9, 2021] **Docket Entry Type:** Entry of Appearance **Attorney:** Vivek Upadhya **File Type:** Main **Disposition:** Accepted **Filer:** Valisity Beal **Reviewer:** | 12/30/2021 | | 📄 View |

| | | | | | |
|---|---|---|---|---|---|
| | | Levette Williams **Number of Pages:** 1 **Filer Organization:** Grant & Eisenhofer PA | | | |
| 12/14/2021 | 88502058 | **Document Description:** Granted (Stipulation and [Proposed] Order Extending Time to Respond to the Consolidated Operative Complaint) **Docket Entry Type:** Order **File Type:** Main **Disposition:** Accepted **Filer:** Linda Rizzo **Reviewer:** Levette Williams **Number of Pages:** 5 **Filer Organization:** DE Court of Chancery Civil Action | 12/14/2021 | | 📄 View |
| 12/14/2021 | 88499749 | **Document Description:** Stipulation and [Proposed] Order Extending Time to Respond to the Consolidated Operative Complaint **Docket Entry Type:** Stipulation & (Proposed) Order **Attorney:** Edward B Micheletti **File Type:** Main **Disposition:** Draft **Filer:** Chelsea S Nichols **Reviewer:** | 12/14/2021 | Filing Party: Activision Blizzard, Inc. | 📄 View |

| | | | | | |
|---|---|---|---|---|---|
| | | Levette Williams **Number of Pages:** 4 **Filer Organization:** Skadden Arps Slate Meagher & Flom LLP-Wilmington | | | |
| 12/09/2021 | 88485097 | **Document Description:** Granted (Stipulation and [Proposed] Order Governing Coordination) **Docket Entry Type:** Order **File Type:** Main **Disposition:** Accepted **Filer:** Linda Rizzo **Reviewer:** Levette Williams **Number of Pages:** 11 **Filer Organization:** DE Court of Chancery Civil Action | 12/09/2021 | | View |
| 12/08/2021 | 88480344 | **Document Description:** Stipulation and [Proposed] Order Governing Coordination **Docket Entry Type:** Stipulation & (Proposed) Order **Attorney:** Andrew Blumberg **File Type:** Main **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Levette Williams **Number of Pages:** 10 **Filer** | 12/09/2021 | | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Organization:** Bernstein Litowitz Berger & Grossmann LLP- Wilmington | | | |
| 12/08/2021 | 88478814 | **Document Description:** Entry of Appearance of Edward B. Micheletti and Lauren N. Rosenello of Skadden, Arps, Slate, Meagher & Flom LLP as counsel on behalf of defendant Activision Blizzard, Inc. **Docket Entry Type:** Entry of Appearance **Attorney:** Edward B Micheletti **File Type:** Main **Disposition:** Accepted **Filer:** Chelsea S Nichols **Reviewer:** Levette Williams **Number of Pages:** 3 **Filer Organization:** Skadden Arps Slate Meagher & Flom LLP- Wilmington | 12/08/2021 | Filing Party: Activision Blizzard, Inc. | [PDF] View | |
| 11/29/2021 | 88438447 | **Document Description:** Summons to Defendant Activision Blizzard, Inc. pursuant to 10 Del. C. Sec. 3111, with affidavit of service **Docket Entry Type:** Summons **Attorney:** Andrew Blumberg **File Type:** Main **Disposition:** | 11/29/2021 | | [PDF] View | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Jessica Thompson **Number of Pages:** 3 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | |
| 11/29/2021 | 88437890 | **Document Description:** 11.22.21 - issued (1) Summons pursuant to 10 Del. C. Section 3111 (1 Copy) **Docket Entry Type:** Issuance of Summons **File Type:** Main **Disposition:** Accepted **Filer:** Jessica Thompson **Reviewer:** Levette Williams **Number of Pages:** 3 **Filer Organization:** DE Court of Chancery Civil Action | 11/29/2021 | | [PDF] View |
| 11/21/2021 | 88420242 | **Document Description:** Public [redacted] version of Plaintiffs' Motion for Expedited Proceedings **Docket Entry Type:** Public Version **Attorney:** Andrew Blumberg **File Type:** Main **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** | 11/22/2021 | | [PDF] View |

| | | | | | |
|---|---|---|---|---|---|
| | | Levette Williams<br>**Number of Pages:** 11<br>**Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/17/2021 | 88406226 | **Document Description:** Public [redacted] version of Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220<br>**Docket Entry Type:** Public Version 2021 WL 5508349<br>**Attorney:** Andrew Blumberg **File Type:** Main<br>**Disposition:** Accepted<br>**Filer:** Ronald E. Wittman Jr<br>**Reviewer:** Levette Williams<br>**Number of Pages:** 46<br>**Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | 11/18/2021 | | 📄 View |
| 11/16/2021 | 88395430 | **Document Description:** Revised Letter from Andrew E. Blumberg, Esq. to the Register in Chancery regarding Confidential Filing Pursuant to Court of Chancery Rule 5.1(e)(1)<br>**Docket Entry** | 11/16/2021 | | 📄 View |

| | | | | | |
|---|---|---|---|---|---|
| | | **Type:** Certificate of Rule 5.1 **Attorney:** Andrew Blumberg **File Type:** Main **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Levette Williams **Number of Pages:** 2 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/16/2021 | 88395429 | **Document Description:** Revised Unsworn Affidavit and Verification of F.J. Roeters van Lennep and A.B. Pasma pursuant to 10 Del. C. Sec. 3927 on behalf of Stichting PGGM Depositary in support of the Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220 **Docket Entry Type:** Verification to Complaint **Attorney:** Andrew Blumberg **File Type:** Main **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Levette Williams **Number of** | 11/16/2021 | | View |

Case 2:21-cv-06240-PA-JEM   Document 62-3   Filed 01/18/22   Page 12 of 18   Page
ID #:1459

| | | **Pages:** 3 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
|---|---|---|---|---|---|
| 11/12/2021 | 88386595 | **Document Description:** Letter from Andrew E. Blumberg, Esq. to the Register in Chancery regarding Confidential Filing Pursuant to Court of Chancery Rule 5.1(e)(1) **Docket Entry Type:** Certificate of Rule 5.1 **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 2 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | 11/15/2021 | | 📄 View |
| 11/12/2021 | 88386594 | **Document Description:** [Proposed] Order Granting Plaintiffs' Motion for Expedited Proceedings **Docket Entry Type:** Proposed Order **Attorney:** Andrew Blumberg **File Type:** Supporting | 11/15/2021 | | 📄 View |

Case 2:21-cv-06240-PA-JEM Document 62-3 Filed 01/18/22 Page 13 of 18 Page ID #:1460

| | | | | | |
|---|---|---|---|---|---|
| | | **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 2 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/12/2021 | 88386592 | **Document Description:** Exhibits A - D to Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220 **Docket Entry Type:** Exhibits **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 168 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | 11/15/2021 | | View |
| 11/12/2021 | 88386591 | **Document Description:** Letter from Andrew E. Blumberg, Esq. to the Register in Chancery regarding Summons Instructions **Docket Entry Type:** Summons | 11/15/2021 | | View |

| | | | | | |
|---|---|---|---|---|---|
| | | Instructions **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 1 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/12/2021 | 88386590 | **Document Description:** Supplemental Information Pursuant to Rule 3(a) of the Rules of the Court of Chancery **Docket Entry Type:** Supplemental Information Sheet **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 1 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | 11/15/2021 | | View |
| 11/12/2021 | 88386589 | **Document Description:** Unsworn Affidavit and Verification of Michael Burns pursuant to 10 | 11/15/2021 | | View |

| | | | | | |
|---|---|---|---|---|---|
| | | Del. C. Sec. 3927 on behalf of Asbestos Workers Philadelphia Welfare and Pension Fund in support of the Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220 **Docket Entry Type:** Verification to Complaint **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 2 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/12/2021 | 88386588 | **Document Description:** Unsworn Affidavit and Verification of Peter Branner and Ronald van Dijk pursuant to 10 Del. C. Sec. 3927 on behalf of **Stichting Depositary APG Developed Markets Equity Pool** in support of the Verified Complaint to Compel Inspection of Books and | 11/15/2021 | | Send Runner to Court |

Case 2:21-cv-06240-PA-JEM    Document 62-3    Filed 01/18/22    Page 16 of 18    Page ID #:1463

| | | | | | |
|---|---|---|---|---|---|
| | | Records Under 8 Del. C. § 220 **Docket Entry Type:** Verification to Complaint **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 1 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/12/2021 | 88386587 | **Document Description:** Unsworn Affidavit and Verification of F.J. Roeters van Lennep pursuant to 10 Del. C. Sec. 3927 on behalf of Stichting PGGM Depositary in support of the Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220 **Docket Entry Type:** Verification to Complaint **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder- | 11/15/2021 | | View |

Case 2:21-cv-06240-PA-JEM   Document 62-3   Filed 01/18/22   Page 17 of 18   Page ID #:1464

| | | | | | |
|---|---|---|---|---|---|
| | | Rahming **Number of Pages:** 1 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | | | |
| 11/12/2021 | 88386586 | **Document Description:** Unsworn Affidavit and Verification of Richard Grottheim pursuant to 10 Del. C. Sec. 3927 on behalf of Sjunde AP-Fonden in support of the Verified Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220 **Docket Entry Type:** Verification to Complaint **Attorney:** Andrew Blumberg **File Type:** Supporting **Disposition:** Accepted **Filer:** Ronald E. Wittman Jr **Reviewer:** Kecia Wilder-Rahming **Number of Pages:** 1 **Filer Organization:** Bernstein Litowitz Berger & Grossmann LLP-Wilmington | 11/15/2021 | | View |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

---

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

In RE Activision Blizzard, Inc. Section 220 Litigation | Dockets | Delaware | Westlaw

Case 2:21-cv-06240-PA-JEM   Document 62-3   Filed 01/18/22   Page 18 of 18   Page
ID #:1465

Westlaw. © 2022 Thomson Reuters  |  Privacy Statement  |  Accessibility  |  Supplier Terms  |  Contact Us  |  1-800-REF-ATTY (1-800-733-2889)  |  **Improve Westlaw**

