# EXHIBIT 3



**GRANTED**

EFiled: Dec 09 2021 03:35PM EST
Transaction ID 67156085
Case No. Multi-Case

 

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| STICHTING DEPOSITARY APG DEVELOPED MARKETS EQUITY POOL, STICHTING PGGM DEPOSITARY, ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, and SJUNDE AP-FONDEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>    Defendant. | C.A. No. 2021-0975-KSJM |
| CLEVELAND BAKERS AND TEAMSTERS PENSION FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>    Defendant. | C.A. No. 2021-0991-KSJM |
| MARGOT BAYNES,<br><br>    Plaintiff,<br><br>  v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>    Defendant. | C.A. No. 2021-1002-KSJM |

| | |
|---|---|
| ERIC MEHTA,<br><br>            Plaintiff,<br><br>   v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>            Defendant. | C.A. No. 2021-1010-KSJM |
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>            Plaintiff,<br><br>   v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>            Defendant. | C.A. No. 2021-1008-KSJM |
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>            Plaintiff,<br><br>   v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>            Defendant. | C.A. No. 2021-1007-KSJM |

2

| | |
|---|---|
| ROBERT DAVYDOV,<br><br>                    Plaintiff,<br><br>       v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>                    Defendant. | C.A. No. 2021-1009-KSJM |
| CRYSTAL ZAGARI,<br><br>                    Plaintiff,<br><br>       v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>                    Defendant. | C.A. No. 2021-1005-KSJM |

## STIPULATION AND [PROPOSED] ORDER GOVERNING COORDINATION

WHEREAS, each of the above-captioned actions (the "Actions") is a summary proceeding under 8 *Del. C.* § 220;

WHEREAS, plaintiffs in each of the Actions seek to inspect the documents of Activision Blizzard, Inc. ("Activision") pursuant to 8 *Del. C.* § 220;

WHEREAS, Court of Chancery Rule 42(a) permits coordination of actions where "actions involving a common question of law or fact are pending before the

3

Court," and the Court may "make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay";

WHEREAS, the Actions have the potential to involve numerous common questions of fact and law, and all parties to the Actions wish to avoid unnecessary costs and delay;

WHEREAS, counsel for plaintiffs in the Actions have agreed that prosecution of the Actions and communications with the Court and defendant regarding the Actions will be coordinated through the law firms Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and Kessler Topaz Meltzer & Check ("Kessler Topaz," and together with BLB&G, the "Firms"); and

WHEREAS, in lieu of pre-trial briefing, the parties shall submit their positions in the pre-trial order;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1.      All Actions shall be, and hereby are, coordinated for all purposes, including trial and pre-trial discovery, and are collectively referred to herein as the "Coordinated Action."  Plaintiffs in the Coordinated Action shall work together on all matters where it is practicable to do so, and will conduct the litigation in a manner designed to avoid duplication, and to promote the efficient and speedy resolution of the Coordinated Action.  Hereafter, the complaint filed in C.A. No. 2021-0975-

KSJM is the consolidated operative complaint and papers need only be filed in C.A. No. 2021-0975-KSJM.

2.      The parties agree that any communications with plaintiffs' counsel regarding the Coordinated Action shall be directed to the Firms, which shall consult as necessary with the other plaintiffs' counsel prior to entering into any agreements with Activision on any significant matters.  The parties further agree that any agreements reached between Activision's counsel and the Firms, on behalf of their respective clients, regarding any matters or issues involving the Coordinated Action shall be binding on all other plaintiffs.

3.      All pleadings, discovery and other documents filed, served, produced, or otherwise provided by any party to any other party in the Coordinated Action shall be served on all Delaware counsel of record in the Coordinated Action, and all discovery produced or provided to any party in the Coordinated Action pursuant to a subpoena shall be served on all Delaware counsel of record in the Coordinated Action.

4.      Any pleading, discovery or other document filed or served in the Coordinated Action shall bear the caption substantially as follows:

| IN RE ACTIVISION BLIZZARD, INC. SECTION 220 LITIGATION | COORDINATED C.A. No. 2021-0975-KSJM |
|---|---|

5.      All actions subsequently filed or transferred to this Court that involve questions of law or fact similar to those contained in the Coordinated Action (each, a "Related Action") shall be automatically coordinated with the Coordinated Action. When a Related Action is hereinafter filed in this Court, the Court requests the assistance of counsel in calling to the attention of the Court the filing, and counsel are to assist in ensuring that counsel in any subsequently filed Related Action(s) receive notice of this Order.

6.      The parties may file the answer, pre-trial order, and any other papers as "Confidential Filings" in accordance with Court of Chancery Rule 5.1.

Dated: December 8, 2021

OF COUNSEL:

Mark Lebovitch
Rebecca E. Boon
Joseph W. Caputo
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

*Counsel for Stichting Depositary APG
Developed Markets Equity Pool, Stichting
PGGM Depositary, and Asbestos Workers
Philadelphia Welfare and Pension Fund*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ Andrew E. Blumberg*
Andrew E. Blumberg (Bar No. 6744)
500 Delaware Avenue, Suite 901
Wilmington, DE  19801
(302) 364-3600

*Counsel for Plaintiffs Stichting
Depositary APG Developed Markets
Equity Pool, Stichting PGGM
Depositary, Asbestos Workers
Philadelphia Welfare and Pension Fund,
Sjunde AP-Fonden, Margot Baynes,
General Retirement System Of The City
Of Detroit, Robert Davydov, Wayne
County Employees' Retirement System,
Crystal Zagari, and Eric Mehta*

6

Eric Zagar
Lee Rudy
Maria T. Starling
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Counsel for Sjunde AP-Fonden*

Daniel E. Bacine
Jeffrey W. Golan
**BARRACK, RODOS & BACINE**
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 963-0600

-and-

Michael A. Toomey
11 Times Square
640 8th Avenue, 10th Floor
New York, New York 10026
(212) 688-0782

*Counsel for Plaintiff Margot Baynes*

Mitchell M.Z. Twersky
Jeffrey S. Abraham
Atara Twersky
Michael J. Klein
Sean M. Handron-O'Brien
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

**BLOCK & LEVITON LLP**

*/s/ Nathan A. Cook*
Nathan A. Cook (#4841)
Mae Oberste (#6690)
3801 Kennett Pike, Suite C-305
Wilmington, DE 19807
(302) 499-3600

*Additional Delaware Counsel
And Counsel for Plaintiff Cleveland
Bakers and Teamsters Pension Fund*

7

*Counsel for Plaintiff General
Retirement System Of The City Of
Detroit*

Aaron T. Morris
Leo Kandinov
Gina Stassi
**MORRIS KANDINOV LLP**
550 West B Street
4th Floor
San Diego, CA 92101

*Counsel for Plaintiff Robert Davydov*

Javier Bleichmar
Nancy A. Kulesa
**BLEICHMAR FONTI
& AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
(212) 789-1340

-and-

Peter E. Borkon
555 12th Street
Suite 1600
Oakland, CA 94607
(415) 445-4003

*Counsel for Wayne County Employees'
Retirement System*

Jeremy S. Friedman
David Tejtel
**FRIEDMAN OSTER
& TEJTEL PLLC**
493 Bedford Center Road, Suite 2D
Bedford Hills, NY 10507
(888) 529-1108

-and-

D. Seamus Kaskela
**KASKELA LAW LLC**
18 Campus Blvd., Suite 100
Newton Square, PA 19073
(484) 258-1585

*Counsel for Crystal Zagari*

Francis A. Bottini, Jr.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Ave, Suite 102
La Jolla, CA 92037
(858) 914-2001

-and-

Mark C. Molumphy
**COTCHETT PITRE & MCCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000

*Counsel for Plaintiff Eric Mehta*

Jason M. Leviton
Joel A. Fleming
Bryan Jennings
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600

*Counsel for Plaintiff Cleveland Bakers
and Teamsters Pension Fund*

9

OF COUNSEL:

Kevin Muck
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
1 Front Street, Suite 3500
San Francisco, CA 94111
(628) 235-1000

**SKADDEN, ARPS, SLATE
    MEAGHER & FLOM LLP**

/s/ Edward B. Micheletti
Edward B. Micheletti
Lauren Rosenello
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-3000

*Counsel for Defendant Activision
Blizzard, Inc.*

SO ORDERED this _____ day of _____, 2021.

_____
Chancellor Kathaleen St. J. McCormick

10

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Multi-Case |
| **File & Serve Transaction ID:** | 67151600 |
| **Current Date:** | Dec 09, 2021 |
| **Case Number:** | Multi-Case |
| **Case Name:** | Multi-Case |
| **Court Authorizer:** | Kathaleen St Jude McCormick |

**/s/ Judge Kathaleen St Jude McCormick**