# EXHIBIT 4

| Case Name | Initial Noticed Class Period | Initial Complaint Pages | Class Period of (First) Amended Complaint | (First) Amended Complaint Pages | Class Period of Second Amended Complaint | Second Amended Complaint Pages | Class Period of Third Amended Complaint | Third Amended Complaint Pages | Re-noticed and re-opened lead plaintiff process? |
|---|---|---|---|---|---|---|---|---|---|
| *Delaware County Employees Retirement System, et al., v. AdaptHealth Corp., et al.,* 2:21-cv-03382 (E.D.Pa.) | 11/11/2019 to 7/16/2021 | 26 | 11/8/2019 to 7/16/2021 | 91 | | | | | No |
| *Courter, et al., v. CytoDyn Inc., et al.,* 3:21-cv-05190 (W.D Arz.) | 3/27/2020 to 3/9/2021 | 23 | 3/27/2020 to 5/17/2021* | 196 | | | | | No |
| *In re Ideanomics, Inc. Securities Litigation,* 1:20-cv-04944 (S.D.N.Y.) | 3/20/2020 to 6/25/2020 | 19 | 3/16/2020 to 6/25/2020 | 72 | | | | | No |
| *In re Carnival Corp. Securities Litigation,* 1:20-cv-22202 (S.D. Fl.) | 1/28/2020 to 5/1/2020 | 36 | 9/16/2019 to 3/31/2019 | 116 | 9/16/2019 to 3/31/2020 | 143 | | | No |
| *In re Kraft Heinz Securities Litigation,* 1:19-cv-01339 (N.D. Ill.) | 5/4/2017 to 2/21/2019 | 38 | 11/5/2015 to 8/7/2019* | 233 | | | | | No |
| *In re NVIDIA Corporation Securities Litigation,* 4:18-cv-07669 (N.D. Cal.) | 8/10/2017 to 11/15/2018 | 20 | 5/10/2017 to 11/14/2018 | 113 | 5/10/2017 to 11/14/2018 | 87 | | | No |
| *In re Qualcomm/Broadcom Merger Securities Litigation,* 3:18-cv-01208 (S.D.Cal.) | 1/31/2018 to 3/12/2018 | 18 | 1/29/2018 to 3/12/2018 | 113 | 1/29/2018 to 3/12/2018 | 146 | | | No |
| *In re Acuity Brands, Inc. Securities Litigation,* 1:18-cv-02140 (N.D. Ga.) | 6/29/2016 to 4/3/2017 | 23 | 10/7/2015 to 4/3/2017 | 172 | | | | | No |
| *Arkansas Teachers Retirement System, et al., v. OSI Systems, Inc., et al.,* 2:17-cv-08841 (C.D. Cal.) | 8/21/2013 to 12/6/2017 | 28 | 8/21/2013 to 2/1/2018 | 134 | 8/21/2013 to 2/1/2018 | 144 | | | No |
| *Rabkin v. Lion Biotechnologies, Inc., et al.,* 3:17-cv-02086 (N.D. Cal.) | 11/14/2013 to 4/10/2017 | 15 | 9/27/2013 to 4/10/2017 | 88 | | | | | No |
| *FRANKFURT-TRUST Investment Luxemburg AG v. United Technologies Corporation, et al.,* 1:17-cv-03570 (S.D.N.Y.) | 4/21/2015 to 7/20/2015 | 19 | 12/11/2014 to 7/20/2015 | 74 | 12/11/2014 to 7/20/2015 | 96 | | | No |
| *Ollila v. Babcock & Wilcox Enterprise s,* 3:17-cv-00109 (W.D.N.C.)^ | 7/1/2015 to 2/28/2017 | 29 | 6/17/2015 to 2/28/2017 | 96 | 6/17/2015 to 8/9/2017 | 121 | | | No |
| *Oklahoma Law Enforcement Retirement System v. Adeptus Health Inc., et al.,* 4:17-cv-00449 (E.D. Tx.) | 4/23/2015 to 11/16/2015 and pursuant to the secondary public offering on or about 7/31/2015 | 38 | 6/25/2014 to 3/1/2017 and pursuant or traceable to any of the public offerings on 6/25/2014, 5/11/2015, 7/29/2015, or 6/8/2016 | 160 | 6/25/2014 to 3/1/2017 and pursuant or traceable to any of the public offerings on 7/29/2015 or 6/8/2016 | 158 | 6/25/2014 to 3/1/2017 and pursuant or traceable to any of the public offerings on 7/29/2015 or 6/8/2016* | 207 | No |
| *In re Allergan Generic Drug Pricing Securities Litigation,* 2:16-cv-09449 (D.N.J.) | 2/25/2014 to 11/2/2016 | 37 | 10/29/2013 to 11/2/2016 | 127 | 10/29/2013 to 11/2/2016 | 123 | | | No |
| *Anderson v. StoneMor Partners L.P., et al.,* 2:16-cv-06111 (E.D.Pa.) | 1/19/2012 to 10/27/2016 | 47 | 3/15/2012 to 10/27/2016 | 112 | | | | | No |
| | | | | | | | | | |
| | | | | | | | | | |
| *Added claim under the Securities Exchange Act of 1934 | | | | | | | | | |
| ^ Kessler Topaz was additional counsel in action | | | | | | | | | |