1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
10   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated, | Case No. 2:21-cv-06240-PA-JEM |
| Plaintiff, | CLASS ACTION |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE |
| ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY, | |
| Defendants. | |

1
2
3
4
5

The Court, having considered Plaintiffs' Request for Judicial Notice Regarding AMF Tjänstepension AB's Joinder Notice In Support, Dkt. No. 57 ("Plaintiffs' Request"), and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS Plaintiffs' Request in its entirety

6

7    Dated:  _____

8

9                                              _____
10                                             THE HONORABLE PERCY ANDERSON
                                               UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1