Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Rick Richmond (SBN 194962)
rrichmond@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Local Counsel for AMF Tjänstepension
AB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>      Defendants. | Case No. 2:21-cv-06240 PA (JEMx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF AMF TJÄNSTEPENSION AB'S REPLY TO JEFF ROSS, ET AL.'S RESPONSE TO JOINDER NOTICE AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    January 31, 2022<br>Time:    1:30 p.m.<br>Crtrm.:  9A<br><br>Judge:  Hon. Percy Anderson<br><br>Trial Date:        None Set |

LARSON
LOS ANGELES

DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF AMF TJÄNSTEPENSION AB'S REPLY TO JEFF ROSS, ET AL.'S RESPONSE TO JOINDER NOTICE AND REQUEST FOR JUDICIAL NOTICE

## DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare as follows:

1. I am a member in good standing of the bar of the State of California and of this Court.  I am a partner at the law firm Larson LLP.  I submit this Declaration in support of AMF Tjänstepension AB's Reply to Jeff Ross, *et al.*'s Response to Joinder Notice and Request for Judicial Notice.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a table prepared by Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") showing the federal securities cases referenced by Jeff Ross in which Kessler Topaz represented the class as lead counsel, local counsel, or additional counsel.  The table was prepared with filings from other federal cases.  Judicial notice is proper under Federal Rules of Evidence Rule 201(b).  *See ReadyLink Healthcare, Inc. v. State Compensation Ins. Fund*, 754 F.3d 754, 756, n. 1 (9th Cir. 2014).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: January 24, 2022, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson

LARSON
LOS ANGELES

1

DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF AMF TJÄNSTEPENSION AB'S REPLY TO JEFF ROSS, ET AL.'S RESPONSE TO JOINDER NOTICE AND REQUEST FOR JUDICIAL NOTICE