# EXHIBIT A

| Case Name | Initial Noticed Class Period | Class Period Expanded Before Lead Plaintiff Deadline? | Class Period of First Amended Complaint | Class Period of Second Amended Complaint | Class Period of Third Amended Complaint | Length of Expansion by Kessler Topaz | Length of Reduction by Kessler Topaz | Initial Complaint Filed & Notice Issued by Kessler Topaz? |
|---|---|---|---|---|---|---|---|---|
| *Del. Cty. Emps. Ret. Sys. v. AdaptHealth Corp.*, 2:21-cv-03382 (E.D. Pa.) | 11/11/2019 to 7/16/2021 | NO | 11/8/2019 to 7/16/2021 | | | 3 days on front end | NONE | NO |
| *Courter v. CytoDyn Inc.*, 3:21-cv-05190 (W.D. Wash.) | 3/27/2020 to 3/9/2021 | NO | 3/27/2020 to 5/17/2021 | | | 2 months on back end (due to post-initial filing disclosures) | NONE | NO |
| *In re Ideanomics, Inc. Sec. Litig.*, 1:20-cv-04944 (S.D.N.Y.) | 3/20/2020 to 6/25/2020 | NO | 3/16/2020 to 6/25/2020 | | | 4 days on front end | NONE | NO |
| *In re Carnival Corp. Sec. Litig.*, 1:20-cv-22202 (S.D. Fla.) | 1/28/2020 to 5/1/2020 | YES<br><br>9/26/2019 to 5/1/2020 (expanded by Kessler Topaz) | 9/16/2019 to 3/31/2020 | 9/16/2019 to 3/31/2020 | | 4 months on front end | 1 month on back end | NO |
| *In re Kraft Heinz Sec. Litig.*, 1:19-cv-01339 (N.D. Ill.) | 5/4/2017 to 2/21/2019 | YES<br><br>7/6/2015 to 2/21/2019 (expanded by Kessler Topaz) | 11/5/2015 to 8/7/2019 | | | 18 months on front end and 5 months on back end (due to post-initial filing disclosures) | NONE | NO |
| *In re NVIDIA Corp. Sec. Litig.*, 4:18-cv-07669 (N.D. Cal.) | 8/10/2017 to 11/15/2018 | NO | 5/10/2017 to 11/14/2018 | 5/10/2017 to 11/14/2018 | | 3 months on front end | 1 day on back end | NO |
| *In re Qualcomm/Broadcom Merger Sec. Litig.*, 3:18-cv-01208 (S.D. Cal.) | 1/31/2018 to 3/12/2018 | NO | 1/29/2018 to 3/12/2018 | 1/29/2018 to 3/12/2018 | | 2 days on front end | NONE | YES |
| *In re Acuity Brands, Inc. Sec. Litig.*, 1:18-cv-02140 (N.D. Ga.) | 6/29/2016 to 4/3/2017 | YES<br><br>10/7/2015 to 4/3/2017 (expanded by another firm) | 10/7/2015 to 4/3/2017 | | | NONE | NONE | NO |

1

| Case Name | Initial Noticed Class Period | Class Period Expanded Before Lead Plaintiff Deadline? | Class Period of First Amended Complaint | Class Period of Second Amended Complaint | Class Period of Third Amended Complaint | Length of Expansion by Kessler Topaz | Length of Reduction by Kessler Topaz | Initial Complaint Filed & Notice Issued by Kessler Topaz? |
|---|---|---|---|---|---|---|---|---|
| *Ark. Teachers Ret. Sys., v. OSI Sys., Inc.*, 2:17-cv-08841 (C.D. Cal.) | 8/21/2013 to 12/6/2017 | YES

8/16/2013 to 2/1/2018 (expanded by another firm) | 8/21/2013 to 2/1/2018 | 8/21/2013 to 2/1/2018 | | NONE | 5 days on front end | NO |
| *Rabkin v. Lion Biotechnologies, Inc.*, 3:17-cv-02086 (N.D. Cal.) | 11/14/2013 to 4/10/2017 | NO | 9/27/2013 to 4/10/2017 | | | 1.5 months on front end | NONE | NO |
| *FRANKFURT-TRUST Investment Luxemburg AG v. United Techs. Corp.*, 1:17-cv-03570 (S.D.N.Y.) | 4/21/2015 to 7/20/2015 | NO | 12/11/2014 to 7/20/2015 | 12/11/2014 to 7/20/2015 | | 4 months on front end | NONE | NO |
| *Ollila v. Babcock & Wilcox Enters., Inc.*, 3:17-cv-00109 (W.D.N.C.) | 7/1/2015 to 2/28/2017 | NO | 6/17/2015 to 2/28/2017 | 6/17/2015 to 8/9/2017 | | 2 weeks on front end and 5 months on back end (due to post-initial filing disclosures) | NONE | NO |
| *Okla. Law Enf't Ret. Sys. v. Adeptus Health Inc.*, 4:17-cv-00449 (E.D. Tex.) | 4/23/2015 to 11/16/2015 and secondary public offering on 7/31/2015 | YES

6/25/2014 to 11/1/2016 (expanded by another firm) | 6/25/2014 to 3/1/2017 and public offerings on 6/25/2014, 5/11/2015, 7/29/2015, and 6/8/2016 | 6/25/2014 to 3/1/2017 and public offerings on 7/29/2015 or 6/8/2016 | 6/25/2014 to 3/1/2017 and public offerings on 7/29/2015 or 6/8/2016* | 4 months on back end (due to post-initial filing disclosures) | NONE | NO |
| *In re Allergan Generic Drug Pricing Sec. Litig.*, 2:16-cv-09449 (D.N.J.) | 2/25/2014 to 11/2/2016 | NO | 10/29/2013 to 11/2/2016 | 10/29/2013 to 11/2/2016 | | 4 months on front end | NONE | NO |
| *Anderson v. StoneMor Partners L.P.*, 2:16-cv-06111 (E.D. Pa.) | 1/19/2012 to 10/27/2016 | NO | 3/15/2012 to 10/27/2016 | | | NONE | 2 months on front end | NO |