Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY, <br><br> Defendants. | Case No. 2:21-cv-06240-PA-JEM <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE:  Hon. Percy Anderson <br> HEARING: February 28, 2022 <br> TIME:    1:30 p.m. <br> CTRM:   9A |

DECL. OF LAURENCE M. ROSEN ISO OPP. TO MTD                    2:21-cv-06240-PA-JEM

I, Laurence M. Rosen, declare:

1.     I am an attorney at The Rosen Law Firm, P.A., Court appointed Lead Counsel for Lead Plaintiff Jeff Ross. I make this declaration in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached as **Exhibit 1** are true and correct excerpts of Activision's Form 10-K for the year ended December 31, 2018 (the "2018 10-K"), filed with the United States Securities and Exchange Commission ("SEC") on February 28, 2019. The 2018 10-K is referred to in Paragraphs 248-249 of the Amended Class Action Complaint (the "Amended Complaint") and excerpts of it are attached as Exhibit B to the Declaration of Kevin P. Muck in Support of Defendants' Motion to Dismiss Amended Class Action Complaint (the "Muck Declaration").

3.     Attached as **Exhibit 2** are true and correct excerpts of Activision's Form 10-K for the year ended December 31, 2019 (the "2019 10-K"), filed with the SEC on February 27, 2020. The 2019 10-K is referred to in Paragraphs 250-251 of the Amended Complaint and excerpts of it are attached as Exhibit C to the Muck Declaration.

4.     Attached as **Exhibit 3** are true and correct excerpts of Activision's Form 10-K for the year ended December 31, 2020 (the "2020 10-K"), filed with the SEC on February 23, 2021. The 2020 10-K is referred to in Paragraphs 252-253 of the Amended Complaint and excerpts of it are attached as Exhibit D to the Muck Declaration.

5.     Attached as **Exhibit 4** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended September 30, 2018 (the "3Q 2018 10-Q"), filed with the SEC on November 8, 2018. The 3Q 2018 10-Q is referred to in Paragraphs 254 and 262 of the Amended Complaint and excerpts of it are attached

DECL. OF LAURENCE M. ROSEN ISO OPP. TO MTD                    2:21-cv-06240-PA-JEM

as Exhibit E to the Muck Declaration.

6. Attached as **Exhibit 5** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended March 31, 2019 (the "1Q 2019 10-Q"), filed with the SEC on May 2, 2019. The 1Q 2019 10-Q is referred to in Paragraphs 255 and 262 of the Amended Complaint and excerpts of it are attached as Exhibit F to the Muck Declaration.

7. Attached as **Exhibit 6** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended June 30, 2019 (the "2Q 2019 10-Q"), filed with the SEC on August 8, 2019. The 2Q 2019 10-Q is referred to in Paragraphs 256 and 262 of the Amended Complaint and excerpts of it are attached as Exhibit G to the Muck Declaration.

8. Attached as **Exhibit 7** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended September 30, 2019 (the "3Q 2019 10-Q"), filed with the SEC on November 7, 2019. The 3Q 2019 10-Q is referred to in Paragraphs 257 and 262 of the Amended Complaint and excerpts of it are attached as Exhibit H to the Muck Declaration.

9. Attached as **Exhibit 8** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended March 31, 2020 (the "1Q 2020 10-Q"), filed with the SEC on May 5, 2020. The 1Q 2020 10-Q is referred to in Paragraphs 258 and 262 of the Amended Complaint and excerpts of it are attached as Exhibit I to the Muck Declaration.

10. Attached as **Exhibit 9** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended June 30, 2020 (the "2Q 2020 10-Q"), filed with the SEC on August 4, 2020. The 2Q 2020 10-Q is referred to in Paragraphs 259 and 262 of the Amended Complaint and excerpts of it are attached as Exhibit J to the Muck Declaration.

11. Attached as **Exhibit 10** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended September 30, 2020 (the "3Q 2020 10-

DECL. OF LAURENCE M. ROSEN ISO OPP. TO MTD                    2:21-cv-06240-PA-JEM

Q"), filed with the SEC on October 29, 2020. The 3Q 2020 10-Q is referred to in Paragraphs 260 and 262 of the Amended Complaint and excerpts of it are attached as Exhibit K to the Muck Declaration.

12.    Attached as **Exhibit 11** are true and correct excerpts of Activision's Form 10-Q for the quarterly period ended March 31, 2021 (the "1Q 2021 10-Q"), filed with the SEC on May 4, 2021. The 1Q 2021 10-Q is referred to in Paragraphs 261-262 of the Amended Complaint and excerpts of it are attached as Exhibit L to the Muck Declaration.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 2nd day of February 2022, at New York, NY.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

DECL. OF LAURENCE M. ROSEN ISO OPP. TO MTD                    2:21-cv-06240-PA-JEM