# Exhibit 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Quarterly Period Ended March 31, 2020

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                to

Commission File Number 1-15839



# ACTIVISION BLIZZARD, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **95-4803544** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **3100 Ocean Park Boulevard**     **Santa Monica,**     **CA** | **90405** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(310) 255-2000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.000001 per share | ATVI | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer | ☒ | Non-accelerated Filer | ☐ | Accelerated Filer | ☐ |
|---|---|---|---|---|---|
| | | | | Smaller reporting company | ☐ |
| | | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐ No ☒

The number of shares of the registrant's Common Stock outstanding at April 28, 2020 was 770,485,455.

**ACTIVISION BLIZZARD, INC. AND SUBSIDIARIES**
**Table of Contents**

|  |  |  |  |
|---|---|---|---|
|  |  | Cautionary Statement | 3 |
| PART I. |  | FINANCIAL INFORMATION |  |
| Item 1. |  | Financial Statements (Unaudited) |  |
|  |  | Condensed Consolidated Balance Sheets at March 31, 2020 and December 31, 2019 | 4 |
|  |  | Condensed Consolidated Statements of Operations for the three months ended March 31, 2020 and March 31, 2019 | 5 |
|  |  | Condensed Consolidated Statements of Comprehensive Income for the three months ended March 31, 2020 and March 31, 2019 | 6 |
|  |  | Condensed Consolidated Statements of Cash Flows for the three months ended March 31, 2020 and March 31, 2019 | 7 |
|  |  | Condensed Consolidated Statement of Changes in Shareholders' Equity for the three months ended March 31, 2020 and March 31, 2019 | 8 |
|  |  | Notes to Condensed Consolidated Financial Statements | 9 |
| Item 2. |  | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 3. |  | Quantitative and Qualitative Disclosures About Market Risk | 50 |
| Item 4. |  | Controls and Procedures | 51 |
| PART II. |  | OTHER INFORMATION | 53 |
| Item 1. |  | Legal Proceedings | 53 |
| Item 1A. |  | Risk Factors | 53 |
| Item 5. |  | Other Information | 54 |
| Item 6. |  | Exhibits | 54 |
| EXHIBIT INDEX |  |  | 55 |
| SIGNATURE |  |  | 56 |

**1. Description of Business and Basis of Consolidation and Presentation**

Activision Blizzard, Inc. is a leading global developer and publisher of interactive entertainment content and services. We develop and distribute content and services on video game consoles, personal computers ("PC"s), and mobile devices. We also operate esports leagues and offer digital advertising within our content. The terms "Activision Blizzard," the "Company," "we," "us," and "our" are used to refer collectively to Activision Blizzard, Inc. and its subsidiaries.

The Company was originally incorporated in California in 1979 and was reincorporated in Delaware in December 1992. In connection with the 2008 business combination by and among the Company (then known as Activision, Inc.), Vivendi S.A, and Vivendi Games, Inc., pursuant to which we acquired Blizzard Entertainment, Inc. ("Blizzard"), we were renamed Activision Blizzard, Inc. On February 23, 2016, we acquired King Digital Entertainment plc, a leading interactive mobile entertainment company ("King"), by purchasing all of its outstanding shares.

***Our Segments***

Based upon our organizational structure, we conduct our business through three reportable segments, as follows:

*(i) Activision Publishing, Inc.*

Activision Publishing, Inc. ("Activision") is a leading global developer and publisher of interactive software products and entertainment content, particularly for the console platform. Activision primarily delivers content through retail and digital channels, including full-game and in-game sales, as well as by licensing software to third-party or related-party companies that distribute Activision products. Activision develops, markets, and sells products primarily based on our internally developed intellectual properties. Activision also includes the activities of the Call of Duty League™, a global professional esports league with city-based teams.

Activision's key product franchise is Call of Duty®, a first-person action title for the console and PC platforms and, following the October 1, 2019 launch of *Call of Duty: Mobile,* the mobile platform, including for Google Inc.'s ("Google") Android and Apple Inc.'s ("Apple") iOS.

*(ii) Blizzard Entertainment, Inc.*

Blizzard is a leading global developer and publisher of interactive software products and entertainment content, particularly for the PC platform. Blizzard primarily delivers content through retail and digital channels, including subscription, full-game, and in-game sales, as well as by licensing software to third-party or related-party companies that distribute Blizzard products. Blizzard also maintains a proprietary online gaming service, Blizzard Battle.net®, which facilitates digital distribution of Blizzard content and selected Activision content, online social connectivity, and the creation of user-generated content. Blizzard also includes the activities of the Overwatch League™, a global professional esports league with city-based teams.

Blizzard's key product franchises include: World of Warcraft®, a subscription-based massive multi-player online role-playing game for the PC platform; Diablo®, an action role-playing franchise for the PC and console platforms; Hearthstone®, an online collectible card franchise for the PC and mobile platforms; and Overwatch®, a team-based first-person action title for the PC and console platforms.

*(iii) King Digital Entertainment*

King is a leading global developer and publisher of interactive entertainment content and services, primarily for the mobile platform, including for Google's Android and Apple's iOS. King also distributes its content and services on the PC platform, primarily via Facebook. King's games are free to play; however, players can acquire in-game items, either with virtual currency or real currency, and we continue to focus on in-game advertising as a growing source of additional revenue.

King's key product franchise is Candy Crush™, which features "match three" games for the mobile and PC platforms.

We also engage in other businesses that do not represent reportable segments, including the Activision Blizzard Distribution ("Distribution") business, which consists of operations in Europe that provide warehousing, logistics, and sales distribution services to third-party publishers of interactive entertainment software, our own publishing operations, and manufacturers of interactive entertainment hardware.

### Basis of Consolidation and Presentation

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with the rules and regulations of the Securities and Exchange Commission and accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim reporting. Accordingly, certain notes or other information that are normally required by U.S. GAAP have been condensed or omitted if they substantially duplicate the disclosures contained in our annual audited consolidated financial statements. Additionally, the year-end condensed consolidated balance sheet data was derived from audited financial statements but does not include all disclosures required by U.S. GAAP. Accordingly, the unaudited condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements and notes thereto included in our Annual Report on Form 10-K for the year ended December 31, 2019.

The preparation of the condensed consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the amounts reported in the condensed consolidated financial statements and accompanying notes. Generally, making these estimates and developing our assumptions requires consideration of forecasted information, which, in context of the COVID-19 pandemic, involves additional uncertainty. While there was no material impact to our estimates in the current period, in future periods, facts and circumstances (including, without limitation, the impact of the ongoing global COVID-19 pandemic) could change and impact our estimates. Additionally, actual results could differ from these estimates and assumptions. In the opinion of management, all adjustments considered necessary for the fair statement of our financial position and results of operations in accordance with U.S. GAAP (consisting of normal recurring adjustments) have been included in the accompanying unaudited condensed consolidated financial statements.

The accompanying condensed consolidated financial statements include the accounts and operations of the Company. All intercompany accounts and transactions have been eliminated.

Certain reclassifications have been made to prior-year amounts to conform to the current period presentation.

The Company considers events or transactions that occur after the balance sheet date, but before the financial statements are issued, to provide additional evidence relative to certain estimates or to identify matters that require additional disclosures.

### Supplemental Cash Flow Information

As of March 31, 2020 and 2019, we had the following amounts associated with investing and financing activities recorded within "Accrued expenses and other liabilities":

- dividends payable of $316 million and $283 million, respectively; and

- accrued withholding tax payments related to net share settlements on restricted stock units of $12 million and $40 million, respectively.

The beginning and ending cash and cash equivalents and restricted cash reported within our condensed consolidated statement of cash flows included restricted cash amounts as follows (amounts in millions):

|  | At March 31, | |
|  | 2020 | 2019 |
| --- | --- | --- |
| Beginning restricted cash | $ 4 | $ 4 |
| Ending restricted cash | 4 | 4 |

10

Case 2:21-cv-06240-PA-JEM    Document 69-9    Filed 02/02/22    Page 6 of 6   Page ID
#:1597

**16. Commitments and Contingencies**

*Legal Proceedings*

We are party to routine claims, suits, investigations, audits, and other proceedings arising from the ordinary course of business, including with respect to intellectual property rights, contractual claims, labor and employment matters, regulatory matters, tax matters, unclaimed property matters, compliance matters, and collection matters. In the opinion of management, after consultation with legal counsel, such routine claims and lawsuits are not significant, and we do not expect them to have a material adverse effect on our business, financial condition, results of operations, or liquidity.