KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

RYAN M. CORRIVEAU (SBN 328096)
ryan.corriveau@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants*
*Activision Blizzard, Inc., Robert A. Kotick,*
*Dennis Durkin, Armin Zerza and Brian Kelly*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN P. MUCK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   February 28, 2022<br>Time:   1:30 p.m.<br>Place:  Courtroom 9A, First Street<br>        Courthouse<br>Judge:  The Honorable Percy Anderson |

SUPP. DECL. OF KEVIN P. MUCK
ISO MOTION TO DISMISS

CASE NO. 2:21-CV-06240-PA-JEM

I, Kevin P. Muck, declare as follows:

1.    I am an attorney admitted to practice before this Court, a member of the California State Bar, and a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendants Activision Blizzard, Inc., Robert A. Kotick, Dennis Durkin, Armin Zerza and Brian Kelly.  I make this declaration in support of Defendants' Motion to Dismiss Amended Class Action Complaint, filed jointly by my clients and a separately represented co-defendant, Spencer Neumann. I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently thereto.

2.    Attached as **Exhibit S** is a true and correct copy of the United States Securities and Exchange Commission's General Instructions for Form 10-K.  The copy attached as Exhibit S was obtained from the Securities and Exchange Commission's website on February 11, 2022.

3.    Attached as **Exhibit T** is a true and correct copy of the United States Securities and Exchange Commission's General Instructions for Form 10-Q.  The copy attached as Exhibit T was obtained from the Securities and Exchange Commission's website on February 11, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 14, 2022 at San Francisco, California.

_/s/ Kevin P.  Muck_
Kevin P. Muck

SUPP. DECL. OF KEVIN P. MUCK
ISO MOTION TO DISMISS

1

2:21-CV-06240-PA-JEM