KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

RYAN M. CORRIVEAU (SBN 328096)
ryan.corriveau@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants*
*Activision Blizzard, Inc., Robert A. Kotick,*
*Dennis Durkin, Armin Zerza and Brian Kelly*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:  February 28, 2022<br>Time:  1:30 p.m.<br>Place:  Courtroom 9A, First Street<br>           Courthouse<br>Judge: The Honorable Percy Anderson |

Defendants Activision Blizzard, Inc. ("Activision"), Robert A. Kotick, Dennis Durkin, Armin Zerza, Brian Kelly and Spencer Neumann (collectively, "Defendants") hereby request that the Court consider the documents identified below in connection with Defendants' Motion to Dismiss the Amended Class Action Complaint, which are attached as Exhibits S and T to the Supplemental Declaration of Kevin P. Muck (filed concurrently):

**Exhibit S**:  The United States Securities and Exchange Commission's ("SEC") General Instructions for Form 10-K.

**Exhibit T**:  The SEC's General Instructions for Form 10-Q.

These documents are judicially noticeable as public records of an administrative agency.  *See, e.g.*, *Wilson v. Edison Int'l, Inc.*, 2016 7469601, at *6 n.2 (C.D. Cal. July 6, 2016).  In evaluating motions to dismiss, courts may rely on such instructions issued by the SEC.  *See Greenberg v. Sunrun Inc.*, 233 F. Supp. 3d 764, 775 n.14 (N.D. Cal. 2017) (considering SEC's instructions in granting motion to dismiss); *Special Situations Fund III QP, L.P. v. Deloitte Touche Tohmatsu CPA, Ltd.*, 33 F. Supp. 3d 401, 442 n.22 (S.D.N.Y. 2014) (relying on SEC Form 10-Q General Instructions in granting motions to dismiss).

Dated: February 14, 2022            WILMER CUTLER PICKERING HALE
                                    AND DORR LLP

                                    By___/s/ Kevin P. Muck_____
                                        Kevin P. Muck

                                    *Attorneys for Defendants Activision
                                    Blizzard, Inc., Robert A. Kotick, Dennis
                                    Durkin, Armin Zerza and Brian Kelly*

Dated: February 14, 2022            GIBSON DUNN & CRUTCHER LLP

                                    By___/s/ Craig Varnen_____
                                        Craig Varnen

                                    *Attorneys for Defendant Spencer Neumann*

SUPP. REQ. FOR JUDICIAL NOTICE          1                    2:21-CV-06240-PA-JEM
ISO MOTION TO DISMISS

## **ATTESTATION (L.R. 5-4.3.4(a)(2)(i))**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 14, 2022

_/s/ Kevin P. Muck_
Kevin P. Muck