Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br><u>CLASS ACTION</u> |

Lead Plaintiff Jeff Ross and named Plaintiffs Gary Cheng, Micah Ernst, Michael Noon, Nick Baldwin, Chris Martin, and Alejandro Toiber (collectively, "Plaintiffs") respectfully submit this Notice of Supplemental Authority in Support of Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint to notify the Court of *Bond v. Clover Health Investments, Corp.*, 2022 WL 602432 (M.D. Tenn. Feb. 28, 2022) (attached as **Exhibit 1**). *Bond* was decided on February 28, 2022, after Defendants' Motion to Dismiss Amended Class Action Complaint was fully briefed. *See* ECF Nos. 55, 69, 71. The pertinent pages of *Bond* are *9-*11, *21-*22, and *25-*26.

DATED: March  3, 2022            **THE ROSEN LAW FIRM, P.A.**

By: <u>Laurence M. Rosen</u>
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Brian B. Alexander, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: balexander@rosenlegal.com


*Lead Counsel for Plaintiffs*