KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

RYAN M. CORRIVEAU (SBN 328096)
ryan.corriveau@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants
Activision Blizzard, Inc., Robert A. Kotick,
Dennis Durkin, Armin Zerza and Brian Kelly*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA and BRIAN KELLY,<br><br>Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

Defendants Activision Blizzard, Inc. ("Activision"), Robert A. Kotick, Dennis Durkin, Armin Zerza, Brian Kelly and Spencer Neumann (collectively, "Defendants") respectfully submit this Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss Amended Class Action Complaint to notify the Court of *Weston Fam. P'ship LLLP v. Twitter, Inc.*, No. 20-17465, 2022 WL 853252 (9th Cir. Mar. 23, 2022) (attached as Exhibit 1). The *Weston v. Twitter* case was decided by the Ninth Circuit on March 23, 2022, after Defendants' Motion to Dismiss Amended Class Action Complaint was fully briefed. *See* ECF Nos. 55, 69, 71. The pertinent pages of *Weston v. Twitter* are *6-8.

Dated: March 28, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By     /s/ Kevin P. Muck
             Kevin P. Muck

*Attorneys for Defendants Activision Blizzard, Inc., Robert A. Kotick, Dennis Durkin, Armin Zerza and Brian Kelly*

Dated: March 28, 2022

GIBSON DUNN & CRUTCHER LLP

By     /s/ Craig Varnen
             Craig Varnen

*Attorneys for Defendant Spencer Neumann*

### ATTESTATION (L.R. 5-4.3.4(a)(2)(i))

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 28, 2022

         /s/ Kevin P. Muck
             Kevin P. Muck