Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, DENNIS DURKIN, SPENCER NEUMANN, ARMIN ZERZA, and BRIAN KELLY,<br><br><br>        Defendants. | Case No. 2:21-cv-06240-PA-JEM<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>JUDGE:   Hon. Percy Anderson<br>HEARING: August 15, 2022<br>TIME:     1:30 p.m.<br>CTRM:     9A |

DECL. OF LAURENCE M. ROSEN ISO OPP. TO MTD SAC                    2:21-cv-06240-PA-JEM

I, Laurence M. Rosen, declare:

1.    I am an attorney at The Rosen Law Firm, P.A., Court appointed Lead Counsel for Lead Plaintiff Jeff Ross and counsel for named Plaintiffs Gary Cheng, Micah Ernst, Michael Noon, Nick Baldwin, Chris Martin, and Alejandro Toiber. I make this declaration in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Second Amended Class Action Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached as **Exhibit A** is a true and correct copy of Defendants' First Amended Answer to Plaintiff Department of Fair Employment and Housing's First Amended Complaint, filed on May 9, 2022, in the action captioned *Department of Fair Employment and Housing v. Activision Blizzard, Inc. et al.*, Case No. 21STCV26571 (California Superior Court, County of Los Angeles). Exhibit A is quoted in Paragraphs 15, 25, 114, 138, 149, 189, 226 of the Second Amended Complaint.

3.    Attached as **Exhibit B** is a true and correct copy of the daily closing prices for shares of Activision common stock for the period of January 4, 2021 to July 12, 2022, which is publicly available on Yahoo Finance, https://finance.yahoo.com/quote/ATVI/history?period1=1609459200&period2=1657497600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 13th day of July 2022, at New York, NY.

/s/ Laurence M. Rosen
Laurence M. Rosen

- 1 -

DECL. OF LAURENCE M. ROSEN ISO OPP. TO MTD SAC                    2:21-cv-06240-PA-JEM