# Exhibit B

Finance Home    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus Ⓨ    Screeners    Markets    …    yahoo finance    Upgrade now

## Activision Blizzard, Inc. (ATVI)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend  2W ↑   10W ↑   9M ↑          Quote Lookup

**76.30** -0.24  (-0.31%)
As of 01:20PM EDT. Market open.

Summary    Company Outlook Ⓨ    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability



Time Period:  Dec 31, 2020 - Jul 12, 2022 ∨        Show:  Historical Prices ∨        Frequency:  Daily ∨

Apply

Currency in USD                                                    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 12, 2022 | 77.90 | 78.21 | 76.40 | 76.54 | 76.54 | 6,602,000 |
| Jul 11, 2022 | 77.92 | 78.38 | 77.61 | 77.79 | 77.79 | 3,047,500 |
| Jul 08, 2022 | 78.15 | 78.81 | 77.86 | 78.13 | 78.13 | 4,155,000 |
| Jul 07, 2022 | 78.24 | 78.72 | 77.61 | 78.61 | 78.61 | 4,356,500 |
| Jul 06, 2022 | 78.57 | 78.86 | 78.10 | 78.37 | 78.37 | 3,105,500 |
| Jul 05, 2022 | 78.55 | 79.00 | 77.80 | 78.87 | 78.87 | 5,144,400 |
| Jul 01, 2022 | 77.97 | 78.68 | 77.70 | 78.57 | 78.57 | 4,209,000 |
| Jun 30, 2022 | 77.60 | 78.11 | 77.19 | 77.86 | 77.86 | 4,205,000 |
| Jun 29, 2022 | 77.35 | 78.15 | 77.18 | 77.96 | 77.96 | 4,533,300 |
| Jun 28, 2022 | 78.10 | 78.24 | 76.94 | 77.16 | 77.16 | 4,216,300 |
| Jun 27, 2022 | 77.63 | 78.32 | 77.34 | 78.01 | 78.01 | 5,836,600 |
| Jun 24, 2022 | 76.78 | 78.03 | 76.57 | 77.94 | 77.94 | 6,541,300 |
| Jun 23, 2022 | 76.30 | 76.67 | 75.77 | 76.49 | 76.49 | 3,614,000 |
| Jun 22, 2022 | 75.50 | 76.25 | 75.50 | 75.70 | 75.70 | 4,180,300 |
| Jun 21, 2022 | 75.11 | 76.31 | 75.10 | 76.05 | 76.05 | 6,810,500 |
| Jun 17, 2022 | 74.00 | 75.27 | 73.72 | 74.71 | 74.71 | 9,405,700 |
| Jun 16, 2022 | 75.00 | 75.40 | 73.71 | 73.93 | 73.93 | 7,498,200 |
| Jun 15, 2022 | 75.13 | 75.91 | 74.47 | 75.35 | 75.35 | 5,679,500 |
| Jun 14, 2022 | 75.25 | 75.40 | 74.24 | 74.64 | 74.64 | 3,852,900 |
| Jun 13, 2022 | 75.93 | 76.01 | 74.72 | 74.76 | 74.76 | 5,916,200 |



**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **EA** Electronic Arts Inc. | 121.06 | -0.92 | -0.75% |
| **TTWO** Take-Two Interactive Software, Inc. | 120.69 | -1.30 | -1.07% |
| **PYPL** PayPal Holdings, Inc. | 71.25 | -0.18 | -0.25% |
| **ADBE** Adobe Inc. | 372.73 | -2.82 | -0.75% |
| **NVDA** NVIDIA Corporation | 152.58 | +1.76 | +1.17% |

**Similar to ATVI**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **EA** Electronic Arts Inc. | 121.06 | -0.92 | -0.75% |
| **TTWO** Take-Two Interactive Software, Inc. | 120.69 | -1.30 | -1.07% |
| **RBLX** Roblox Corporation | 37.20 | -1.02 | -2.67% |
| **NTDOY** Nintendo Co., Ltd. | 54.64 | +0.23 | +0.42% |
| **SKLZ** Skillz Inc. | 1.2650 | +0.0150 | +1.20% |

yahoo finance+    Upgrade now

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jun 10, 2022 | 76.50 | 77.02 | 76.05 | 76.48 | 76.48 | 3,817,700 |
| Jun 09, 2022 | 77.51 | 77.69 | 76.62 | 76.78 | 76.78 | 4,295,200 |
| Jun 08, 2022 | 77.94 | 78.15 | 77.47 | 77.63 | 77.63 | 2,455,100 |
| Jun 07, 2022 | 77.63 | 78.10 | 77.53 | 78.03 | 78.03 | 2,192,400 |
| Jun 06, 2022 | 78.20 | 78.52 | 77.72 | 77.79 | 77.79 | 3,468,800 |
| Jun 03, 2022 | 77.84 | 78.11 | 77.66 | 77.89 | 77.89 | 2,639,700 |
| Jun 02, 2022 | 77.50 | 78.29 | 77.33 | 78.23 | 78.23 | 3,409,600 |
| Jun 01, 2022 | 78.05 | 78.21 | 77.04 | 77.41 | 77.41 | 4,173,700 |
| May 31, 2022 | 77.88 | 78.83 | 77.36 | 77.88 | 77.88 | 11,771,200 |
| May 27, 2022 | 78.21 | 78.64 | 77.93 | 78.20 | 78.20 | 3,549,600 |
| May 26, 2022 | 77.59 | 78.12 | 77.36 | 77.99 | 77.99 | 4,489,300 |
| May 25, 2022 | 77.08 | 77.77 | 77.00 | 77.71 | 77.71 | 3,468,900 |
| May 24, 2022 | 77.07 | 77.33 | 76.40 | 77.03 | 77.03 | 4,908,900 |
| May 23, 2022 | 77.94 | 78.15 | 77.10 | 77.20 | 77.20 | 4,128,100 |
| May 20, 2022 | 78.06 | 78.21 | 77.01 | 77.40 | 77.40 | 4,896,100 |
| May 19, 2022 | 77.92 | 78.29 | 77.41 | 77.74 | 77.74 | 4,844,400 |
| May 18, 2022 | 78.53 | 78.62 | 77.79 | 77.92 | 77.92 | 3,921,000 |
| May 17, 2022 | 78.50 | 78.57 | 78.00 | 78.54 | 78.54 | 4,087,200 |
| May 16, 2022 | 77.48 | 78.03 | 77.38 | 78.00 | 78.00 | 3,481,700 |
| May 13, 2022 | 77.43 | 78.32 | 77.34 | 77.74 | 77.74 | 4,681,300 |
| May 12, 2022 | 76.88 | 77.87 | 76.50 | 77.38 | 77.38 | 5,109,200 |
| May 11, 2022 | 76.68 | 78.14 | 76.45 | 77.47 | 77.47 | 6,490,000 |
| May 10, 2022 | 77.71 | 77.88 | 76.15 | 76.92 | 76.92 | 6,761,300 |
| May 09, 2022 | 77.42 | 77.64 | 76.34 | 77.17 | 77.17 | 8,484,400 |
| May 06, 2022 | 78.70 | 78.86 | 77.48 | 77.84 | 77.84 | 10,358,600 |
| May 05, 2022 | 79.11 | 79.11 | 78.53 | 78.76 | 78.76 | 7,754,900 |
| May 04, 2022 | 79.08 | 79.50 | 78.66 | 79.24 | 79.24 | 8,101,500 |
| May 03, 2022 | 78.50 | 79.39 | 78.18 | 78.78 | 78.78 | 10,984,100 |
| May 02, 2022 | 77.17 | 78.22 | 76.94 | 78.06 | 78.06 | 14,708,200 |
| Apr 29, 2022 | 76.41 | 76.75 | 75.33 | 75.60 | 75.60 | 8,847,700 |
| Apr 28, 2022 | 76.45 | 77.36 | 76.18 | 76.70 | 76.70 | 8,164,800 |
| Apr 27, 2022 | 76.82 | 77.28 | 76.06 | 76.10 | 76.10 | 7,318,800 |
| Apr 26, 2022 | 77.82 | 78.06 | 77.02 | 77.06 | 77.06 | 10,783,600 |
| Apr 25, 2022 | 78.21 | 78.47 | 77.41 | 78.05 | 78.05 | 8,668,500 |
| Apr 22, 2022 | 78.85 | 79.01 | 78.53 | 78.61 | 78.61 | 3,893,100 |

## Earnings

Consensus EPS

| | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Q2 2022 |
|---|---|---|---|---|---|
| | Beat | Beat | Missed | Missed | — |
| | By $0.15 | By $0.02 | By $0.06 | By $0.32 | Aug 01 |

## Financials

**Annual**  Quarterly                     Revenue   Earnings

## Recommendation Trends

Strong Buy
Buy
Hold
Underperform
Sell

## Recommendation Rating

2.3

THE HOME DEPOT
SAVE ON STURDY STORAGE

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Apr 21, 2022 | 79.03 | 79.11 | 78.69 | 78.90 | 78.90 | 3,623,500 |
| Apr 20, 2022 | 79.12 | 79.31 | 78.86 | 78.91 | 78.91 | 3,419,200 |
| Apr 19, 2022 | 78.91 | 79.35 | 78.81 | 79.03 | 79.03 | 3,455,300 |
| Apr 18, 2022 | 78.80 | 79.12 | 78.72 | 79.06 | 79.06 | 6,200,600 |
| Apr 14, 2022 | 78.96 | 79.17 | 78.85 | 78.93 | 78.93 | 4,571,600 |
| Apr 13, 2022 | 79.33 | 79.38 | 78.79 | 79.10 | 79.10 | 5,948,300 |
| Apr 13, 2022 | **0.47** Dividend | | | | | |
| Apr 12, 2022 | 79.59 | 79.82 | 79.41 | 79.54 | 79.07 | 4,738,900 |
| Apr 11, 2022 | 80.00 | 80.25 | 79.42 | 79.48 | 79.01 | 4,399,400 |
| Apr 08, 2022 | 80.05 | 80.45 | 79.91 | 80.09 | 79.62 | 3,146,600 |
| Apr 07, 2022 | 80.13 | 80.45 | 79.98 | 80.11 | 79.64 | 3,939,900 |
| Apr 06, 2022 | 79.95 | 80.52 | 79.95 | 80.11 | 79.64 | 4,879,400 |
| Apr 05, 2022 | 80.61 | 81.13 | 80.26 | 80.38 | 79.91 | 3,598,300 |
| Apr 04, 2022 | 80.82 | 80.95 | 80.47 | 80.73 | 80.25 | 6,517,700 |
| Apr 01, 2022 | 79.83 | 80.87 | 79.78 | 80.82 | 80.34 | 3,759,300 |
| Mar 31, 2022 | 80.40 | 80.75 | 79.93 | 80.11 | 79.64 | 7,491,900 |
| Mar 30, 2022 | 80.51 | 80.66 | 80.31 | 80.36 | 79.89 | 5,134,600 |
| Mar 29, 2022 | 80.15 | 80.75 | 80.15 | 80.75 | 80.27 | 5,527,000 |
| Mar 28, 2022 | 79.31 | 80.07 | 79.18 | 80.01 | 79.54 | 4,970,300 |
| Mar 25, 2022 | 79.67 | 79.97 | 79.50 | 79.60 | 79.13 | 5,384,100 |
| Mar 24, 2022 | 79.35 | 79.65 | 78.96 | 79.62 | 79.15 | 3,717,400 |
| Mar 23, 2022 | 79.15 | 79.84 | 79.03 | 79.07 | 78.60 | 5,308,100 |
| Mar 22, 2022 | 78.90 | 79.43 | 78.90 | 79.30 | 78.83 | 6,444,500 |
| Mar 21, 2022 | 78.84 | 79.10 | 78.41 | 78.84 | 78.37 | 7,753,600 |
| Mar 18, 2022 | 78.75 | 79.36 | 78.55 | 78.76 | 78.29 | 16,205,000 |
| Mar 17, 2022 | 79.48 | 79.48 | 78.61 | 78.89 | 78.42 | 7,955,700 |
| Mar 16, 2022 | 79.78 | 79.85 | 78.74 | 79.12 | 78.65 | 10,726,500 |
| Mar 15, 2022 | 79.43 | 79.80 | 79.15 | 79.51 | 79.04 | 7,352,800 |
| Mar 14, 2022 | 80.05 | 80.44 | 79.45 | 79.55 | 79.08 | 9,536,000 |
| Mar 11, 2022 | 80.80 | 81.20 | 80.18 | 80.31 | 79.84 | 10,714,300 |
| Mar 10, 2022 | 80.77 | 81.27 | 80.57 | 80.80 | 80.32 | 6,981,400 |
| Mar 09, 2022 | 81.37 | 81.49 | 80.66 | 80.83 | 80.35 | 9,914,500 |
| Mar 08, 2022 | 80.42 | 81.44 | 80.32 | 81.03 | 80.55 | 7,519,800 |
| Mar 07, 2022 | 81.18 | 81.50 | 80.40 | 80.55 | 80.07 | 8,546,000 |
| Mar 04, 2022 | 81.36 | 81.83 | 81.29 | 81.43 | 80.95 | 7,528,200 |

### Analyst Price Targets (29) ›

**Average 94.22**

Low 75.00     High 113.00
Current 76.29

### Upgrades & Downgrades ›

| | | |
|---|---|---|
| Maintains | Keybanc: to Overweight | 1/28/2022 |
| Downgrade | Raymond James: Outperform to Market Perform | 1/21/2022 |
| Maintains | Stifel: to Buy | 1/19/2022 |
| Downgrade | Exane BNP Paribas: Outperform to Neutral | 1/19/2022 |
| Downgrade | Atlantic Equities: Overweight to Neutral | 1/19/2022 |
| Maintains | Morgan Stanley: to Equal-Weight | 1/19/2022 |

### Company Profile ›

2701 Olympic
Boulevard Building B
Santa Monica, CA
90404
United States
310 255 2000
https://www.activisionblizzard.com
Sector(s): **Communication Services**
Industry: **Electronic Gaming & Multimedia**
Full Time Employees: **9,800**

Activision Blizzard, Inc., together with its subsidiaries, develops and publishes interactive entertainment content and services in the Americas, Europe, the Middle East, Africa, and the Asia Pacific. The company operates through three segments: Activision, Blizzard, and King. It develops and distributes content and services on video game consoles, personal computers, and mobile devices, including subscription, full-game, and in-game sales, as well as by licensing software to third-party or related-party companies that distribute Activision and Blizzard products. The company also maintains a proprietary online gaming service, Battle.net that facilitates digital distribution of content, online social connectivity, and the creation of user-generated content. In addition, it operates esports leagues and offer digital advertising content; and provides warehousing, logistics, and sales distribution services to third-party publishers of interactive entertainment software, as well as manufacturers of interactive entertainment hardware products. The company's key product franchises include Call of Duty, World of Warcraft, Diablo, Hearthstone, Overwatch, Overwatch League, and Candy Crush.

Case 2:21-cv-06240-PA-JEM    Document 81-3    Filed 07/13/22    Page 5 of 13   Page ID #:2384

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar 03, 2022 | 81.55 | 81.65 | 81.09 | 81.50 | 81.02 | 7,024,100 |
| Mar 02, 2022 | 81.34 | 81.67 | 80.94 | 81.48 | 81.00 | 8,034,500 |
| Mar 01, 2022 | 81.14 | 81.50 | 80.58 | 80.88 | 80.40 | 8,029,000 |
| Feb 28, 2022 | 81.05 | 81.57 | 80.89 | 81.50 | 81.02 | 10,268,500 |
| Feb 25, 2022 | 81.15 | 81.54 | 80.63 | 81.44 | 80.96 | 5,700,500 |
| Feb 24, 2022 | 80.10 | 81.18 | 80.02 | 81.01 | 80.53 | 10,386,900 |
| Feb 23, 2022 | 81.04 | 81.12 | 80.44 | 80.71 | 80.23 | 9,378,400 |
| Feb 22, 2022 | 81.15 | 81.87 | 81.11 | 81.23 | 80.75 | 10,983,600 |
| Feb 18, 2022 | 81.04 | 81.53 | 80.93 | 81.05 | 80.57 | 7,753,700 |
| Feb 17, 2022 | 81.46 | 81.50 | 80.90 | 80.97 | 80.49 | 4,949,100 |
| Feb 16, 2022 | 81.45 | 81.78 | 81.10 | 81.46 | 80.98 | 6,487,300 |
| Feb 15, 2022 | 81.60 | 82.00 | 81.35 | 81.52 | 81.04 | 9,031,000 |
| Feb 14, 2022 | 81.49 | 81.63 | 81.11 | 81.50 | 81.02 | 7,059,100 |
| Feb 11, 2022 | 81.50 | 81.83 | 81.08 | 81.50 | 81.02 | 6,971,000 |
| Feb 10, 2022 | 81.12 | 81.94 | 81.08 | 81.45 | 80.97 | 9,061,300 |
| Feb 09, 2022 | 80.55 | 81.86 | 80.15 | 81.50 | 81.02 | 11,355,900 |
| Feb 08, 2022 | 79.68 | 80.79 | 79.55 | 80.23 | 79.76 | 9,106,200 |
| Feb 07, 2022 | 79.80 | 79.98 | 79.32 | 79.50 | 79.03 | 9,059,700 |
| Feb 04, 2022 | 78.45 | 79.83 | 78.40 | 79.25 | 78.78 | 13,259,100 |
| Feb 03, 2022 | 79.25 | 79.79 | 78.70 | 78.95 | 78.48 | 19,961,400 |
| Feb 02, 2022 | 79.08 | 79.70 | 78.93 | 79.25 | 78.78 | 17,386,500 |
| Feb 01, 2022 | 79.08 | 79.75 | 78.77 | 79.06 | 78.59 | 12,225,300 |
| Jan 31, 2022 | 78.87 | 79.44 | 77.91 | 79.01 | 78.54 | 11,649,500 |
| Jan 28, 2022 | 78.80 | 79.14 | 77.77 | 79.14 | 78.67 | 11,203,800 |
| Jan 27, 2022 | 79.10 | 79.72 | 78.65 | 78.90 | 78.43 | 10,857,300 |
| Jan 26, 2022 | 79.64 | 79.91 | 78.63 | 78.78 | 78.31 | 10,309,100 |
| Jan 25, 2022 | 79.75 | 80.59 | 79.01 | 79.12 | 78.65 | 14,403,800 |
| Jan 24, 2022 | 80.74 | 81.84 | 79.45 | 79.97 | 79.50 | 24,380,000 |
| Jan 21, 2022 | 81.91 | 82.00 | 81.15 | 81.35 | 80.87 | 17,143,300 |
| Jan 20, 2022 | 82.30 | 83.04 | 81.65 | 81.76 | 81.28 | 18,995,300 |
| Jan 19, 2022 | 82.65 | 83.06 | 81.50 | 82.15 | 81.66 | 30,482,100 |
| Jan 18, 2022 | 86.77 | 86.90 | 81.45 | 82.31 | 81.82 | 120,192,800 |
| Jan 14, 2022 | 63.99 | 65.54 | 62.99 | 65.39 | 65.00 | 13,495,700 |
| Jan 13, 2022 | 64.91 | 65.01 | 64.01 | 64.17 | 63.79 | 12,790,800 |
| Jan 12, 2022 | 65.23 | 65.54 | 63.81 | 64.81 | 64.43 | 13,986,900 |

Page 5 of 13 consumer electronics stores, discount warehouses, and game specialty stores through third-party distribution and licensing arrangements. The company is headquartered in Santa Monica, California.

More about Activision Blizzard, Inc.

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Jan 11, 2022 | 63.09 | 65.99 | 62.93 | 65.85 | 65.46 | 10,728,600 |
| Jan 10, 2022 | 63.89 | 64.24 | 61.99 | 63.11 | 62.74 | 14,993,000 |
| Jan 07, 2022 | 63.99 | 64.90 | 63.33 | 64.04 | 63.66 | 21,467,900 |
| Jan 06, 2022 | 66.16 | 66.26 | 63.71 | 63.82 | 63.44 | 15,071,100 |
| Jan 05, 2022 | 67.20 | 67.86 | 66.26 | 66.29 | 65.90 | 14,988,200 |
| Jan 04, 2022 | 67.84 | 68.01 | 66.93 | 67.20 | 66.80 | 9,464,000 |
| Jan 03, 2022 | 66.44 | 67.67 | 65.80 | 67.42 | 67.02 | 13,208,100 |
| Dec 31, 2021 | 67.32 | 67.64 | 66.30 | 66.53 | 66.14 | 9,475,100 |
| Dec 30, 2021 | 67.20 | 67.89 | 67.05 | 67.49 | 67.09 | 7,509,100 |
| Dec 29, 2021 | 66.57 | 67.18 | 66.19 | 67.16 | 66.76 | 9,051,500 |
| Dec 28, 2021 | 66.06 | 67.59 | 65.60 | 66.67 | 66.28 | 13,806,800 |
| Dec 27, 2021 | 65.24 | 65.74 | 65.00 | 65.45 | 65.06 | 10,640,700 |
| Dec 23, 2021 | 64.01 | 65.39 | 63.86 | 65.16 | 64.77 | 8,721,700 |
| Dec 22, 2021 | 63.26 | 64.12 | 63.14 | 64.10 | 63.72 | 15,089,700 |
| Dec 21, 2021 | 62.25 | 63.64 | 61.86 | 63.59 | 63.21 | 11,097,700 |
| Dec 20, 2021 | 61.01 | 62.23 | 60.67 | 61.80 | 61.43 | 8,369,400 |
| Dec 17, 2021 | 61.10 | 62.07 | 60.60 | 61.36 | 61.00 | 16,960,300 |
| Dec 16, 2021 | 60.55 | 61.63 | 60.18 | 61.49 | 61.13 | 10,074,500 |
| Dec 15, 2021 | 59.11 | 60.51 | 58.83 | 60.26 | 59.90 | 7,387,100 |
| Dec 14, 2021 | 58.16 | 59.88 | 58.15 | 59.52 | 59.17 | 8,793,500 |
| Dec 13, 2021 | 58.60 | 59.45 | 58.02 | 58.70 | 58.35 | 8,652,700 |
| Dec 10, 2021 | 59.16 | 59.41 | 57.47 | 58.60 | 58.25 | 10,161,000 |
| Dec 09, 2021 | 58.60 | 59.81 | 58.52 | 59.07 | 58.72 | 8,520,500 |
| Dec 08, 2021 | 58.78 | 60.01 | 58.03 | 59.27 | 58.92 | 9,785,500 |
| Dec 07, 2021 | 58.92 | 59.27 | 58.28 | 58.77 | 58.42 | 11,553,500 |
| Dec 06, 2021 | 57.53 | 58.45 | 57.24 | 58.09 | 57.75 | 9,409,000 |
| Dec 03, 2021 | 56.98 | 57.44 | 56.40 | 57.36 | 57.02 | 13,287,400 |
| Dec 02, 2021 | 57.28 | 58.18 | 56.62 | 57.29 | 56.95 | 8,606,200 |
| Dec 01, 2021 | 59.11 | 59.21 | 57.19 | 57.28 | 56.94 | 11,607,000 |
| Nov 30, 2021 | 60.02 | 60.43 | 58.44 | 58.60 | 58.25 | 19,291,100 |
| Nov 29, 2021 | 60.89 | 60.95 | 59.65 | 60.31 | 59.95 | 7,749,600 |
| Nov 26, 2021 | 61.28 | 61.68 | 60.18 | 60.62 | 60.26 | 8,305,900 |
| Nov 24, 2021 | 61.84 | 61.84 | 60.75 | 60.91 | 60.55 | 9,681,500 |
| Nov 23, 2021 | 61.85 | 62.92 | 61.33 | 61.77 | 61.41 | 16,564,300 |
| Nov 22, 2021 | 60.93 | 62.41 | 59.78 | 62.20 | 61.83 | 16,583,200 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Nov 19, 2021 | 63.75 | 64.09 | 62.17 | 62.38 | 62.01 | 14,485,100 |
| Nov 18, 2021 | 63.60 | 64.05 | 60.90 | 62.67 | 62.30 | 24,241,700 |
| Nov 17, 2021 | 65.53 | 65.64 | 63.50 | 64.20 | 63.82 | 28,771,200 |
| Nov 16, 2021 | 70.55 | 72.14 | 65.46 | 66.14 | 65.75 | 38,243,200 |
| Nov 15, 2021 | 69.32 | 70.68 | 68.14 | 70.43 | 70.01 | 11,628,200 |
| Nov 12, 2021 | 67.72 | 70.04 | 67.34 | 69.69 | 69.28 | 13,923,000 |
| Nov 11, 2021 | 67.25 | 67.53 | 66.02 | 67.50 | 67.10 | 13,235,000 |
| Nov 10, 2021 | 66.73 | 67.45 | 66.52 | 66.66 | 66.27 | 7,966,200 |
| Nov 09, 2021 | 66.99 | 67.55 | 66.53 | 67.10 | 66.70 | 8,812,000 |
| Nov 08, 2021 | 68.43 | 68.43 | 66.62 | 66.82 | 66.43 | 12,825,700 |
| Nov 05, 2021 | 68.57 | 68.78 | 66.92 | 67.83 | 67.43 | 13,716,900 |
| Nov 04, 2021 | 67.47 | 68.74 | 66.65 | 68.23 | 67.83 | 16,203,300 |
| Nov 03, 2021 | 66.25 | 67.19 | 64.55 | 66.75 | 66.36 | 43,753,600 |
| Nov 02, 2021 | 79.29 | 79.37 | 77.04 | 77.67 | 77.21 | 10,370,400 |
| Nov 01, 2021 | 78.94 | 80.01 | 78.54 | 79.35 | 78.88 | 7,569,400 |
| Oct 29, 2021 | 78.93 | 79.37 | 77.73 | 78.19 | 77.73 | 8,370,200 |
| Oct 28, 2021 | 78.60 | 78.96 | 76.65 | 78.88 | 78.41 | 10,842,600 |
| Oct 27, 2021 | 80.22 | 80.34 | 78.55 | 78.65 | 78.19 | 6,261,500 |
| Oct 26, 2021 | 81.81 | 82.34 | 80.42 | 80.76 | 80.28 | 6,420,400 |
| Oct 25, 2021 | 79.43 | 81.51 | 79.40 | 81.19 | 80.71 | 8,345,800 |
| Oct 22, 2021 | 78.62 | 80.92 | 78.62 | 79.27 | 78.80 | 6,960,400 |
| Oct 21, 2021 | 77.72 | 78.74 | 76.72 | 78.70 | 78.23 | 5,904,300 |
| Oct 20, 2021 | 77.52 | 78.08 | 77.08 | 78.08 | 77.62 | 4,537,900 |
| Oct 19, 2021 | 76.77 | 77.20 | 75.95 | 77.18 | 76.72 | 4,238,500 |
| Oct 18, 2021 | 76.14 | 76.72 | 75.24 | 76.40 | 75.95 | 5,417,400 |
| Oct 15, 2021 | 76.50 | 77.07 | 76.19 | 76.40 | 75.95 | 6,472,800 |
| Oct 14, 2021 | 75.94 | 77.16 | 75.57 | 76.11 | 75.66 | 5,471,100 |
| Oct 13, 2021 | 75.34 | 76.10 | 75.02 | 75.25 | 74.81 | 6,597,500 |
| Oct 12, 2021 | 76.45 | 76.54 | 74.59 | 74.92 | 74.48 | 6,640,900 |
| Oct 11, 2021 | 77.74 | 77.76 | 76.26 | 76.32 | 75.87 | 6,326,400 |
| Oct 08, 2021 | 77.76 | 78.36 | 77.25 | 77.61 | 77.15 | 8,885,200 |
| Oct 07, 2021 | 77.27 | 78.50 | 76.77 | 77.36 | 76.90 | 8,527,400 |
| Oct 06, 2021 | 75.93 | 78.03 | 75.69 | 77.29 | 76.83 | 9,477,600 |
| Oct 05, 2021 | 77.25 | 77.65 | 76.23 | 76.80 | 76.35 | 9,771,000 |
| Oct 04, 2021 | 78.19 | 78.32 | 76.86 | 77.18 | 76.72 | 5,955,600 |

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | | |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Oct 01, 2021 | 78.06 | 79.04 | 77.20 | 78.53 | 78.07 | 5,861,300 |
| Sep 30, 2021 | 77.56 | 78.41 | 77.00 | 77.39 | 76.93 | 7,537,900 |
| Sep 29, 2021 | 76.53 | 78.93 | 76.50 | 77.38 | 76.92 | 9,700,800 |
| Sep 28, 2021 | 74.66 | 77.08 | 74.66 | 76.33 | 75.88 | 11,157,200 |
| Sep 27, 2021 | 75.03 | 75.95 | 73.69 | 75.08 | 74.64 | 6,517,900 |
| Sep 24, 2021 | 74.50 | 75.59 | 74.11 | 75.26 | 74.82 | 7,429,800 |
| Sep 23, 2021 | 73.13 | 75.47 | 72.71 | 74.67 | 74.23 | 9,311,100 |
| Sep 22, 2021 | 73.19 | 74.03 | 72.20 | 72.81 | 72.38 | 10,297,300 |
| Sep 21, 2021 | 76.61 | 76.64 | 72.94 | 73.03 | 72.60 | 14,206,900 |
| Sep 20, 2021 | 78.64 | 78.82 | 74.87 | 76.18 | 75.73 | 12,231,900 |
| Sep 17, 2021 | 79.42 | 80.50 | 78.00 | 79.56 | 79.09 | 11,009,600 |
| Sep 16, 2021 | 78.32 | 79.60 | 78.04 | 79.28 | 78.81 | 9,376,800 |
| Sep 15, 2021 | 77.73 | 78.77 | 77.10 | 78.25 | 77.79 | 5,526,500 |
| Sep 14, 2021 | 78.78 | 78.89 | 77.66 | 77.84 | 77.38 | 6,235,300 |
| Sep 13, 2021 | 80.12 | 80.76 | 78.15 | 78.53 | 78.07 | 7,337,400 |
| Sep 10, 2021 | 78.16 | 80.84 | 77.34 | 79.64 | 79.17 | 12,098,700 |
| Sep 09, 2021 | 78.81 | 79.41 | 77.13 | 78.05 | 77.59 | 11,325,800 |
| Sep 08, 2021 | 78.47 | 80.32 | 78.27 | 80.29 | 79.82 | 8,227,700 |
| Sep 07, 2021 | 81.41 | 81.42 | 77.89 | 78.47 | 78.01 | 15,531,700 |
| Sep 03, 2021 | 81.21 | 81.65 | 80.78 | 81.18 | 80.70 | 5,605,400 |
| Sep 02, 2021 | 82.75 | 82.85 | 81.14 | 81.31 | 80.83 | 8,433,800 |
| Sep 01, 2021 | 82.73 | 83.38 | 82.00 | 82.30 | 81.81 | 6,226,000 |
| Aug 31, 2021 | 81.48 | 83.38 | 81.20 | 82.37 | 81.88 | 9,477,900 |
| Aug 30, 2021 | 81.50 | 81.56 | 79.92 | 81.12 | 80.64 | 8,405,200 |
| Aug 27, 2021 | 81.45 | 82.66 | 81.30 | 82.43 | 81.94 | 6,000,600 |
| Aug 26, 2021 | 81.59 | 82.49 | 81.19 | 81.25 | 80.77 | 7,365,000 |
| Aug 25, 2021 | 82.12 | 82.12 | 80.00 | 80.81 | 80.33 | 10,410,300 |
| Aug 24, 2021 | 82.75 | 82.81 | 81.19 | 81.79 | 81.31 | 11,799,500 |
| Aug 23, 2021 | 82.93 | 83.49 | 81.89 | 82.22 | 81.73 | 8,666,100 |
| Aug 20, 2021 | 82.87 | 83.67 | 82.22 | 82.63 | 82.14 | 7,366,200 |
| Aug 19, 2021 | 82.21 | 84.54 | 82.19 | 83.17 | 82.68 | 5,449,700 |
| Aug 18, 2021 | 83.60 | 84.14 | 82.77 | 82.83 | 82.34 | 4,559,800 |
| Aug 17, 2021 | 83.05 | 84.39 | 82.47 | 83.37 | 82.88 | 4,780,300 |
| Aug 16, 2021 | 83.50 | 84.03 | 83.05 | 83.85 | 83.35 | 4,320,800 |
| Aug 13, 2021 | 86.30 | 86.39 | 83.45 | 83.85 | 83.35 | 5,369,200 |

Finance Home    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus ⓥ⁺    Screeners    Markets    ···    y. finance    Upgrade now

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 12, 2021 | 85.11 | 85.48 | 83.17 | 85.17 | 84.67 | 7,353,200 |
| Aug 11, 2021 | 83.51 | 86.23 | 83.08 | 85.00 | 84.50 | 13,387,700 |
| Aug 10, 2021 | 81.76 | 83.36 | 81.27 | 82.99 | 82.50 | 7,770,000 |
| Aug 09, 2021 | 81.86 | 82.39 | 81.24 | 81.41 | 80.93 | 6,082,900 |
| Aug 06, 2021 | 79.90 | 82.50 | 79.90 | 82.43 | 81.94 | 9,692,100 |
| Aug 05, 2021 | 81.56 | 82.04 | 79.35 | 80.32 | 79.85 | 9,871,300 |
| Aug 04, 2021 | 83.51 | 83.90 | 80.45 | 81.52 | 81.04 | 19,758,100 |
| Aug 03, 2021 | 80.99 | 81.45 | 77.81 | 79.83 | 79.36 | 17,329,600 |
| Aug 02, 2021 | 84.03 | 84.17 | 82.54 | 82.76 | 82.27 | 6,225,000 |
| Jul 30, 2021 | 83.15 | 84.65 | 82.85 | 83.62 | 83.13 | 7,055,900 |
| Jul 29, 2021 | 84.87 | 85.22 | 83.50 | 83.57 | 83.08 | 10,839,500 |
| Jul 28, 2021 | 84.89 | 87.30 | 84.72 | 84.82 | 84.32 | 13,160,400 |
| Jul 27, 2021 | 89.94 | 89.94 | 81.56 | 84.05 | 83.55 | 23,141,100 |
| Jul 26, 2021 | 91.03 | 91.40 | 89.99 | 90.14 | 89.61 | 4,587,400 |
| Jul 23, 2021 | 90.66 | 91.73 | 90.02 | 91.50 | 90.96 | 3,889,300 |
| Jul 22, 2021 | 90.39 | 90.68 | 89.56 | 90.47 | 89.94 | 5,159,500 |
| Jul 21, 2021 | 91.78 | 91.92 | 90.40 | 91.17 | 90.63 | 5,725,700 |
| Jul 20, 2021 | 90.62 | 91.71 | 89.56 | 91.51 | 90.97 | 6,627,000 |
| Jul 19, 2021 | 91.75 | 92.25 | 89.90 | 90.30 | 89.77 | 7,741,500 |
| Jul 16, 2021 | 90.87 | 92.39 | 90.84 | 91.80 | 91.26 | 7,411,300 |
| Jul 15, 2021 | 92.37 | 92.60 | 90.60 | 90.68 | 90.14 | 8,746,100 |
| Jul 14, 2021 | 93.54 | 93.77 | 92.10 | 92.32 | 91.77 | 4,959,100 |
| Jul 13, 2021 | 93.50 | 93.86 | 92.87 | 93.25 | 92.70 | 5,476,700 |
| Jul 12, 2021 | 93.33 | 93.42 | 92.43 | 92.91 | 92.36 | 4,054,700 |
| Jul 09, 2021 | 91.88 | 92.60 | 91.46 | 92.38 | 91.83 | 3,587,000 |
| Jul 08, 2021 | 92.40 | 93.05 | 91.75 | 92.18 | 91.64 | 6,128,600 |
| Jul 07, 2021 | 95.26 | 95.27 | 93.14 | 93.31 | 92.76 | 3,444,200 |
| Jul 06, 2021 | 94.47 | 95.20 | 93.68 | 94.40 | 93.84 | 3,833,300 |
| Jul 02, 2021 | 94.75 | 95.04 | 93.58 | 94.27 | 93.71 | 3,101,400 |
| Jul 01, 2021 | 95.07 | 95.40 | 93.22 | 93.90 | 93.35 | 5,055,100 |
| Jun 30, 2021 | 95.72 | 95.99 | 95.14 | 95.44 | 94.88 | 4,372,600 |
| Jun 29, 2021 | 95.42 | 95.91 | 94.07 | 95.61 | 95.05 | 4,160,300 |
| Jun 28, 2021 | 92.79 | 96.15 | 92.60 | 95.40 | 94.84 | 7,032,900 |
| Jun 25, 2021 | 92.64 | 93.74 | 92.17 | 92.26 | 91.71 | 8,943,300 |
| Jun 24, 2021 | 91.86 | 93.07 | 91.55 | 92.51 | 91.96 | 5,640,100 |

Case 2:21-cv-06240-PA-JEM    Document 81-3    Filed 07/13/22    Page 10 of 13    Page ID #:2389

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jun 23, 2021 | 91.87 | 91.98 | 90.23 | 90.79 | 90.25 | 6,446,800 |
| Jun 22, 2021 | 91.95 | 92.10 | 91.18 | 91.88 | 91.34 | 4,654,100 |
| Jun 21, 2021 | 91.88 | 92.76 | 90.86 | 91.82 | 91.28 | 4,659,600 |
| Jun 18, 2021 | 93.12 | 93.37 | 91.05 | 91.49 | 90.95 | 8,509,900 |
| Jun 17, 2021 | 93.63 | 94.46 | 92.67 | 93.19 | 92.64 | 5,088,100 |
| Jun 16, 2021 | 95.75 | 95.95 | 92.78 | 94.06 | 93.50 | 7,440,900 |
| Jun 15, 2021 | 98.86 | 98.99 | 95.38 | 95.97 | 95.40 | 6,154,000 |
| Jun 14, 2021 | 98.39 | 99.46 | 97.61 | 99.18 | 98.59 | 5,834,400 |
| Jun 11, 2021 | 97.80 | 98.36 | 97.36 | 98.15 | 97.57 | 4,112,700 |
| Jun 10, 2021 | 96.28 | 97.88 | 96.09 | 97.69 | 97.11 | 4,409,500 |
| Jun 09, 2021 | 97.35 | 97.93 | 96.38 | 96.53 | 95.96 | 3,608,600 |
| Jun 08, 2021 | 97.45 | 97.61 | 96.59 | 96.80 | 96.23 | 2,596,900 |
| Jun 07, 2021 | 96.89 | 97.29 | 96.28 | 97.12 | 96.55 | 2,655,200 |
| Jun 04, 2021 | 95.14 | 97.32 | 95.14 | 96.84 | 96.27 | 2,990,800 |
| Jun 03, 2021 | 94.50 | 95.71 | 94.07 | 94.98 | 94.42 | 3,805,100 |
| Jun 02, 2021 | 96.33 | 96.65 | 94.98 | 95.39 | 94.83 | 3,277,900 |
| Jun 01, 2021 | 97.26 | 97.60 | 96.13 | 96.45 | 95.88 | 3,502,500 |
| May 28, 2021 | 97.44 | 98.08 | 97.17 | 97.25 | 96.68 | 3,092,400 |
| May 27, 2021 | 97.00 | 97.57 | 96.59 | 97.25 | 96.68 | 7,742,700 |
| May 26, 2021 | 97.12 | 98.48 | 96.81 | 97.30 | 96.73 | 3,880,500 |
| May 25, 2021 | 96.87 | 97.37 | 96.27 | 96.57 | 96.00 | 3,284,400 |
| May 24, 2021 | 95.93 | 96.77 | 95.82 | 96.50 | 95.93 | 3,196,800 |
| May 21, 2021 | 96.97 | 97.07 | 95.25 | 95.37 | 94.81 | 5,431,700 |
| May 20, 2021 | 94.64 | 97.23 | 94.58 | 96.57 | 96.00 | 6,742,700 |
| May 19, 2021 | 92.27 | 94.42 | 92.20 | 94.26 | 93.70 | 4,213,900 |
| May 18, 2021 | 92.55 | 95.35 | 92.25 | 93.66 | 93.11 | 6,263,000 |
| May 17, 2021 | 92.68 | 93.08 | 91.53 | 92.30 | 91.75 | 5,175,800 |
| May 14, 2021 | 94.40 | 94.40 | 93.06 | 93.35 | 92.80 | 3,656,400 |
| May 13, 2021 | 93.47 | 94.05 | 92.83 | 93.42 | 92.87 | 4,741,200 |
| May 12, 2021 | 94.28 | 94.80 | 92.26 | 92.66 | 92.11 | 6,176,200 |
| May 11, 2021 | 93.66 | 95.77 | 92.94 | 95.34 | 94.78 | 6,530,700 |
| May 10, 2021 | 95.06 | 95.74 | 93.14 | 93.17 | 92.62 | 6,067,500 |
| May 07, 2021 | 93.43 | 95.12 | 93.04 | 94.80 | 94.24 | 6,511,800 |
| May 06, 2021 | 90.00 | 93.52 | 89.64 | 93.03 | 92.48 | 8,024,600 |
| May 05, 2021 | 93.60 | 94.77 | 90.00 | 90.08 | 89.55 | 13,079,100 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| May 04, 2021 | 90.84 | 90.97 | 87.44 | 88.69 | 88.17 | 15,147,500 |
| May 03, 2021 | 91.70 | 92.02 | 90.79 | 91.15 | 90.61 | 6,641,800 |
| Apr 30, 2021 | 91.36 | 91.99 | 90.89 | 91.19 | 90.65 | 6,614,300 |
| Apr 29, 2021 | 91.67 | 92.16 | 91.08 | 92.09 | 91.55 | 4,796,400 |
| Apr 28, 2021 | 92.29 | 92.30 | 91.00 | 91.25 | 90.71 | 6,692,800 |
| Apr 27, 2021 | 94.51 | 94.86 | 91.26 | 91.60 | 91.06 | 8,922,200 |
| Apr 26, 2021 | 92.62 | 94.39 | 92.51 | 94.24 | 93.68 | 5,055,900 |
| Apr 23, 2021 | 93.70 | 94.04 | 92.69 | 93.02 | 92.47 | 4,029,900 |
| Apr 22, 2021 | 93.30 | 94.49 | 92.98 | 93.70 | 93.15 | 5,742,700 |
| Apr 21, 2021 | 93.48 | 93.56 | 91.89 | 93.18 | 92.63 | 8,000,200 |
| Apr 20, 2021 | 96.27 | 96.33 | 94.12 | 94.47 | 93.91 | 4,499,000 |
| Apr 19, 2021 | 96.93 | 97.58 | 95.33 | 96.00 | 95.43 | 4,797,100 |
| Apr 16, 2021 | 98.10 | 98.10 | 96.05 | 96.48 | 95.91 | 7,126,500 |
| Apr 15, 2021 | 97.05 | 98.04 | 96.40 | 97.78 | 97.20 | 7,324,200 |
| Apr 14, 2021 | 97.10 | 97.53 | 96.41 | 96.69 | 96.12 | 4,066,500 |
| Apr 14, 2021 | **0.47** Dividend | | | | | |
| Apr 13, 2021 | 97.00 | 98.25 | 96.49 | 97.54 | 96.50 | 5,710,800 |
| Apr 12, 2021 | 95.10 | 96.28 | 95.00 | 96.14 | 95.11 | 4,719,900 |
| Apr 09, 2021 | 96.07 | 96.31 | 94.55 | 95.78 | 94.76 | 4,301,000 |
| Apr 08, 2021 | 97.81 | 97.87 | 96.15 | 96.46 | 95.43 | 3,590,000 |
| Apr 07, 2021 | 96.46 | 97.33 | 96.41 | 96.84 | 95.80 | 4,469,200 |
| Apr 06, 2021 | 98.19 | 98.19 | 97.03 | 97.32 | 96.28 | 8,070,000 |
| Apr 05, 2021 | 96.01 | 98.42 | 95.52 | 97.87 | 96.82 | 5,251,600 |
| Apr 01, 2021 | 93.94 | 95.70 | 93.74 | 95.54 | 94.52 | 6,085,500 |
| Mar 31, 2021 | 92.85 | 94.08 | 92.50 | 93.00 | 92.00 | 6,522,700 |
| Mar 30, 2021 | 92.44 | 92.88 | 90.79 | 92.66 | 91.67 | 6,147,900 |
| Mar 29, 2021 | 92.25 | 94.92 | 92.03 | 94.02 | 93.01 | 8,660,800 |
| Mar 26, 2021 | 91.24 | 92.49 | 90.77 | 92.40 | 91.41 | 6,161,300 |
| Mar 25, 2021 | 90.41 | 91.13 | 89.06 | 90.85 | 89.88 | 5,016,700 |
| Mar 24, 2021 | 91.55 | 91.55 | 89.67 | 90.51 | 89.54 | 4,800,200 |
| Mar 23, 2021 | 92.59 | 92.60 | 91.08 | 91.38 | 90.40 | 4,426,200 |
| Mar 22, 2021 | 90.63 | 92.53 | 90.55 | 91.87 | 90.89 | 4,290,000 |
| Mar 19, 2021 | 89.69 | 91.54 | 89.69 | 90.49 | 89.52 | 13,501,000 |
| Mar 18, 2021 | 90.74 | 91.63 | 89.17 | 89.58 | 88.62 | 6,691,500 |
| Mar 17, 2021 | 92.40 | 92.93 | 90.82 | 92.44 | 91.45 | 4,644,900 |

Case 2:21-cv-06240-PA-JEM    Document 81-3    Filed 07/13/22    Page 12 of 13    Page ID #:2391

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Mar 16, 2021 | 93.56 | 94.80 | 92.93 | 93.28 | 92.28 | 4,552,800 |
| Mar 15, 2021 | 92.87 | 93.05 | 91.40 | 92.58 | 91.59 | 3,146,200 |
| Mar 12, 2021 | 91.89 | 93.13 | 91.15 | 93.04 | 92.04 | 3,280,400 |
| Mar 11, 2021 | 92.97 | 93.83 | 92.43 | 92.94 | 91.95 | 4,464,900 |
| Mar 10, 2021 | 93.26 | 93.70 | 91.09 | 91.31 | 90.33 | 4,283,300 |
| Mar 09, 2021 | 91.60 | 93.69 | 91.60 | 92.50 | 91.51 | 6,325,600 |
| Mar 08, 2021 | 91.75 | 92.83 | 89.13 | 89.21 | 88.26 | 6,742,600 |
| Mar 05, 2021 | 92.20 | 93.39 | 90.32 | 92.58 | 91.59 | 8,348,600 |
| Mar 04, 2021 | 93.08 | 94.56 | 90.74 | 91.54 | 90.56 | 5,777,200 |
| Mar 03, 2021 | 96.29 | 96.53 | 92.88 | 93.71 | 92.71 | 5,283,200 |
| Mar 02, 2021 | 98.91 | 98.99 | 96.59 | 96.75 | 95.71 | 3,985,000 |
| Mar 01, 2021 | 97.09 | 98.92 | 96.89 | 98.72 | 97.66 | 5,135,600 |
| Feb 26, 2021 | 96.00 | 97.21 | 95.16 | 95.61 | 94.59 | 6,388,200 |
| Feb 25, 2021 | 95.32 | 96.42 | 93.79 | 95.10 | 94.08 | 5,414,200 |
| Feb 24, 2021 | 95.45 | 96.06 | 94.52 | 95.69 | 94.67 | 5,925,500 |
| Feb 23, 2021 | 95.07 | 96.85 | 93.55 | 96.42 | 95.39 | 6,238,400 |
| Feb 22, 2021 | 99.82 | 99.82 | 96.41 | 96.58 | 95.55 | 6,152,800 |
| Feb 19, 2021 | 102.95 | 103.08 | 100.59 | 100.80 | 99.72 | 4,369,500 |
| Feb 18, 2021 | 101.83 | 102.40 | 100.94 | 102.25 | 101.16 | 5,087,800 |
| Feb 17, 2021 | 102.58 | 103.37 | 101.81 | 102.35 | 101.25 | 3,742,100 |
| Feb 16, 2021 | 103.82 | 104.53 | 102.48 | 102.96 | 101.86 | 3,773,000 |
| Feb 12, 2021 | 102.78 | 103.89 | 102.14 | 103.81 | 102.70 | 3,023,500 |
| Feb 11, 2021 | 103.50 | 104.22 | 102.55 | 103.24 | 102.14 | 3,306,500 |
| Feb 10, 2021 | 103.04 | 103.44 | 101.25 | 102.76 | 101.66 | 4,744,600 |
| Feb 09, 2021 | 101.95 | 103.77 | 101.06 | 102.73 | 101.63 | 5,298,900 |
| Feb 08, 2021 | 102.05 | 103.08 | 100.39 | 101.19 | 100.11 | 5,969,800 |
| Feb 05, 2021 | 100.66 | 104.23 | 100.00 | 101.61 | 100.52 | 17,047,800 |
| Feb 04, 2021 | 93.35 | 94.42 | 92.41 | 92.68 | 91.69 | 8,296,500 |
| Feb 03, 2021 | 93.89 | 94.07 | 92.59 | 92.77 | 91.78 | 6,666,800 |
| Feb 02, 2021 | 92.04 | 94.18 | 91.81 | 93.98 | 92.97 | 5,782,600 |
| Feb 01, 2021 | 91.48 | 92.16 | 90.86 | 91.42 | 90.44 | 4,271,100 |
| Jan 29, 2021 | 90.00 | 91.33 | 89.74 | 91.00 | 90.03 | 7,025,500 |
| Jan 28, 2021 | 89.57 | 91.42 | 89.01 | 90.27 | 89.30 | 6,685,600 |
| Jan 27, 2021 | 91.00 | 91.00 | 88.21 | 88.67 | 87.72 | 12,152,900 |
| Jan 26, 2021 | 93.35 | 93.68 | 92.14 | 92.38 | 91.39 | 6,424,300 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jan 25, 2021 | 95.53 | 95.76 | 92.74 | 93.40 | 92.40 | 5,373,500 |
| Jan 22, 2021 | 94.68 | 95.23 | 93.82 | 94.43 | 93.42 | 3,755,100 |
| Jan 21, 2021 | 95.47 | 95.70 | 94.21 | 94.60 | 93.59 | 4,488,800 |
| Jan 20, 2021 | 93.96 | 95.87 | 93.57 | 95.12 | 94.10 | 5,703,200 |
| Jan 19, 2021 | 90.92 | 93.37 | 90.83 | 93.15 | 92.15 | 5,711,900 |
| Jan 15, 2021 | 89.99 | 90.75 | 88.57 | 90.69 | 89.72 | 8,461,400 |
| Jan 14, 2021 | 90.16 | 91.24 | 89.65 | 89.99 | 89.03 | 5,466,000 |
| Jan 13, 2021 | 89.64 | 90.34 | 88.44 | 89.77 | 88.81 | 4,223,700 |
| Jan 12, 2021 | 91.00 | 91.19 | 87.96 | 89.25 | 88.30 | 5,401,100 |
| Jan 11, 2021 | 91.30 | 91.85 | 90.55 | 90.91 | 89.94 | 6,685,900 |
| Jan 08, 2021 | 90.07 | 91.37 | 89.53 | 91.30 | 90.32 | 4,408,800 |
| Jan 07, 2021 | 88.86 | 90.75 | 88.27 | 89.67 | 88.71 | 6,142,200 |
| Jan 06, 2021 | 89.06 | 89.90 | 87.89 | 88.00 | 87.06 | 7,422,100 |
| Jan 05, 2021 | 90.32 | 90.75 | 89.10 | 90.69 | 89.72 | 4,544,100 |
| Jan 04, 2021 | 92.70 | 92.91 | 89.22 | 89.90 | 88.94 | 7,423,100 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.