JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHENG, et al., | Case No. CV 21-6240 PA (JEMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| ACTIVISION BLIZZARD, INC., et al., | |
| Defendants. | |

In accordance with the Court's January 22, 2023 Order granting the Motion to Dismiss filed by defendants Activision Blizzard, Inc., Robert A. Kotick, Dennis Durkin, and Armin Zerza, and Brian Kelly ("Defendants") and dismissing plaintiffs Jeff Ross, Gary Cheng, Micah Ernst, Michael Noon, Nick Baldwin, Chris Martin, and Alejandro Toiber's ("Plaintiffs") Third Amended Class Action Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and Defendants shall have their costs of suit.

DATED: January 22, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE