UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GARY CHENG, Individually and on behalf of all others similarly situated; et al.,

Plaintiffs - Appellants,

v.

ACTIVISION BLIZZARD, INC.; et al.,

Defendants - Appellees.

No. 23-55158

D.C. No. 2:21-cv-06240-PA-JEM
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered January 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT